

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**MOSTAFA KHAIRY**
*Assistant Corporation Counsel*
Phone: (212) 356-2105
Fax: (212) 356-3509
mkhairy@law.nyc.gov

July 25, 2022

**BY ECF**
Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    Paul Phillips v. City of New York, et al.,
                  21-CV-8149 (ALC) (SLC)

Your Honor:

       I am the attorney in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendant City of New York in the above-referenced matter. Defendant writes on behalf of the parties to provide a status report to the Court.

       By way of background, on November 18, 2021, the Court ordered that this matter proceed pursuant to Local Civil Rule 83.10 ("the PLAN"). See Civil Docket Sheet, Entry No. 10. In accordance with the PLAN, the parties exchanged Rule 26(a) disclosures and limited paper discovery. On April 19, 2022, the parties participated in a PLAN mediation, however, the parties were unsuccessful in reaching a settlement agreement.

       As such, the parties are prepared to proceed to fact discovery and attend an initial pre-trial conference at the Court's convenience.

- 2 -

The City thanks the Court for its time and attention to this matter.

Respectfully submitted,

*Mostafa Khairy* /s/
Mostafa Khairy
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc:   All Counsel (*by ECF*)