UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL PHILLIPS,

                Plaintiff,

-v-

                CIVIL ACTION NO.: 21 Civ. 8149 (ALC) (SLC)

CITY OF NEW YORK et al,

                **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic conference held today, August 22, 2022, the Court orders as follows:

1. By **Thursday, September 22, 2022**, Plaintiff shall file either (i) a motion for leave to file an amended complaint (the "Motion"), or (ii) a letter advising the Court of the status of negotiations with the Defendants regarding the Motion.

2. The Court holds in abeyance the entry of a case management plan until Plaintiff files the Motion.

Dated:      New York, New York
              August 22, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**