UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL PHILLIPS,

                Plaintiff,

-v-                              CIVIL ACTION NO.: 21 Civ. 8149 (ALC) (SLC)

                                            **ORDER**

CITY OF NEW YORK et al,

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic status conference held today, September 28, 2022, the Court orders as follows:

1. By **Friday, September 30, 2022**, Plaintiff shall file their motion for leave to file an amended complaint (the "Motion").

2. By **Friday, October 14, 2022**, Defendants shall file their response to the Motion.

Dated:      New York, New York
              September 28, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**