UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL PHILLIPS,

                Plaintiff,

-v-                                            CIVIL ACTION NO.: 21 Civ. 8149 (ALC) (SLC)

CITY OF NEW YORK et al.,                    **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

On September 28, 2022, Plaintiff filed a letter-motion seeking leave to file an amended complaint. (ECF No. 28). On October 14, 2022, Defendant advised the Court that it consents to Plaintiff's request to file an amended complaint. (ECF No. 31). Accordingly, the Court directs Plaintiff to file the amended complaint by **Tuesday, October 18, 2022**. By **Monday, December 19, 2022**, Defendant shall answer, move, or otherwise respond to the amended complaint.

Dated:      New York, New York
             October 17, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**