UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

PAUL PHILLIPS, KHAORI WRIGHT, RANDY ROSARIO AND KYLASYIA THOMPSON, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,

                                    Plaintiffs,

-against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT MEMBERS JOHN AND JANE DOES 1-12, DEPARTMENT OF CORRECTIONS MEMBERS JOHN AND JANE DOES 1-25; AND DECISIONMAKERS JOHN AND JANE ROES 1-8,

                                    Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

21-CV-8149 (ALC) (SLC)

**PLEASE TAKE NOTICE** that Erica Bianco, Esq., Senior Counsel, hereby appears as counsel of record on behalf of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendant City of New York. I certify that I am admitted to practice before this Court.

Dated: New York, New York
        December 15, 2022

                                    HON. SYLVIA O. HINDS-RADIX
                                    Corporation Counsel of the City of New York
                                    *Attorney for Defendant City of New York*
                                    100 Church Street, Room 3-141
                                    New York, New York 10007
                                    Phone: (212) 356-2547

                            By:     *Erica Bianco*    /s/
                                      Erica Bianco
                                    *Senior Counsel*
                                    Special Federal Litigation Division

cc: All Counsel (*by ECF*)