UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

PAUL PHILLIPS, et. al.,

                                      Plaintiffs,

        -against-

THE CITY OF NEW YORK,

                                      Defendant.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

21 Civ. 8149 (ALC)(SLC)

        **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant City of New York and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:        New York, New York
                December 20, 2022

                                          HON. SYLVIA O. HINDS-RADIX
                                          Corporation Counsel of the
                                          City of New York
                                          *Attorney for Defendant City of New York*
                                          100 Church Street
                                          New York, New York 10007
                                          (212) 356-2105

                                By:    /s/  James M. Sheehan
                                                JAMES M. SHEEHAN