UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
PAUL PHILLIPS, KHAORI WRIGHT, RANDY
ROSARIO AND KYLASYIA THOMPSON, ON
BEHALF OF THEMSELVES AND ALL OTHERS
SIMILARLY SITUATED,

          21-CV-8149 (ALC) (SLC)

        Plaintiffs,

          **ORDER**

    -against-

THE CITY OF NEW YORK, NEW YORK CITY
POLICE DEPARTMENT MEMBERS JOHN AND
JANE DOES 1- 12, DEPARTMENT OF
CORRECTIONS MEMBERS JOHN AND JANE
DOES 1-25; AND DECISIONMAKERS JOHN AND
JANE ROES 1-8,

        Defendants.
-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the parties' recent submissions. Plaintiffs are granted leave for an extension of time to respond. As Plaintiffs intend to file a proposed Second Amended Complaint, they do not, at this time, need to respond at length to Defendants' letter at ECF No. 40.

Plaintiffs are ordered to file their proposed Second Amended Complaint by February 1, 2023. Defendants will then have until February 15, 2023 to inform the Court via letter whether they intend to answer, move to dismiss, or otherwise respond to the proposed Second Amended Complaint. Once Defendants have filed their letter, the Court will set a briefing schedule for potential briefing.

The Clerk of Court is respectfully directed to terminate the open motions at ECF Nos. 40 and 41.

**SO ORDERED.**

Dated:    **New York, New York**
             **January 11, 2023**

                                       **ANDREW L. CARTER, JR.**
                                       **United States District Judge**