UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
PAUL PHILLIPS, KHAORI WRIGHT, RANDY :
ROSARIO AND KYLASYIA THOMPSON, ON :
BEHALF OF THEMSELVES AND ALL OTHERS :
SIMILARLY SITUATED, :
:     21-CV-8149 (ALC) (SLC)
:
                     Plaintiffs, :     **ORDER**
:
     -against- :
:
THE CITY OF NEW YORK, NEW YORK CITY :
POLICE DEPARTMENT MEMBERS JOHN AND :
JANE DOES 1- 12, DEPARTMENT OF :
CORRECTIONS MEMBERS JOHN AND JANE :
DOES 1-25; AND DECISIONMAKERS JOHN AND :
JANE ROES 1-8,                                 x

                     Defendants.
-------------------------------------------------------------------

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the parties' recent submissions concerning the briefing of a potential motion to dismiss. ECF Nos. 55-56. The parties are directed to adhere to the following briefing schedule:

    Defendants' Motion to Dismiss: February 28, 2023

    Plaintiffs' Opposition: March 21, 2023

    Defendants' Reply (if any): March 28, 2023

The Clerk of Court is respectfully directed to terminate the open motion at ECF No. 55.

SO ORDERED.

Dated:     **New York, New York**
           **February 6, 2023**

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**