UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL PHILLIPS, KHAORI WRIGHT, RANDY ROSARIO, KYLASYIA THOMPSON, on behalf of themselves and all others similarly situated,

                Plaintiffs,

-v-

CITY OF NEW YORK et al,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 8149 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic status conference held today, February 7, 2023 (the "Conference"), the Court orders as follows:

1. Plaintiffs' letter-motion seeking to compel John/Jane Doe discovery requests, (see ECF No. 43), and Defendants' letter-motion requesting a stay of all discovery pending the Defendants' forthcoming motion to dismiss (the "MTD"), (see ECF No. 44), are GRANTED IN PART and DENIED IN PART as set forth below.

2. By **Monday, February 27, 2023**, Defendants shall serve on Plaintiffs the following:

    a. the names of all New York City Police Department officers involved in the arrests of Plaintiffs Paul Phillips, Khaori Wright, Randy Rosario, and Kylasyia Thompson (collectively, the "Named Plaintiffs");

    b. any DD-5 (i.e., the Case Management System) reports as to the Named Plaintiffs;

    c. any Arrest and Complaint reports as to the Named Plaintiffs; and

    d. any On Line Prisoner Arraignment reports as to the Named Plaintiffs.

3. The deadline for Defendants to respond to Plaintiffs' Requests for Admission dated January 13, 2022 (the "RFAs") is held in abeyance.

4. Apart from the discovery listed in paragraph 2 of this Order, no other shall proceed during the pendency of the MTD without further order of the Court.

5. By **Tuesday, March 7, 2023**, Plaintiffs may file a letter describing discovery they believe should proceed during the pendency of the MTD. By **Tuesday, March 14, 2023**, Defendants shall file a letter in response.

Dated:    New York, New York
           February 7, 2023

                                          SO ORDERED.

                                          _____
                                          **SARAH L. CAVE**
                                          **United States Magistrate Judge**