# Bench Warrant
## CRIMINAL COURT OF THE CITY OF NEW YORK

Date of issuance of the warrant:06/05/1989

Name of Defendant:

Offense Charged:

### PHILLIPS, PAUL

**PL12005(02)F**

| Part: | Return Part: | County: | Docket No: | OCA No: |
|-------|--------------|---------|------------|---------|
| AP17 | AP17 | NEW YORK | 9N046776 | V2017100365 |

### IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK:

TO ANY POLICE OFFICER WHOSE GEOGRAPHICAL AREA OF EMPLOYMENT EMBRACES EITHER THE PLACE WHERE THE OFFENSE CHARGED WAS ALLEGEDLY COMMITED OR THE LOCALITY OF THE COURT BY WHICH THIS WARRANT IS ISSUED.

A CRIMINAL ACTION HAVING BEEN PREVIOUSLY COMMENCED AGAINST THE ABOVE-NAMED DEFENDANT AND NOT HAVING BEEN TERMINATED BY A FINAL DISPOSITION, AND THE COURT REQUIRING THE PERSONAL APPEARANCE OF THE DEFENDANT IN THE PENDING CRIMINAL ACTION FOR A PURPOSE OTHER THAN INITIAL ARRAIGNMENT IN THE ACTION HAVING ORDERED THE ISSUANCE OF A BENCH WARRANT

THE DEFENDANT HAVING BEEN CONVICTED OF

AND HAVING BEEN SENTENCED TO -

NOW THEREFORE, YOU ARE DIRECTED TO TAKE INTO CUSTODY THE ABOVE-NAMED DEFENDANT WHO IS PARTICULARLY DESCRIBED BELOW AND FOLLOWING HE ARREST YOU MUST WITHOUT UNNECESSARY DELAY BRING THE DEFENDANT BEFORE THIS COURT. THE DELEGATION OF THIS WARRANT IS AUTHORIZED AS PRESCRIBED IN CPL 530.70(3)(4)(5).

BY ORDER OF THE COURT

Justin A. Barry, CHIEF CLERK
CRIMINAL COURT, CITY OF NEW YORK



| DEFENDANT INFORMATION | | | | |
|---|---|---|---|---|
| DOB: | Age: 56 | Race: | | |
| Sex: MALE | Ht: 6'0" | Hair: BLOND OR STRAWBERRY | | |
| Weight: 190 | Eyes: HAZEL | | | |
| ADDRESS | | | | |
| Opr Lic #: | SSN: | | | |
| **ARREST INFORMATION** | | | | |
| A/O Name: VARGA | Shield #: 31743 | Precinct: 009 | | |
| Arrest ID: M89044166 | Date: 05/10/1989 | Command: | | |
| Dept/Agency: NY0303000 | NYSID: 04526665L | Tax Reg #: 894413 | | |

A

Friday, July 3, 2020

| 1510 | Cells/ Huercan | The pct. cells were inspected — no contrabs and non unauthorized items were found. cells are serviceable, clean and alarm is operational. There are # you,pf,of,pt prisoners lodged therein. The huercan machine is operational w/ no visible damage. |
| 1510 | Narco Safe | The pct. narco safe is secured w/ lead seal# 1395-1 |
| 1512 | Bwc | Bwc run. is secured w/ lead seal cameras chargeup. There are no issues nor deficiencies. |
| 1515 | R/c | Sgt. Caprino/Myers conducted the R/c for the outgoing third (3rd) platoon consisting of squads 2 and 3. all were present and assigned locally to tour w/ minor changes noted. Present are # u.s., 3 Sgt.'s, and — Re: r. feeton inspected for vests and bwc. feeton instructed on "fair wail" awareness. There were # deficiencies noted. |
| 1553 | EOT | Sgt. DEAH |
| 1553 | arrest (R-O-W) | [form block — Arrest]  A/O Rank Name ALLEYNE  Defendant's Name Phelps, Paul  Location of Arrest (N45)  Charge(s) — R=O=W  Physical/Mental Condition n/n  1553  Rep 6709  Photo  09T-Taken |
| 1600 | eot | Sgt. Douglas |
| 1600 | eot | Act Wallace — Morein |

B

# PRISONER HOLDING PEN ROSTER

PD# 244-1410 (3-99)-Peri-RMU



PRECINCT/DETECTIVE SQUAD _____ SO

REPORT FOR 24 HOUR PERIOD BEGINNING AT 0001 HOURS, MONTH _____ 7 _____ DAY _3_ YEAR _2020_

TOTAL NUMBER OF PRISONERS DETAINED FOR 24 HOUR PERIOD _____

| TIME IN | PRISONER NAME LAST, FIRST | SEX | MEMBER GUARDING SHIELD/CMD | PRISONER CONDITION - GUARDING OFFICER ENTER TIME EVERY 30 MINUTES / SUPERVISOR ENTER TIME & INITIALS DURING PERIODIC VISITS | | | | | | | | | | TIME OUT | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. 0705 | Ec | M | TPO Philips 18742(LP) | Adores | 0730 | | | | | | | | | | |
| 1553 | Philips Paul | | PON / SO | | | | | | | | | | | | |
| 3. 04/03 | Sgt | | | Sgt Miguels | | | | | | | | | 1410 | TO RIVERS via 6709 @ 1710 |
| 4/23 0 | Sgt | | | Sgt Proroso Mon | | | | | | | | | | | |
| 5. | | | | unpeeleel | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | | | |
| 9. | | | | | | | | | | | | | | | |
| 10. | | | | | | | | | | | | | | | |

**NEVER LEAVE PRISONERS UNATTENDED**

Supervisors must personally and periodically inspect prisoner holding pens and enter results of inspection in appropriate caption.



# New York City Police Department
## Omniform System - Arrests

**RECORD CONTAINS SEALED INFORMATION.**
THIS RECORD MAY NOT BE MADE AVAILABLE TO ANY PERSON
OR PUBLIC OR PRIVATE AGENCY OUTSIDE THE POLICE DEPARTMENT.

| *RECORD STATUS: SEALED* | Arrest ID: K20612035 - Y |
|---|---|

| **Arrest Location: NORTH EAST CORNER LINDEN BOULEVARD & ESSEX STREET** | Pct: 075 |
|---|---|

**Arrest Date: 03-18-2020**   Processing Type: **ON LINE**   Current Location of Perpetrator:

**Time: 20:29:00**   DCJS Fax Number: **KO008991**   Borough: **Brooklyn**

Sector: **D**   Special Event Code: **NO - NOT APPLICABLE**   Type: **ALL PD LOCATIONS**

Strip Search Conducted: **YES**   DAT Number:   Location: **075 PRECINCT**

Viper Initiated Arrest: **NO**   ICAD # **D20031826047**

Stop And Frisk: **NO**   Return Date: **0000-00-00**

Serial #: **0000-000-00000**

**DAT Declined Reason(s):**

Outstanding Warrant

| **COMPLAINTS:** | | Arrest #: **K20612035** |
|---|---|---|

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2020-075-04163 | 2020-03-19 | Valid, Initial Arrests made | 2020-03-18 | 20:20 |

| SEALED | SEALED |
|---|---|

| **CHARGES:** | | Arrest #: **K20612035** |
|---|---|---|

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 220.16 01 | F | B | 1 | CPCS-3RD:NARC DRUG INT/SELL |
| #02 | No | PL 221.05 | V | 0 | 1 | UNLAWFUL POSS MARIHUANA 2ND |

| How Arrest came about: | | # Injuries: 00 | | # Fatalities: 00 | | Test Given: | | Reason Vehicle Not Forfeit: | |
|---|---|---|---|---|---|---|---|---|---|
| Blood Specimen Taken: | Blood Specimen Refused: | Urine Specimen Taken: | Urine Specimen Refused: | Oral Fluid Specimen Taken: | Oral Fluid Specimen Refused: | Breath Sample Refused: | Breath Sample Reading: | BrAC: 0.0 | |
| Role: IDTU Technician | Department: NYPD | Tax: 0 | Command: 0 | Shield: | Rank: | Last Name: | First Name: | MI: | IDTU/Blood Case No: |
| Role: Point Person | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: | |
| Role: Supv in Charge of Checkpoint | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: | |

| SEALED | SEALED |
|---|---|

| **DETAILS:** | | Arrest #: **K20612035** |
|---|---|---|

Was the defendant recording police-related activity at time of arrest?

