Friday, July 3, 2020

| Time | Item | Entry |
|---|---|---|
| 1510 | Cells/Livescan | The pct. cells were inspected - no contrabands and/or unauthorized items were found. Cells are serviceable, clean and alarm is operational. There are # ps, pf, ct, pt prisoners lodged therein. The livescan machine is operational w/ no visible damage. |
| 1510 | Narco Safe | The pct. narco safe is secured w/ lead seal # 139521 |
| 1512 | BWC | BWC run is secured w/ lead seal # cameras charging. There are no known issues nor deficiencies. |
| 1515 | Rlc | Sgt. Caprino/Myers conducted the Rlc for the outgoing third (3rd) platoon consisting of squads 2 and 3. All men present and uniformed according to drcs w/ minor changes noted. Present are 4 Lt.'s, 3 Sgt.'s, and _ P.O.'s. Platoon inspected for vests and bwc. Platoon instructed on "air mail" awareness. There were no deficiencies noted. |
| 1553 | EOT | Sgt. Dean |
| 1553 | Arrest (R-O-W) | TPR - ALLEYNE — Tax # — Shield # — CMD — 1S<br>Defendant's Name: Phelps, Paul — Age 30, Sex M, Race —<br>Location of Arrest: (N43)<br>Charge(s) - R-O-W — 1553 — Deft's Funds 35.00 Funds Rmd 35.00<br>Physical/Mental Condition: a/n<br>Any Disabilities? N<br>Rmp 6749 @ 1710hrs<br>OPT - Myers |
| 1600 | eot | Sgt. Douglas |
| 1600 | eot | Det Wallace — Morgan |

DA

# PRISONER HOLDING PEN ROSTER
PD# 244-1410 (3-99)-Pent-RMU

PRECINCT/DETECTIVE SQUAD SD
REPORT FOR 24 HOUR PERIOD BEGINNING AT 0001 HOURS, MONTH 7 DAY 3 YEAR 2020
TOTAL NUMBER OF PRISONERS DETAINED FOR 24 HOUR PERIOD ___

| # | TIME IN | PRISONER NAME LAST, FIRST | SEX | MEMBER GUARDING SHIELD/CMD | PRISONER CONDITION - GUARDING OFFICER ENTER TIME EVERY 30 MINUTES SUPERVISOR ENTER TIME & INITIALS DURING PERIODIC VISITS | TIME OUT | REMARKS |
|---|---|---|---|---|---|---|---|
| 1 | 0705 | [signature] | M | TPR Philips 1538/SD | [entries] 1538(SD) 4/700, 1710 | | |
| 2 | 1353 | Philips, Paul | M | RON /SD | Haines [signature] M. Sners | 1710 | TD RIKERS v/c 6709 @ 1710 |
| 3 | 04/03/20 | Sgt [signature] | | 1885 Sgt [signature] unpacked | Sgt [signature] unpacked | | |
| 4 | 04/23/20 | Sgt [signature] | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |

**NEVER LEAVE PRISONERS UNATTENDED**

Supervisors must personally and periodically inspect prisoner holding pens and enter results of inspection in appropriate caption.