UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL PHILLIPS, KHAORI WRIGHT, RANDY ROSARIO, KYLASYIA THOMPSON, on behalf of themselves and all others similarly situated,

                Plaintiffs,

-v-

CITY OF NEW YORK et al,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 8149 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiffs' letter-motion requesting that limited discovery proceed while Defendants' motion to dismiss is pending (ECF No. 67 (the "Letter-Motion")), and Defendants' letter-motion in opposition (ECF No. 68 (the "Opposition")). An in-person conference to discuss the Letter-Motion and Opposition will be held on **Wednesday, March 22, 2023 at 12:00 p.m.** in Courtroom 18A, 500 Pearl Street, New York, New York.

Dated:     New York, New York
            March 15, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**