UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
PAUL PHILLIPS, KHAORI WRIGHT, RANDY
ROSARIO AND KYLASYIA THOMPSON, ON
BEHALF OF THEMSELVES AND ALL OTHERS
SIMILARLY SITUATED,

            21-CV-8149 (ALC) (SLC)

        Plaintiffs,

            ORDER

    -against-

THE CITY OF NEW YORK, NEW YORK CITY
POLICE DEPARTMENT MEMBERS JOHN AND
JANE DOES 1- 12, DEPARTMENT OF
CORRECTIONS MEMBERS JOHN AND JANE
DOES 1-25; AND DECISIONMAKERS JOHN AND
JANE ROES 1-8,
                                                Defendants.
--------------------------------------------------------------------

**ANDREW L. CARTER, JR., District Judge:**

      The Court is in receipt of the parties' recent submissions. Plaintiffs' request for a pre-motion conference regarding a motion to strike at ECF No. 65 is denied. However, Plaintiffs are granted leave to file a motion to strike. Plaintiffs' motion to strike should clearly state which documents they wish to strike from Defendants' motion papers at ECF No. 63, and the basis on which they believe they have grounds to do so. The Motion to Strike will be briefed on the following schedule:

      Plaintiffs' Opening Brief: April 4, 2023

      Defendants' Opposition: April 18, 2023

      Plaintiffs' Reply (if any): April 25, 2023

Briefing on the motion to dismiss will be held in abeyance until the resolution of the motion to strike. The Clerk of Court is respectfully directed to terminate the open motions at ECF Nos. 65 and 70.

**SO ORDERED.**

Dated:    New York, New York
           March 20, 2023

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**