UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL PHILLIPS, KHAORI WRIGHT, RANDY ROSARIO, KYLASYIA THOMPSON, on behalf of themselves and all others similarly situated,

           Plaintiffs,

-v-

CITY OF NEW YORK et al,

           Defendants.

CIVIL ACTION NO.: 21 Civ. 8149 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the in-person discovery conference held today, March 22, 2023 (the "Conference"), the Court orders as follows:

1. By **Wednesday, April 5, 2023**, Plaintiffs' counsel shall:

   a. confer with Plaintiffs Paul Phillips ("Phillips") and Khaori Wright ("Wright") regarding identifying characteristics of the Department of Correction ("DOC") personnel who interacted with Phillips and Wright or specific, shorter time periods in which those interactions occurred;

   b. file a supplemental letter detailing their efforts to communicate with their clients, and sharing any additional identifying information concerning the DOC personnel who may be named as Defendants in this action.

2. By **Wednesday, April 19, 2023**, Defendants shall file a letter in response.

3. A telephonic conference to address the parties' letters will be held on **Thursday, April 20, 2023 at 11:00 a.m.**, on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:	New York, New York
	March 22, 2023

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**

2