**Cintron Hernandez, Melissa (BOC)**

| | |
|---|---|
| **From:** | Baily, ███ (BOC) |
| **Sent:** | Wednesday, July 13, 2022 9:32 AM |
| **To:** | Cintron Hernandez, Melissa (BOC) |
| **Subject:** | FW: EMTC - Intake Dashboard |
| **Attachments:** | BOC Analysis of DOC Intake Dashboard.pdf |

**From:** Baily, ███ (BOC)
**Sent:** Thursday, June 16, 2022 1:20 PM
**To:** sonya.harvey@doc.nyc.gov
**Cc:** Rivas Salas, Nashla (BOC) <nsalas@boc.nyc.gov>; McFarlane, ███ (BOC) <JMcFarlane@boc.nyc.gov>
**Subject:** EMTC - Intake Dashboard

Good Afternoon Acting Warden Harvey,

Board staff are continuing to closely monitor the conditions in the Main Intake at EMTC. As part of our monitoring work, we have been reviewing the DOC's Intake Dashboard. Over the past few days, we have documented 17 incidents where a person in custody in the EMTC intake had their "In Custody at Court" start time (the time reported on their Securing Order) changed on the DOC's Intake Dashboard. These changes often occurred as a newly admitted person in custody approached their 24 hour clock expiration, or sometimes following the expiration. Some people in custody had their custody start time changed multiple times over the course of several hours. Below is an example from last night, where ███████████████████████ had his start time in custody moved ahead three hours several minutes after his 24 hour clock expired. And attached is an analysis BOC conducted of 16 cases of similar incidents.

Thank you,

███ Baily
Director of Violence Prevention
NYC Board of Correction

1

