UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

TAFARI BARNETT,

                                        **10 CIV 3899**

            Plaintiff(s),

                                    **Hon. Ronald L. Ellis**

-against-                         DECLARATION

**MOUNT VERNON POLICE DEPT.,**
**DETECTIVE BAIA, DETECTIVE BONCARDO**
               Defendant(s).

--------------------------------------------------------------x

HINA SHERWANI, an Assistant in the Office of the Corporation Counsel, Loretta Hottinger,

I make this Declaration solely to annex Exhibits in Support of the Motion To Dismiss in

the above captioned matter.

- A. Police Report and Investigation incorporated by Plaintiff in his Amended Complaint
- B. Plaintiff's Amended Complaint

Dated:     Mount Vernon, New York
           April 10, 201 ₱

                               Yours, etc.

                                Loretta J. Hottinger
                                Corporation Counsel
                                Attorney for Defendant
                                The City of Mount Vernon
                                Office and PO Address
                                One Roosevelt Square
                                Mount Vernon, New York 10550

                                _____
                                By: Hina Sherwani   (HS 8283)

**DV Incident Report Form**

| Month | Day | Year | Time (24 hrs) | Address of Occurrence | APT # | Precinct/Area | Sector / OCTC / Complaint # |
|---|---|---|---|---|---|---|---|

**DATE**

| 08 | 22 | 09 | 0529 | 41 Rochelle Terr | 2 FL | E | |
| 08 | 22 | 09 | 0529 | | | | |

How can we safely contact you? (e.g. Name, Phone)

☑ Officer-Initiated ○ Radio Run ○ Walk-In

**VICTIM/PARTY (P1)**
Name (Last, First, M.I.) (include aliases)
Wright, Nardia

Sex: ☑ M ○ F   Age: 28

Apt # 2ndFl

Injured? ○ No ☑ Yes
Removed to Hospital? ○ No  ○ Yes If yes what hospital? refused
Race: ○ White ☑ Black ○ Asian   ○ Native American ○ Other
○ Hispanic ☑ Non-Hispanic ○ Unknown
Describe

**SUSPECT / PARTY 2 (P2)**
Name (Last, First, M.I.) (include aliases)
Barnett, Tafari

Sex: ☑ M ○ F   Age: 30

Apt # 14   Zip 10550

Injured? ☑ No ○ Yes
Removed to Hospital? ☑ No ○ Yes If yes what hospital?
Race: ○ White ☑ Black ○ Asian   ○ Native American ○ Other   ○ Hispanic ☑ Non-Hispanic ○ Unknown

Prior DV History? ○ Yes ☑ No
Prior DV police report? ☑ Yes ○ No
Victim fearful? ○ Yes ☑ No
Access to weapons? ○ Yes ☑ No
Suspect Drug/Alcohol? ○ Yes ☑ No
Suspect Hx suicide threat? ○ Yes ☑ No
Suspect probation/Parole? ○ Yes ○ No

**LIVING SITUATION**
Do parties currently live together? ○ Yes ☑ No
If NO, have they lived together in the past? ○ Yes ○ No
Do the parties have a child-in-common? ☑ Yes ○ No

**RELATIONSHIP: (SUSPECT / P2 is to P1)**
○ Married ○ Formerly Married
○ Intimate Partner/Dating ○ Former Intimate/Dating
○ Child of victim/party 1 ○ Parent of victim/party 1
○ Relative: ○ Other:

**ASSOCIATED PERSONS**
Name: Dwight Dowe
Relationship to victim / P1: Boyfriend

| Check all that apply: | | | | |
|---|---|---|---|---|
| ○ Biting | ○ Impaired Alcohol/Drugs | ☑ Pushing | ○ Threw Items | ○ Threat with weapon |
| ○ Destroyed Property | ○ Injury to Child | ○ Sexual Assault | ○ Unwanted Contact | ○ Threats: (specify) |
| ○ Forced Entry | ○ Injury to Other Persons | ○ Shooting | ○ Verbal Abuse | ○ Injure/Kill Persons |
| ○ Forcible Restraint | ○ Injury to Pet/Animal | ☑ Slapping | ○ Violated Visitation/ | ○ Injure/Kill Self |
| ○ Hair Pulling | ○ Interference with Phone | ○ Slamming Body | Custody Conditions | ○ Injure/Kill Pet/Animal |
| ○ Homicide | ○ Intimidation/Coercion | ○ Stabbing | ☑ OTHER Suspect Actions | ○ Take Child |
| | ○ Kicking | ○ Strangulation "Choking" | UOF | ○ Destroy/Take Property |
| | ☑ Punching | ○ Suicide or Attempt | | ○ Other |
| | | | | ○ Weapons used: (specify) ○ Blunt Object ○ Gun ○ Motor Vehicle ○ Sharp Instrument ○ Other |

**Arrest Made?** ○ Yes ☑ No
Reasons arrest not made on-scene: ○ No Offense Committed ○ No Probable Cause ☑ Suspect Off-Scene
○ Warrant/Criminal Summons to be requested ○ Violation level: not in police presence (no citizen's arrest) ○ Other:

| Offenses | Law (e.g. PL) | Section (Sub) | |
|---|---|---|---|
| 1 Assault 3° | PL | 120.00 | ○ |
| 2 Criminal Contempt | PL | 215.51 | ○ |
| | | | ○ |

Offenses Involved: (check all that apply) ☑ Felony ○ Misdemeanor ○ Violation ○ Other (Specify)
Registry Checked? ○ Yes ☑ No   OP Court Name: New Rochelle
Order of Protection? ☑ Yes ○ No   ☑ Family ○ Criminal ○ Supreme
Stay Away Order? ☑ Yes ○ No   ○ Out of State ○ Tribal
Order Violated? ☑ Yes ○ No   Expiration: 01 / 29 / 14
Any PRIOR orders? ○ Yes ☑ No

**REPORT — COMPLETE STATEMENT ON PAGE 2 NEXT**

Photos Taken? ○ Yes ☑ No   IF YES, photos taken of: ○ Victim Injuries ○ Suspect Injuries   Other evidence collected? ○ Yes ☑ No
○ Scene ○ Damaged Property ○ Other:   IF YES describe

Results of investigation and basis of action taken: (Here record utterances, spontaneous admissions or spontaneous statements made) ○ Yes ○ No

P1 Wright stated that she was approached by her ex-boyfriend P2 Barnett, Tafari ifo 41 Rochelle Terre and punched (P1) on her face because he (P/2) thought she was cheating on him (P1). (P1) stated she has an order of protection against (P/2). Undersigned observed swelling and blood running out of (P1)'s nose as a result of the punches caused by (P/2). NYSPIN revealed that (P1) has an order of protection against (P/2) which expires on 1/29/14. (P/3) Dwight who is (P/1)'s boyfriend stated he was at the above location when he was approached by (P/2). (P/3) states he was

**OTHER AGENCIES** (involved with the parties or incident)

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ○ Yes ☑ No. IF YES, officer must contact the NYS CHILD ABUSE HOTLINE REGISTRY at 1-800-635-1522
○ Guns in House ○ Guns Seized ○ Has Permit ○ Permit Seized  Issuing County
Permit #(s)   Name on Permit(s)

**CONTACTS INITIATED BY POLICE:** ○ Adult Protective Services ○ Child Protective Services (or ACS) ☑ Domestic Violence Services ○ Firearms Licensing
○ Mental Health ○ Parole ○ Probation ○ Rape Crisis ○ Other Agency:   Date:   Who was notified?   Notified by (initial):

| Officer's Signature (& Rank) | (PRINT rank/SKIN) | I.D. | Month | Day | Year | | Tax |
|---|---|---|---|---|---|---|---|
| PO | Jory Mone | 2066 | 04 | 23 | 09 | 1. Was DIR given to the victim at the scene? ☑ Yes ○ No  2. Was Victim Rights Notice given to victim? ☑ Yes ○ No  IF NO, give reason: | |
| Supervisor (& Rank) | (PRINT rank/SKIN) #116 | 20B | 08 | 23 | 09 | 00040 | 4 |

