

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MARK D. ZUCKERMAN**
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

April 20, 2023

**VIA ECF**
The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  Paul Phillips, et. al. v. The City of New York, et. al., 21 Civ. 8149 (ALC)(SLC)

Your Honor:

I am a Senior Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendant City of New York in the above referenced matter.  We write to respectfully request that the Court's Order at Docket 83 be modified to exclude no. 2(e).  Upon discussing Your Honor's Order with DOC, we realized that the plaintiff Wright was housed at AMKC until March 25, 2020, when he was transferred to VCBC, and that plaintiffs are confused, at best, on this issue.  See Docket 63-1, Ex. G.[1]  So, it would appear to be a wasted exercise to search for John and Jane Does at VCBC on March 22 or 23, 2020, when Wright was not even there.  As such, we respectfully request that Your Honor's Order at Docket 83 be modified to exclude No. 2(e).

Thank you for your consideration herein.

Respectfully submitted,

/s/ Mark D. Zuckerman
Mark D. Zuckerman

---

[1] I apologize to the Court for not realizing this fact before today's conference.

cc: All counsel (via ECF)