

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

> Defendants' request at ECF No. 84 is GRANTED IN PART and DENIED IN PART. By separate order, the Court will amend its Order at ECF No. 83 to modify, but not exclude, paragraph 2(e).
>
> SO ORDERED     4/21/2023
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**
The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re: <u>Paul Phillips, et. al. v. The City of New York, et. al.</u>, 21 Civ. 8149 (ALC)(SLC)

Your Honor:

        I am a Senior Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendant City of New York in the above referenced matter. We write to respectfully request that the Court's Order at Docket 83 be modified to exclude no. 2(e). Upon discussing Your Honor's Order with DOC, we realized that the plaintiff Wright was housed at AMKC until March 25, 2020, when he was transferred to VCBC, and that plaintiffs are confused, at best, on this issue. <u>See</u> Docket 63-1, Ex. G.[1] So, it would appear to be a wasted exercise to search for John and Jane Does at VCBC on March 22 or 23, 2020, when Wright was not even there. As such, we respectfully request that Your Honor's Order at Docket 83 be modified to exclude No. 2(e).

        Thank you for your consideration herein.

        Respectfully submitted,

        /s/ Mark D. Zuckerman
        Mark D. Zuckerman

---

[1] I apologize to the Court for not realizing this fact before today's conference.