

| | THE CITY OF NEW YORK | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **MARK D. ZUCKERMAN**<br>Senior Counsel<br>E-mail: mzuckerm@law.nyc.gov<br>Phone: (212) 356-3519<br>Fax: (212) 788-9776 |

May 3, 2023

**VIA ECF**
The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:  <u>Paul Phillips, et. al. v. The City of New York, et. al.</u>, 21 Civ. 8149 (ALC)(SLC)

Your Honor:

        I am a Senior Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendant City of New York in the above referenced matter.  We write in response to plaintiffs' letter at Docket 88.  Plaintiffs mischaracterize their communications with me this morning.  I declined plaintiffs' invitation for a joint letter to Your Honor because I am confident that Your Honor is aware that the modified order alluded to at Docket 86 has not yet issued.  I can also assure the Court that defendant is not waiting for the modified order to search for the information ordered at Docket 83, with the exception of No. 2(e), for which DOC requires Court's modification.

        Thank you for your consideration herein.

        Respectfully submitted,

        /s/ Mark D. Zuckerman
        Mark D. Zuckerman

cc:     All counsel (via ECF)