UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL PHILLIPS, KHAORI WRIGHT, RANDY ROSARIO, KYLASYIA THOMPSON, on behalf of themselves and all others similarly situated,

          Plaintiffs,

-v-

CITY OF NEW YORK et al,

          Defendants.

CIVIL ACTION NO.: 21 Civ. 8149 (ALC) (SLC)

**AMENDED ORDER**[1]

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held yesterday, April 20, 2023, the Court orders as follows:

1. Plaintiffs' counsel shall promptly re-send to Defendants' counsel Plaintiff Paul Phillips' ("Mr. Phillips") executed authorization for the release of his medical records.

2. Defendants shall promptly undertake to ascertain the following information (the "Information"):

    a. The identity of the New York City Police Department officer who transported Mr. Phillips to Rikers Island.

    b. The identities of the New York City Department of Correction ("DOC") intake officers at Rikers Island on July 3, 2020.

---

[1] This order supersedes the Court's Order at ECF No. 83.

    c. The identities of the Correctional Health Services medical personnel with whom Mr. Phillips interacted on at the Anna M. Kross Center ("AMKC").

    d. The identities of the DOC officers assigned to the AMKC medical clinic on July 3, 2020.

    e. With respect to Jane Roe 14 (misnumbered as Jane Roe 13 is Plaintiff's April 5, 2023 letter (ECF No. 79 at 6 (the "Letter")), the number of non-white female officers holding the rank of Captain who worked on the mornings of March 22, 2020 or March 23, 2023 at AMKC.

    f. With respect to John Roe 15 (misnumbered as John Roe 14 in the Letter), the number of non-white male officers holding the rank of captain worked at lunchtime on March 29, 2020 or March 30, 2020 at the Vernon C. Bain Center.

3. By **May 11, 2023**, Defendants shall file a letter regarding their ability to ascertain the Information. On receipt of Defendants' letter, the Court will determine whether a further conference with the parties is necessary.

Dated:     New York, New York
           April 21, 2023

                                            SO ORDERED.

                                            **SARAH L. CAVE**
                                            **United States Magistrate Judge**