UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL PHILLIPS, KHAORI WRIGHT, RANDY ROSARIO, and KYLASYIA THOMPSON, on behalf of themselves and all others similarly situated,

                           Plaintiffs,

-v-

CITY OF NEW YORK, et al.,

                           Defendants.

CIVIL ACTION NO.: 21 Civ. 8149 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Defendants' letter at ECF No. 91 and Plaintiffs' letter at ECF No. 93, which responds to the Court's Order at ECF No. 92. The Court orders as follows:

1. The Court DENIES Plaintiffs' request for a conference.

2. The parties shall meet and confer regarding the following topics: (i) a potential tolling agreement with respect to additional Defendants Plaintiffs seek to name in this action; (ii) the discovery Plaintiffs intend to seek to identify additional individuals currently named as Doe or Roe Defendants; (iii) whether Defendants will consent, without prejudice to the arguments raised in their pending motion to dismiss (ECF No. 62), to Plaintiffs filing a third amended complaint naming additional Defendants in light of the information Defendants have provided (the "TAC"); and (iv) if a TAC were filed, a briefing schedule for Defendants' renewed motion to dismiss.

3. By **May 22, 2023**, the parties shall file a joint status letter indicating that they have met and conferred on these issues, and how they intend to proceed.

Dated: New York, New York
May 12, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**