UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL PHILLIPS, KHAORI WRIGHT, RANDY ROSARIO, and KYLASYIA THOMPSON, on behalf of themselves and all others similarly situated,<br><br>                      Plaintiffs,<br>  -v-<br><br>CITY OF NEW YORK, et al.,<br><br>                      Defendants. | CIVIL ACTION NO.: 21 Civ. 8149 (ALC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' joint letter (ECF No. 95 (the "May 22 Letter")), which demonstrates that, despite the Court's instruction (ECF No. 94), the parties have not reached any agreement regarding:  (i) tolling of the statute of limitations, (ii) additional discovery Plaintiffs intend to seek to identify current Doe and Roe Defendants, or (iii) Plaintiffs' desire to file a third amended complaint naming additional defendants arising from information Defendants have recently produced.  The Court construes the May 22 Letter as a request for a conference pursuant to Rule II(C)(2) of the undersigned's Individual Practices in Civil Cases, and GRANTS the request.

A telephone conference is scheduled for **Wednesday, May 31, 2023 at 12:00 pm** on the Court's conference line.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:      New York, New York
            May 23, 2023

                                             SO ORDERED.

                                  _____
                                    SARAH L. CAVE
                                    **United States Magistrate Judge**