UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL PHILLIPS, KHAORI WRIGHT, RANDY ROSARIO, and KYLASYIA THOMPSON, on behalf of themselves and all others similarly situated,

                    Plaintiffs,

-v-

CITY OF NEW YORK, et al.,

                    Defendants.

CIVIL ACTION NO.: 21 Civ. 8149 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, June 2, 2023 (the "Conference"), the Court orders as follows:

1. By **June 26, 2023, at 10:00 a.m.**, Defendants' counsel shall: (a) compile a set of photographs (the "Photographs"), which shall include: (i) one photograph of each of the 44 individuals the Defendants have internally identified as potentially one of the Doe and Roe Defendants listed in paragraphs 2(b), 2(d), 2(e), and 2(f) of the Court's Amended Order at ECF No. 90 (see ECF No. 91); and (ii) an equal number of "filler" photographs of other individuals; and (b) provide Plaintiffs' counsel with a description of the Photographs, including the approximate size of the photographs and whether the photographs will be in color.

2. On **Tuesday, June 27, 2023, at 10:00 a.m.**, Plaintiffs' counsel, Defendants' counsel, and Plaintiffs Paul Phillips and Khaori Wright shall appear in Courtroom 18A, 500 Pearl Street, New York, New York, at which time Defendants' counsel shall present the Photographs. A member of the Court's staff will also be present.

3. By **June 30, 2023**, the parties shall file a joint letter addressing the status of Plaintiffs' efforts to identify additional Defendants.

Dated:     New York, New York
           June 2, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**