UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL PHILLIPS, KHAORI WRIGHT, RANDY ROSARIO, and KYLASYIA THOMPSON, on behalf of themselves and all others similarly situated,

                Plaintiffs,

-v-

CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 8149 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiffs' letter-motion requesting permission for Plaintiff Paul Phillips ("Mr. Phillips") to attend the in-person appearance scheduled for June 27, 2023 (see ECF No. 99 ¶ 2 (the "Appearance")) remotely by videoconference (ECF No. 100 (the "Request")), and Defendant's letter in opposition to the Request. (ECF No. 101). The Court orders as follows:

1. The Request is DENIED.

2. The Appearance is ADJOURNED sine die.

3. By **June 26, 2023**, the parties shall meet and confer and file a joint letter proposing a new date and time for the Appearance when both Mr. Phillips and Plaintiff Khaori Wright are available and able to attend in person.

4. The parties' June 30, 2023 deadline to file a joint letter addressing the status of Plaintiffs' efforts to identify additional Defendants (ECF No. 99 ¶ 3) is ADJOURNED sine die.

The Clerk of Court is respectfully directed to close ECF No. 100.

Dated: New York, New York
June 21, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2