

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | MARK D. ZUCKERMAN<br>Senior Counsel<br>E-mail: mzuckerm@law.nyc.gov<br>Phone: (212) 356-3519<br>Fax: (212) 788-9776 |
|---|---|---|

June 26, 2023

**VIA ECF**
The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:  <u>Paul Phillips, et. al. v. The City of New York, et. al.</u>, 21 Civ. 8149 (ALC)(SLC)

Your Honor:

        I am a Senior Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendant City of New York in the above referenced matter.  The parties write jointly in accordance with Your Honor's Order at Docket 103 herein.  The parties have conferred and are available the morning of July 17, 2023 to appear for the photo viewing previously ordered by the Court.

        Thank you for your consideration herein.

                                        Respectfully submitted,

                                        /s/ Mark D. Zuckerman
                                        Mark D. Zuckerman

cc:     All counsel (via ECF)