

**THE CITY OF NEW YORK**

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | MARK D. ZUCKERMAN<br>Senior Counsel<br>E-mail: mzuckerm@law.nyc.gov<br>Phone: (212) 356-3519<br>Fax: (212) 788-9776 |

> The Court is in receipt of the parties' joint letter at ECF No. 104.  On **Monday, July 17, 2023 at 11:00 a.m.**, Plaintiffs' counsel, Defendants' counsel, and Plaintiffs Paul Phillips and Khaori Wright shall appear <u>in person</u> in Courtroom 18A, 500 Pearl Street, New York, NY, at which time Defendants' counsel shall present the photographs discussed at ECF No. 99 at 1 ¶ 1.  A member of the Court's staff will also be present.
>
> SO ORDERED.   6/26/2023
>
> *[signature]*
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**
The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  <u>Paul Phillips, et. al. v. The City of New York, et. al.</u>, 21 Civ. 8149 (ALC)(SLC)

Your Honor:

    I am a Senior Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendant City of New York in the above referenced matter.  The parties write jointly in accordance with Your Honor's Order at Docket 103 herein.  The parties have conferred and are available the morning of July 17, 2023 to appear for the photo viewing previously ordered by the Court.

    Thank you for your consideration herein.

Respectfully submitted,

/s/ Mark D. Zuckerman
Mark D. Zuckerman

cc:  All counsel (via ECF)