UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL PHILLIPS, KHAORI WRIGHT, RANDY ROSARIO, and KYLASYIA THOMPSON, on behalf of themselves and all others similarly situated,

                      Plaintiffs,

-v-

CITY OF NEW YORK, et al.,

                      Defendants.

CIVIL ACTION NO.: 21 Civ. 8149 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the conference held today, July 17, 2023 (the "Conference"), the Court orders that, by **July 24, 2023**, Plaintiffs shall file a letter indicating how they will proceed with the information obtained at the Conference.

Dated:     New York, New York
            July 17, 2023

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**