UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL PHILLIPS, ET. AL., <br><br> *Plaintiffs*, <br><br> -against- <br><br> THE CITY OF NEW YORK, ET. AL., <br><br> *Defendants*. | 21-cv-08149 (ALC) (SLC) <br><br> <u>CONFERENCE ORDER</u> |

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the parties' letters, dated July 26 and 27, 2023. ECF Nos. 108, 109. The Court will hold a telephonic conference in this action on Wednesday, August 2, 2023 at 11:00AM Eastern Time.

All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:** **July 27, 2023**
   **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**