UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL PHILLIPS, ET. AL., <br><br> *Plaintiffs*, <br><br> -against- <br><br> THE CITY OF NEW YORK, ET. AL., <br><br> *Defendants*. | 21-cv-08149 (ALC) (SLC) <br><br> **AMENDED CONFERENCE ORDER** |

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of Defendant's letter, dated July 28, 2023, requesting an adjournment of the Court's August 2, 2023 conference. ECF No. 110. The Court will hold a telephonic conference in this action on Tuesday, August 8, 2023 at 3PM Eastern Time.

All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:** **July 31, 2023**
   **New York, New York**

_____
ANDREW L. CARTER, JR.
United States District Judge