

August 1, 2023

Hon. Andrew L. Carter, Jr., U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007-1312

By Electronic Filing.

**Re:     Phillips v. City of New York, 21-CV-8149 (ALC)(SLC)**

Dear Judge Carter:

My firm, with co-counsel represents Plaintiffs and the putative class in the case above.  I write regarding the conference the Court rescheduled for Tuesday, August 8, 2023 at 3:00 p.m.  ECF No. 111.[1]

I am, unfortunately, scheduled for an in-person conference in state court at the exact time the conference was rescheduled.  I have conferred with counsel for Defendants and they consent to a request to briefly adjourn the conference.  After conferring, I can confirm all necessary counsel are available (1) on Wednesday, August 9, any time in the afternoon; or (2) any time Thursday, August 10.

As always, we thank the Court for its continued time and attention.

Respectfully submitted,

/s/
_____

J. Remy Green
        *Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiffs*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.

---

[1] For personal reasons, I was unable to respond to Defendants' request for our position on the initial request — but Plaintiffs would have consented and given the conflict detailed herein.