UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL PHILLIPS, ET. AL.,<br><br>　　　　　　　　*Plaintiffs*,<br><br>-against-<br><br>THE CITY OF NEW YORK, ET. AL.,<br><br>　　　　　　　　*Defendants*. | 21-cv-08149 (ALC) (SLC)<br><br>**SECOND AMENDED**<br>**CONFERENCE ORDER** |

**ANDREW L. CARTER, JR., District Judge:**

　　The Court is in receipt of Plaintiffs' letter, dated August 1, 2023, requesting an adjournment of the Court's August 8, 2023 conference. ECF No. 112. The Court will hold a telephonic conference in this action on Monday, August 7, 2023 at 12PM Eastern Time.

　　All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:　August 1, 2023**
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Andrew L. Carter, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**