UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL PHILLIPS, ET. AL.,<br><br>     *Plaintiffs*,<br><br>-against-<br><br>THE CITY OF NEW YORK, ET. AL.,<br><br>     *Defendants*. | 21-cv-08149 (ALC) (SLC)<br><br>**THIRD AMENDED<br>CONFERENCE ORDER** |

**ANDREW L. CARTER, JR., District Judge:**

  The Court will now hold a telephonic conference in this action on Monday, August 7, 2023 at 12:45PM Eastern Time.

  All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated: August 3, 2023**
     **New York, New York**

                     **ANDREW L. CARTER, JR.**
                     **United States District Judge**