UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL PHILLIPS, ET. AL., <br><br> *Plaintiffs*, <br><br> -against- <br><br> THE CITY OF NEW YORK, ET. AL., <br><br> *Defendants*. | 21-cv-08149 (ALC) (SLC) <br><br> **FOURTH AMENDED CONFERENCE ORDER** |

**ANDREW L. CARTER, JR., District Judge:**

The Court will now hold a telephonic conference in this action on Monday, August 7, 2023 at 2PM Eastern Time.

All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

SO ORDERED.

Dated: **August 4, 2023**
**New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**