

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **James M. Sheehan**<br>*Assistant Corporation Counsel*<br>phone: (212) 356-2105<br>jasheeha@law.nyc.gov |

September 26, 2023

**VIA ECF**
Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

            Re:    <u>Paul Phillips, et al., v. City of New York, et al.</u>
                     21 Civ. 8149 (ALC) (SLC)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendants City of New York. I write pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern District of New York to respectfully request to withdraw as counsel in this matter. My last day with the Special Federal Litigation Division of the Office of the Corporation Counsel is September 26, 2023. After today, I will have no further involvement in the representation of defendants in this matter. As a result, I respectfully request that the Court grant my application to withdraw as counsel in this matter.

                                                   Respectfully submitted,

                                                   */s/ James M. Sheehan*
                                                   James M. Sheehan
                                                  *Assistant Corporation Counsel*
                                                  Special Federal Litigation Division

cc: All counsel (via ECF)