

**THE CITY OF NEW YORK**
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**MARK D. ZUCKERMAN**
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

October 3, 2023

**VIA ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  <u>Paul Phillips, et. al. v. The City of New York, et. al.</u>, 21 Civ. 8149
(ALC)(SLC)

Your Honor:

I am a Senior Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendant City of New York in the above referenced matter.  I write with the consent of plaintiffs' counsel to respectfully request that the time for the parties to submit the required status report of October 10, 2023 (<u>see</u> Docket 116), be extended to October 17, 2023.  The reason for the request is that the parties are discussing whether certain of the new claims brought in the Third Amended Complaint may proceed in Federal or State Court and would like the additional time to attempt to reach an agreement in this regard.

This is the first such request.

Thank you for your consideration herein.

Respectfully submitted,

/s/ Mark D. Zuckerman
Mark D. Zuckerman

cc:    All counsel (via ECF)