

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | MARK D. ZUCKERMAN<br>Senior Counsel<br>E-mail: mzuckerm@law.nyc.gov<br>Phone: (212) 356-3519<br>Fax: (212) 788-9776 |
|---|---|---|

October 16, 2023

**VIA ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007



Re:  Paul Phillips, et. al. v. The City of New York, et. al., 21 Civ. 8149 (ALC)(SLC)

Your Honor:

I am a Senior Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendant City of New York in the above referenced matter.  I write with the consent of plaintiffs' counsel to respectfully request that the time for the parties to submit the required status report of October 17, 2023 (see Docket 123), be extended to October 24, 2023.  The reason for the request is that the parties are continuing to discuss whether certain of the new claims brought in the Third Amended Complaint may proceed in Federal or State Court, have made significant progress toward an agreement in this regard, and would like the additional time to attempt to finalize an agreement.

This is the second such request.

Thank you for your consideration herein.

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: October 16, 2023
New York, NY

Respectfully submitted,

/s/ Mark D. Zuckerman
Mark D. Zuckerman

cc:   All counsel (via ECF)