AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| PAUL PHILLIPS, KHAORI WRIGHT, RANDY ROSARIO, AND KYLAYSIA THOMPSON<br><br>*Plaintiff(s)*<br>v.<br>THE CITY OF NEW YORK; NEW YORK CITY POLICE DEPARTMENT ("NYPD") DET. MICHAEL PRILOOK; DEPARTMENT OF CORRECTIONS ("DOC") MEMBER GABRIEL MONTALVO; DEPART<br>*Defendant(s)* | Civil Action No. 21-cv-8149 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  [see attached rider]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
 Remy Green
 1639 Centre St., Suite 216
 Ridgewood, NY 11385
 remy@femmelaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/27/2023

s/ G. Pisarczyk

*Signature of Clerk or Deputy Clerk*

<u>**Summons Rider**</u>

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Krystalbella Murnane-Victorelli**
[personal home address omitted]

**Jasdeep Mangat**
[personal home address omitted]

**Roman Maslovskiy**
[personal home address omitted]

**Terra Hailand**
[personal home address omitted]

**Renan Beauchard**
[personal home address omitted]

**Aung Oo, MD**
c/o Gwendolyn Renee Tarver
PAGNY-Correctional Health Services
49-04 19th Avenue
1st Floor
Astoria, New York 11105

**Terry Gravesande, PA**
c/o Gwendolyn Renee Tarver
PAGNY-Correctional Health Services
49-04 19th Avenue
1st Floor
Astoria, New York 11105

**Mireille Zamy, PCA**
c/o Gwendolyn Renee Tarver
PAGNY-Correctional Health Services
49-04 19th Avenue
1st Floor
Astoria, New York 11105

**David Rosenberg**
c/o CHS Assistance Center
Attn: Gwendolyn Tarver
4904 19th Dr
Queens, NY 11370

## Summons Rider

**Christopher Johnson-**
c/o CHS Assistance Center
Attn: Gwendolyn Tarver
4904 19th Dr
Queens, NY 11370

**Michael Prilook**
1 Police Plaza
Detectives Bureau
New York, NY 10038

**Gabriel Montalvo**:
Otis Bantum Correctional Center (OBCC)
16-00 Hazen Street
East Elmhurst, NY 11370

**Edward Horton, Jr.**
Vernon C. Bain Center (VCBC)
1 Halleck Street
Bronx, NY 10474