[redactions throughout per discussion among counsel]

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF

GPS and Timestamp: 40.712288052551386, -74.00285386232558
1699544063431

**Plaintiff / Petitioner:**
PAUL PHILLIPS

**Defendant / Respondent:**
THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**

Index No:
21-CV-08149

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at County of Nassau. That on Thu, Nov 09 2023 AT 10:34 AM AT ONE POLICE PLAZA, NEW YORK, NY 10038 deponent served the within SUMMONS AND CORRECTED THIRD AMENDED CLASS ACTION COMPLAINT WITH 128-1 on MICHAEL PRILOOK

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation/Entity:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to Bono Giorgio a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, ONE POLICE PLAZA, NEW YORK, NY 10038, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on Thu, Nov 09 2023 by REGULAR FIRST CLASS MAIL in an envelope marked **PERSONAL & CONFIDENTIAL** and not indicating on the outside thereof, by return address ot otherwise, that the communication is from an attorney or concerns an action against the person to be served.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 40        Ethnicity: Middle Eastern        Gender: Female        Weight: 150
Height: 5'10"  Hair: Black                      Eyes: Brown           Relationship: Community assistant
Other: _____

Said documents were conformed with index number and date of filing endorsed thereon.

Sworn to before me on this 10th day of November 2023

Mitchell Raider
1450036

Notary Public

JANET RAIDER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6341022
Qualified in Nassau County
My Commission Expires 05-02-2024

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK | COUNTY OF |

GPS and Timestamp: [REDACTED]

**Plaintiff / Petitioner:**
PAUL PHILLIPS

**Defendant / Respondent:**
THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**

Index No:
21-CV-08149

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at County of Nassau. That on Tue, Oct 31 2023 AT 08:00AM AT [REDACTED] deponent served the within SUMMONS AND CORRECTED THIRD AMENDED CLASS ACTION COMPLAINT WITH 128 -1 on TERRA HAILAND

[X] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation/Entity:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on _____ by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address ot otherwise, that the communication is from an attorney or concerns an action against the person to be served.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| Age: 45 | Ethnicity: Caucasian | Gender: Female | Weight: 170 |
|---|---|---|---|
| Height: 5'4" | Hair: Blond | Eyes: Brown | Relationship: |
| Other | | | |

Said documents were conformed with index number and date of filing endorsed thereon.

Sworn to before me on this 10th day of November 2023

Mitchell Raider
1450036

Notary Public

JANET RAIDER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6__1022
Qualified in Nassau County
My Commission expires 05-02-2024

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF ▮

**Plaintiff / Petitioner:**
PAUL PHILLIPS

**Defendant / Respondent:**
THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**

Index No:
21-CV-08149

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at County of Suffolk. That on Tue, Nov 07 2023 AT 07:52 AM AT ▮ deponent served the within SUMMONS AND CORRECTED THIRD AMENDED CLASS ACTION COMPLAINT WITH 128-1 on KRYSTALBELLA MURNANE-VICTORELLI

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation/Entity:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☐ **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

☒ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at
1) 10/28/2023 @ 09:41 AM   2) 11/01/2023 @ 07:00 PM   3) 11/07/2023 @ 07:52 AM

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, ▮ and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on Tue, Nov 07 2023 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address ot otherwise, that the communication is from an attorney or concerns an action against the person to be served.

☐ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: _____  Ethnicity: _____  Gender: _____  Weight: _____
Height: _____  Hair: _____  Eyes: _____  Relationship: _____
Other _____

Said documents were conformed with index number and date of filing endorsed thereon.

Sworn to before me on this 10th day of November 2023

_____
JOHN RUSSO

_____
Notary Public

JANET RAIDER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6341022
Qualified in Nassau County
My Commission Expires 05-02-2024

# Affidavit of Process Server

UNITE STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT NEW YORK
_(NAME OF COURT)_

| PAUL PHILLIPS | vs THE CITY OF NEW YORK ET AL | 21-CV-08149 |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I, **MITCHELL RAIDER**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served **JASDEEP MANGAT**
_NAME OF PERSON / ENTITY BEING SERVED_

with (list documents) **SUMMONS AND COMPLAINT**

by leaving with _____ At

☑ Residence [REDACTED]

