UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL PHILLIPS, et al.,

                Plaintiffs,

  -v-

CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO. 21 Civ. 8149 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

By **December 8, 2023**, Defendants shall file a response to Plaintiff's letter-motion at ECF No. 133.

Dated:     New York, New York
            December 6, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**