**21-UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

Phillips, et al.,

                *Plaintiff*s,

    v.

The City of New York, et al.,

                *Defendant*s.

21-cv-8149 (ALC) (SLC)

**DECLARATION OF
J. REMY GREEN**

I, Remy Green, being duly sworn, depose and say:

1.      I am a partner at Cohen&Green P.L.L.C., co-counsel for Plaintiffs in the putative class action above.

2.      On December 6, 2023, I served Defendant Jasdeep Mangat by emailing a copy of the summons and operative complaint to Mark Zuckerman (counsel for the City and most of the other Defendants), who represented to me in writing that Dr. Mangat had authorized him to accept service of the summons and complaint, and that emailing a copy was sufficient.

I declare, under penalty of perjury, that the statements above are true and correct.

Executed On:  December 6, 2023

                                                /s/
                                   _____
                                          J. Remy Green