

December 6, 2023

Hon. Sarah L. Cave, U.S.M.J.
United States District Court, Southern District
500 Pearl Street
New York, NY 10007-1312

By Electronic Filing.

> Plaintiff's letter-motion at ECF No. 133 is DENIED as moot. Defendants need not respond to the letter-motion.
>
> The Clerk of Court is respectfully directed to close ECF No. 133.
>
> SO ORDERED.    12/7/2023
>
> SARAH L. CAVE
> United States Magistrate Judge

Re:    **Phillips v. City of New York, 21-cv-8149 (ALC)(SLC)**

Dear Judge Cave:

As the Court may recall, our firm represents Plaintiffs and the putative class in the case above. As the Court may glean from the just-filed Declaration of Service, once we filed the motion at ECF No. 133, the Law Department was able to contact Dr. Mangat and he agreed to designate the Law Department for service.

In light of this positive change of events, Plaintiffs would like to withdraw the motion at ECF No. 133 as moot.

As always, we thank the Court for its continued time and attention.

Respectfully submitted,

/s/
_____
J. Remy Green
   *Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiffs*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.