UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

PAUL PHILLIPS, et. al.,

                                  Plaintiffs,

              -against-

THE CITY OF NEW YORK,

                                  Defendant.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

21 Civ. 8149 (ALC)(SLC)

        **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendants Michael Prilook, Gabriel Montalvo, Edward Horton, Krystalbella Murnane-Victorelli, Dr. David Rosenberg, Dr. Aung Oo, Dr. Jasdeep Mangat, Terry Gravesande, Mireille Zamy, Terra Hailand, Christopher Johnson and Roman Maslovskiy, and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:      New York, New York
             December 7, 2023

                            HON. SYLVIA O. HINDS-RADIX
                            Corporation Counsel of the
                              City of New York
                            *Attorney for Defendants Michael Prilook, Gabriel Montalvo, Edward Horton, Krystalbella Murnane-Victorelli, Dr. David Rosenberg, Dr. Aung Oo, Dr. Jasdeep Mangat, Terry Gravesande, Mireille Zamy, Terra Hailand, Christopher Johnson and Roman Maslovskiy*
                            100 Church Street
                            New York, New York 10007
                            (212) 356-3519

                            By:    /s/  Mark D. Zuckerman
                                  MARK D. ZUCKERMAN