Friday, July 3, 2020

| | | |
|---|---|---|
| 1510 | Cells/ Livescan | The pct. cells were inspected - no contraband and no unauthorized items were found. Cells are serviceable, clean and alarm is operational. There are # you, pf, of, pt prisoners lodged therein. The livescan machine is operational w/ no visible damage. |
| 1510 | Narco Safe | The pct. narco safe is secured w/ lead seal # 139521 |
| 1512 | BWC | BWC run. is secured w/ cord scale# cameras charging. There are no known issues nor deficiencies. |
| 1515 | R/C | Sgt. Caprino/Myers conducted the R/C for the outgoing third (3rd) platoon consisting of squads 2 and 3. All mos present and uniformed according to brcs w/ minor changes noted. Present are # Lt.s, 3 Sgt.'s, and __ P.O.'s. Platoon inspected for vests and BWC. Platoon instructed on "in rail" awareness. There were no deficiencies noted. |
| 1553 | EOT | Sgt. DEAN |
| 1553 | arrest (R-O-W) Rwp 67-09 @ 1710hrs 09T-[Ahern] | A/O T.R. Rank __ Name ALLEYNE  Tax # __ Shield # __ CMD __ S Defendant's Name Phelps, Paul  __ Sex __ Race __ Location of Arrest (N43)  1553 Def's Funds __ Funds Rtnd __ Charge(s) — R-O-W  Physical/Mental Condition a/n  Any Disabilities? N Any Dependents/Children __  Supervisor Voucher __  CMD  Pink copy of PC 1 __ Def in Pct for now __ |
| 1600 | eot | Sgt. Douglas |
| 1600 | eot | Det Wallace - Mossein |

B