

# New York City Police Department
## Omniform System - Arrests

RECORD CONTAINS SEALED INFORMATION.
THIS RECORD MAY NOT BE MADE AVAILABLE TO ANY PERSON
OR PUBLIC OR PRIVATE AGENCY OUTSIDE THE POLICE DEPARTMENT.

| *RECORD STATUS: SEALED* | **Arrest ID: K20612035 - Y** |
|---|---|

| **Arrest Location: NORTH EAST CORNER LINDEN BOULEVARD & ESSEX STREET** | **Pct: 075** |
|---|---|

**Arrest Date: 03-18-2020**   Processing Type: **ON LINE**

**Time: 20:29:00**   DCJS Fax Number: **KO008991**

Sector: **D**   Special Event Code: **NO - NOT APPLICABLE**

Strip Search Conducted: **YES**   DAT Number:

Viper Initiated Arrest: **NO**   ICAD# **D20031826047**

Stop And Frisk: **NO**   Return Date: **0000-00-00**

Serial #: 0000-000-00000

Current Location of Perpetrator:
Borough: **Brooklyn**
Type: **ALL PD LOCATIONS**
Location: **075 PRECINCT**

### DAT Declined Reason(s):
Outstanding Warrant

| **COMPLAINTS:** | Arrest #: K20612035 |
|---|---|

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2020-075-04163 | 2020-03-19 | Valid, Initial Arrests made | 2020-03-18 | 20:20 |

| SEALED | SEALED |
|---|---|

| **CHARGES:** | Arrest #: K20612035 |
|---|---|

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 220.16 01 | F | B | 1 | CPCS-3RD:NARC DRUG INT/SELL |
| #02 | No | PL 221.05 | V | 0 | 1 | UNLAWFUL POSS MARIHUANA 2ND |

| How Arrest came about: | | # Injuries: 00 | # Fatalities: 00 | Test Given: | | Reason Vehicle Not Forfeit: | |
|---|---|---|---|---|---|---|---|
| Blood Specimen Taken: | Blood Specimen Refused: | Urine Specimen Taken: | Urine Specimen Refused: | Oral Fluid Specimen Taken: | Oral Fluid Specimen Refused: | Breath Sample Refused: | Breath Sample Reading: | BrAC: 0.0 |
| Role: IDTU Technician | Department: NYPD | Tax: 0 | Command: | Shield: 0 | Rank: | Last Name: | First Name: | MI: | IDTU/Blood Case No: |
| Role: Point Person | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: |
| Role: Supv in Charge of Checkpoint | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: |

| SEALED | SEALED |
|---|---|

| **DETAILS:** | Arrest #: K20612035 |
|---|---|

Was the defendant recording police-related activity at time of arrest?

AT TPO DEFT WAS OBSERVED IN POSSESSION OF A QUANTITY OF CONTROLLED SUBSTANCE. UPON FURTHER INVESTIGATION DEFT ALSO HAS ACTIVE WARRANT #07146-2019 OCA F2020200055. DEFT WAS ALSO TRAVELING IN VEHICLE WITH MARIJUANA IN OPEN VIEW IN CENTER CONSOLE

| SEALED | SEALED |
|---|---|

| *DEFENDANT:* WRIGHT, KHAORI | NYSID #: ████ | Arrest #: K20612035 |
|---|---|---|



| | | |
|---|---|---|
| Nick/AKA/Maiden:<br>Sex: **MALE**<br>Race:<br>Age: **26**<br>Date Of Birth:<br>U.S. Citizen: **YES**<br>Place Of Birth:<br>Is this person not Proficient in English?: **NO**<br>If Yes, Indicate Language:<br>Accent: **NO** | Height: **5FT 8IN**<br>Weight: **150**<br>Eye Color: **BROWN**<br>Hair Color: **BLACK**<br>Hair Length: **NORMAL**<br>Hair Style: **CLOSE CUT**<br>Skin Tone: **DARK**<br>Complexion: **CLEAR**<br><br>Soc.Security #:<br>Occupation: **UNKNOWN** | Order Of Protection: **NO**<br>Issuing Court:<br>Docket #:<br>Expiration Date:<br>Relation to Victim: **STRANGER**<br>Living together: **NO**<br>Can be Identified: **YES** |
| Identification ID: **NYS DMV Non-Driver Photo Identification**<br>Identification #:<br>Physical Condition: **APPARENTLY NORMAL**<br>Drug Used: **NONE** | Lic/Permit Type:<br>Lic/Permit No: | Gang/Crew Affiliation: **NO**<br>Name:<br>Identifiers: |

| LOCATION | ADDRESS | CITY | STATE/CNTRY ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|
| HOME-PERMANENT | | | | | 067 |

