2035

## SUPERIOR COURT
# Warrant of Arrest

### SUPREME COURT OF THE CITY OF NEW YORK

| Part: | Return Part: | County: | SUPREME COURT NUMBER/YEAR |
|---|---|---|---|
| TAP2 | TAP2 | KINGS | 07146-2019   CA Jackson |

### IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK:

To any Police Officer of the City of New York.

An Accusatory instrument having been filed with this Court Charging

### WRIGHT, KHAORI E

the defendant in the criminal action herein, with the commission of the Offense of

**PL 16005(00) F**

AND [X] The defendant not having been arraigned upon the accusatory instrument by which this criminal action against the defendant was commenced and this Court requiring the defendant's appearance before it for the purpose of arraignment,

[ ] The defendant having been arraigned upon the accusatory instrument by which this criminal action against the defendant was commenced and this criminal action being pending in the Court and this Court requiring the defendant's appearance before it,

[ ] The defendant having been convicted of
and having been sentence to -
and this Court requiring the defendant's appearance before it.

You are, therefore, commanded forthwith to arrest the defendant named above and bring him before this Court without unnecessary delay.

M SCIARRINO
BY ORDER OF THE COURT
JUSTICE OF THE SUPREME COURT

Bail Condition Violated:     Date of Warrant: 02/11/2020



| | | | | | |
|---|---|---|---|---|---|
| NCIC No: | ▓ | DCJS No: | ▓ | OCA No: | ▓ |
| Defendant Name: | WRIGHT, KHAORI E | | | Sex: | MALE |
| AKA: | | Ht: | 5'7" | Wgt: | 170 |
| Race: | ▓ | DOB: | ▓ | Age: | 27 |
| Eyes: | BROWN | Hair: | BLACK | Skin Tone: | ▓ |
| Driver Lic No: | | Yr Lic Exp: | | Lic St: | |
| SSN: | ▓ | | | NYSID: | ▓ |
| ADDRESS: | ▓ | | | | |
| Arrest Date: | 11/23/2019 | Precinct: | 073 | Arrest ID: | K19658013 |
| Charge: | PL | Penal Law: | 16005 | Crime Class: | F |
| Dept/Agency: | | Command: | 073 | Tax Reg #: | 964580 |
| Officer Name: | MAHER KADER | | | Shield #: | 11104 |

E