```
27-DEC-22 16:31          Inmate Movement History Log (QHMOV)

BK&CS: [REDACTED]      Name: WRIGHT, KHAORIE                    NYSID: [REDACTED]
       Admit - Location: CKS1      Date: 20-MAR-20  Time: 11:54
       Disch - Location: MTF3      Date: 04-APR-20  Time: 03:36:31
                                                 |              Reason    Housing   Housing
Branch     Date       Time       From     |  To              Code      Facility  Area
------     ---------- --------   ------   |  ------          --------  --------  ----------
           20-MAR-20  11:59:43   CKS1     |  AMKC            XFER
           20-MAR-20  19:25:20   CKS1     |  AMKC            XFER      AMKC      RR
           21-MAR-20  05:57:53            |                  HOUSING   AMKC      1 UPPER
           25-MAR-20  12:53:17   AMKC     |  MTF3            XFER      AMKC      RR
           25-MAR-20  18:51:30   AMKC     |  MTF3            XFER      MTF3      RR
           27-MAR-20  05:39:06            |                  HOUSING   MTF3      2A/A/
           04-APR-20  03:36:35   MTF3     |                  DISC
```

F