# New York City Police Department
## Omniform System - Arrests

**RECORD STATUS:** NYSID ENTERED  
**Arrest ID:** Q20627092 - P

**Arrest Location:** INSIDE OF 34-16 ASTORIA BOULEVARD  
**Pct:** 114

**Arrest Date:** 11-11-2020  
**Processing Type:** ON LINE  
**Current Location of Perpetrator:**

**Time:** 11:30:00  
**DCJS Fax Number:** QO020156  
**Borough:** Queens

**Sector:** C  
**Special Event Code:** NO - NOT APPLICABLE  
**Type:** ALL PD LOCATIONS

**Strip Search Conducted:** NO  
**DAT Number:**  
**Location:** 114 PRECINCT

**Viper Initiated Arrest:** NO  
**ICAD#**

**Stop And Frisk:** NO  
**Return Date:** 0000-00-00

**Serial #:** 0000-000-00000

**DAT Declined Reason(s):**  
Outstanding Warrant

## COMPLAINTS:
**Arrest #:** Q20627092

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2020-114-02701 | 2020-04-09 | Valid, Initial Arrests made | 2020-04-09 | 14:56 |

## CHARGES:
**Arrest #:** Q20627092

| | CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| TOP | | No | PL 265.03 01C | F | C | 1 | CPW-2ND DEGREE: DISGUISED GUN |
| #02 | | No | PL 215.40 02 | F | E | 1 | TAMP W/PHYS EV:CONCEAL/DESTROY |

| How Arrest came about: | | | # Injuries: 00 | # Fatalities: 00 | Test Given: | | Reason Vehicle Not Forfeit: | |
|---|---|---|---|---|---|---|---|---|
| Blood Specimen Taken: | Blood Specimen Refused: | Urine Specimen Taken: | Urine Specimen Refused: | Oral Fluid Specimen Taken: | Oral Fluid Specimen Refused: | Breath Sample Refused: | Breath Sample Reading: | BrAC: 0.0 |
| Role: IDTU Technician | Department: NYPD | Tax: 0 | Command: | Shield: 0 | Rank: | Last Name: | First Name: | MI: IDTU/Blood Case No: |
| Role: Point Person | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: |
| Role: Supv in Charge of Checkpoint | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: |

## DETAILS:
**Arrest #:** Q20627092

Was the defendant recording police-related activity at time of arrest?

AT TPO, THE DEFENDANT WAS ARRESTED UNDER OPEN COMPLAINT, 2020-114-2701.

**DEFENDANT:** ROSARIO, RANDY  
**NYSID #:** ███████  
**Arrest #:** Q20627092

Nick/AKA/Maiden:  
Sex: MALE  
Race: ███  
Age: 19  
Date Of Birth: ███  
U.S. Citizen: YES  
Place Of Birth:  
Is this person not Proficient in English?: NO  
If Yes, Indicate Language:  
Accent: NO  
Identification ID:  
Identification #:  
Physical Condition: APPARENTLY NORMAL  
Drug Used: NONE  

Height: 5FT 7IN  
Weight: 150  
Eye Color: BROWN  
Hair Color: BLACK  
Hair Length: LONG  
Hair Style: AFRO  
Skin Tone: MEDIUM  
Complexion: CLEAR  
Soc. Security #:  
Occupation: UNKNOWN  
Lic/Permit Type:  
Lic/Permit No:  

Order Of Protection: NO  
Issuing Court:  
Docket #:  
Expiration Date:  
Relation to Victim: STRANGER  
Living together: NO  
Can be Identified: NO  

Gang/Crew Affiliation: NO  
Name:  
Identifiers:  



D047

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME-PERMANENT | | | | | | 115 |

Phone # and E-Mail Address:
HOME: NONE
CELL:
BUSINESS:
E-MAIL: NONE

N.Y.C.H.A. Resident: NO    N.Y.C. Housing Employee:    On Duty:
    Development:        N.Y.C. Transit Employee:

**Physical Force: NONE**

|  | Gun: HANDGUN | | |
|---|---|---|---|
| Weapon Used/Possessed: POSSESSED | Make: | Recovered: NO | |
| Non-Firearm Weapon: | Color: | Serial Number Defaced: | |
| Other Weapon Description: | Caliber: | Serial Number: | |
| | Type: | | |
| | Discharged: NO | | |

Used Transit System: NO
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| METHOD OF FLIGHT | FOOT |
| MODUS OPERANDI | DISPUTE |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | ACCESSORIES - JEANS - BLACK |
| CLOTHING | FOOTWEAR - SNEAKERS - BROWN |
| CLOTHING | OUTERWEAR - T-SHIRT OR TANK TOP - MULTI COLORED OR STR |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

**JUVENILE DATA:**    Arrest #: Q20627092

Number Of Priors: 0    Relative Notified: Personal Recog:
    Name:
School Attending:    Phone Called:
Mother's Maiden Name:    Time Notified:

**ASSOCIATED ARRESTS:**    Arrest #: Q20627092

ARREST ID    COMPLAINT #
Q20625188    2020-114-02701

No Vehicles for Arrest #

**DEFENDANTS CALLS:**    Arrest #: Q20627092

| CALL # | NUMBER DIALED | NAME - PROVIDED BY DEFENDANT | NAME AS LISTED IN CELL PHONE | RELATIONSHIP | CALL COMPLETED |
|---|---|---|---|---|---|
| 1 | -- | REFUSED,REFUSED | REFUSED | | NO |

**INVOICES:**    Arrest #: Q20627092

INVOICE#    COMMAND    PROPERTY TYPE    VALUE

**ARREST RULES:**    Arrest #: Q20627092

ORIGINAL ARREST PROCESSING TYP : O
OFFENCE DATE : 04/09/2020
AGE AT TIME OF OCCURRENCE : 19
AGE BAND : C_RTA_2019
JUV. OFFENDER CHARGE : , IS JUV .OFFENDER : FALSE
JUV. DELINQUENT CHARGE : , IS JUV.DELINQUENT : FALSE
JUV. ADOLESCENT CHARGE : , IS ADOLESCENT : FALSE

**ARRESTING OFFICER: POM SCOTT M SOHN**    Arrest #: Q20627092

| Tax Number: 955515 | On Duty: YES | Force Used: NO - No Force Used by any MOS |
|---|---|---|
| Other ID (non-NYPD): 0 | In Uniform: NO | Type: |
| Shield: 22227 | Squad: C | Reason: |
| Department: NYPD | Chart: 08 | Officer Injured: NO |
| Command: 344 | Primary Assignment: INVESTIGATIVE | Officer Body Worn Camera: NO |

TRI Number: 0000-000-00000 Suffix: 0

| | Tax #: | Command: | Agency: |
|---|---|---|---|
| Arresting Officer Name: POM SOHN, SCOTT M | 955515 | 344 | NYPD |
| Supervisor Approving: SGT BARBER MATTHEW | 946664 | 344 | NYPD |
| Report Entered by: POM SOHN, SCOTT | 955515 | 344 | NYPD |

END OF ARREST REPORT
Q20627092

Print this Report

D049