☒ WARRANT OF ARREST    SUPREME COURT OF THE STATE OF NEW YORK
☐ BENCH WARRANT    Part _____    County  Queens     11/0/2020
☐ WARRANT                                                Supreme Court Number/Year

In the Name of the People of the State of New York: To any Police Officer of the City of New York

An Accusatory Instrument having been filed with this Court
charging  RANDY ROSARIO , the defendant in the criminal action herein, with the commission of the Felony of _____ , and

☒ the defendant not having been arraigned upon the accusatory instrument by which this criminal action against him was commenced and this Court requiring his appearance before it for the purpose of arraignment,

☐ the defendant having been arraigned upon the accusatory instrument by which this criminal action against him was commenced and this criminal action being pending in this Court and this Court requiring his appearance before it,

☐ the defendant having been convicted of _____
and having been sentenced to _____
and this Court requiring his appearance before it,

You are, therefore, commanded forthwith to arrest the defendant named above and bring him before this Court without unnecessary delay.

Dated: 11/2/2020  City of New York         By Order of the Court
                                          Justice of the Supreme Court
                                          Court Clerk

                                          Bail Condition Violated _____

SC-CR-37-1/77

**PRINT or TYPE ALL INFORMATION CAPTIONS**

| Entered NCIC No. W | Entered – DCJS No. WPR No. | Entered Local No. | Cancelled Date ☐NCIC ☐DCJS ☐Local | Mo Day Yr |

1. Defendant's Name (Last, First, M.I.): ROSARIO, RANDY
2. Sex: M
3. Race: 
4. Date of Birth: [redacted]
5. Height: 5'7
6. Weight: 150
7. Eye Color: BR
8. Hair Color: BK
9. Skin Tone: LGHT

10. MNU: OA-NY
    NYSID Number (NYIIS): [redacted]
11. Social Security Number: [redacted]
12. Driver's License Number: ☐ Oper ☐ Chauf

12A. State
12B. Year Lic. Exp
13. Offense Code
14. Date of Warrant: Mo Day Yr
15. NYCPD Warrant Division Serial Number: OCA 578
16. Court Indictment Number: 1110/2020

17. Defendant's Veh. Reg. No.
18. Crim. Court Docket No.: Yr.
19. Misc. Information Violation of Probation Warrants, Insert Name and Telephone Number of Probation Officer (also – marks, scars, B No., FBI No.)

20A. Defendant's Residence Address: [redacted]
20B. Apt. No.
21. Boro, Town, City, State: [redacted]
Zip Code
22. Def. Res. Pct.
23. Date of Arrest: Mo Day Yr
24. Pct. of Arr.

25. Arrest No.
26. Charge: Penal Law  PL 215.40-2
27. Crime Class: ☒ F ☐ M ☐ V
28. Name and Address, Next of Kin

29. Arresting Officer's Name (Last, First, M.I.)
30. Tax Reg. No.
31. Shield No.
32. Dept./Agency
33. Cmd. Code

34. Defendant's Employer's Name        Address        Telephone No.

AKA's

**FOR CENTRAL WARRANT UNIT USE ONLY**

| Verified Active, Name | Shield No. | Warrant Executed ☐Arr ☐VS ☐CT | Date Mo Day Yr | ATTACH POLAROID PHOTO USE SCOTCH TAPE |
| A.O.W. Name | Command | Tax Reg. No. | Date of Arrest Mo Day Yr | NOTE: If the Polaroid Photo was not attached to this form, indicate by signing your name in the appropriate space. |
| Fwd. Date Mo Day Yr | Page No. | Commands | Code | |
| Lodged Date Mo Day Yr | ☐O ☐D | Location | ID Number | |
| DC Check Date Mo Day Yr | No ☐ Result | | Initials | / |
| F.P.F.I. Date Mo Day Yr | Fax No. | Arr. Off. Cmd | A/O Tax Reg. No. | Date Mo Day Yr | Signature |
| | | | | | Date |

INSTRUCTIONS TO CLERKS: District Attorneys Office / Supreme Court / Probation Office
1. Attach the Criminal Court Warrant Form (PD 374-152) located in the Supreme Court Case Jacket.
2. The Police Department will complete all information captions which are shaded.

**WARRANT INVESTIGATION REPORT**    PD 374-159 (Rev. 02-16)
Original/Duplicate to Warrant Section — Triplicate to Court