```
27-DEC-22 16:31            Inmate Movement History Log (QHMOV)

BK&CS: ███████           Name: ROSARIO, RANDY                    NYSID: ███████
       Admit - Location: AMKC      Date: 11-NOV-20   Time: 18:55:06
       Disch - Location: CQQ1      Date: 13-NOV-20   Time: 15:19:20

                                             |           Reason     Housing    Housing
Branch      Date       Time      From        | To        Code       Facility   Area
------   ----------  --------    ------      | ------    --------   --------   ----------
         12-NOV-20   18:30:19                |           HOUSING    AMKC       1 TOP
         13-NOV-20   03:04:50                |           HOUSING    AMKC       QUAD-U13
         13-NOV-20   03:59:57    AMKC        | SQQ1      CRT        AMKC       QUAD-U13
         13-NOV-20   09:08:53    AMKC        | CQQ1      CRT        AMKC       QUAD-U13
         13-NOV-20   15:20:14    CQQ1        | AMKC      DISC
```