# New York City Police Department
## Omniform System - Arrests

**RECORD STATUS:** NYSID ENTERED  
**Arrest ID:** M19651380 - L

**Arrest Location:** INSIDE OF 306 WEST 54 STREET  
**Pct:** 018

**Arrest Date:** 11 21 2019   Processing Type: ON LINE  
**Time:** 12:10:00   DCJS Fax Number MO039136  
Sector: C   Special Event Code: NO - NOT APPLICABLE  
Strip Search Conducted: NO   DAT Number:  
Viper Initiated Arrest: NO   ICAD#  
Stop And Frisk: NO   Return Date 0000 00 00  
Serial #: 0000-000-00000

**Current Location of Perpetrator:**  
Borough: Manhattan  
Type: ALL PD LOCATIONS  
Location: 018 PRECINCT

### COMPLAINTS:
Arrest #: M19651380

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2019-018-08424 | 2019-10-14 | Valid, Initial Arrests made | 2019-10-14 | 19:19 |

### CHARGES:
Arrest #: M19651380

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 155.30 04 | F | E | 1 | GRAND LARCENY-4TH:CREDIT CARD |
| #02 | Yes | PL 155.30 04 | F | E | 1 | GRAND LARCENY-4TH:CREDIT CARD |
| #03 | Yes | PL 190 80 01 | F | D | 1 | IDENTITY THEFT 1 OBTAIN GOODS |

| How Arrest came about: | | # Injuries 00 | # Fatalities 00 | Test Given: | | | Reason Vehicle Not Forfeit: | |
|---|---|---|---|---|---|---|---|---|
| Blood Specimen Taken: | Blood Specimen Refused: | Urine Specimen Taken: | Urine Specimen Refused: | Oral Fluid Specimen Taken: | Oral Fluid Specimen Refused: | Breath Sample Refused: | Breath Sample Reading: | BrAC: 0.0 |
| Role: IDTU Technician | Department: NYPD | Tax: 0 | Command: | Shield: 0 | Rank: | Last Name: | First Name: | MI: / IDTU/Blood Case No |
| Role: Point Person | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: |
| Role: Supv in Charge of Checkpoint | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: |

### DETAILS:
Arrest #: M19651380

Was the defendant recording police related activity at time of arrest?  
DEFENDANT DID ATTEMPT TO USE THE VICTIM'S CREDIT CARD WITHOUT PERMISSION OR AUTHORITY.

**DEFENDANT:** THOMPSON, KYLASYIA   NYSID # ■■■■■   Arrest # M19651380

Nick/AKA/Maiden:  
Sex: FEMALE  
Race: ■■■  
Age: 19  
Date Of Birth: ■■■  
U.S. Citizen: YES  
Place Of Birth: USA  
Is this person not Proficient in English?: NO  
If Yes, Indicate Language:  
Accent: NO  

Height: 5FT 8IN  
Weight: 150  
Eye Color: BROWN  
Hair Color: BLACK  
Hair Length: NORMAL  
Hair Style: UNKNOWN  
Skin Tone: MEDIUM  
Complexion: CLEAR  

Soc Security #:  
Occupation: UNKNOWN  

Order Of Protection: NO  
Issuing Court:  
Docket #  
Expiration Date:  
Relation to Victim: STRANGER  
Living together: NO  
Can be Identified: NO  

Identification ID: None  
Identification #  
Physical Condition: APPARENTLY NORMAL  
Drug Used: NONE  

Lic/Permit Type:  
Lic/Permit No:  

Gang/Crew Affiliation: NO  
Name  
Identifiers:  

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME PERMANENT | ■■■■■ | | | | | |

Phone # and E-Mail Address:
CEL
E-MAIL

N Y C H A Resident  NO   N Y C Housing Employee   On Duty
Development         N.Y.C. Transit Employee:

**Physical Force:** NONE

Used Transit System: NO
Station Entered
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | USED CC |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | OUTERWEAR - WAIST LENGTH JACKET - PINK |
| CLOTHING | FOOTWEAR  SNEAKERS  BLACK |
| CLOTHING | ACCESSORIES - UNK - UNKNOWN COLOR |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | UNKNOWN |
| IMPERSONATION | UNKNOWN |

**JUVENILE DATA:**                                          Arrest #: M19651380

Relative Notified   Personal Recog
Number Of Priors: 0      Name:
School Attending:        Phone Called:
Mother's Maiden Name:    Time Notified:

**ASSOCIATED ARRESTS**                                      Arrest # M19651380

ARREST ID  COMPLAINT #
M19650515  2019-018-08424

No Vehicles for Arrest #

**DEFENDANTS CALLS:**                                       Arrest #: M19651380

| CALL # | NUMBER DIALED | NAME PROVIDED BY DEFENDANT | NAME AS LISTED IN CELL PHONE | RELATIONSHIP | CALL COMPLETED |
|---|---|---|---|---|---|
| 1 |  | THOMPSON,BRIAN | NONE | FATHER | YES |

**INVOICES:**                                               Arrest #: M19651380

INVOICE#  COMMAND  PROPERTY TYPE  VALUE

**ARREST RULES:**                                           Arrest #: M19651380

ARREST PROCESSING TYPE : O
OFFENCE DATE : 10/14/2019
AGE AT TIME OF OCCURRENCE  19
AGE BAND : C_RTA_2019
JUV. OFFENDER CHARGE : , IS JUV .OFFENDER : FALSE
JUV. DELINQUENT CHARGE : , IS JUV.DELINQUENT : FALSE
JUV ADOLESCENT CHARGE  , IS ADOLESCENT  FALSE

**ARRESTING OFFICER: DT3 MICHAEL S PALAM**      Arrest # M19651380

Tax Number: 928918         On Duty: YES         Force U ed  NO - No Force Used by any MOS
Other ID (non-NYPD): 0     In Uniform: NO         Type
Shield  3256               Squad  B               Reason:
Department: NYPD           Chart: 08              Officer Injured: NO
Command: 243               Primary Assignment: INVESTIGATIVE   Officer Body Worn Camera: NO
                                                  TRI Number  0000 000 00000 Suffix 0

| Arresting Officer Name: DT3 PALAM, MICHAEL S | Tax #: 928918 | Command: 243 | Agency: NYPD |
|---|---|---|---|
| Supervisor Approving: SDS SOLARSH MITCHE | Tax #: 937568 | Command: 243 | Agency: NYPD |

| Report Entered by | Tax # | Command | Agency |
|---|---|---|---|
| DT3 PALAM, MICHAEL | 928918 | 243 | NYPD |

**END OF ARREST REPORT**
M19651380

[ Print this Report ]