| Tracking# 54164476 | | | | | |
|---|---|---|---|---|---|
| F.E.D. - COMPLETED APPREHENSION | | | | Crime/Condition | Command<br>018-MIDTOWN PRECINCT NORTH<br>Date of This Report<br>11/21/2019 |
| Date of UF61<br>10/25/2019 | Complaint No.<br>2019-018-08424 | Date Case Assigned<br>10/25/2019 | Case No.<br>2019 - 3664 | Unit Reporting<br>MANHATTAN WARRANTS | Follow-Up No.<br>6 |

| Topic/Subject | Activity Date | Activity Time |
|---|---|---|
| (F.E.D. - COMPLETED APPREHENSION) COMPLETED APPREHENSION @ ▓▓▓▓▓▓▓ | 11/21/2019 | 08:25 |

**I-Card Number**
I2019046712 - THOMPSON KYLASYIA

**Details**

**Summary of Investigation:**
1. On November 21, 2019, at approximately 0825HRS I/O DID VISIT THE ABOVE ADDRESS IN REGARDS TO THIS INVESTIGATION. I/O WAS MET AT THE DOOR BY A FEMALE WHO ID'ED HERSELF AS MRS. FRANKLIN ▓▓▓ WHO WAS THE OWNER OF THE APARTMENT. MRS. FRANKIN IDENTIFIED THE SUBJECT WAS HER SON'S GIRLFRIEND AND STATED THAT SHE WAS INSIDE OF THE APARTMENT. I/O WAS GRANTED ENTRY AND DID APPREHEND THE SUBJECT WITHOUT INCIDENT OR INJURY. THE SUBJECT WAS THEN TRANSPORTED TO THE 018 PCT PDU. CUSTODY OF THE SUBJECT WAS THEN TRANSFERRED TO 018 PCT PDU PERSONAL TO PROCESS THE ARREST. SGT ALBERTELLI WAS NOTIFIED OF THE ARREST. SK

| If Business, Business Name | Person's Last Name, First M.I.<br>THOMPSON, KYLASYIA | Person/Business Role<br>WANTED | Housing Res. | Probation | Parole |
|---|---|---|---|---|---|

| Nickname/Alias/Middle Name | | | | | | |
|---|---|---|---|---|---|---|
| Address | | | | Apt No. | Res. Pct. | NYSID No. |
| Position/Relationship | Sex | Race | Date of Birth | Age | Height | Weight |
| Age From<br>0 | Age To<br>0 | Injured/Deceased | Type of injury | | Removed to Hospital | Hospital Name |
| Home Telephone | Business Telephone | Cell Phone | Beeper # | E-Mail Address | U.S. Citizen | State/Country of Birth |

| Description | | | | |
|---|---|---|---|---|
| Accent | Weapon | Describe Weapon (if firearm, give color, make, caliber, type, model, etc.) | | Discharged |
| Gang Affiliation | | Gang Name | Gang Identifier | |
| Mask<br>NO | Mask Description | Gloves<br>NO | Gloves Description | |

**Clothing Description**

**Scars, Marks**

| Impersonation of | If other |
|---|---|

**Statements/Criminal History**

| Activity Address Location<br>NYC | Street ▓▓▓▓▓ | City<br>QUEENS | State<br>NY | Zip | Apt # |
|---|---|---|---|---|---|
| Cross Street<br>115 AVENUE and LINDEN BOULEVARD | | Intersection of | | | Premise Type |

**Activity Specific Details**

| Reporting Officer: | Rank<br>DT3 | Name<br>SEAN KWALWASSER | Tax Reg. No.<br>944100 | Command<br>580-WARRANT SECTION |
|---|---|---|---|---|



| Reviewing Supervisor: | Manner of Closing | Date Reviewed: | Date of Next Review | Name | Supv. Tax No. |
|---|---|---|---|---|---|
| | - | 11/22/2019 | | JOHN ALBERTELLI | 910972 |