THOMPSON, KYLASYIA
FEMALE/ BLACK/ 19
M19651380

**NYSID :** 13420620Y
**Fax Num :** M039136
**Court Part :** AR3A
**Docket Num :** CR-037104-19NY

**Arrest Precinct :** 18

**Arrest Officer :** PALAM, MICHAEL
**AO Command :** 243
**AO TaxId :** 928918
**AO Rank :** DT3
**AO Dept :**

**Status :** I CARD, WARRANT NYC
**Current Lodging :** MF1 FEEDER PEN
**Top Charge :** PL 155.30 04
**Notes On File ?** NO

**Custody Time :** 12 hrs 29 mins
**Arraignment Time :** 12 hrs 29 mins

### Arraignment Status

| Activity Name | StartDate/Time | EndDate/Time |
|---|---|---|
| ARREST | 11/21/2019 1210 | — |
| RECORD CREATE | 11/21/2019 1229 | — |
| NYSID | 11/21/2019 1246 | — |
| DNA BANNER | 11/21/2019 1246 | 11/21/2019 1246 |
| PAPERWORK READY | 11/21/2019 1403 | — |
| AO RELEASE | 11/21/2019 1823 | — |
| COMPLAINT SWORN | 11/21/2019 1823 | — |
| COMPLAINT RECEIVED | 11/21/2019 1911 | — |
| BREAKDOWN | 11/21/2019 1911 | — |
| PACKAGE TO COURT | 11/21/2019 1945 | — |
| DOCKETED | 11/21/2019 2044 | — |
| IRIS CAPTURED | 11/21/2019 1449 | — |
| IRIS VERIFIED | 11/22/2019 0039 | — |
| ARRAIGNMENT | 11/22/2019 0039 | — |
| CLOSED | | |
| BAIL SET | 11/22/2019 0039 | — |
| I CARD | 11/21/2019 1818 | — |
| WARRANT NYC | 11/21/2019 1818 | — |

### Lodging Status/History

| Lodging Name | StartDate/Time | EndDate/Time |
|---|---|---|
| 018 PRECINCT | 11/21/2019 1210 | 11/21/2019 1448 |
| MALE HOLDING (MMH) | 11/21/2019 1448 | 11/21/2019 1653 |
| FEMALE HOLDING (MFH) | 11/21/2019 1653 | 11/21/2019 2200 |
| MF1 FEEDER PEN | 11/21/2019 2200 | — |

### Charges

| Law Code | Category | Charge Class | Degree |
|---|---|---|---|
| PL 155.30 04 | F | E | 4 |
| PL 155.30 04 | F | E | 4 |
| PL 190.80 01 | F | D | 1 |

| ARREST 11/21/2019 1210 | RECORD CREATE 11/21/2019 1229 | NYSID 11/21/2019 1246 | DNA BANNER 11/21/2019 1246 |
|---|---|---|---|
| PAPERWORK READY - 11/21/2019 1403 | AO RELEASE 11/21/2019 1823 | COMPLAINT SWORN - 11/21/2019 1823 | COMPLAINT RECEIVED 11/21/2019 1911 |
| BREAKDOWN 11/21/2019 1911 | PACKAGE TO COURT 11/21/2019 1945 | DOCKETED 11/21/2019 2044 | IRIS CAPTURED 11/21/2019 1449 |
| IRIS VERIFIED 11/22/2019 0039 | ARRAIGNMENT CLOSED 11/22/2019 0039 | BAIL SET 11/22/2019 0039 | I CARD 11/21/2019 1818 |
| WARRANT NYC 11/21/2019 1818 | | | |

### Grouped Arrests

| Arrest Id | Arrest Date | NYSID | Defendant | AO NAME |
|---|---|---|---|---|

### Grouped by NYSID

| Arrest Id | Arrest Date | NYSID | Defendant | AO NAME |
|---|---|---|---|---|

THOMPSON, KYLASYIA | M19651380

Page 1

# THOMPSON, KYLASYIA

FEMALE/ BLACK/ 19

M19651380

### Notes

| Date | Time | Officer Cmd. | Officer Rank | Officer Last Name | Officer First Name | Note |
|---|---|---|---|---|---|---|
| 11/21/2019 | 1448 | 579 | POF | SAFI | TROYANN | UPON IN TAKE ZOLPA MULTI ARREST CHECK CONDUCTED NEG RESULTS AS PER DAS BENCH WARRANTS 2019NY001979, 02878-2018 ARE ACTIVE / ACTIVE I-CARD I2019032849--20191020376I--HARRINGTON--PERP--GRAFF (RISC), I-CARD I2019046712 HAS BEEN CANCELLED |
| 11/21/2019 | 1818 | 579 | SPA | BETHEA | MILDRED | |