```
27-DEC-22 16:28           Inmate Movement History Log (QHMOV)

BK&CS: █████           Name: THOMPSON, KYLASYIA                    NYSID: █████
       Admit - Location: CNC3         Date: 22-NOV-19  Time: 01:27:07
       Disch - Location: RMSC         Date: 25-NOV-19  Time: 20:54:05

                                              |              Reason    Housing    Housing
Branch     Date       Time       From         | To           Code      Facility   Area
------   ---------- ---------   ------        | ------       --------  --------   --------
         22-NOV-19  05:07:12    CNC3          | RMSC         CRTXFER
         22-NOV-19  05:08:11    CNC3          | RMSC         XFER      RMSC       RR
         22-NOV-19  06:29:12    RMSC          | SNC1         CRT       RMSC       RR
         22-NOV-19  08:42:18    RMSC          | SNC9         CRT       RMSC       RR
         22-NOV-19  12:49:20    SNC9          | RMSC         CRTRET    RMSC       RR
         22-NOV-19  19:27:15    SNC9          | RMSC         CRTRET    RMSC       RR
         23-NOV-19  01:53:11                  |              HOUSING   RMSC       SOUTH 5B
         25-NOV-19  20:54:24    RMSC          |              DISC
```

P 0