UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL PHILLIPS, et al.,

               Plaintiffs,

-v-                                   CIVIL ACTION NO. 21 Civ. 8149 (ALC) (SLC)

CITY OF NEW YORK, et al.,                         **ORDER**

               Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

By **January 5, 2024**, the parties shall meet and confer and file a joint letter addressing their respective positions as to what discovery should proceed while Defendants' motion to dismiss Plaintiff's Third Amended Complaint (ECF No. 141) is pending.

Dated:     New York, New York
            December 27, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**