

December 29, 2023

Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007-1312

By Electronic Filing.

    Re: Phillips v. City of New York, 21-CV-8149 (ALC)(SLC)

Dear Judge Carter:

  My firm, with co-counsel represents Plaintiffs and the putative class in the case above. I write regarding Plaintiffs' deadline to file a motion to strike Defendants' renewed motion to dismiss.

  Plaintiffs ask for, and Defendants consent to, until January 31, 2024 to file their motion.

  And as always, we thank the Court for its continued time and attention.

               Respectfully submitted,

                /s/
              _____

              J. Remy Green
                *Honorific/Pronouns: Mx., they/their/them*
              **COHEN&GREEN P.L.L.C.**
              *Attorneys for Plaintiffs*
              1639 Centre St., Suite 216
              Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.