

**THE CITY OF NEW YORK**

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MARK D. ZUCKERMAN**
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

January 4, 2024

**VIA ECF**
The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:  <u>Paul Phillips, et. al. v. The City of New York, et. al.</u>, 21 Civ. 8149 (ALC)(SLC)

Your Honor:

    I am a Senior Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing the appearing defendants in the above referenced matter. We write jointly with plaintiffs' counsel in accordance with Your Honor's Order at Docket 144. The parties have conferred and agree as follows: Defendants respectfully request that further discovery be stayed pending the outcome of defendants' motion to dismiss plaintiffs' Third Amended Complaint (and plaintiffs' anticipated motion to strike defendants motion to dismiss), to which plaintiffs have no objection with one exception. The one exception is discovery plaintiffs may seek—and which defendants may oppose-- in order for plaintiffs to serve the defendant Renan Beauchard, who has not yet been served with process.

    Thank you for your consideration herein.

                                  Respectfully submitted,

                                  /s/ Mark D. Zuckerman
                                Mark D. Zuckerman

cc:    All counsel (via ECF)