UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL PHILLIPS, et al.,

                Plaintiffs,

-v-                                      CIVIL ACTION NO. 21 Civ. 8149 (ALC) (SLC)

CITY OF NEW YORK, et al.,                     **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' joint letter (ECF No. 146) setting forth each party's position as to what discovery should proceed while Defendants' motion to dismiss Plaintiffs' Third Amended Complaint (ECF No. 141 (the "MTD")) is pending. The Court orders as follows:

1. By **January 18, 2024**, counsel for Defendant City of New York (the "City") shall either (i) confirm to Plaintiffs' counsel that the City will represent Defendant Renan Beauchard and will waive service or accept service on his behalf, or (ii) provide to Plaintiffs' counsel the last-known contact information for Mr. Beauchard.

2. Apart from the preceding paragraph, all discovery is STAYED pending a ruling by the Honorable Judge Andrew L. Carter on the MTD.

Dated:       New York, New York
                 January 4, 2024

                                                    SO ORDERED.

                                                    **SARAH L. CAVE**
                                                    **United States Magistrate Judge**