

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**MARK D. ZUCKERMAN**
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

**VIA ECF**
The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Defendants' request at ECF No. 158 is GRANTED. By **March 7, 2024**, Defendants may file a letter of no more than three pages in length in response to Plaintiffs' letter-motion at ECF No. 157.
>
> SO ORDERED.    3/5/2024
>
> *(signed)* SARAH L. CAVE
> United States Magistrate Judge

Re: <u>Paul Phillips, et. al. v. The City of New York, et. al.</u>, 21 Civ. 8149 (ALC)(SLC)

Your Honor:

      I am a Senior Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing the appearing defendants in the above referenced matter. The City respectfully requests until March 7, 2024 to address the issues set forth in plaintiffs' renewed motion to serve the defendant Renan Beauchard by email at Docket 157. Plaintiffs' submission is replete with material misrepresentations and omissions. As such, the City wishes to address the issues contained in plaintiffs' renewed motion so that the Court has as much, as well as the correct, information in reaching its decision.

      Thank you for your consideration herein.

Respectfully submitted,

/s/ Mark D. Zuckerman
Mark D. Zuckerman

cc:    All counsel (via ECF)