## Zuckerman, Mark (Law)

| | |
|---|---|
| **From:** | remy green <remy@femmelaw.com> |
| **Sent:** | Monday, February 26, 2024 3:24 PM |
| **To:** | Zuckerman, Mark (Law) |
| **Cc:** | FemmeLaw Internal; MK Kaishian |
| **Subject:** | [EXTERNAL] Re: Phillips |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).

Hi Mark,

We are *just* out of the waiver period, so we will be moving shortly for alternative service, then seeking fees for that motion under Fed. R. Civ. P. 4(d).

Yours,

Remy.

---

**J. Remy Green**

     *Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns: Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

---

On Mon, Feb 26, 2024 at 3:21 PM Zuckerman, Mark (Law) <mzuckerm@law.nyc.gov> wrote:

Remy,

Do you have any update on efforts to serve Renan Beauchard?

Thanks,

Mark