UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
PAUL PHILLIPS, KHAORI WRIGHT, RANDY ROSARIO, AND
KYLAYSIA THOMPSON, ON BEHALF OF THEMSELVES AND
ALL OTHERS SIMILARLY SITUATED,

                              Plaintiff(s),                  Index No. 1:21-cv-08149-ALC-SLC

-against-

THE CITY OF NEW YORK, ET AL.,                    AFFIDAVIT OF ATTEMPTED SERVICE

                              Defendant(s)
----------------------------------------------------------------X
STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

      Elijah Hawthorne, being duly sworn, deposes and states that deponent is not a party herein, is over 18 years of age and resides in the State of New York. On **November 2, 2023** at **1:09 pm** at **53 West Clarkstown Road, New City, NY 10596** deponent attempted to serve the within:

| X  SUMMONS IN A CIVIL ACTION | X  SUMMONS RIDER | |
|---|---|---|
| X  CORRECTED THIRD AMENDED CLASS ACTION COMPLAINT | | |

on **RENAN BEAUCHARD** defendant.

Individual: By delivering a true copy of same to respondent defendant witness personally; and deponent knew the person so served to be the person described as said respondent defendant/witness.

X Attempted Service: The current occupants of the above referenced premises denied knowing the defendant and refused service. No further information available.

Suitable Age Person: By delivering at the above address a true copy of same to _____ a person who is of suitable age and discretion. Said premises is: _____ the actual place of business abode or _____ dwelling house or _____ usual place of abode, within this state, and by

Mailing: Deponent also enclosed a true copy of same in a post-paid sealed envelope properly addressed to the above named at the above addresses by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within 24 hours.

Description: The person spoken with is described as follows:

| | | | | | |
|---|---|---|---|---|---|
| Male | White Skin | Black Hair | 14-20 Yrs | Under 5'3" | Under 100 Lbs. |
| Female | Black Skin | Brown Hair | 21-35 Yrs | 5'4"-5'8" | 100-130 Lbs. |
| | Brown Skin | Blonde Hair | 36-50 Yrs. | 5'9"-6' | 131-160 Lbs. |
| | Yellow Skin | Grey Hair | 51-65 Yrs. | Over 6' | 161-200 Lbs. |
| | Red Skin | Red Hair | Over 65 Yrs. | | Over 200 Lbs. |
| | Tan Skin | White Hair | | | |
| | | Bald | | | |

Other Identifying Features: _____
X Index Number/Date of Filing Endorsement _____
    Military Service: Deponent inquired and was informed that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

Sworn to before me this
3rd day of November, 2023

Notary Public



Elijah Hawthorne - Process Server
**COMPLIANT PROCESS SERVERS JOB #**
**KAISHIAN & MORTAZAVI LLC**