UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL PHILLIPS, et al.,

                Plaintiffs,

-v-                                    CIVIL ACTION NO. 21 Civ. 8149 (ALC) (SLC)

CITY OF NEW YORK, et al.,                    **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Before the Court is the parties' March 15, 2024 joint status letter addressing their most recent efforts to locate Defendant Renan Beauchard ("Mr. Beauchard") so that Plaintiffs can serve on him the Third Amended Complaint (the "TAC"). (ECF No. 164 (the "Joint Letter")). On review of the Joint Letter, the Court orders as follows:

1. By **March 20, 2024**, Defendants shall provide to Plaintiffs a photograph of Mr. Beauchard.

2. By **March 27, 2024**, Plaintiffs shall attempt to serve Mr. Beauchard at 53 West Clarkstown Road. (See ECF No. 164 at 2).

3. An in-person status conference is scheduled for **Wednesday, April 10, 2024 at 10:00 a.m.** in Courtroom 18A, 500 Pearl Street, New York, New York.

Dated:      New York, New York                SO ORDERED.
             March 19, 2024

_____
SARAH L. CAVE
United States Magistrate Judge