AT TPO DEFT WAS OBSERVED IN POSSESSION OF A QUANTITY OF CONTROLLED SUBSTANCE. UPON FURTHER INVESTIGATION DEFT ALSO HAS ACTIVE WARRANT #07146-2019 OCA F2020200055. DEFT WAS ALSO TRAVELING IN VEHICLE WITH MARIHUANA IN OPEN VIEW IN CENTER CONSOLE

| SEALED | SEALED |
|---|---|

| *DEFENDANT:* WRIGHT, KHAORI | NYSID #: ███████ | Arrest #: **K20612035** |
|---|---|---|



| | | | |
|---|---|---|---|
| Nick/AKA/Maiden: | Height: **5FT 8IN** | Order Of Protection: **NO** | |
| Sex: **MALE** | Weight: **150** | Issuing Court: | |
| Race: ~~BLACK~~ | Eye Color: **BROWN** | Docket #: | |
| Age: **26** | Hair Color: **BLACK** | Expiration Date: | |
| Date Of Birth: ~~ ~~ | Hair Length: **NORMAL** | Relation to Victim: **STRANGER** | |
| U.S. Citizen: **YES** | Hair Style: **CLOSE CUT** | Living together: **NO** | |
| Place Of Birth: | Skin Tone: **DARK** | Can be Identified: **YES** | |
| Is this person not Proficient in English?: **NO** | Complexion: **CLEAR** | | |
| If Yes, Indicate Language: | | | |
| Accent: **NO** | Soc.Security #: | | |
| | Occupation: **UNKNOWN** | Gang/Crew Affiliation: **NO** | |
| Identification ID: **NYS DMV Non-Driver Photo Identification** | | Name: | |
| Identification #: ~~ ~~ | Lic/Permit Type: | Identifiers: | |
| Physical Condition: **APPARENTLY NORMAL** | Lic/Permit No: | | |
| Drug Used: **NONE** | | | |

| LOCATION | ADDRESS | CITY | STATE/CNTRY ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|
| HOME-PERMANENT | ~~ ~~ STREET | ~~BRONX~~ NEW YORK | ~~ ~~ | | 067 |

**Phone # and E-Mail Address:**
**HOME: NONE**
**CELL: REFUSED**
**BUSINESS:NONE**
**E-MAIL: NONE**

| | | | |
|---|---|---|---|
| N.Y.C.H.A. Resident: **NO** | N.Y.C. Housing Employee: | On Duty: | |
| Development: | N.Y.C. Transit Employee: | | |

**Physical Force:NONE**

| | | | |
|---|---|---|---|
| Gun: | | | |
| Weapon Used/Possessed: **NONE** | Make: | Recovered: | |
| Non-Firearm Weapon: | Color: | Serial Number Defaced: | |
| Other Weapon Description: | Caliber: | Serial Number: | |
| | Type: | | |
| | Discharged: **NO** | | |

| |
|---|
| Used Transit System: **NO** |
| Station Entered: |
| Time Entered: |
| Metro Card Type: |
| Metro Card Used/Poses: |
| Card #: |

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | ACCESSORIES - JEANS - BLUE |
| CLOTHING | HEADGEAR - SKI CAP OR WATCH CAP - YELLOW |
| CLOTHING | OUTERWEAR - WAIST LENGTH JACKET - BLACK |
| CLOTHING | FOOTWEAR - SNEAKERS - BLACK |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

| SEALED | SEALED |
|---|---|

| JUVENILE DATA: | Arrest #: K20612035 |
|---|---|

| | | |
|---|---|---|
| | Relative Notified: | Personal Recog: |
| Number Of Priors: **0** | Name: | |
| School Attending: | Phone Called: | |

| Mother's Maiden Name: | Time Notified: |
|---|---|
| SEALED | SEALED |

## ASSOCIATED ARRESTS:
Arrest #: **K20612035**

ARREST ID  COMPLAINT #

| SEALED | SEALED |
|---|---|

### No Vehicles for Arrest #

| SEALED | SEALED |
|---|---|

## DEFENDANTS CALLS:
Arrest #: **K20612035**

| CALL # | NUMBER DIALED | NAME - PROVIDED BY DEFENDANT | NAME AS LISTED IN CELL PHONE | RELATIONSHIP | CALL COMPLETED |
|---|---|---|---|---|---|
| 1 | - - | REFUSED,REFUSED | REFUSED | | NO |

| SEALED | SEALED |
|---|---|

## INVOICES:
Arrest #: **K20612035**

| INVOICE# | COMMAND | PROPERTY TYPE | VALUE |
|---|---|---|---|
| 3001221554 | 075 | MARIJUANA/HASHISH | |
| 3001221588 | 075 | DRUGS/NARCOTICS | |

| SEALED | SEALED |
|---|---|

## ARREST RULES:
Arrest #: **K20612035**

ORIGINAL ARREST PROCESSING TYP : O
OFFENCE DATE : 03/18/2020
AGE AT TIME OF OCCURRENCE : 26
AGE BAND : C_RTA_2019
JUV. OFFENDER CHARGE : , IS JUV .OFFENDER : FALSE
JUV. DELINQUENT CHARGE : , IS JUV.DELINQUENT : FALSE
JUV. ADOLESCENT CHARGE : , IS ADOLESCENT : FALSE

| SEALED | SEALED |
|---|---|

## ARRESTING OFFICER: POM MICHAEL V AMELLO
Arrest #: **K20612035**

| | | Force Used: NO - No Force Used by any MOS |
|---|---|---|
| Tax Number: **949999** | On Duty: **YES** | Type: |
| Other ID (non-NYPD): **0** | In Uniform: **YES** | Reason: |
| Shield: **17857** | Squad: **C3** | Officer Injured: **NO** |
| Department: **NYPD** | Chart: **05** | Officer Body Worn Camera: **YES** |
| Command: **075** | Primary Assignment: **BEAT OFFICER** | TRI Number: **0000-000-00000 Suffix: 0** |

| SEALED | SEALED |
|---|---|

| Arresting Officer Name: POM AMELLO, MICHAEL V | Tax #: 949999 | Command: 075 | Agency: NYPD |
|---|---|---|---|
| Supervisor Approving: SGT BARHOLD CHARLE | Tax #: 947981 | Command: 075 | Agency: NYPD |
| Report Entered by: POM AMELLO, MICHAEL | Tax #: 949999 | Command: 075 | Agency: NYPD |

END OF ARREST REPORT
K20612035

# WRIGHT, KHAORI

**NYSID :** 12758282Q
**Fax Num :** K0008991
**Court Part :**
**Docket Num :**

**Custody Time :** 28 hrs 34 mins
**Arraignment Time :** 28 hrs 34 mins

## MALE/ BLACK/ 26

**Arrest Precinct :** 75

**Arrest Officer :** AMELLO, MICHAEL
**AO Command :** 075
**AO Taxid :** 946999
**AO Rank :** POM
**AO Dept :**

**Status :** 1 CARD, WARRANT NYC, DP - WARRANT
**Current Lodging :** KINGS MAIN MALE HOLDING (KCT)
**Top Charge :** PL 220.16 01
**Notes On File :** Y YES

**K20612035**

## Arraignment Status

| Activity Name | StartDate/Time - EndDate/Time |
|---|---|
| AO RELEASE | 03/18/2020 2029 - ------ |
| ARREST | 03/18/2020 2029 - ------ |
| RECORD CREATE | 03/19/2020 0650 - ------ |
| NYSID | 03/19/2020 0806 - ------ |
| DNA BANNER | 03/19/2020 0806 - ------ |
| PAPERWORK READY | 03/19/2020 0904 - 03/19/2020 0806 |
| COMPLAINT SWORN | ------ - ------ |
| COMPLANT | ------ - ------ |
| RECEIVED | ------ - ------ |
| BREAKDOWN | ------ - ------ |
| PACKAGE TO COURT | ------ - ------ |
| DOCKETED | ------ - ------ |
| ARRAIGNMENT | 03/19/2020 2303 - ------ |
| CLOSED | ------ - ------ |
| FOLDER-READY FOR | 03/19/2020 0658 - ------ |
| CJB | ------ - ------ |
| FOLDER SENT TO DA | 03/19/2020 0908 - ------ |
| DP RELEASED* | 03/19/2020 2303 - ------ |
| DP - WARRANT* | 03/19/2020 1950 - ------ |
| I CARD* | 03/19/2020 0851 - ------ |
| WARRANT NYC* | 03/19/2020 0851 - ------ |

## Lodging Status/History

| Lodging Name | StartDate/Time - EndDate/Time |
|---|---|
| 075 PRECINCT | 03/18/2020 2029 - 03/19/2020 0936 |
| KINGS MAIN MALE HOLDING (KCT) | 03/19/2020 0936 - ------ |

| ARREST 03/18/2020 2029 | RECORD CREATE 03/19/2020 0650 | NYSID 03/19/2020 0806 | DNA BANNER 03/19/2020 0806 |
|---|---|---|---|
| PAPERWORK READY * 03/19/2020 0904 | AO RELEASE Missing | COMPLANT SWORN Missing | COMPLANT RECEIVED Missing |
| BREAKDOWN Missing | PACKAGE TO COURT Missing | DOCKETED Missing | ARRAIGNMENT CLOSED 03/19/2020 2303 |
| FOLDER-READY FOR CJB 03/19/2020 0658 | FOLDER SENT TO DA 03/19/2020 0908 | DP RELEASED* 03/19/2020 2303 | DP - WARRANT* 03/19/2020 1950 |
| 1 CARD* 03/19/2020 0851 | WARRANT NYC* 03/19/2020 0851 | | |

## Charges

| Law Code | Category | Charge Class | Degree |
|---|---|---|---|
| PL 220.16 01 | F | B | 3 |
| PL 221.05 | V | 0 | 2 |

WRIGHT, KHAORI | K20612035

## WRIGHT, KHAORI

### Grouped Arrests

| Arrest Id | Arrest Date | NYSID | Defendant | AO NAME | Officer Cmd. | Officer Rank | Officer Last Name | Officer First Name |
|---|---|---|---|---|---|---|---|---|
| | | | | | 582 | PAA | WALDO | GEORGIA |
| | | | | | 582 | PAA | WALDO | GEORGIA |
| | | | | | 582 | PAA | LAU | SAMMY |
| | | | | | 582 | POF | ABDDEEN | TANISHA |
| | | | | | 582 | SGT | GAYLE | ANDRE |
| | | | | | 582 | SGT | SHTOTLAND | EDUARD |
| | | | | | 582 | POM | GANT | ROBERT |
| | | | | | 582 | POM | TOBIERRE | KERVIN |