ICE. COPY (Please make a copy for your DA's office if appropriate) NYS DOMESTIC VIOLENCE HOTLINE 1-800-942-6906  1221 NYS DCJS Copyright © 2005 by NYS DCJS

NEW YORK STATE DOMESTIC INCIDENT REPORT

**DATES**

| Month | Day | Year | Time (24 hrs) | Address of Occurrence | | APT # | Precinct area | Abort # (NYC) Complaint # |
|---|---|---|---|---|---|---|---|---|
| 08 | 23 | 09 | 0529 | | | | CTV E | |
| 08 | 23 | 09 | 0529 | How can we safely contact you? (e.g. Name, Phone) | | | | ○ Officer-Initiated ○ Radio Run ○ Walk-In |

**VICTIM/PARTY (P1)**

Name (Last, First, M.I.) (include aliases) | Phone | DOB | Month | Day | Year | Age | ○ Male ○ Female

Street & City | APT # | Zip | If non-English language: ○ Spanish ○ Chinese ○ Other: _____

Injured? ○ No ○ Yes | Removed to Hospital? ○ No ○ Yes If yes, what hospital? | ○ White ○ Black ○ Asian ○ Native American ○ Other | ○ Hispanic ○ Non-Hispanic ○ Unknown | Notes (e.g. special needs disability, responses)

Describe _____

**SUSPECT/PARTY (P2)**

Name (Last, First, M.I.) (include aliases) | Phone | DOB | Month | Day | Year | Age | ○ Male ○ Female

Street & City | APT # | Zip | If non-English language ○ Spanish ○ Chinese ○ Others

Injured? ○ No ○ Yes | Removed to Hospital? ○ No ○ Yes If yes, what hospital? | ○ White ○ Black ○ Asian ○ Native American ○ Other | ○ Hispanic ○ Non-Hispanic ○ Unknown | Prior DV History? ○ Yes ○ No

Describe: _____

Prior DV police report? ○ Yes ○ No
Victim fearful? ○ Yes ○ No
Access to weapons? ○ Yes ○ No
Suspect Drug/Alc History? ○ Yes ○ No
Suspect Hx suicide threat? ○ Yes ○ No
Suspect Probation/Parole? ○ Yes ○ No

**SUSPECT/P2**
present?
○ Yes
○ No

**LIVING SITUATION**
Do parties currently live together? ○ Yes ○ No
If NO, have they lived together in the past? ○ Yes ○ No
Do the parties have a child-in-common? ○ Yes ○ No

**RELATIONSHIP: (SUSPECT / P2 to VICTIM / P1)**
○ Married ○ Formerly Married
○ Intimate Partner/Dating ○ Former Intimate/Dating
○ Child of victim/party 1 ○ Parent of victim/party 1
○ Relative: _____ ○ Other: _____

**ASSOCIATED PERSONS**
1. Name (Street / APT# / City, if needed) | Phone | DOB | Month | Day | Year | Relationship to victim / P1
2.
3.

**SUSPECT ACTIONS** (Check all that apply)
○ Biting
○ Destroyed Property (Itemized _____)
○ Forced Entry
○ Forcible Restraint
○ Hair Pulling
○ Homicide

○ Impaired Alcohol/Drugs
○ Injury to Child
○ Injury to Other Persons
○ Injury to Pet/Animal
○ Interference with Phone
○ Intimidation/Coercion
○ Kicking
○ Punching

○ Pushing
○ Sexual Assault
○ Shooting
○ Stapping
○ Slamming Body
○ Stabbing
○ Strangulation/"Choking"
○ Suicide or Attempt

○ Threw Items
○ Unwanted Contact
○ Verbal Abuse
○ Violated Visitation/ Custody Conditions
○ OTHER Suspect Actions

○ Threats: (specify)
○ Injure/Kill Persons
○ Injure/Kill Self
○ Injure/Kill Pet/Animal
○ Take Child
○ Destroy/Take Property
○ Other: _____

○ Threat with weapon
○ Weapons used: (specify)
  ○ Blunt Object
  ○ Gun
  ○ Motor Vehicle
  ○ Sharp Instrument
  ○ Other: _____

**ARREST**

Arrest Made? Arrest # _____ | Reasons arrest not made on-scene: ○ No Offense Committed ○ No Probable Cause ○ Suspect Off-Scene
○ Yes ○ No | ○ Warrant/Criminal Summons to be requested ○ Violation level not in police presence (on citizen's arrest) ○ Other: _____

**OFFENSES & OP**

| Offenses | | Law (eg. PL) | Section (Sub) | Charge Filed | Offenses Involved, check all that apply: ○ Felony |
|---|---|---|---|---|---|
| 1 | | | | ○ | ○ Misdemeanor ○ Violation ○ Other (Specify) |
| 2 | | | | ○ | Registry Checked? ○ Yes ○ No | OP Court Name: |
| 3 | | | | ○ | Order of Protection? ○ Yes ○ No ○ Family ○ Criminal ○ Supreme |
| | | | | ○ | Stay Away Order? ○ Yes ○ No ○ Out of State ○ Tribal |
| | | | | | Order Violated? ○ Yes ○ No | Expiration date | Month | Day | Year |
| | | | | | Any PRIOR orders? ○ Yes ○ No | | | | |

**STOP!** → ★★★★★★★★★★★★★ COMPLETE STATEMENT ON PAGE 2 NEXT ★★★★★★★★★★★★★ →

Photos Taken? ○ Yes ○ No | IF YES, photos taken of: ○ Victim Injuries ○ Suspect Injuries | Other evidence collected? ○ Yes ○ No IF YES, describe: _____
○ Scene ○ Damaged Property ○ Other _____

Results of investigation and basis of action taken (Were excited utterances / spontaneous admission or spontaneous statements made? ○ Yes ○ No (Complete 710.30 or other form when applicable.) PUNCHED FEW TIMES ON THE FACE AND THEN (P/2) PROCEEDED TO HIT (P/1) ON HER FACE. TWO DIGITAL PHOTOS WERE TAKEN ON (P/3) INJURIES. (P/3) WAS TAKEN TO MVER FOR MEDICAL EVALUATION BY EMS. SGT HARREN NOTIFIED AND RESPONDED TO ER. DETECTIVE BELL-MACK NOTIFIED.

OTHER AGENCIES involved with the parties or incident (e.g. advocates, hospital, probation)

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ○ Yes ●No IF YES, officer must contact the NYS CHILD ABUSE HOTLINE REGISTRY # 1-800-635-1522 | ○ Guns in House ○ Guns Seized ○ Has Permit ○ Permit Seized Issuing County: _____
Permit #83: _____ Name on Permit(s) _____

CONTACTS INITIATED BY POLICE: ○ Adult Protective Services ○ Child Protective Services (or ACS) ○ Domestic Violence Services ○ Firearms Licensing ○ Mental Health ○ Parole ○ Probation ○ Rape Crisis ○ Other Agency: _____ Date _____ Who was notified? _____ Notified by (initial): _____

| Officer's Signature (& Rank) (PRINT and SIGN) | ID | Month | Day | Year | 1. Was DIR given to the victim at the scene? ○ Yes ○ No |
|---|---|---|---|---|---|
| SORGE MORE | 3066 | OY | 23 | 09 | 2. Was Victim Rights Notice given to victim? ○ Yes ○ No |
| Supervisor's Signature (& Rank) (PRINT and SIGN) | | Month | Day | Year | IF NO give reason: 0 0 0 0 0 |
| INO | 2013 | 08 | 28 | 09 | |

POLICE COPY (Please make a copy for your DA's office if appropriate) NYS DOMESTIC VIOLENCE HOTLINE 1-800-942-6906 (Spanish 1-800-942-6908) DCJS Copyright © 2003 rev NYS DCJS

ORI 059030

09-36539 E

## Page 2 of the NYS Domestic Incident Report:
### STATEMENT OF ALLEGATIONS / SUPPORTING DEPOSITION

Support Name (Last, First, M.I.)
BARNETT, TAPARI

I, DWIGHT DOUSE, (victim/deponent name), state that on 08/23/09, (date) at 4:30 am
Yo, _____ (nombre de victima/deponente), declaro que en tal fecha ___/___/___ en
_____ROXHELL TERRACE
(location of incident), in the County/City/Town/Village of MOUNT VERNON, of the state of New York, the following did occur:
(donde el incidente ocurrio), el condado/ciudad/aldea/pueblo de _____, del estado de Nueva York, lo siguiente occurio:

Most Given mhite , Ride Home
after , Friday This mine Jamy
on mt Pursue ing we in the Fore
and Eyes in there left the Se
before Talk ing it a bus to
missel the mall in Climean
cup

_____ (Use additional pages as needed)

False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.
Declaraciones falsas hechas aqui son castigables como una clase de delito menor, de acuerdo con la seccion 210.45 de la ley penal.