☐ Business _____
ADDRESS                    CITY / STATE

On **11/07/2023**   at **9:55AM**
DATE                    TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on _____ DATE

from _____
CITY    STATE    ZIP

**Manner of Service:**

☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☑ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Cancelled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other SPOKE WITH CURRENT TENANT WHO HAS LIVED THERE FOR TWO YEARS AND STATED THAT HE NEVER HEARD OF JASDEEP MANGAT

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
                                                    DATE   TIME      DATE   TIME
(3) _____ (4) _____ (5) _____
 DATE  TIME     DATE   TIME    DATE   TIME

**Description:**. Age____ Sex____ Race____ Height____ Weight____ Hair____ Beard____ Glasses____

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this **10th** day of **November**, 20**23**, by _____,
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

JANET RAIDER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6341022
Qualified in Nassau County
My Commission Expires 05-02-2024

_____
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of **New York**

NAPPS

FORM 2       NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PAUL PHILLIPS, KHAORI WRIGHT, RANDY ROSARIO, AND
KYLAYSIA THOMPSON, ON BEHALF OF THEMSELVES AND
ALL OTHERS SIMILARLY SITUATED,

          Plaintiff(s),    Index No. 1:21-cv-08149-ALC-SLC

-against-

THE CITY OF NEW YORK, ET AL.,       AFFIDAVIT OF ATTEMPTED SERVICE
          Defendant(s)
-----------------------------------------------------------------X
STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

  Elijah Hawthorne, being duly sworn, deposes and states that deponent is not a party herein, is over 18 years of age and resides in the State of New York. On **November 2, 2023** at **1:09 pm** at ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ deponent attempted to serve the within:

| X SUMMONS IN A CIVIL ACTION | X SUMMONS RIDER | | |
|---|---|---|---|
| X CORRECTED THIRD AMENDED CLASS ACTION COMPLAINT | | | |

on **RENAN BEAUCHARD** defendant.

 Individual: By delivering a true copy of same to respondent defendant witness personally; and deponent knew the person so served to be the person described as said respondent defendant/witness.

X Attempted Service: The current occupants of the above referenced premises denied knowing the defendant and refused service. No further information available.

 Suitable Age Person: By delivering at the above address a true copy of same to ____ a person who is of suitable age and discretion. Said premises is: ____ the actual place of business abode or ____ dwelling house or ____ usual place of abode, within this state, and by

 Mailing: Deponent also enclosed a true copy of same in a post-paid sealed envelope properly addressed to the above named at the above addresses by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within 24 hours.

Description: The person spoken with is described as follows:

| | | | | | |
|---|---|---|---|---|---|
| Male | White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
| Female | Black Skin | Brown Hair | 21-35 Yrs | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | 36-50 Yrs. | 5'9"-6' | 131-160 Lbs. |
| | Yellow Skin | Grey Hair | 51-65 Yrs. | Over 6' | 161-200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | Over 200 Lbs. |
| | Tan Skin | White Hair | | | |
| | | Bald | | | |

Other Identifying Features: _____
X Index Number/Date of Filing Endorsement _____
Military Service: Deponent inquired and was informed that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

Sworn to before me this
3rd day of November, 2023

_____
Notary Public

[Notary Seal: KEITH A. HAWTHORNE, STATE OF NEW YORK, NOTARY PUBLIC, Qualified in Putnam County, 02HA6029794, MY COMMISSION EXPIRES 08/30/202_]

_____
Elijah Hawthorne - Process Server
**COMPLIANT PROCESS SERVERS JOB #**
**KAISHIAN & MORTAZAVI LLC**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF

GPS and Timestamp: 40.77403444805359, -73.89348072881187
1699454943000

**Plaintiff / Petitioner:**
PAUL PHILLIPS

**Defendant / Respondent:**
THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**

Index No:
21-CV-08149

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at County of Nassau. That on Wed, Nov 08 2023 AT 09:49 AM AT 49-04 19th Avenue, ASTORIA, NY 11105 deponent served the within SUMMONS AND CORRECTED THIRD AMENDED CLASS ACTION COMPLAINT WITH 128-1 on TERRY GRAVESANDE PA

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation/Entity:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to Gwendolyn Tarver a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, 49-04 19th Avenue, ASTORIA, NY 11105, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on Wed, Nov 08 2023 by REGULAR FIRST CLASS MAIL in an envelope marked **PERSONAL & CONFIDENTIAL** and not indicating on the outside thereof, by return address ot otherwise, that the communication is from an attorney or concerns an action against the person to be served.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| Age: 55 | Ethnicity: African American | Gender: Female | Weight: 170 |
|---|---|---|---|
| Height: 5'4" | Hair: Black | Eyes: Brown | Relationship: Clerk |
| Other | | | |

Said documents were conformed with index number and date of filing endorsed thereon.