Phone # and E-Mail Address:
**HOME: NONE**
**CELL: REFUSED**
**BUSINESS:NONE**
**E-MAIL: NONE**

N.Y.C.H.A. Resident: **NO** N.Y.C. Housing Employee: On Duty:
Development:          N.Y.C. Transit Employee:

**Physical Force:NONE**

Gun:
Weapon Used/Possessed: **NONE**          Make:          Recovered:
**Non-Firearm Weapon:**          Color:     Serial Number Defaced:
**Other Weapon Description:**          Caliber:          Serial Number:
          Type:
          Discharged: **NO**

**Used Transit System: NO**
**Station Entered:**
**Time Entered:**
**Metro Card Type:**
**Metro Card Used/Poses:**
**Card #:**

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | **UNKNOWN** |
| ACTIONS TOWARD VICTIM | **UNK** |
| CLOTHING | **ACCESSORIES - JEANS - BLUE** |
| CLOTHING | **HEADGEAR - SKI CAP OR WATCH CAP - YELLOW** |
| CLOTHING | **OUTERWEAR - WAIST LENGTH JACKET - BLACK** |
| CLOTHING | **FOOTWEAR - SNEAKERS - BLACK** |
| CHARACTERISTICS | **UNKNOWN** |
| BODY MARKS | **-UNKNOWN** |
| IMPERSONATION | **UNKNOWN** |

| SEALED | SEALED |
|---|---|

| JUVENILE DATA: | Arrest #: **K20612035** |
|---|---|

Relative Notified:  Personal Recog:
Number Of Priors: **0**          Name:
School Attending:          Phone Called:

Mother's Maiden Name:       Time Notified:

| SEALED | | SEALED |
|---|---|---|

**ASSOCIATED ARRESTS:**                                   Arrest #: K20612035

ARREST ID COMPLAINT #

| SEALED | | SEALED |
|---|---|---|

**No Vehicles for Arrest #**

| SEALED | | SEALED |
|---|---|---|

**DEFENDANTS CALLS:**                                   Arrest #: K20612035

CALL # NUMBER DIALED NAME - PROVIDED BY DEFENDANT NAME AS LISTED IN CELL PHONE RELATIONSHIP CALL COMPLETED
1       . .              REFUSED,REFUSED              REFUSED                                 NO

| SEALED | | SEALED |
|---|---|---|

**INVOICES:**                                   Arrest #: K20612035

| INVOICE# | COMMAND | PROPERTY TYPE | VALUE |
|---|---|---|---|
| 3001221554 | 075 | MARIJUANA/HASHISH | |
| 3001221588 | 075 | DRUGS/NARCOTICS | |

| SEALED | | SEALED |
|---|---|---|

**ARREST RULES:**                                   Arrest #: K20612035

ORIGINAL ARREST PROCESSING TYP : O
OFFENCE DATE : 03/18/2020
AGE AT TIME OF OCCURRENCE : 26
AGE BAND : C_RTA_2019
JUV. OFFENDER CHARGE : , IS JUV ,OFFENDER : FALSE
JUV. DELINQUENT CHARGE : , IS JUV.DELINQUENT : FALSE
JUV. ADOLESCENT CHARGE : , IS ADOLESCENT : FALSE

| SEALED | | SEALED |
|---|---|---|

**ARRESTING OFFICER: POM MICHAEL V AMELLO**    Arrest #: K20612035

Tax Number: 949999    On Duty: YES
Other ID (non-NYPD): 0    In Uniform: YES
Shield: 17857    Squad: C3
Department: NYPD    Chart: 05
Command: 075    Primary Assignment: BEAT OFFICER

**Force Used:** NO - No Force Used by any MOS
Type:
Reason:
Officer Injured: NO
Officer Body Worn Camera: YES
TRI Number: 0000-000-00000 Suffix: 0

| SEALED | | SEALED |
|---|---|---|

| Arresting Officer Name:<br>POM AMELLO, MICHAEL V | Tax #: 949999 | Command: 075 | Agency: NYPD |
|---|---|---|---|
| Supervisor Approving:<br>SGT BARHOLD CHARLE | Tax #: 947981 | Command: 075 | Agency: NYPD |
| Report Entered by:<br>POM AMELLO, MICHAEL | Tax #: 949999 | Command: 075 | Agency: NYPD |

END OF ARREST REPORT
K20612035