**Notes**

| Date | Time |
|---|---|
| 03/19/2020 | 0905 |
| 03/19/2020 | 0905 |
| 03/19/2020 | 0908 |
| 03/19/2020 | 0936 |
| 03/19/2020 | 1118 |
| 03/19/2020 | 1950 |
| 03/19/2020 | 2305 |
| 03/20/2020 | 0122 |

## MALE/ BLACK/ 26

### Grouped by NYSID

| Arrest Id | Arrest Date | NYSID | Defendant | AO NAME | Note |
|---|---|---|---|---|---|
| | | | | | F202020000055- 07146-2019- KINGS SUPREME CT. WARRANT |
| | | | | | I2019051957- 2019-073- 11005 WITNESS- 073 PDU SUBMIT OFF- TRISCRITTI- 295 DET- RUGG- INTELL |
| | | | | | AIO GIVEN READY TIME. CASE IS ON THE DECK. |
| | | | | | ***DEFT HAD NO ADDITIONAL ARREST AT LODGING*** |
| | | | | | CASE IS IN PROGRESS |
| | | | | | DP # 3/20- 248 *** DO NOT RELEASE - WARRANT *** |
| | | | | | DEF HAS A SUPREME COURT WARRANT 07146-2019 |
| | | | | | DEFT REMOVED TO BROOKDALE HOSPITAL FOR JAW PAIN BY PO LEVY TAX 964612 AND PO BRANDES TAX 956451 N IMP 3189 WITH BCS LC #19. WILL BE RETURNED IN THE MORNING FOR A SUPREME COURT WARRANT. |

K20612035

2035

SUPERIOR COURT

# Warrant of Arrest

### SUPREME COURT OF THE CITY OF NEW YORK

| Part: | Return Part: | County: | SUPREME COURT NUMBER/YEAR |
|---|---|---|---|
| TAP2 | TAP2 | KINGS | 07146-2019 | Cdr Jackson |

### IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK:

To any Police Officer of the City of New York.

An Accusatory Instrument having been filed with this Court Charging

## WRIGHT, KHAORI E

the defendant in the criminal action herein, with the commission of the Offense of

## PL 16005(00) F

AND  ☒ The defendant not having been arraigned upon the accusatory instrument by which this criminal action against the defendant was commenced and this Court requiring the defendant's appearance before it for the purpose of arraignment,

☐ The defendant having been arraigned upon the accusatory instrument by which this criminal action against the defendant was commenced and this criminal action being pending in the Court and this Court requiring the defendant's appearance before it,

☐ The defendant having been convicted of and having been sentence to - and this Court requiring the defendant's appearance before it,

You are, therefore, commanded forthwith to arrest the defendant named above and bring him before this Court without unnecessary delay.

BY ORDER OF THE COURT

M SCIARRINO
JUSTICE OF THE SUPREME COURT

Bail Condition Violated:      Date of Warrant: 02/11/2020



| NCIC No: | DCJS No: | | OCA No: | |
|---|---|---|---|---|
| Defendant Name: | WRIGHT, KHAORI E | | Sex: | MALE |
| AKA: | Ht: | 5'7" | Wgt: | 170 |
| Race: | DOB: | | Age: | 27 |
| Eyes: | BROWN | Hair: | BLACK | Skin Tone: | |
| Driver Lic No: | Yr Lic Exp: | | Lic St: | |
| SSN: | | | NYSID: | |
| ADDRESS: | | | | |

| Arrest Date: | 11/23/2019 | Precinct: | 073 | Arrest ID: | K19658013 |
|---|---|---|---|---|---|
| Charge: | PL | Penal Law: | 16005 | Crime Class: | F |
| Dept/Agency: | | Command: | 073 | Tax Reg #: | 964580 |
| Officer Name: | MAHER KADER | | | Shield #: | 11104 |

F

```
27-DEC-22 16:31          Inmate Movement History Log (QHMOV)

BK&CS: ██████████      Name: WRIGHT, KHAORIE             NYSID: ██████████
       Admit - Location: CKS1      Date: 20-MAR-20  Time: 11:54
       Disch - Location: MTF3      Date: 04-APR-20  Time: 03:36:31


Branch       Date       Time      From  | To      Reason   | Housing    Housing
                                        |          Code    | Facility   Area
------      ---------   --------   ----- | -----   -------- | --------   ----------
            20-MAR-20  11:59:43   CKS1  | AMKC    XFER     |
            20-MAR-20  19:25:20   CKS1  | AMKC    XFER     |
            21-MAR-20  05:57:53        |         HOUSING  | AMKC       RR
            25-MAR-20  12:53:17   AMKC  | MTF3    XFER     | AMKC       1 UPPER
            25-MAR-20  18:51:30   AMKC  | MTF3    XFER     | AMKC       RR
            27-MAR-20  05:39:06        |         HOUSING  | MTF3       RR
            04-APR-20  03:36:35   MTF3  |         DISC     | MTF3       2A/A/
```

*G*



# New York City Police Department
## Omniform System - Arrests

| | |
|---|---|
| **RECORD STATUS: NYSID ENTERED** | **Arrest ID: Q20627092 - P** |
| **Arrest Location: INSIDE OF 34-16 ASTORIA BOULEVARD** | **Pct: 114** |

**Arrest Date: 11-11-2020**
**Time: 11:30:00**

Processing Type: **ON LINE**
DCJS Fax Number: **QO020156**
Special Event Code: **NO - NOT APPLICABLE**
DAT Number:
ICAD#
Return Date: **0000-00-00**

Sector: **C**
Strip Search Conducted: **NO**
Viper Initiated Arrest: **NO**
Stop And Frisk: **NO**
Serial #: **0000-000-00000**

Current Location of Perpetrator:
Borough: **Queens**
Type: **ALL PD LOCATIONS**
Location: **114 PRECINCT**

### DAT Declined Reason(s):
Outstanding Warrant

### COMPLAINTS:
Arrest #: **Q20627092**

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2020-114-02701 | 2020-04-09 | Valid, Initial Arrests made | 2020-04-09 | 14:56 |

### CHARGES:
Arrest #: **Q20627092**

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 265.03 01C | F | C | 1 | CPW-2ND DEGREE: DISGUISED GUN |
| #02 | No | PL 215.40 02 | F | E | 1 | TAMP W/PHYS EV:CONCEAL/DESTROY |

| How Arrest came about: | | | | # Injuries: 00 | # Fatalities: 00 | Test Given: | | Reason Vehicle Not Forfeit: | |
|---|---|---|---|---|---|---|---|---|---|
| **Blood Specimen Taken:** | Blood Specimen Refused: | Urine Specimen Taken: | Urine Specimen Refused: | Oral Fluid Specimen Taken: | Oral Fluid Specimen Refused: | Breath Sample Refused: | Breath Sample Reading: | BrAC: 0.0 | |
| **Role: IDTU Technician** | Department: NYPD | Tax: 0 | Command: | Shield: 0 | Rank: | Last Name: | First Name: | MI: | IDTU/Blood Case No: |
| **Role: Point Person** | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: | |
| **Role: Supv in Charge of Checkpoint** | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: | |

### DETAILS:
Arrest #: **Q20627092**

Was the defendant recording police-related activity at time of arrest?
AT TPO, THE DEFENDANT WAS ARRESTED UNDER OPEN COMPLAINT, 2020-114-2701.

## DEFENDANT: ROSARIO, RANDY
NYSID #:    Arrest #: **Q20627092**

Nick/AKA/Maiden:
Sex: **MALE**
Race: ~~████~~
Age: **19**
Date Of Birth: ~~████~~
U.S. Citizen: **YES**
Place Of Birth:
Is this person not Proficient in English?: **NO**
If Yes, Indicate Language:
Accent: **NO**

Height: **5FT 7IN**
Weight: **150**
Eye Color: **BROWN**
Hair Color: **BLACK**
Hair Length: **LONG**
Hair Style: **AFRO**
Skin Tone: **MEDIUM**
Complexion: **CLEAR**

Soc.Security #:
Occupation: **UNKNOWN**

Identification ID:
Identification #:
Physical Condition: **APPARENTLY NORMAL**
Drug Used: **NONE**

Lic/Permit Type:
Lic/Permit No:

Order Of Protection: **NO**
Issuing Court:
Docket #:
Expiration Date:
Relation to Victim: **STRANGER**
Living together: **NO**
Can be identified: **NO**

Gang/Crew Affiliation: **NO**
Name:
Identifiers:

H

D047

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME-PERMANENT | | | | | | 115 |

Phone # and E-Mail Address:
HOME: **NONE**
CELL:
BUSINESS: **NONE**
E-MAIL: **NONE**

N.Y.C.H.A. Resident: **NO**  N.Y.C. Housing Employee:  On Duty:
   Development:     N.Y.C. Transit Employee:

**Physical Force:NONE**

| | Gun: **HANDGUN** | | | |
|---|---|---|---|---|
| Weapon Used/Possessed: **POSSESSED** | | Make: | Recovered: **NO** | |
| Non-Firearm Weapon: | | Color: | Serial Number Defaced: | |
| Other Weapon Description: | | Caliber: | Serial Number: | |
| | | Type: | | |
| | | Discharged: **NO** | | |