Victim/Deponent Signature
Firma de victima/deponente

Date: 8-23-09
Fecha

Note:
Whether or not this form is signed, this DIR form will be filed with law enforcement.

Nota:
Si esta forma esta firmada, o no, esta DIR forma sera registrada con la policia.

Interpreter _____ Date _____

Witness or Officer: P.O. _____ #2051 Date: 08-23-09

Page 4 of 4

0000033

POLICE COPY (Please make a copy for your D.A's office if appropriate) | NYS DOMESTIC VIOLENCE HOTLINE Dial 1-800-942-6906 (ENGLISH) 1-800-942-6908 | 2221-8/07 DCJS Copyright © 2005 by NYS DCJS

DOMESTIC INCIDENT REPORT

Agency: MVPD 2-36534

**DATES**

| Months | Day | Year | Time (24 hrs) | Address of Occurrence | APT # | Precinct area/CITY | Assoc # (NYC) | Complaint # |
|---|---|---|---|---|---|---|---|---|
| 08 | 29 | 09 | 0529 | 41 Rochelle Terr. | 2FL | | | |
| 08 | 29 | 09 | 1000 | How can we safely contact you? (e.g. Name, Phone) | | | | |

○ Officer-Initiated   ○ Radio Run   ● Walk-In

**VICTIM/PARTY 1 (P1)**

Name (Last, First, M.I.) (include aliases): WRIGHT, NORDIA

Floor: | DOB: | | | Age 28 ○ Male ● Female

Street & City:
APT # | Zip 10550

If non-English, language: ○ Spanish ○ Chinese ○ Other: ___

Injured: ○ No ● Yes
Removed to Hospital? ○ No ○ Yes if yes, what hospital?
○ White ● Black ○ Asian ○ Hispanic ○ Native American ○ Non-Hispanic ○ Other: ○ Unknown

Describe: ___

**SUSPECT / PARTY 2 (P2)**

Name (Last, First, M.I.) (include aliases): DICKENS, JERMAINE

Floor: | | | | Age 25 ● Male ○ Female

Street & City:
APT # | Zip

If non-English, language: ○ Spanish ○ Chinese ○ Other: ___

Injured: ● No ○ Yes
Removed to Hospital? ○ No ○ Yes if yes, what hospital?
○ White ● Black ○ Asian ○ Hispanic ○ Native American ○ Non-Hispanic ○ Other: ○ Unknown

Describe: ___

Prior DV History? ○ Yes ● No
Prior DV police report? ○ Yes ● No
Victim fearful? ○ Yes ● No
Access to weapons? ○ Yes ● No
Suspect Drug/Alcohol user? ○ Yes ● No
Suspect Homicide threat? ○ Yes ● No
Suspect Probation/Parole? ○ Yes ● No

**LIVING SITUATION**

SUSPECT/P2 present?
○ Yes ● No

Do parties *currently* live together? ○ Yes ● No
IF NO, have they lived together *in the past*? ○ Yes ● No
Do the parties have a *child-in-common*? ○ Yes ● No

**RELATIONSHIP: (SUSPECT / P2 to VICTIM / P1)**
○ Married ○ Formerly Married
● Intimate Partner/Dating ● Former Intimate/Dating
○ Child of victim/party 1 ○ Parent of victim/party 1
○ Relative: ___ ○ Other: ___

**ASSOCIATED PERSONS**

1. Name (Street) (APT#) (City, if needed)
2.
3.

**SUSPECT ACTIONS** (Check all that apply)
○ Biting
○ Destroyed Property
○ Forced Entry
○ Forcible Restraint
○ Hair Pulling
● Homicide

○ Impaired Alcohol/Drugs
● Pushing
○ Injury to Child
○ Injury to Other Persons
○ Injury to Pet/Animal
○ Interference with Phone
○ Intimidation/Coercion
● Kicking
● Punching

○ Sexual Assault
○ Shooting
○ Slapping
○ Slamming Body
○ Stabbing
○ Strangulation "Choking"
○ Suicide or Attempt

○ Threw Items
○ Unwanted Contact
○ Verbal Abuse
○ Violated Visitation/Custody Conditions
○ OTHER Suspect Actions

○ Threats: specify
○ Injure/Kill Persons
○ Injure/Kill Self
○ Injure/Kill Pet/Animal
○ Take Child
○ Destroy/Take Property
○ Other

○ Threat with weapon
○ Weapons used: specify
○ Blunt Object
○ Gun
○ Motor Vehicle
○ Sharp Instrument
○ Other

**ARREST**

Arrest Made? ○ Yes ○ No   Arrest #: ___

Reasons arrest not made on-scene: ○ No Offense Committed ○ No Probable Cause ● Suspect Off Scene
○ Warrant/Criminal Summons to be requested ○ Violation level: not in police presence (no citizen's arrest) ○ Other:

**OFFENSES & OP**

| Offenses | Law (e.g. PL) | Section (Sub) | Charge Filed |
|---|---|---|---|
| 1. ASSAULT | PL | 120.00 | ○ |
| 2. | | | ○ |
| 3. | | | ○ |

Offenses Involved (check all that apply): ○ Felony ○ Misdemeanor ○ Violation ○ Other (specify)

Registry Checked? ○ Yes ● No
Order of Protection? ○ Yes ● No
Stay Away Order? ○ Yes ● No
Order Violated? ○ Yes ● No
Any PRIOR orders? ○ Yes ● No

OP Court Name:
○ Family ○ Criminal ○ Supreme
○ Out of State ○ Tribal

**STOP! → COMPLETE STATEMENT ON PAGE 2 NEXT**

Photos Taken? ○ Yes ○ No   IF YES, photos taken of: ○ Victim Injuries ○ Suspect Injuries   Other evidence collected? ○ Yes ○ No
○ Scene ○ Damaged Property ○ Other: IF YES, describe:

Results of investigation and basis of scope taken. (Were excited utterances/spontaneous admissions or spontaneous statements made? ○ Yes ○ No (Complete ?10.50 or other form when applicable):

ON 8/29/09 AT APPROX 1030 HRS (P1) WRIGHT CAME TO MVHQ TO GIVE ANOTHER STATEMENT ABOUT AN INCIDENT THAT OCCURRED AT 41 ROCHELLE TERR ON 8/23/09. AT THAT TIME OF THE INCIDENT SHE PROVIDED TO UNDERSIGNED THE NAME OF THE SUSPECT AS (P2) BARNETT, TAFARI. (P1) STATED THAT SHE WAS INTOXICATED AND NERVOUS SHE GAVE THE WRONG NAME, AND NOW SHE STATED THAT THE SUSPECT IS (P2) DICKENS, JERMAINE. UNDERSIGNED SPOKE TO DET. BALTIMORE WHO STATED DET. BELL-MACK WILL HANDLE THIS CASE.