_[signature]_

Mitchell Raider
1450036

Sworn to before me on _____

Notary Public

JANET RAIDER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6341022
Qualified in Nassau County
My Commission Expires 05-02-2024

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF

GPS and Timestamp: 40.77408563249877, -73.89347710437382
1699454881000

| | |
|---|---|
| **Plaintiff / Petitioner:**<br>PAUL PHILLIPS<br>**Defendant / Respondent:**<br>THE CITY OF NEW YORK ET AL | **AFFIDAVIT OF SERVICE**<br>Index No:<br>21-CV-08149 |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at County of Nassau. That on Wed, Nov 08 2023 AT 09:48 AM AT 49-04 19th Avenue, ASTORIA, NY 11105 deponent served the within SUMMONS AND CORRECTED THIRD AMENDED CLASS ACTION COMPLAINT WITH 128-1 on MIREILLE ZAMY

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation/Entity:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to Gwendolyn Tarver a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, 49-04 19th Avenue, ASTORIA, NY 11105, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on Wed, Nov 08 2023 by REGULAR FIRST CLASS MAIL in an envelope marked **PERSONAL & CONFIDENTIAL** and not indicating on the outside thereof, by return address ot otherwise, that the communication is from an attorney or concerns an action against the person to be served.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 55  Ethnicity: African American  Gender: Female  Weight: 170
Height: 5'4"  Hair: Black  Eyes: Brown  Relationship: Clerk
Other

Said documents were conformed with index number and date of filing endorsed thereon.

Sworn to before me on _____

Mitchell Raider
1450036

Notary Public

JANET RAIDER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6341022
Qualified in Nassau County
My Commission Expires 06-02-2024

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF

GPS and Timestamp: 40.77404006366573, -73.89349059858145
1699454829001

| | |
|---|---|
| **Plaintiff / Petitioner:** PAUL PHILLIPS <br> **Defendant / Respondent:** THE CITY OF NEW YORK ET AL | **AFFIDAVIT OF SERVICE** <br> Index No: <br> 21-CV-08149 |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at County of Nassau. That on Wed, Nov 08 2023 AT 09:47 AM AT 49-04 19th Avenue, ASTORIA, NY 11105 deponent served the within SUMMONS AND CORRECTED THIRD AMENDED CLASS ACTION COMPLAINT WITH 128-1 on DAVID ROSENBERG

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation/Entity:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to Gwendolyn Tarver a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, 49-04 19th Avenue, ASTORIA, NY 11105, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on Wed, Nov 08 2023 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address ot otherwise, that the communication is from an attorney or concerns an action against the person to be served.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| Age: 55 | Ethnicity: African American | | Gender: Female | Weight: 170 |
|---|---|---|---|---|
| Height: 5'4" | Hair: Black | Eyes: Brown | | Relationship: Clerk |
| Other | | | | |

Said documents were conformed with index number and date of filing endorsed thereon.

*/s/ Mitchell Raider*

Sworn to before me on _____

Mitchell Raider
1450036

Notary Public

JANET RAIDER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6341022
Qualified in Nassau County
My Commission Expires 06-02-2024

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF

GPS and Timestamp: 40.77400936420503, -73.89350253509075
1699454971000

**Plaintiff / Petitioner:**
PAUL PHILLIPS

**Defendant / Respondent:**
THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**

Index No:
21-CV-08149

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at County of Nassau. That on Wed, Nov 08 2023 AT 09:50 AM AT 49-04 19th Avenue, ASTORIA, NY 11105 deponent served the within SUMMONS AND CORRECTED THIRD AMENDED CLASS ACTION COMPLAINT WITH 128-1 on AUNG OO,MD

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation/Entity:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to Gwendolyn Tarver a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, 49-04 19th Avenue, ASTORIA, NY 11105, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on Wed, Nov 08 2023 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address ot otherwise, that the communication is from an attorney or concerns an action against the person to be served.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| Age: 55 | Ethnicity: African American | Gender: Female | Weight: 170 |
|---|---|---|---|
| Height: 5'4" | Hair: Black | Eyes: Brown | Relationship: Clerk |

Other

Said documents were conformed with index number and date of filing endorsed thereon.