Used Transit System: **NO**
   Station Entered:
   Time Entered:
   Metro Card Type:
Metro Card Used/Poses:
   Card #:

| CRIME DATA | DETAILS |
|---|---|
| METHOD OF FLIGHT | FOOT |
| MODUS OPERANDI | DISPUTE |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | ACCESSORIES - JEANS - BLACK |
| CLOTHING | FOOTWEAR - SNEAKERS - BROWN |
| CLOTHING | OUTERWEAR - T-SHIRT OR TANK TOP - MULTI COLORED OR STR |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

**JUVENILE DATA:**            Arrest #: **Q20627092**

      Relative Notified:  Personal Recog:
Number Of Priors: **0**    Name:
  School Attending:  Phone Called:
Mother's Maiden Name:  Time Notified:

**ASSOCIATED ARRESTS:**          Arrest #: **Q20627092**

| ARREST ID | COMPLAINT # |
|---|---|
| Q20625188 | 2020-114-02701 |

**No Vehicles for Arrest #**

**DEFENDANTS CALLS:**          Arrest #: **Q20627092**

| CALL # | NUMBER DIALED | NAME - PROVIDED BY DEFENDANT | NAME AS LISTED IN CELL PHONE | RELATIONSHIP | CALL COMPLETED |
|---|---|---|---|---|---|
| 1 | - - | REFUSED,REFUSED | REFUSED | | NO |

**INVOICES:**          Arrest #: **Q20627092**

| INVOICE# | COMMAND | PROPERTY TYPE | VALUE |
|---|---|---|---|

**ARREST RULES:**          Arrest #: **Q20627092**

ORIGINAL ARREST PROCESSING TYP : O
OFFENCE DATE : 04/09/2020
AGE AT TIME OF OCCURRENCE : 19
AGE BAND : C_RTA_2019
JUV. OFFENDER CHARGE : , IS JUV .OFFENDER : FALSE
JUV. DELINQUENT CHARGE : , IS JUV.DELINQUENT : FALSE
JUV. ADOLESCENT CHARGE : , IS ADOLESCENT : FALSE

**ARRESTING OFFICER: POM SCOTT M SOHN**       Arrest #: **Q20627092**

D048

| | | | |
|---|---|---|---|
| Tax Number: **955515** | On Duty: **YES** | **Force Used:** NO - No Force Used by any MOS | |
| Other ID (non-NYPD): **0** | In Uniform: **NO** | Type: | |
| Shield: **22227** | Squad: **C** | Reason: | |
| Department: **NYPD** | Chart: **08** | Officer Injured: **NO** | |
| Command: **344** | Primary Assignment: **INVESTIGATIVE** | Officer Body Worn Camera: **NO** | |
| | | TRI Number: 0000-000-00000 Suffix: 0 | |

| Arresting Officer Name:<br>**POM SOHN, SCOTT M** | Tax #:<br>**955515** | Command:<br>**344** | Agency:<br>**NYPD** |
|---|---|---|---|
| Supervisor Approving:<br>**SGT BARBER MATTHEW** | Tax #:<br>**946664** | Command:<br>**344** | Agency:<br>**NYPD** |
| Report Entered by:<br>**POM SOHN, SCOTT** | Tax #:<br>**955515** | Command:<br>**344** | Agency:<br>**NYPD** |

**END OF ARREST REPORT**
Q20627092

Print this Report

D049

☒ WARRANT OF ARREST   **SUPREME COURT OF THE STATE OF NEW YORK**
☐ BENCH WARRANT       Part _____ County _Queens_ _____
☐ WARRANT                                          Supreme Court Number/Year   1110/2020

In the Name of the People of the State of New York: To any Police Officer of the City of New York.

An Accusatory instrument having been filed with this Court

charging _RANDY ROSARIO_ _____, the defendant in the criminal action herein,

with the commission of the Felony of _____, and

☒ the defendant not having been arraigned upon the accusatory instrument by which this criminal action against him was commenced and this Court
   requiring his appearance before it for the purpose of arraignment,

☐ the defendant having been arraigned upon the accusatory instrument by which this criminal action against him was commenced and this criminal
   action being pending in this Court and this Court requiring his appearance before it,

☐ the defendant having been convicted of _____

   and having been sentenced to _____

   and this Court requiring his appearance before it,

You are, therefore, commanded forthwith to arrest the defendant named above and bring him before this Court without unnecessary delay.

Dated: City of New York   11/4/2020

By Order of the Court   _____
                        Justice of the Supreme Court
                        Court Clerk

                        Bail Condition Violated

SC-CR-37-1/77

---

## PRINT or TYPE ALL INFORMATION CAPTIONS

| Entered NCIC No. | Entered – DCJS No. | Entered Local No. | Cancelled Date | | | Mo | Day | Yr |
|---|---|---|---|---|---|---|---|---|
| W | WPR No. | | ☐ NCIC | ☐ DCJS | ☐ Local | | | |

| 1. Defendant's Name (Last, First, M.I.) | | 2. Sex | 3. Race | 4. Date of Birth | 5. Height | 6. Weight | 7. Eye Color | 8. Hair Color | 9. Skin Tone Color |
|---|---|---|---|---|---|---|---|---|---|
| ROSARIO RANDY | | M | | | 5'7 | 150 | BR | BR | Light |

| 10. MNU | NYSID Number (NYIIS) | 11. Social Security Number | 12. Driver's License Number | ☐ Oper. | ☐ Chauf. |
|---|---|---|---|---|---|
| OA—NY | | | | | |

| 12A. State | 12B. Year Lic. Exp. | 13. Offense Code | 14. Date of Warrant Mo Day Yr | 15. NYCPD Warrant Division Serial Number | 16. Court Indictment Number |
|---|---|---|---|---|---|
| | | | | OCA 578 | 1110/2020 |

| 17. Defendant's Veh. Reg. No. | 18. Crim. Court Docket No. | Yr. | 19. Misc. Information Violation of Probation Warrants, Insert Name and Telephone Number of Probation Officer (also – marks, scars, B No., FBI No.) |
|---|---|---|---|

| 20A. Defendant's Residence Address | 20B. Apt. No. | 21. Boro, Town, City, State | Zip Code | 22. Def. Res. Pct. | 23. Date of Arrest Mo Day Yr | 24. Pct. of Arr. |
|---|---|---|---|---|---|---|

| 25. Arrest No. | 26. Charge: Penal Law | 27. Crime Class | 28. Name and Address, Next of Kin |
|---|---|---|---|
| | PL 215.40-2 | ☒ F ☐ M ☐ V | |

| 29. Arresting Officer's Name (Last, First, M.I.) | 30. Tax. Reg. No. | 31. Shield No. | 32. Dept./Agency | 33. Cmd. Code |
|---|---|---|---|---|

| 34. Defendant's Employer's Name | Address | Telephone No. |
|---|---|---|

AKA's

---

## FOR CENTRAL WARRANT UNIT USE ONLY

| Verified Active, Name | Shield No. | Warrant Executed ☐ Arr. ☐ VS ☐ CT | Date Mo Day Yr | **ATTACH POLAROID PHOTO USE SCOTCH TAPE** |
|---|---|---|---|---|
| A.O.W. Name | Command | Tax Reg. No. | Date of Arrest Mo Day Yr | **NOTE:** |
| Fwd. Date Mo Day Yr | Page No. | Commands | Code | If the Polaroid Photo was not attached to this form, indicate by signing your name in the appropriate space. |
| Lodged Date Mo Day Yr | ☐ O D ☐ | Location | ID. Number | |
| DC. Check Date Mo Day Yr | No ☐ Result | | Initials | / |
| F.P.F.I. Date Mo Day Yr | Fax No. | Arr. Off. Cmd | A/O Tax Reg. No. | Date Mo Day Yr | Signature |

INSTRUCTIONS TO CLERKS: District Attorneys Office/Supreme Court/Probation Office
1. Attach the Criminal Court Warrant Form (PD 374-152) located in the Supreme Court Case Jacket.
2. The Police Department will complete all information captions which are shaded.

**WARRANT INVESTIGATION REPORT**   PD 374-159 (Rev. 02-16)
Original/Duplicate to Warrant Section — Triplicate to Court

Date

I

ROSARIO, RANDY

MALE/ WHITE HISPANIC/ 19

Q20627092

NYSID : 14745343L
Fax Num : QO20Z0158
Court Part :
Docket Num :

Custody Time : 5 hrs 2 mins
Arraignment Time : 5 hrs 11 mins

Arrest Precinct : 114

Arrest Officer : SOHN, SCOTT
AO Command : 344
AO Taxid : 955515
AO Rank : PO M
AO Dept :

Status : WARRANT NYC
Current Lodging : 114 PRECINCT
Top Charge : PL 265.03 01C
Notes On File ? YES

**Arraignment Status**

| Activity Name | StartDate/Time - EndDate/Time |
|---|---|
| ARREST | 11/11/2020 1130 - |
| RECORD CREATE | 11/11/2020 1206 - |
| NYSID | 11/11/2020 1243 - |
| DNA BANNER | 11/11/2020 1243 - 11/11/2020 1243 |
| PAPERWORK READY | 11/11/2020 1426 - |
| AO RELEASE | ------- - |
| COMPLAINT SWORN | ------- - |
| COMPLAINT | ------- - |
| RECEIVED | ------- - |
| BREAKDOWN | ------- - |
| PACKAGE TO COURT | ------- - |
| DOCKETED | ------- - |
| ARRAIGNMENT | 11/11/2020 1641 - |
| CLOSED | ------- - |
| FOLDER READY FOR 11/11/2020 1301 - |
| CJB | |
| FOLDER SENT TO DA 11/11/2020 1426 - |
| SUPREME CT | 11/11/2020 1641 - |
| ARRAIGNMENT * | |
| WARRANT NYC * | 11/11/2020 1308 - ------- |