OTHER AGENCIES involved with the parties or incident (e.g. advocates, hospital, probation): 000007

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ○ Yes ○ No IF YES, officer must contact the NYS CHILD ABUSE HOTLINE REGISTRY # 1-800-635-1522

○ Guns in House ○ Guns Seized ○ Has Permit ○ Permit Seized   Issuing County ___
Permit #(s): ___   Name on Permit(s): ___

CONTACTS INITIATED BY POLICE: ○ Adult Protective Services ○ Child Protective Services (for ACS) ○ Domestic Violence Services ○ Firearms Licensing
○ Mental Health ○ Parole ○ Probation ○ Rape Crisis ○ Other Agency: ___ Date: ___ Who was notified? ___ Notified by (initial): ___

| Officer's Signature (& Rank) | (PRINT and SIGN) | ID | Month | Day | Year | | |
|---|---|---|---|---|---|---|---|
| | JOHE MORSE | 2066 | 08 | 29 | 09 | Was DIR given to the victim at the scene? ● Yes ○ No | Page 5 of 6 |
| Supervisor's Signature (& Rank) | (PRINT and SIGN) | 187 8249 | | | | Was Victim Rights Notice given to victim? ● Yes ○ No IF NO, give reason. Det BELL MACK | |

POLICE COPY (Please make copy & send DIR within Agency/precinct) NYS DOMESTIC VIOLENCE HOTLINE 1-800-942-6906 (Voice) 1-800-818-0656 (TTY) 12/1 6/05 DCJS copyright © 2003 by NYS DCJS

CRI 0570500   Case 1:11-cv-08809 ALB-SRCE Document 72-2 Filed 04/24/23 Page 6 of 36
04-3653

## Page 2 of the NYS Domestic Incident Report:
### STATEMENT OF ALLEGATIONS / SUPPORTING DEPOSITION

Suspect Name (Last, First, M.I.)

I, Novelia Heyn (victim/deponent name), state that on 08/24/09 (date) at _____
Yo, _____ (nombre de victima/deponente), declaro que en tal fecha __/__/__ en _____

(location of incident), in the County/City/Town/Village of M. Vernon of the state of New York, the following did occur:
(donde el incidente ocurrio), el condado/ciudad/aldea/pueblo de _____, del estado de Nueva York, lo siguiente ocurrio:

On 8-23-09 I was attack by my Ex-boyfriend
and I thought it was Tafari Barnett. I was nervous
and drunk and he wasn't Tafari Barnett it
was Jermaine Dickens who lived at 1350 East
gunhill Road. I made a mistake with tafani
Barnett and Jermaine Dickens and I'm very
Sorry. (Dob N/s 41 y/s

_____ (Use additional pages as needed)

False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.
Declaraciones falsas hechas aqui son castigables como una clase de delito menor, de acuerdo con la seccion 210.45 de la ley penal.

Victim/Deponent Signature        Date 8-24-09
Firma de victima/deponente       Fecha

Interpreter        Date

Witness or Officer        Date 5/29/09

Note: Whether or not this form is signed, this DIR form will be filed with law enforcement.

Nota: Si esta forma esta firmada, o no, esta DIR forma sera registrada con la policia.

POLICE COPY  NYS DOMESTIC VIOLENCE HOTLINE 1-800-942-6906  1221-6/05 DCJS Copyright 2005 by NYS DCJS

| 1. Agency | MVPD | | 2. Division/Precinct | SE | New York State SUPPLEMENTAL REPORT | | Supplement | 3. Incident No: 09-36534 | 4. Arrest No |
|---|---|---|---|---|---|---|---|---|---|

| 5. Date Mo. 08 Day 24 Yr 109 | 6. Time of Report 0900 | 7. Complainant Name CH WRIGHT, NORDIA | 8. CRIHINK CONTEMPT. |
|---|---|---|---|

**Block No**

9. Narrative (Indicate Block No. in left margin)

ON 8/24/09 UNDERSIGNED OFFICER RESPONDED TO THE D.A. OFFICE

TO FILED CHARGES ON THE ABOVE INCIDENT #. A.D.A FAIR

WILL NOT FILE AT THIS TIME. WAITING FOR DETECTIVE

TO FOLLOW UP.

| | | |
|---|---|---|
| | | 1 |

Right margin numbering: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, Total

| 10. In queries (check all that apply) | | 11. NYSPIN Message No | 12. | | 20 |
|---|---|---|---|---|---|
| DMV | Warr/Warrant | Scofflaw | | | Page of |
| Crim History | Stolen Property | Other | | | |

| 13. Reporting Officer Signature (Include Rank) | 14. ID No 4066 | 15. Supervisor's Signature (Include Rank) 16. ID No | Pages |
|---|---|---|---|

| 17. Case Studies | Open | Closed (if Closed, check box below) | Unfounded | 18. Status Date Mo. Day Yr. | 19. Notified/TOT | B |
|---|---|---|---|---|---|---|
| Vic. Refused to Coop | Arrest | Pros. Declined | Warrant Advised | | | |

COPY

# SUPERVISORS CASE REVIEW SHEET

INCIDENT # 09-36534

| DETECTIVE'S NAME | | | CASE NO | OFFENSE | LOCATION | | | | TIME | DATE | DATE CLOSED | | DATA ASSIGNED TO CASE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LAST | Brue | | 198-8 | Robbery-2 | 44 Kawielle | OUT | COMM | | 1520 HRS | | DATE REOPENED | | LAST | FIRST |
| FIRST | Enzo | | | | INSIDE | OUT | | | | | | | | |

SOLVABILITY FACTOR (X)

| WITNESSES | SUSPECT NAMED | SUSPECT LOCATED | SUSPECT DESCRIBED | SUSPECT IDENTIFIED | SUSPECT VEH. | IDENTIFIES | PHYSICAL EVID. | PRESENT | STOLEN PROP. | TRACEABLE | DISTINGUISHING M.O. | FINGERPRINTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

OUT COMES (X)

| WARRANT SOUGHT | WARRANT OBTAINED | CLEARED BY ARREST | UNFOUNDED | NOT CLEARED | EXCEPTIONAL CLEARANCE | CONVICTION | ADJUDICATION |
|---|---|---|---|---|---|---|---|
| | | X | | | | | |

SUPERVISOR'S SIGNATURE: *Det Sgt Joseph* (signature)

| REVIEW DATES | COMMENTS FIRST REVIEW | COMMENTS SECOND REVIEW | COMMENTS THIRD REVIEW |
|---|---|---|---|
| 08/29/09 | 08/29/09 CC-09-09 *Det Sgt Joseph* (signature) | | |

USE BACK OF SHEET FOR COMMENTS OR FOR A 2ND REVIEW

COPY

COPY

0000007

CITY OF MOUNT VERNON POLICE DEPARTMENT
DETECTIVE DIVISION

INCIDENT #: 09-36534       DETECTIVE DIVISION CASE #: 1318-33
Criminal Contempt / Robbery-2nd   CASE STATUS: ACTIVE
DATE REPORTED: 08-24-09       TIME REPORTED: 0529 HRS.

II. SCENE - GENERAL
   A. 1. RESIDENTIAL :
      2. Address:
      a. 41 Rochelle Tr. Mount Vernon, New York
      3. Specific Area
         a. Sidewalk / IFO above location.
         b. Early morning.
         c. Weather conditions: Clear.

III. SCENE - CRIME
   A. Physical Evidence - General
      1. Description of evidence
         a. One photo array of the suspect Tafari Barnett  / and photo's of the victim's injuries /
            vouchered and secured by the undersigned detective @ H.Q. approx 2300Hrs.

IV. PEOPLE
   A. Victim
      1. Wright, Nordia / F / B / Age: 28YOA / DOB
         a. Address:
         b. Usual Occupation: Night Manager B.J's Wholesale
         c. ACCOUNT: Refer to hand written statements.

      2. Douse, Dwight / M / B / Age: 19YOA / DOB: 
         a. Address:                              ., N.Y. ·0550
         b. Usual Occupation:             ..ers
         c. ACCOUNT: Refer to attached statement

   B. All Persons on Scene
      1. Law Enforcement Personnel
         a. Sgt.Marren / Pat. Div / NRR.
         b. PO. Monge # 2066 / Pat.Div / 09-36534.
         c. Det.Bell-Mack / DD / NRR.
         d. Det.Baia#134 / DD / DD# 1321-33

   C. Suspects/Defendants
      1. Barnett, Tafari / M / B / 30YOA / DOB:            ./
         a. Address:            / Mount Vernon, N.Y. 10550
         b. Usual occupation: N/A.
         d. description: M / B / 5'08" / 170lbs /

Det Sgt fren

C 0 0 0 0 1 0

## V. ADDITIONAL INFORMATION:

On 08-26-2009 the undersigned detective was notified of this investigation. The undersigned detective spoke to victim#2 (Dwight ) and advised him respond into H.Q. to view a photo array, and obtain a statement. Dwight advised that he would respond into H.Q. at 1500Hrs. on this date.