Sworn to before me on _____

Mitchell Raider
1450036

Notary Public

JANET RAIDER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6341022
Qualified in Nassau County
My Commission Expires 05-02-2024

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF

**GPS and Timestamp:** 40.77403019574824, -73.89346163173948
1699454764001

| Plaintiff / Petitioner: | |
|---|---|
| PAUL PHILLIPS | **AFFIDAVIT OF SERVICE** |
| Defendant / Respondent: | Index No: |
| THE CITY OF NEW YORK ET AL | 21-CV-08149 |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at County of Nassau. That on Wed, Nov 08 2023 AT 09:46 AM AT 49-04 19th Avenue, ASTORIA, NY 11105 deponent served the within SUMMONS AND CORRECTED THIRD AMENDED CLASS ACTION COMPLAINT WITH 128-1 on CHRISTOPHER JOHNSON

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation/Entity:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to Gwendolyn Tarver a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, 49-04 19th Avenue, ASTORIA, NY 11105, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on Wed, Nov 08 2023 by REGULAR FIRST CLASS MAIL in an envelope marked **PERSONAL & CONFIDENTIAL** and not indicating on the outside thereof, by return address ot otherwise, that the communication is from an attorney or concerns an action against the person to be served.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| Age: 55 | Ethnicity: African American | | Gender: Female | Weight: 170 |
|---|---|---|---|---|
| Height: 5'4" | Hair: Black | Eyes: Brown | | Relationship: Clerk |
| Other | | | | |

Said documents were conformed with index number and date of filing endorsed thereon.

Sworn to before me on _____

Mitchell Raider
1450036

Notary Public

JANET RAIDER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6341022
Qualified in Nassau County
My Commission Expires 05-02-2024

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF

**GPS and Timestamp:** 40.79620761505, -73.88920628127461
1699461738650

| | |
|---|---|
| **Plaintiff / Petitioner:** PAUL PHILLIPS **Defendant / Respondent:** THE CITY OF NEW YORK ET AL | **AFFIDAVIT OF SERVICE** Index No: 21-CV-08149 |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at County of Nassau. That on Wed, Nov 08 2023 AT 11:42 AM AT 16-00 Hazen Street Obcc, ELMHURST, NY 11370 deponent served the within SUMMONS AND CORRECTED THIRD AMENDED CLASS ACTION COMPLAINT WITH 128-1 on GABRIEL MONTALVO

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation/Entity:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to Captain Massey a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, 16-00 Hazen Street Obcc, ELMHURST, NY 11370, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on Wed, Nov 08 2023 by REGULAR FIRST CLASS MAIL in an envelope marked **PERSONAL & CONFIDENTIAL** and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| | | | | |
|---|---|---|---|---|
| Age: 50 | Ethnicity: African American | | Gender: Female | Weight: 130 |
| Height: 5'3" | Hair: Black | Eyes: Brown | | Relationship: Co worker |
| Other | | | | |

Said documents were conformed with index number and date of filing endorsed thereon.

_signature_

Mitchell Raider
1450036

Sworn to before me on _____

Notary Public

**JANET RAIDER**
**NOTARY PUBLIC-STATE OF NEW YORK**
No. 01RA6341022
Qualified in Nassau County
My Commission Expires 05-02-2024

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF

GPS and Timestamp: 40.79290505629259, -73.89162406775773
1700495821620

Plaintiff / Petitioner:
PAUL PHILLIPS

Defendant / Respondent:
THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**

Index No:
21-CV-08149

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at County of Nassau. That on Mon, Nov 20 2023 AT 10:57 AM AT 1 Halleck Street CIB, ELMHURST, NY 10474 deponent served the within SUMMONS AND CORRECTED THIRD AMENDED CLASS ACTION COMPLAINT WITH 128-1 on EDWARD HORTON JR

[X] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation/Entity:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on _____ by REGULAR FIRST CLASS MAIL in an envelope marked **PERSONAL & CONFIDENTIAL** and not indicating on the outside thereof, by return address ot otherwise, that the communication is from an attorney or concerns an action against the person to be served.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Description:
Age: 60    Ethnicity: African American    Gender: Male    Weight: 250
Height: 6'1"    Hair: Black    Eyes: Brown    Relationship:
Other

Said documents were conformed with index number and date of filing endorsed thereon.

Sworn to before me on this 20th day of November 2023

Mitchell Raider
1450036

Notary Public

JANET RAIDER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6341022
Qualified in Nassau County
My Commission Expires 05-02-2024