**Lodging Status/History**

| Lodging Name | StartDate/Time - EndDate/Time |
|---|---|
| 114 PRECINCT | 11/11/2020 1130 - ------- |

**Charges**

| Law Code | Category | Charge Class | Degree |
|---|---|---|---|
| PL 265.03 01C | F | C | 2 |
| PL 215.40 02 | F | E | 0 |

| ARREST 11/11/2020 1130 | RECORD CREATE 11/11/2020 1206 | NYSID 11/11/2020 1243 | DNA BANNER 11/11/2020 1243 |
|---|---|---|---|
| PAPERWORK READY * 11/11/2020 1426 | AO RELEASE Missing | COMPLAINT SWORN Missing | COMPLAINT RECEIVED Missing |
| BREAKDOWN Missing | PACKAGE TO COURT Missing | DOCKETED Missing | ARRAIGNMENT 11/11/2020 1641 |
| FOLDER READY FOR CJB 11/11/2020 1301 | FOLDER SENT TO DA 11/11/2020 1426 | SUPREME CT ARRAIGNMENT * 11/11/2020 1641 | WARRANT NYC * 11/11/2020 1308 |

**Notes**

ROSARIO, RANDY | Q20627092

**Grouped Arrests**

| Arrest Id | Arrest Date | NYSID | Defendant | AO NAME |
|---|---|---|---|---|

**Grouped by NYSID**

| Arrest Id | Arrest Date | NYSID | Defendant | AO NAME |
|---|---|---|---|---|

Page 1

D090

ROSARIO, RANDY

MALE/ WHITE HISPANIC/ 19

| Date | Time | Officer Cmd. | Officer Rank | Officer Last Name | Officer First Name | Note |
|------|------|--------------|--------------|-------------------|--------------------|------|
| 11/11/2020 | 1308 | 585 | POF | PATTERSON | JAMIE | ACTIVE SUPREME COURT WARRANT # 01110-2020 |
| 11/11/2020 | 1842 | 585 | LT | VALAD | JAVAD | DEFT TO BE ARRAIGNED IN SUPREME COURT |



ROSARIO, RANDY | Q20627092

Page 2

Q20627092

D091

```
27-DEC-22 16:31          Inmate Movement History Log (QHMOV)

BK&CS: ████████████      Name: ROSARIO, RANDY              NYSID: ████████
       Admit - Location: AMKC        Date: 11-NOV-20  Time: 18:55:06
       Disch - Location: CQQ1        Date: 13-NOV-20  Time: 15:19:20
```

| Branch | Date | Time | From | To | Reason Code | Housing Facility | Housing Area |
|--------|------|------|------|-----|-------------|------------------|--------------|
| | 12-NOV-20 | 18:30:19 | | | HOUSING | AMKC | 1 TOP |
| | 13-NOV-20 | 03:04:50 | | | HOUSING | AMKC | QUAD-U13 |
| | 13-NOV-20 | 03:59:57 | AMKC | SQQ1 | CRT | AMKC | QUAD-U13 |
| | 13-NOV-20 | 09:08:53 | AMKC | CQQ1 | CRT | AMKC | QUAD-U13 |
| | 13-NOV-20 | 15:20:14 | CQQ1 | AMKC | DISC | | |



# New York City Police Department
## Omniform System - Arrests

| | |
|---|---|
| **RECORD STATUS: NYSID ENTERED** | **Arrest ID: M19651380 - L** |
| **Arrest Location: INSIDE OF 306 WEST 54 STREET** | **Pct: 018** |

**Arrest Date: 11 21 2019**  Processing Type: ON LINE

**Time: 12:10:00**  DCJS Fax Number  MO039136

Sector: C

Special Event Code: NO - NOT APPLICABLE

Strip Search Conducted: NO  DAT Number:

Viper Initiated Arrest: NO  ICAD#

Stop And Frisk  NO  Return Date  0000 00 00

Serial #: 0000-000-00000

**Current Location of Perpetrator:**

Borough  Manhattan

Type: ALL PD LOCATIONS

Location: 018 PRECINCT

---

**COMPLAINTS:** Arrest #: **M19651380**

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2019-018-08424 | 2019-10-14 | Valid, Initial Arrests made | 2019-10-14 | 19:19 |

---

**CHARGES:** Arrest #: **M19651380**

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 155.30 04 F | | E | 1 | GRAND LARCENY-4TH:CREDIT CARD |
| #02 | No | PL 155.30 04 F | | E | 1 | GRAND LARCENY-4TH:CREDIT CARD |
| #03 | Yes | PL 190 80 01 F | | D | 1 | IDENTITY THEFT 1  OBTAIN GOODS |

| How Arrest came about: | | # Injuries 00 | # Fatalities 00 | Test Given: | | Reason Vehicle Not Forfeit: | |
|---|---|---|---|---|---|---|---|
| **Blood Specimen Taken:** | **Blood Specimen Refused:** | **Urine Specimen Taken:** | **Urine Specimen Refused:** | **Oral Fluid Specimen Taken:** | **Oral Fluid Specimen Refused:** | **Breath Sample Refused:** | **Breath Sample Reading:** | **BrAC:** 0.0 |
| **Role:** IDTU Technician | **Department:** NYPD | **Tax:** 0 | **Command:** | **Shield:** 0 | **Rank:** | **Last Name:** | **First Name:** | **MI:** | **IDTU/Blood Case No** |
| **Role:** Point Person | **Department:** | **Tax:** | **Command:** | **Shield:** | **Rank:** | **Last Name:** | **First Name:** | **MI:** |
| **Role:** Supv in Charge of Checkpoint | **Department:** | **Tax:** | **Command:** | **Shield:** | **Rank:** | **Last Name:** | **First Name:** | **MI:** |

---

**DETAILS:** Arrest #: **M19651380**

Was the defendant recording police related activity at time of arrest?

DEFENDANT DID ATTEMPT TO USE THE VICTIM'S CREDIT CARD WITHOUT PERMISSION OR AUTHORITY.

---

## DEFENDANT: THOMPSON, KYLASYIA

NYSID #  ██████████  Arrest # **M19651380**

| | |
|---|---|
| Nick/AKA/Maiden: | Height: 5FT 8IN |
| Sex: FEMALE | Weight: 150 |
| Race: ████ | Eye Color: BROWN |
| Age: 19 | Hair Color: BLACK |
| Date Of Birth ████ | Hair Length: NORMAL |
| U.S. Citizen: YES | Hair Style: UNKNOWN |
| Place Of Birth USA | Skin Tone: MEDIUM |
| Is this person not Proficient in English?: NO | Complexion CLEAR |
| If Yes, Indicate Language: | |
| Accent: NO | Soc Security #: |
| | Occupation: UNKNOWN |
| Identification ID: None | |
| Identification # | Lic/Permit Type: |
| Physical Condition APPARENTLY NORMAL | Lic/Permit No: |
| Drug Used: NONE | |

**Order Of Protection:** NO

Issuing Court:

Docket #

Expiration Date:

Relation to Victim: STRANGER

Living together: NO

Can be Identified  NO

Gang/Crew Affiliation: NO

Name

Identifiers:

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME PERMANENT | ███████ 153 STREET ███ MANHATTAN NEW YORK | | NY | ███ | | 04█ |

Phone # and E-Mail Address:
CELL ■■■■■■■■■
E-MAIL ■■■■■■■■■■■■■

| N Y C H A  Resident  NO | N Y C Housing Employee   On Duty |
|---|---|
| Development: | N.Y.C. Transit Employee: |

**Physical Force: NONE**

| Used Transit System: NO |
|---|
| Station Entered |
| Time Entered: |
| Metro Card Type: |
| Metro Card Used/Poses: |
| Card # |

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | USED CC |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | OUTERWEAR - WAIST LENGTH JACKET - PINK |
| CLOTHING | FOOTWEAR  SNEAKERS  BLACK |
| CLOTHING | ACCESSORIES - UNK - UNKNOWN COLOR |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | UNKNOWN |
| IMPERSONATION | UNKNOWN |

**JUVENILE DATA:**                                     Arrest #: **M19651380**

| Relative Notified   Personal Recog | |
|---|---|
| Number Of  Priors: 0 | Name: |
| School Attending: | Phone Called: |
| Mother's Maiden Name: | Time Notified: |

**ASSOCIATED ARRESTS**                          Arrest # **M19651380**

| ARREST ID COMPLAINT # |
|---|
| M19650515 2019-018-08424 |

**No Vehicles for Arrest #**

**DEFENDANTS CALLS:**                          Arrest #: **M19651380**

| CALL # | NUMBER DIALED | NAME  PROVIDED BY DEFENDANT | NAME AS LISTED IN CELL PHONE | RELATIONSHIP | CALL COMPLETED |
|---|---|---|---|---|---|
| 1 | ■■■■■■■ | THOMPSON,BRIAN | NONE | FATHER | YES |

**INVOICES:**                                       Arrest #: **M19651380**

| INVOICE# COMMAND  PROPERTY TYPE  VALUE |
|---|

**ARREST RULES:**                                 Arrest #: **M19651380**

ARREST PROCESSING TYPE : O
OFFENCE DATE : 10/14/2019
AGE AT TIME OF OCCURRENCE  19
AGE BAND : C_RTA_2019
JUV. OFFENDER CHARGE : , IS JUV .OFFENDER : FALSE
JUV. DELINQUENT CHARGE : , IS JUV.DELINQUENT : FALSE
JUV ADOLESCENT CHARGE  , IS ADOLESCENT  FALSE