@ 1210Hrs. the undersigned Detective responded to Victim#1's (Nordia) job @ located in .                     in an attempt to obtain a statement. ( Nordia is the night Manager at said location, and works 11pm-7am ). The undersigned then responded to Nordia's home at
                        which yielded negative results. The undersigned will follow up with both parties.

On 08-27-09 @1840Hrs. Detective Boncardo#133, and the undersigned detective responded to    'o speak to the victim in this incident. The undersigned detective asked Nordia to confirm that Tafari Barnett was her childs father, and was in fact the person responsible for this incident. Nordia advised that it was not Tafari, and stated she responded into H.Q. (08-24-09) and completed a supplement report stating that it was another ex-boyfriend by the name of
       (06-14-64). The undersigned asked Nordia how she wanted to proceed with this matter, she advised that she did not want to pursue any further police action. The undersigned asked Nordia, how Dwight (the second victim ) was going to proceed with this matter, she advised that Dwight did not want to pursue either.
       *( It should be noted that the undersigned detective did not have the written statements that were attached to the original Domestic Incident Report).

@ 2130Hrs. the undersigned detective received a phone call from Dwight, who stated that he could come into H.Q. I stated to him that I spoke to Nordia who advised the undersigned that he did not want to cooperate. He stated that was not the case at all he received stitches for his injuries, and wanted to pursue this matter. The undersigned advised him to respond into H.Q.

@ 2145Hrs. the undersigned asked if he knew who was responsible for this, he stated that he does not personally know the guy, however he believed his name was Tafari, and he was Nordia's childs father. The undersigned showed Dwight a photo array, where he identified Tafari Barnett ( Mount Vernon Jacket # 67920A). A statement was obtained from Dwight.

The undersigned detective believes Nordia is not being truthful to this matter due to the fact of who Dwight identified, is in fact the original person named as a suspect in this incident (Tafari). Additionally a criminal history of Tafari revealed that he is actively on parole, and that there is a valid Order of protection on file between Nordia, and Tafari.

The undersigned will confer with the District Attorney's office in regards to filing charges against Nordia for falsely reporting. The undersigned will contact New York State Parole in an attempt to determine his next scheduled parole visit.

Det Sgt ____



CASE ACTIVE PENDING ARREST.

SUBMITTED BY: Det. Baia#134.

DATE SUBMITTED: 08-27-09.

Certified By: _Det. Sgt. _____

CCJJ0010

MOUNT VERNON POLICE DEPARTMENT
DETECTIVE DIVISION
MV-61B SUPPLEMENTARY REPORT

DATE OF INCIDENT: 08-23-09
LOCATION OF INCIDENT: 41 Rochelle Terr. Mount Vernon, N.Y.
INCIDENT #: 09-36534
DETECTIVE DIVISION 61B #: 1314-33
TYPE OF OFFENSE: Robbery2nd / PL 160.10(2) A
COMPLAINANT/VICTIM: Wright, Nordia DOB:11-22-80 / Douse, Dwight 01-19-76
ADDRESS: 41 Rochelle Terr. Mount Vernon, N.Y.
TELEPHONE: (914) 752-8208
NARRATIVE:

On 08-28-09 @ 2055Hrs Det.Soreca#154, Notarfrancesco#126, and the undersigned responded to 8 E 4th St. apt A14 and spoke to Claudette Dunn (Tafari's mother). Ms. Dunn advised that Tafari was not home, and would have him contact the undersigned detective.

@ 2115Hrs. the undersigned received a phone call from the front desk that the Deft. (Tafari Burnett     as at the front desk. At this time Det.Soreca #154, and the undersigned detective responded to the front desk and escorted Tafari to the Detective Bureau. The undersigned detective asked Tafari what his hand preference was, and he advised that he was right handed. At this time Tafari was advised of his Miranda warnings. Tafari understood his rights and waived his right to council. The undersigned asked where he was on the date of this incident 08-23-09 @ approx. 0529Hrs. Tafari advised that he was home, because he now has a curfew and had to be home by 9PM. And could leave his home by 7AM. The undersigned detective asked Tafari when the last time he spoke to Nordia Wright, he stated "she was the reason why he just came out from doing three years . I ain't messing with her she has an order of protection against me". (*It should be noted tha while Tafari was serving his most recent prison sentence he was convicted of Agg.Harrasment 2nd by communicating with Nordia Wright by letter refer to incident #08-36167).

The undersigned explained to him that he was identified in this case, Tafari stated that he couldn't believe this because he is on Parole. At this time the undersigned had Tafari place both of his hands on the table. Upon doing so Det.Soreca observed a healing cut on his left middle finger knuckle. Tafari could not explain where he received the cut from, he stated simply "don't know". The undersigned photographed Tafari's hands, and concluded our interview. Tafari continued denying involvement in this matter.

2145Hrs. Tafari was placed under arrest and escorted to the cell block area. While processing Tafari the undersigned detective was taking a mugshot photo of Tafari. Upon completion of taking photo's Det.Soreca had Tafari sign his property receipt. Det.Soreca handed Tafari the pen and noticed that he took the pen, and signed the receipt with his left hand. Tafari again signed with his left hand during the printing process. The photo's of Tafari's, hand and his Miranda form were submitted as evidence, by the undersigned detective. Tafari was booked on Robbery-2[nd] by Sgt.Dellamura.

$\Delta_{et} S_{ot} 4 \bar{z}$ .,

rcono:!

CONCLUSION:

CASE CLOSED BY ARREST..

SUBMITTED BY: Det.Baia#134.

DATE SUBMITTED: 08-28-09.

INCIDENT#: 09-36534

CERTIFIED BY:

Case 1:21-cv-03889-ALC-SRCE Document 72 Filed 04/04/23 Page 14 of 36

POLICE DEPARTMENT )      TIME STARTED: 2150Hrs.
CITY OF MT. VERNON )      TIME FINISHED: 2250Hrs.
COUNTY OF WESTCHESTER)  SS.   DATE: 08-27-09
STATE OF NEW YORK )      INCIDENT: 09-36534
          CASE #: 1318-

NOTICE: The making of false statements in this instrument is
punishable as a Class A Misdemeanor pursuant to Section 210.45 of
the New York State Penal Law.

   I, the undersigned Dwight Douse do reside ·         and I am 33
years of age being born on 11-19-76. I am presently employed at Self employed the name of
.            · I have a home phone number of (      ,d my
work phone is:          I do hereby make the statement to Detectives Baia #134, and
Detective Boncardo#133 knowing them to be members of the Mount Vernon Police
Department.

Q. Dwight the Mount Vernon Police Dept. is currently investigating an Robbery incident that
   Occurred in the early morning hours of 08-23-09 @ 0529Hrs in front of 41 Rochelle Terrace
   Mount Vernon N.Y. That of which you were a victim of in your own words can you describe to
   me exactly what happened?

A. Me and my brother, Omar Douse went to Dazzles bar in Mount Vernon,
   that's when we met up with Nordia Wright, and her sister Dahlia. At the
   end of the night they asked for a ride home so I took my brother to the
   Bronx. Then I went to 41 Rochelle Terrace to drop off Nordia, and her
   sister Dahlia. Dahlia went inside the house, while Nordia , and I we
   sitting in my car in front of Nordia's house. That's when this guy opened
   my door I looked at him, and he just started punching me in the face hard,
   in both of my eyes. I didn't know what was going on. Then he pulled me out
   of the car and took my "Gucci" belt, he went into my pockets and took my
   money from my left front pocket about $60-$70, and he took my "Gucci"
   slippers from my feet, he took my wedding band from my hand, I had a
   silver "Guess" watch with a black band, and another ring I had in my car.
   I was trying to push him off but he kept hitting me. I think he used my
   windshield rear view mirror, because the next day I noticed the mirror was
   off and on the front seat.