**ARRESTING OFFICER: DT3 MICHAEL S PALAM**     Arrest # **M19651380**

| Tax Number: 928918 | On Duty: YES | Force U ed NO - No Force Used by any MOS |
|---|---|---|
| Other ID (non-NYPD): 0 | In Uniform: NO | Type |
| Shield 3256 | Squad  B | Reason: |
| Department: NYPD | Chart: 08 | Officer Injured: NO |
| Command: 243 | Primary Assignment: INVESTIGATIVE | Officer Body Worn Camera: NO |
| | | TRI Number  0000 000 00000 Suffix  0 |

| Arresting Officer Name: DT3 PALAM, MICHAEL S | Tax #: 928918 | Command: 243 | Agency: NYPD |
|---|---|---|---|
| Supervisor Approving: SDS SOLARSH MITCHE | Tax #: 937568 | Command: 243 | Agency: NYPD |

| Report Entered by DT3 PALAM, MICHAEL | Tax # 928918 | Command 243 | Agency NYPD |
|---|---|---|---|

**END OF ARREST REPORT**
M19651380

Print this Report

**Tracking# 54164476**

| F.E.D. - COMPLETED APPREHENSION | Crime/Condition | Command |
|---|---|---|
| | | 018-MIDTOWN PRECINCT NORTH **Date of This Report** 11/21/2019 |

| Date of UF61 10/25/2019 | Complaint No. 2019-018-08424 | Date Case Assigned 10/25/2019 | Case No. 2019 - 3664 | Unit Reporting MANHATTAN WARRANTS | Follow-Up No. 6 |
|---|---|---|---|---|---|

| Topic/Subject (F.E.D. - COMPLETED APPREHENSION) COMPLETED APPREHENSION @ ▮▮▮▮▮ | Activity Date 11/21/2019 | Activity Time 08:25 |
|---|---|---|

**I-Card Number**

I2019046712 - THOMPSON KYLASYIA

**Details**

**Summary of Investigation:**
1. On November 21, 2019, at approximately 0825HRS I/O DID VISIT THE ABOVE ADDRESS IN REGARDS TO THIS INVESTIGATION. I/O WAS MET AT THE DOOR BY A FEMALE WHO ID'ED HERSELF AS MRS. FRANKLIN ▮▮▮▮ WHO WAS THE OWNER OF THE APARTMENT. MRS. FRANKIN IDENTIFIED THE SUBJECT WAS HER SON'S GIRLFRIEND AND STATED THAT SHE WAS INSIDE OF THE APARTMENT. I/O WAS GRANTED ENTRY AND DID APPREHEND THE SUBJECT WITHOUT INCIDENT OR INJURY. THE SUBJECT WAS THEN TRANSPORTED TO THE 018 PCT PDU. CUSTODY OF THE SUBJECT WAS THEN TRANSFERRED TO 018 PCT PDU PERSONAL TO PROCESS THE ARREST. SGT ALBERTELLI WAS NOTIFIED OF THE ARREST. SK

| If Business, Business Name | Person's Last Name, First M.I. THOMPSON, KYLASYIA | Person/Business Role WANTED | Housing Res. | Probation | Parole |
|---|---|---|---|---|---|

| Nickname/Alias/Middle Name | | | | | |
|---|---|---|---|---|---|

| Address | | | Apt No. | Res. Pct. | NYSID No. |
|---|---|---|---|---|---|

| Position/Relationship | Sex | Race | Date of Birth | Age | Height | Weight |
|---|---|---|---|---|---|---|
| Age From 0 | Age To 0 | Injured/Deceased | Type of Injury | | Removed to Hospital | Hospital Name |
| Home Telephone | Business Telephone | Cell Phone | Beeper # | E-Mail Address | U.S. Citizen | State/Country of Birth |

| Description | | | | |
|---|---|---|---|---|
| Accent | Weapon | Describe Weapon (If firearm, give color, make, caliber, type, model, etc.) | | Discharged |
| Gang Affiliation | | Gang Name | Gang Identifier | |
| Mask NO | Mask Description | | Gloves NO | Gloves Description |

| Clothing Description |
|---|

| Scars, Marks |
|---|

| Impersonation of | If other |
|---|---|

| Statements/Criminal History |
|---|

| Activity Address Location NYC | Street ▮▮▮▮▮ | City QUEENS | State NY | Zip | Apt # ▮▮ |
|---|---|---|---|---|---|
| Cross Street 115 AVENUE and LINDEN BOULEVARD | | Intersection of | | | Premise Type |

| Activity Specific Details |
|---|

| Reporting Officer: | Rank DT3 | Name SEAN KWALWASSER | Tax Reg. No. 944100 | Command 580-WARRANT SECTION |
|---|---|---|---|---|



| Reviewing Supervisor: | Manner of Closing - | Date Reviewed: 11/22/2019 | Date of Next Review | Name JOHN ALBERTELLI | Supv. Tax No. 910972 |
|---|---|---|---|---|---|

THOMPSON, KYLASYIA | FEMALE/ BLACK/ 19 | M19651380

NYSID : 13420620Y
Fax Num : M0039136
Court Part : AR3A
Docket Num : CR-037104-19NY

Custody Time : 12 hrs 29 mins
Arraignment Time : 12 hrs 29 mins

Arrest Precinct : 18

Arrest Officer : PALAM, MICHAEL
AO Command : 243
AO Taxid : 928918
AO Rank : D73
AO Dept :

Status : I CARD, WARRANT NYC
Current Lodging : MFI FEEDER PEN
Top Charge : PL 155.30 04
Notes On File ? NO

## Arraignment Status

| Activity Name | StartDate/Time - EndDate/Time |
|---|---|
| ARREST | 11/21/2019 1210 - |
| RECORD CREATE | 11/21/2019 1229 - |
| NYSID | 11/21/2019 1246 - 11/21/2019 1246 |
| DNA BANNER | 11/21/2019 1246 - |
| PAPERWORK READY | 11/21/2019 1403 - |
| AO RELEASE | 11/21/2019 1823 - |
| COMPLAINT SWORN | 11/21/2019 1823 - |
| COMPLAINT RECEIVED | 11/21/2019 1911 - |
| BREAKDOWN | |
| PACKAGE TO COURT | 11/21/2019 1945 - |
| DOCKETED | 11/21/2019 2044 - |
| IRIS VERIFIED | 11/21/2019 1449 - |
| IRIS CAPTURED | 11/21/2019 0039 - |
| ARRAIGNMENT | 11/22/2019 0039 - |
| CLOSED | |
| BAIL SET | 11/22/2019 0039 - |
| I CARD | 11/21/2019 1818 - |
| WARRANT NYC | 11/21/2019 1818 - |

## Lodging Status/History

| Lodging Name | StartDate/Time - EndDate/Time |
|---|---|
| 018 PRECINCT | 11/21/2019 1210 - 11/21/2019 1448 |
| MALE HOLDING (MMH) | 11/21/2019 1448 - 11/21/2019 1653 |
| FEMALE HOLDING (MFH) | 11/21/2019 1653 - 11/21/2019 2200 |
| MFI FEEDER PEN | 11/21/2019 2200 - |

| ARREST 11/21/2019 1210 | RECORD CREATE 11/21/2019 1229 | NYSID 11/21/2019 1246 | DNA BANNER 11/21/2019 1246 |
|---|---|---|---|
| PAPERWORK READY 11/21/2019 1403 | AO RELEASE 11/21/2019 1823 | COMPLAINT SWORN 11/21/2019 1823 | COMPLAINT RECEIVED 11/21/2019 1911 |
| BREAKDOWN | PACKAGE TO COURT 11/21/2019 1945 | DOCKETED 11/21/2019 2044 | IRIS CAPTURED 11/21/2019 1449 |
| IRIS VERIFIED 11/21/2019 1911 | ARRAIGNMENT CLOSED 11/22/2019 0039 | BAIL SET 11/22/2019 0039 | I CARD 11/21/2019 1818 |
| WARRANT NYC 11/21/2019 1818 | | | |

## Charges

| Law Code | Category | Charge Class | Degree |
|---|---|---|---|
| PL 155.30 04 | F | E | 4 |
| PL 155.30 04 | F | E | 4 |
| PL 190.80 01 | F | D | 1 |

## Grouped Arrests

| Arrest Id | Arrest Date | NYSID | Defendant | AO NAME |
|---|---|---|---|---|

## Grouped by NYSID

| Arrest Id | Arrest Date | NYSID | Defendant | AO NAME |
|---|---|---|---|---|

THOMPSON, KYLASYIA | M19651380

Page 1

## THOMPSON, KYLASYIA

**FEMALE/ BLACK/ 19**

**Notes**

| Date | Time | Officer Cmd. | Officer Rank | Officer Last Name | Officer First Name | Note |
|---|---|---|---|---|---|---|
| 11/21/2019 | 1448 | 579 | POF | SAFI | TROYANN | UPON IN TAKE ZOLPA MULTI ARREST CHECK CONDUCTED NEG RESULTS |
| 11/21/2019 | 1818 | 579 | SPA | BETHEA | MILDRED | AS PER DAS BENCH WARRANTS 2019NY001979, 02878-2018 ARE ACTIVE / ACTIVE I-CARD I201902348--2019102076I--HARRINGTON--PERP--GRAFF (RISC), I-CARD I201904071 2 HAS BEEN CANCELLED |

THOMPSON, KYLASYIA | M19651380

Page 2

M19651380

SUPERIOR COURT

# Bench Warrant

SUPREME COURT OF THE CITY OF NEW YORK

| Part: | Return Part: | County: | SUPREME COURT NUMBER/YEAR |
|-------|--------------|---------|---------------------------|
| 73 | 73 | NEW YORK | 02878-2018 |

IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK:

To any Police Officer of the City of New York.