Q. Dwight can you describe the rings he took?

A. My, wedding band was white gold, and it had diamonds in it.
   The other ring in the car was a silver ring with blue and yellow CZ in the shape of a rectangle
   it was not real diamonds.

Q. Dwight what did he do after he finished taking your things?

A. I don't know what, or where he went.

Q. Just before taking this statement Dwight I showed you a photo array did you recognize
   anyone?

A. Yes number 1, that's the guy that kept punching me.         CC00 13

                                            D-2

Q. Dwight this person is known to the Mount Vernon Police Dept. as Tafari Burnett do you know who this party is?

A. I don't know him , but I heard that it's her babies father.

Q. In Nordia's original Police Report she lists Tafari Burnett as the suspect, do you recall her telling Officer Monge this?

A. Tell you the truth, after I took those hits I wasn't really paying attention to Nordia.

Q. Dwight did you receive any medical treatment for you injuries?

A. Yes, I got about 15 stitches in total around my right eye, my left eye was a lillte cut , but It was swollen. The Dr. gave me a prescription for antibiotics, three presciprions for my eyes (eyedrops).

Q. Dwight you received stitches was there any blood in your car?

A. Yes, but I had the car cleaned because of all the blood, that's when I noticed the rearview mirror was broken.

Q. Dwight I have to ask you, did you tell this to the officer that took the original report?

A. I don' really remember I was in a lot of pain that night.

Q. Dwight what kind of car were you in when this happened?

A. It was a 2008 Green Hyndai Senata.

Q. Dwight do you have anything further to add to this statement?

A. No,I just want to go home because my head hurts.

Dwight Douse: _____ 08-27-09.

Det.Baia#134: _____ 08-27-09.

Det. Boncardo#133: _____ 08-27-09.

Police Photo Lineup

Case #: _____

I have identified picture # _____ as the suspect on _____ (Date)

Signature: _____



08/27/2009

0000016

08/27/2009

C000017



0000018

| FORM # MV-AG | MT. VERNON POLICE DEPARTMENT MIRANDA WARNING | STATUS ☐ ACTIVE ☐ INACTIVE | CLEARED BY ☑ ARREST ☐ WARRANT OBTAINED | ☐ REMANDED TO + AS ☐ RETURNED FOR IN INVESTIGATION | ☐ NO PROSECUTION ☐ UNFOUNDED | ☐ REFERRED TO OTHER agency ☐ OTHER |

| SPECIAL UNITS ☐ Youth Svc Div ☑ Gen Div ☐ DA ☐ PCU Team ☐ Other | 1. INCIDENT NUMBER 09-36534 | 2. CLASS OF OFFENSE/INCIDENT Robbery-2° |

| DATE OF INCIDENT/OFFENSE 08 · 23 09 · 0529 | 4. PLACE OF OCCURRENCE 4 Kochelle Tr. | ☐ CLOSED CATION AFTER INVESTIGATION ☑ CLOSED |

| DATE 8-23-09 | TIME 0120 HRS. | CASE No. 13/8-3 |

# MIRANDA WARNING — YOUR RIGHTS

Name: TAFARI BARNETT  D.O.B.: ___ __ __

Address: _ _ _ _ _

1.  YOU HAVE THE RIGHT TO REMAIN SILENT.

2.  ANYTHING YOU SAY CAN AND WILL BE USED AGAINST YOU IN A COURT OF LAW.

3.  YOU HAVE THE RIGHT TO TALK TO A LAWYER AND HAVE HIM PRESENT WITH YOU WHILE YOU ARE BEING QUESTIONED.

4.  IF YOU CANNOT AFFORD TO HIRE A LAWYER, ONE WILL BE APPOINTED TO REPRESENT YOU BEFORE ANY QUESTIONING, IF YOU WISH.

## Do you understand each of these rights I have explained to you?

☑ YES  Signature _____

☐ NO  Signature _____

## Having these rights in mind do you wish to talk to us now?

☑ YES  Signature _____

☐ NO  Signature _____

IF A JUVENILE, PARENT/GUARDIAN MUST WITNESS AND SIGN

Parent/Guardian  Signature:_____

P.O./DET. WILL WITNESS THE ABOVE SIGNATURES BY SIGNING

Signature: Det. Baia #134   P.O. (DET) 134

Signature: _____  P.O./DET 654

0000019

EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__TAFARI  BARNETT__

_____Plaintiff_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

__MOUNT  VERNON  POLICE  DEPT.,__
__DET.  BAIA ,__
__DET.  BONCARDO,__
_____Defendants._____

*(In the space above enter the full name(s) of the defendant(s)  If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names  The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

DOCUMENT
ELECTRONICALLY FILED
DOC #: 4
DATE FILED: 5/27/2010

PRO SE OFFICE

10 Civ. 3899 ( )( )

**AMENDED
COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☒ Yes  ☐ No
*(check one)*

I.  Parties in this complaint:

A.  List your name, identification number, and the name and address of your current place of
confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper
as necessary

Plaintiff  Name __TAFARI  BARNETT__
ID # __47141__
Current Institution __WESTCHESTER  COUNTY  JAIL__
Address __P.O. BOX: 10, VALHALLA, NY 10595__

B.  List all defendants' names, positions, places of employment, and the address where each defendant
may be served.  Make sure that the defendant(s) listed below are identical to those contained in the
above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1     Name <u>Mount Vernon Police Dept.,</u> Shield #_____

Where Currently Employed _____

Address <u>2 Roosevelt Square,2nd fl.,</u>\_\_\_\_\_

\_\_\_ <u>Mount Vernon,NY 10550</u> \_\_ _____

Defendant No. 2     Name <u>Det. Enzo Baia</u>_____ Shield # <u>134</u>

Where Currently Employed <u>Mt. Vernon Police Dept.</u>\_\_\_\_\_

Address <u>2 Roosevelt Square, Mt. Vernon, NY 10550</u> \_\_\_

Defendant No. 3     Name <u>Det. Boncardo</u>_____ Shield # <u>133</u>

Where Currently Employed <u>MT. Vernon Police Dept.</u>\_\_\_\_\_

Address <u>2 Roosevelt Square, Mt. VERNON,NY 10550</u>\_\_\_

Defendant No. 4     Name _____ Shield #_____

Where Currently Employed _____

Address _____

Defendant No. 5     Name _____ Shield #_____

Where Currently Employed _____

Address _____

## II.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A     In what institution did the events giving rise to your claim(s) occur? <u>MT. VERNON POLICE</u>
<u>DEPT. 2 Roosevelt Square ,MT. Vernon,NY 10550</u>_____

B.     Where in the institution did the events giving rise to your claim(s) occur? <u>IN THE</u>
<u>DET. DEVISION,INVESTIGATION ROOM</u>\_\_\_\_\_ _____

C     What date and approximate time did the events giving rise to your claim(s) occur? <u>ON</u>\_\_\_\_
<u>AUGUST 27, 2009, BETWEEN 9:50 pm AND 10:50 pm</u>_____

FACTS:

On August 27 ,2009, between the hours of 9:45 pm and 10:50 pm, Mount Vernon Det. Baia (Sh # 134) and Det. Boncardo (Sh # 133), interviewed an assault victim (Dwight Douse) regarding an incident, (Incident No. 09-36534, Case # 1318).

During the interview with the victim Dwight Douse, the two aboved mentioned Detectives showed Mr.Douse a six pack array containing plaintiffs photo.The photo array that was used by Detectives in that interview, was a photo array that had the plaintiffs photo already circled as No.3 , and it was also signed an Dated by (MALCOM JEFFERSON) the victim in the plaintiff felony case from 2007, That  the plaintiff is courently on parole for.(PLEASE SEE PHOTO ARRAY  ATTACHED, EXHIBIT No. 1 ).