An Accusatory instrument having been filed with this Court Charging

## THOMPSON, KYLASYIA

the defendant in the criminal action herein, with the commission of the Offense of

### PL14020(00) F

AND

☐ The defendant not having been arraigned upon the accusatory instrument by which this criminal action against the defendant was commenced and this Court requiring the defendant's appearance before it for the purpose of arraignment,

☒ The defendant having been arraigned upon the accusatory instrument by which this criminal action against the defendant was commenced and this criminal action being pending in the Court and this Court requiring the defendant's appearance before it,

☐ The defendant having been convicted of and having been sentence to - and this Court requiring the defendant's appearance before it,

You are, therefore, commanded forthwith to arrest the defendant named above and bring him before this Court without unnecessary delay.

BY ORDER OF THE COURT:    GP ROBERTS
JUSTICE OF THE SUPREME COURT

Bail Condition Violated:    Date of Warrant: 11/06/2019

| | | | | | |
|---|---|---|---|---|---|
| NCIC No: | | DCJS No: | | OCA No: | |
| Defendant Name: | THOMPSON, KYLASYIA | | | Sex: | FEMALE |
| AKA: | | Ht: | 5'6" | Wgt: | 110 |
| Race: | BLACK | DOB: | | Age:: | 19 |
| Eyes:: | BLACK | Hair: | BROWN | Skin Tone: | DARK |
| Driver Lic No: | | Yr Lic Exp: | | Lic St: | |
| SSN: | | | | NYSID: | |
| ADDRESS: | | | | | |
| Arrest Date: | 08/01/2018 | Precinct: | 017 | Arrest ID: | M18840497 |
| Charge: | PL | Penal Law: | 14020 | Crime Class: | F |
| Dept/Agency: | NY0303000 | Command: | 242 | Tax Reg #: | 915033 |
| Officer Name: | GLENN GODINO | | | Shield #: | 02756 |

*O*

```
27-DEC-22 16:28          Inmate Movement History Log (QHMOV)

BK&CS: [REDACTED]     Name: THOMPSON, KYLASYIA          NYSID: [REDACTED]
          Admit - Location: CNC3    Date: 22-NOV-19  Time: 01:27:07
          Disch - Location: RMSC    Date: 25-NOV-19  Time: 20:54:05
```

| Branch | Date | Time | From | | To | Reason Code | Housing Facility | Housing Area |
|--------|------|------|------|---|----|-------------|------------------|--------------|
| | 22-NOV-19 | 05:07:12 | CNC3 | \| | RMSC | CRTXFER | | |
| | 22-NOV-19 | 05:08:11 | CNC3 | \| | RMSC | XFER | RMSC | RR |
| | 22-NOV-19 | 06:29:12 | RMSC | \| | SNC1 | CRT | RMSC | RR |
| | 22-NOV-19 | 08:42:18 | RMSC | \| | SNC9 | CRT | RMSC | RR |
| | 22-NOV-19 | 12:49:20 | SNC9 | \| | RMSC | CRTRET | RMSC | RR |
| | 22-NOV-19 | 19:27:15 | SNC9 | \| | RMSC | CRTRET | RMSC | RR |
| | 23-NOV-19 | 01:53:11 | | \| | | HOUSING | RMSC | SOUTH 5B |
| | 25-NOV-19 | 20:54:24 | RMSC | \| | | DISC | | |

P



**PATROL GUIDE**

| Section: Arrests | | Procedure No: 208-42 |
|---|---|---|
| | **ARREST ON A WARRANT** | |
| DATE EFFECTIVE:<br>05/23/22 | LAST REVISION:<br>I.O. 59 | PAGE:<br>1 of 5 |

**PURPOSE**      To arrest persons for whom warrants have been issued.

**DEFINITION**    <u>ARRESTING OFFICER</u> – For the purposes of this procedure, an arresting officer is any non-supervisory uniformed member, including detective squad personnel, assigned to arrest persons named on warrants issued by the court.

**PROCEDURE**    When arresting a person for whom a warrant has been issued:

**ARRESTING OFFICER**

1. Inform defendant of warrant and offense charged unless physical resistance, flight or other factors make such procedure impractical.
2. Present warrant, if requested, or as soon as possible, if not possessed at time of arrest.
3. Announce authority and purpose if premises is involved, and there is reasonable cause to believe that defendant is inside, EXCEPT if giving such notice may:
   a. Endanger the life or safety of the officer or another person, <u>OR</u>
   b. Result in defendant attempting to escape, <u>OR</u>
   c. Result in material evidence being destroyed, damaged or hidden.

**NOTE**    *The City Charter authorizes the immediate and unannounced entry into a premise in an emergency situation; this includes an "urgent child abuse" case situation where the life or safety of a child or any other person is endangered. In other cases where there is no emergency, exceptions DO NOT apply (i.e., Family Court warrants, including Urgent Child Abuse Warrants).*

4. Make a forced entry into premises, if necessary.

**NOTE**    *If premise is a third party residence, such forced entry is prohibited without a search warrant.*

5. Make arrest and comply with the pertinent arrest processing guidelines.
   a. When court is not in session, contact borough Court Section supervisor for instructions as to location to which prisoner is to be transported.
6. Ascertain if any additional warrants or active **INVESTIGATION CARD(S)** **(PD373-163)** exist concerning the subject of the immediate warrant via applicable Department resources as described in *P.G. 208-22, "Performing Local, State and Federal Warrant Checks."*
   a. Comply with *P.G. 208-23, "Computerized Investigation Card System,"* if an **INVESTIGATION CARD** has been discovered.

**NOTE**    *A subject can be run by name, NYSID, or by the docket number (if known) under the "Keyword" function in DAS. In addition, in order to sort through the information returned through DAS, it is recommended that the "Warrants Active" tab be checked under the Source Section of the Filter System.*

**NEW • YORK • CITY • POLICE • DEPARTMENT**



## PATROL GUIDE

| PROCEDURE NUMBER: | DATE EFFECTIVE: | LAST REVISION: | PAGE: |
|---|---|---|---|
| 208-42 | 05/23/22 | I.O. 59 | 2 of 5 |

**ARRESTING OFFICER (continued)**

7. Complete **ON LINE BOOKING SYSTEM ARREST WORKSHEET (PD244-159)** if arrest warrant, or **ARREST REPORT - SUPPLEMENT (PD244-157)** if bench warrant, and enter under "NARRATIVE":
   a. Date warrant issued, court, judge, and county of issuance
   b. Rank, name, shield number and command of member of the service who verified the status of the warrant
   c. Docket number and other pertinent information.

8. Arraign prisoner as follows:
   a. CRIMINAL COURT WARRANTS
      (1) Warrants issued by New York, Queens, Bronx, or Kings County Criminal Court:
         (a) Arraign prisoner in Criminal Court or Weekend/ Night Court of the borough that issued the warrant.
      (2) Warrants issued by Staten Island Criminal Court:
         (a) When in session, arraign prisoner in Staten Island Criminal Court
         (b) When not in session, confer with Staten Island borough Court Section and process prisoner as directed.
   b. SUPREME COURT WARRANTS
      (1) If in session, take prisoner before Supreme Court that issued warrant.
      (2) When a police officer cannot bring the defendant to Supreme Court for arraignment (after 1700 hours on weekdays and on weekends), the officer will deliver defendant as follows:
         (a) Adult males to the Department of Correction facility listed (see ADDITIONAL DATA for Department of Correction locations)
         (b) Adult females to the Rose M. Singer Center on Rikers Island
         (c) Male adolescents (18 years of age) will be brought to the Adolescent Reception and Detention Center on Rikers Island.
         (d) Male and female juveniles (16 and 17 years of age) will be brought to the appropriate facility designated by the Administration for Children's Services (ACS).
   c. FAMILY COURT WARRANTS
      (1) When in session, remove prisoner to Family Court that issued warrant.
      (2) When not in session, arraign prisoner in Weekend/Night Court, borough of arrest.

9. The police officer delivering the prisoner will provide the Department of Correction with a copy of the Supreme Court arrest warrant or bench warrant.

**NEW • YORK • CITY • POLICE • DEPARTMENT**


## PATROL GUIDE

| PROCEDURE NUMBER: | DATE EFFECTIVE: | LAST REVISION: | PAGE: |
|---|---|---|---|
| 208-42 | 05/23/22 | I.O. 59 | 3 of 5 |

**ARRESTING OFFICER (continued)**

10. Police officers delivering defendants to Rikers Island will proceed across the Rikers Island bridge and go directly to the appropriate reception center where they will be required to check all their weapons. After complying, they will proceed to the receiving entrance of the facility to lodge the defendant, and will retrieve their weapons after the defendant is lodged.

11. In order to accurately account for instances where a defendant is returned to court solely on the basis of a warrant (Criminal or Supreme Court, bench, etc.) and there is no associated arrest number generated, all escorting officers, **with the exception of members of the service assigned to the Fugitive Enforcement Division or any of its sub-units**, must report to the designated borough Court Section location as follows:

    a.   Manhattan – Room 132
    b.   Brooklyn – Room 207
    c.   Bronx – Prisoner Intake
    d.   Queens – Prisoner Intake
    e.   Staten Island – 120th Precinct Arrest Processing Office.