The victim Mr. Douse was coerced into his identifiecation of the plaintiff (Mr. BARNETT) on the photo array shown to him by above mentioned Detectives.The victim clearly stated to Det. Baia and Det. Boncardo, that it was suspect No. 1 on that photo array that assaulted and robbed him. But Detectives proceeded to tell the victim that No.1 on said photo array is known to the Mt. Vernon Police Dept. as " TAFARI BARNETT ", but plaintiff phot was No. 3 on photo array not No.1. ( PLEASE SEE VICTIM STATEMENT MADE ON 8/27/09, ATTACHED,EXHIBIT No.2).

Even though there was no warrant issued for plaintiffs arrest, Mr. Barnett was still arrested and charged with robbery in the 2nd Degree on 8/28/09.( PLEASE SEE FELONY COMPLAINT, EXHIBIT No.3). At second felony hearing on 9/23/09, the charges was reduce from a felony to a Misdemeanor.(PLEASE SEE SUPERSEDING MISDEMEANOR INFORMATION, EXHIBIT No.4).

3.

Four mounths after the plaintiff was arrested, their was a Wade
hearing in the Mount Vernon Criminal Court on 1/4/10, At that Wade
hearing the District Attorney, interduce a second six pack photo
array into evidence,with plaintiffs photo as No.1, the date on that
photo array is 8/23/09, the date of said incident, but in statement
made by victim on 8/27/09, he stated that the person that assaulted
him was No.1, The victims statement was made on the same date he
was shown that photo array, which was 8/27/09, not 8/23/09.
(PLEASE SEE SECOND PHOTO ARRAY, EXHIBIT No.5, AND ALSO LOOK BACK TO
EXHIBIT No.2).

 The victim also made a statement to plaintiffs parole officer.
parole officer Gibbs, on the date of plaintiffs first felony hearing
on 9/8/09, stating that the person that assaulted him" Was tall,
chubby, dark skin and head was shave bald with his face lined with
facial hair".(PLEASE SEE STATEMENT TO PAROLE OFFICER, EXHIBIT No.6).

I have been in jail on this case since 8/28/09, and the case is
still pending in the Mt. Vernon criminal Court.

4.

informed, when and how, and their response, if any _____

_____

_____

_____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies _____

There was no Administrative Remedies to Exhaust. _____

_____

_____

_____

Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies

V.   Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). The Plaintiff Mr. Barnett is seeking an order of protection against Det.s Baia and Boncardo in fear of retaliation, and monitary damages in the amount of $ 250,000.00 dollers for false imprisonment, falseified evidence, stress, pain and suffering, and the violation of plaintiffs State and Federal Consritutional Rights.. _____

_____

_____

_____

_____

_____

_____

_____

_____

VI.    **Previous lawsuits:**

On these claims

A     Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

    Yes _____ No **X**

B     If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

    1.    Parties to the previous lawsuit:

    Plaintiff _____

    Defendants _____

    2.    Court (if federal court, name the district; if state court, name the county) _____

    3     Docket or Index number _____

    4     Name of Judge assigned to your case _____

    5     Approximate date of filing lawsuit _____

    6.    Is the case still pending? Yes _____ No _____

    If NO, give the approximate date of disposition _____

    7.    What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

On other claims

C.    Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

    Yes _____ No **X**

D     If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

    1.    Parties to the previous lawsuit:

    Plaintiff _____

    Defendants _____

    2.    Court (if federal court, name the district; if state court, name the county) _____

    3.    Docket or Index number _____

    4.    Name of Judge assigned to your case _____

    5.    Approximate date of filing lawsuit _____

    6.    Is the case still pending? Yes _____ No _____

    If NO, give the approximate date of disposition _____

7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ___ ___ ___

___ ___ ___

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 21 day of ___may___, 2010

Signature of Plaintiff    Jafari Barnett
                          Tafari Barnett

Inmate Number             47141

Institution Address       P.O. BOX: 10

                          Valhalla Ny , 10595

                          Westchester County Jail

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 21 day of ___may___, 2010 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff    Jafari Barnett

ELIZABETH STUART
Notary Public, State of New York
No. 01ST6050907
Qualified in Westchester County
Commission Expires November 13, 2010
Subscribed and affirmed before me this 21 day
of ___May___, 20 10 in the county of
Westchester State of New York
(Signature)

5-21-10

Rev. 07/2002                          7



NWS Police Department Photo Line-up

Props 1 EXG (old plus anon used)
8/11/07
ES
Case # _____

DEFENDANT'S EXHIBIT

EXHIBIT No. 1

I have identified picture # ___ as the suspect on _____ (Date)     Signature: _____

EXHIBIT No. 2

Q. Dwight this person is known to the Mount Vernon Police Dept. as Tafari Barnett do you know who this party is?

A. I don't know him, but I heard that it's her babies father.

Q. In Nordia's original Police Report she lists Tafari Barnett as the suspect, do you recall her telling Officer Monge this?

A. Tell you the truth, after I took those hits I wasn't really paying attention to Nordia.

Q. Dwight did you receive any medical treatment for you injuries?

A. Yes, I got about 15 stitches in total around my right eye, my left eye was a lillte cut, but It was xwollen. The Dr. gave me a prescription for antibiotics, three prescitprions for my eyes (eyedrops).

Q. Dwight you received stitches was there any blood in your car?

A. Yes, but I had the car cleaned because of all the blood, that's when I noticed the rearview mirror was broken.

Q. Dwight I have to ask you, did you tell this to the officer that took the original report?

A. I don' really remember I was in a lot of pain that night. *His Statements was made At 4:30 pm 11 Hours after*

Q. Dwight what kind of car were you in when this happened?

A. It was a 2008 Green Hyndai Senata.

Q. Dwight do you have anything further to add to this statement?

A. No, I just want to go home because my head hurts.

Dwight Douse: _____  08-27-09.

Det.Baia#134: _____  08-27-09.

Det. Boncardo#133: _____  08-27-09.

EXHIBIT No. 2

| | |
|---|---|
| POLICE DEPARTMENT ) | TIME STARTED: 2150Hrs. |
| CITY OF MT. VERNON ) | TIME FINISHED: 2250Hrs. |
| COUNTY OF WESTCHESTER) SS. | DATE: 08-27-09 |
| STATE OF NEW YORK ) | INCIDENT: 09-36534 |

CASE #: 1318-

NOTICE: The making of false statements in this instrument is punishable as a Class A Misdemeanor pursuant to Section 210.45 of the New York State Penal Law.

I, the undersigned Dwight Douse do reside at ▮▮▮▮▮▮▮▮▮ and I am ▮▮▮ years of age being born on ▮▮▮▮▮ I am presently employed at Self employed the name of my business is ▮▮▮▮▮▮▮▮ I have a home phone number of ▮▮▮▮▮ and my work phone is: ▮▮▮▮▮ I do hereby make the statement to Detectives Buiu #134, and Detective Boncardo#133 knowing them to be members of the Mount Vernon Police Department.

Q. Dwight the Mount Vernon Police Dept. is currently investigating an Robbery incident that Occurred in the early morning hours of 08-23-09 @ 0529Hrs in front of 41 Rochelle Terrace Mount Vernon N.Y. That of which you were a victim of in your own words can you describe to me exactly what happened?

A. Me and my brother, Omar Douse went to Dazzles bar in Mount Vernon, that's when we met up with Nordia Wright, and her sister Dahlia. At the end of the night they asked for a ride home so I took my brother to the Bronx. Then I went to 41 Rochelle Terrace to drop off Nordia, and her sister Dahlia. Dahlia went inside the house, while Nordia, and I we sitting in my car in front of Nordia's house. That's when this guy opened my door I looked at him, and he just started punching me in the face hard, in both of my eyes. I didn't know what was going on. Then he pulled me out of the car and took my "Gucci" belt, he went into my pockets and took my money from my left front pocket about $60-$70, and he took my "Gucci" slippers from my feet, he took my swinging band from my hand. I had a silver "Guess" watch with a black band, and another ring I had in my car. I was trying to push him off but he kept hitting me. I think he used my windshield rear view mirror, because the next day I noticed the mirror was off and on the front seat.