    In all cases, escorting officers will obtain a "Return on Warrant" number from Court Section personnel prior to departing the court facility.

12. If arrest made in borough other than borough where warrant was issued (Inter-County Warrant): prepare following statement on Court Complaint, "At (time) hours, on (date), Police Officer (name, shield number, command) performing duty in (borough) Criminal Court has verified through records on file at said court that the warrant forming the basis of this arrest is active."

### WHEN AN ARREST IS AFFECTED SOLELY ON A BENCH WARRANT

**DESK OFFICER**

13. Make Command Log entry relative to the detention of the prisoner.

**ARRESTING OFFICER**

14. Prepare **ARREST REPORT - SUPPLEMENT** and submit to supervisor for review and signature.

    a.   Indicate on **ARREST REPORT - SUPPLEMENT** if, and exactly how, the subject may have attempted to avoid arrest.

**ADDITIONAL DATA**

*PAROLE WARRANT*
*If a uniformed member of the service conducting an investigation has a parole absconder in custody SOLELY on the authority of a parole warrant, the arrest will be processed as "FOA" as follows:*

a.   *Notify New York State Department of Corrections and Community Supervision (DOCCS) at their 24 hour Operations Center at 212 239-6159 and request a faxed copy of the warrant*
b.   *Notify Warrant Verification Desk of apprehension and details*
c.   *Ensure that parole violators are served with a copy of the charges upon which the warrant is based, as well as, the dates on which the probable cause and revocation hearings are to be scheduled.*

## NEW • YORK • CITY • POLICE • DEPARTMENT

## PATROL GUIDE

| PROCEDURE NUMBER: | DATE EFFECTIVE: | LAST REVISION: | PAGE: |
|---|---|---|---|
| 208-42 | 05/23/22 | I.O. 59 | 4 of 5 |

**ADDITIONAL DATA**
**(continued)**

PRISONERS IN THESE CASES WILL BE LODGED AT THE APPROPRIATE DEPARTMENT OF CORRECTION FACILITY AND ARE NOT TO BE TRANSPORTED TO BOROUGH COURT SECTION FACILITIES. When preparing the **ON LINE BOOKING SYSTEM ARREST WORKSHEET**, indicate in the "Narrative Section," the time, date, and names of who was notified at the Warrant Section and at the Parole Absconder Search Unit, prior to forwarding a copy of the **ON LINE BOOKING SYSTEM ARREST WORKSHEET** to the borough Court Section.

<u>YOUTH AWOL FROM A RESIDENTIAL FACILITY</u>
When a youth who is AWOL from a residential facility is apprehended on an Office of Children and Family Services Warrant, the youth will be returned directly to the residential facility, if located within New York City. If AWOL from a facility outside New York City, the youth will be taken directly to the appropriate facility designated by the Administration for Children's Services (ACS). In NO CASE will the youth be taken to Family Court.

<u>PINS WARRANT</u>
If the defendant is <u>NOT</u> released on an APPEARANCE TICKET - FAMILY COURT on the Juvenile Delinquency charges, the defendant will be taken to the appropriate facility designated by the Administration for Children's Services (ACS)

When a defendant is taken into custody, and in addition to a PINS Warrant, there are other Juvenile Delinquency charges:
a.   The juvenile may be served an **APPEARANCE TICKET - FAMILY COURT (PD277-130)** for the other charges, if eligible. However, the juvenile will be kept in custody on the authority of the PINS Warrant and taken to a designated Emergency Children's Service facility
b.   If the defendant is NOT released on an **APPEARANCE TICKET - FAMILY COURT** on the Juvenile Delinquency charges, the defendant will be taken to the appropriate facility designated by the Administration for Children's Services (ACS).

When a person is apprehended outside New York City, but within New York State on the authority of a felony/misdemeanor warrant issued by a New York City Court, the Inter-City Correspondence Unit will notify the Warrant Section to assign personnel to return the prisoner to New York City. Travel expense funds, if needed, may be obtained from the Audits and Accounts Unit. If closed, funds may be obtained at the Office of the Chief of Detectives (see P.G. 212-83, "Leaving City on Official Business").

The address of each Department of Correction facility is as follows:

<u>**Manhattan**</u>
Manhattan Detention Complex (MDC)
125 White Street
New York, New York 10013

<u>**Bronx and Queens**</u>
Department of Correction Barge
1 Halleck Street
Bronx, New York, 10474

<u>**Brooklyn and Staten Island**</u>
Brooklyn Detention Complex
275 Atlantic Avenue
Brooklyn, New York, 11201

<u>**Juvenile Facility**</u>
Adolescent Reception and
Detention Center (ARDC)
11-11 Hazen Street
East Elmhurst, New York 11370

## NEW • YORK • CITY • POLICE • DEPARTMENT

## PATROL GUIDE

| PROCEDURE NUMBER: | DATE EFFECTIVE: | LAST REVISION: | PAGE: |
|---|---|---|---|
| 208-42 | 05/23/22 | I.O. 59 | 5 of 5 |

| | |
|---|---|
| *ADDITIONAL*<br>*DATA*<br>*(continued)* | <u>*Female Facility*</u><br>*Rose M. Singer Center (RMSC)*<br>*19-19 Hazen Street*<br>*East Elmhurst, New York 11370* |
| *RELATED*<br>*PROCEDURES* | *Performing Local, State and Federal Warrant Checks (P.G. 208-22)*<br>*Computerized Investigation Card System (P.G. 208-23)*<br>*Certificate of Warrant (Non-Support) (P.G. 208-50)*<br>*Search Warrant Applications (P.G. 212-75)*<br>*Leaving City on Official Business (P.G. 212-83)* |
| *FORMS AND*<br>*REPORTS* | ***ARREST REPORT - SUPPLEMENT (PD244-157)***<br>***ON LINE BOOKING SYSTEM ARREST WORKSHEET (PD244-159)***<br>***APPEARANCE TICKET - FAMILY COURT (PD277-130)***<br>***INVESTIGATION CARD (PD373-163)*** |

**NEW • YORK • CITY • POLICE • DEPARTMENT**

420E

| | THE CITY OF NEW YORK<br>DEPARTMENT OF CORRECTION<br><br>**OPERATIONS ORDER** |  |
|---|---|---|

| [X] NEW | [ ] REVISED | **SUBJECT**<br>**DETENTION AND PRODUCTION OF DEFENDANTS HELD** |
|---|---|---|
| EFFECTIVE DATE<br>**3/16/92** | NUMBER<br>**6/92** | PAGE **1** OF<br>**2** PAGES | **ON SUPREME COURT**<br>**ARREST AND BENCH WARRANTS** |

AUTHORIZED BY THE CHIEF OF DEPARTMENT

JAMES T. GARVEY, JR., ACTING CHIEF OF DEPARTMENT                                   SIGNATURE

## I.    PURPOSE

To provide for the detention and court production of inmates arrested on Supreme Court arrest warrants and bench warrants.

## II.    POLICY

A.   As the result of amendments to the Criminal Procedure Law and the Correction Law, the Department, effective Monday, March 16, 1992 will accept custody of defendants arrested by a police officer on a Supreme Court arrest warrant or a Supreme Court bench warrant who can not be arraigned because the Supreme Court part is not available (after 1700 hours on weekdays and on weekends).

B.   The Department will detain these defendants and produce them in Supreme Court at 0930 hours on the next business day.

## III.    PROCEDURES

A.   When a police officer arrests a defendant on a Supreme Court Arrest Warrant or Supreme Court Bench Warrant the officer will continue to bring the defendant before the Supreme Court for arraignment.

1.   When the police cannot bring the defendant to the Supreme Court for arraignment (after 1700 hours on weekdays and on weekends,) the police may deliver adult male defendants to the correctional facility in the county that issued the warrant. The police will provide the Department with a copy of the Supreme Court Arrest Warrant or Bench Warrant (see attached copy). Because the defendant has not been arraigned, there will b no securing order. Unless the adult male defendant requires special housing, he shall be held in the correctional facility in the county that issued the warrant.

R

420H

| | EFFECTIVE DATE<br>**3/16/92** | SUBJECT<br>**DETENTION AND PRODUCTION OF DEFENDANTS HELD<br>ON SUPREME COURT<br>ARREST AND BENCH WARRANTS** |  |
|---|---|---|---|
| | OPERATIONS<br>ORDER | | |
| | NUMBER<br>**6/92** | PAGE **2** OF<br>**2** PAGES | |

    2.    The police may deliver male adolescents to the Adolescent Reception and Detention Center.

    3.    The police may deliver females to the Rose M. Singer Center.

  B.    The defendant shall be processed like any new direct admission inmate (including the assignment of a direct book and case number,) but must be returned to the Supreme Court part that issued the warrant with a copy of the warrant by 0930 hours on the next business day.

  C.    The General Office of the receiving facility shall be responsible for having the defendant sent to the Supreme Court as a recall and sent to court on the first van leaving the facility.

## IV.  SPECIAL INSTRUCTIONS

  A.    Commanding Officers of facilities and divisions shall ensure that the provisions of this Operations Order are strictly complied with.  Any questions should be directed to the Legal Division.

## V.  ATTACHMENTS

  A.    <u>New York State Supreme Court Warrant</u>