Q. Dwight can you describe the rings he took?

A. My, wedding band was white gold, and it had diamonds in it. The other ring in the car was a silver ring with blue and yellow CZ in the shape of a rectangle it was not real diamonds.

Q. Dwight what did he do after he finished taking your things?

A. I don't know what, or where he went.

Q. Just before taking this statement Dwight I showed you a photo array did you recognize anyone?

A. Yes number 1, that's the guy that kept punching me ①

STATE OF NEW YORK COUNTY OF WESTCHESTER

-----------------------------------------------------------------X

THE PEOPLE OF THE STATE OF NEW YORK

C 7 3530

Against

TAFARI BARNFIT 04-09-79                                 EXHIBIT No. 3
8 E 4TH ST APT A 14
MOUNT VERNON, N.Y. 10550

Defendant(s)

---------------------------------------------------------------X

Be it known that the complainant herein DET Bais#134 of the Mount Vernon Police Department accuses the defendant(s) named above of the following offences committed at 41 Rochelle Terrace in the City of Mt. Vernon County of Westchester, N.Y. on the 23rd day of August , 2007 at about 0520Hrs

Count One: Robbery 2nd / PL. 160.10 (2) a

Facts: A person is guilty of robbery in the second degree when he forcibly steals property and when
2      In the course of the commission of the crime or of immediate flight therefrom  he or
another participant in the crime :
(a) Causes physical injury to any person who is not a participant in the crime.

TO WIT :   The defendant did repeatedly punch Dwight Dease in the face  drag Dwight from his vehicle continue to punch him, and forcibly take his property from his person The victim sustained multiple cuts, and swelling to his eyes, requiring approximately 15 stitches on the above date and time

PLEASE TAKE NOTICE, that in accord with Section 710.30 of the Criminal Procedure Law, the District Attorney hereby gives notice to offer in evidence during the trial of this matter, all admissions and confessions made by the defendant as well as all identification evidence.

The above allegations of fact made by the complainant herein on information and belief with the sources of the complainant information and the grounds for his belief being direct knowledge.

NOTICE: PURSUANT TO THE PENAL LAW, SECTION 210.45 IT IS A CRIME PUNISHIBLE AS A CLASS A MISDEMEANOR TO KNOWINGLY MAKE A FLASE STATEMENT HEREIN.

_Det Bais #134_

Signed

EXHIBIT No. 4

## CITY COURT
## CITY OF MOUNT VERNON
## COUNTY OF WESTCHESTER

Incident No: 09-36534
TOP/Non-Fam. Dwight Douse

### SUPERSEDING MISDEMEANOR INFORMATION

THE PEOPLE OF THE STATE OF NEW YORK
-against-

**TAFARI BARNETT**  8 East 4th Street, apt. A14, Mount Vernon, New York 10550          4/9/79

Defendant(s)

Be it known that the complainant herein Detective Baia, of the City of Mount Vernon Police Department, Westchester County, New York, accuses the defendant(s) named above of the following offense(s) committed at 41 Rochelle Terrace, City of Mount Vernon, New York at about 8/23/09 at approximately 5:29 a.m.

**COUNT ONE** : The Offense of PETIT LARCENY, a violation of Penal Law PL 155.25          AMC
**COUNT TWO** : The Offense of ASSAULT IN THE THIRD DEGREE, a violation of Penal Law PL 120.00   01   AM3
**COUNT THREE** , The Offense of HARASSMENT IN THE SECOND DEGREE, a violation of Penal Law PL 240.26   01   0V2

The Defendant(s) he/she steals property. The Defendant(s) with intent to cause physical injury to another person, he/she causes such injury to such person or to a third person, Assault in the third degree is a class A misdemeanor. The Defendant(s) with intent to harass, annoy and alarm another person, he/she strikes, shoves, kicks or otherwise subjects such other person to physical contact, or attempts or threatens to do the same.

To wit: The defendant(s) at the above date, time   + place, with the intent to cause physical injury to Dwight Douse, did drag Dwight Douse out of the front passenger seat of a motor vehicle and proceeded to punch Mr. Douse repeatedly about the head and face causing Mr. Douse to blackout. At that time the defendant stole property on the person of Mr. Douse, to wit, approximately $70.00 USC, a Gucci belt, Gucci shoes, 2 rings and a Guess watch. As a result of the defendant's actions, Mr. Douse required immediate medical attention and (12) stitches to the right side of his face as well as substantial pain, bruising and swelling.

The above allegation(s) of fact are made by the complainant herein based upon the attached supporting depositions of Dwight Douse and Nordia Wright.

**NOTICE: PURSUANT TO THE PENAL LAW, SECTION 210.45, IT IS A CRIME PUNISHABLE AS A CLASS A MISDEMEANOR TO KNOWINGLY MAKE A FALSE STATEMENT HEREIN.**

September 23, 2009

Signed



Police Photo Lineup

Case # 1318-33

I have identified picture # (1) as the suspect on 8-23-09 (Date)

Signature:

EXHIBIT NO. 5

EXHIBIT No. 6

STATE OF NEW YORK – EXECUTIVE DEPARTMENT – DIVISION OF PAROLE

## VIOLATION OF RELEASE REPORT

NAME: Burnett, Talan       NYSID NO.: 08566413N    DIN NO.: 07 A 5594

### Case Summary

Talan Burnett is a 20 year old male serving a 1-0-0 year sentence based on his conviction for Assault 2°. He was sentenced in Westchester Supreme Court by Judge Neary on 10/3/07. Subject will reach his Post-Release max Expiration date on 7/24/12

Current and Prior Parole Release
(See Attached)

**Current Adjustment**: Subject was paroled on 7/24/09 and during this brief period he seemed to have been making a fair adjustment. Aside from his 8/28/09 arrest, the only noteworthy concern thus far was his curfew violation on 8/18/09

**Reporting Status**: Subject was a weekly report status and reported as directed. Subject appeared cooperative and mannerable when reporting

**Residence**: Subject resided at 1 East 4th Street ap. # 14 Mt. Vernon with his mother. He was seen in the house on 8/21/09 and no problems were reported during this visit.

**Special Conditions**:
Subject has yet to gain employment but has applied for DSS. Subject has a curfew imposed at 9 pm to 7 am. As mentioned, he violated his curfew on 8/18/09 where he a visit was made at 9:30 p.m. Subject claimed a relative took him shopping and they got stuck in traffic.

Subject [illegible] is [illegible] to 1s Rider Place M. Vernon N.Y and his progress report indicates he attends all sessions.

### Violative Behavior

On 8/31/09, an arrest notice was received in the New Rochelle Area Office informing that on 8/28/09 subject was arrested for a crime having occurred on 8/21/09 at about 5:29 am. It is alleged that subject dragged one Dwight Douse out of the front passenger seat of a vehicle and proceeded to punch him repeatedly about the head and face, causing Mr. Douse to blackout. Subject reportedly stole property from the victim's person

### Victim Statement (See Attached)

I went out clubbing my brother the night of the incident, we left the club together and I drop him off home and then went back to the club to pick up Nadia and her sister Dahlia to drop them home. Nadia and I were sitting in my car chilling and talking while I was relaxed with my head back. I saw a car pass with two guys, then I saw a guy approach my car, open the door and grab me out me I look at him to see what was going down, then he punch me in my eye and he punch blindly me so, but he continued to keep on punching me in my face until I was bloody and knock out cold.

He then took my under belt, credit wrippen, cell phones, car keys along with my car money I had on me the left me to die. He was tall, chubby, dark skin and his head was shave bald with his face line with facial hair

### Parolee's Statement

According to the subject he was mistaken identity and totally denied the charges. He stated that Nadia one of the girls will Douse is his son's mother who falsely



FR: TAFARI Barnett
P.O. Box: 10
Valhalla, NY
10595

POSTAGE DUE

Legal Mail

To: Pro Se Clerk
United States District Court
Southern District of NY
U.S. Courthouse · 500 Pearl St
NY, NY 10007

Legal Mail

RECF
SDNY FILED
2013 MAY 21

Legal Mail