UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

**PAUL PHILLIPS, KHAORI WRIGHT, RANDY ROSARIO, AND KYLAYSIA THOMPSON, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,**

                                                  Plaintiff(s),

    -against-

Index No. 1:21-cv-08149-ALC-SLC

**THE CITY OF NEW YORK, ET AL.,**

                                                  Defendant(s)

AFFIRMATION OF SERVICE

---------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

Keith Hawthorne deposes and states that deponent is not a party herein, is over 18 years of age and resides in the State of New York. On **March 22, 2023** at **2:00 pm** at **53 West Clarkstown Road, New City, NY 10596** deponent served the within:

| X SUMMONS IN A CIVIL ACTION | X SUMMONS RIDER | |
|---|---|---|
| X CORRECTED THIRD AMENDED CLASS ACTION COMPLAINT | X LETTER | |

on **RENAN BEAUCHARD** defendant.

    Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

    Suitable Age Person: By delivering at the above address a true copy of the same to _____ a person who is of suitable age and discretion. Said premises is: the actual place of business abode or dwelling house or usual place of abode, within this state, and by

X Affixing to Door: By affixing a true copy of each to the front door of **53 West Clarkstown Road, New City, NY 10596**. Said premises is: the actual place of business X dwelling house or usual place of abode of defendant; Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion having called thereat on March 20, 2024 at 7:57 pm; and on March 21, 2024 at 7:20 am; and on March 22, 2024 at 2:00 pm and by mailing, as indicated below:

X Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked "personal and confidential" properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person spoken with is described as follows:

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☐ White Skin | ☐ Black Hair | ☐ 14-20 Yrs | ☐ Under 5'3" | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ 21-35 Yrs | ☐ 5'4"-5'8" | ☐ 100-130 Lbs. |
| | ☐ Brown Skin | ☐ Blonde Hair | ☐ 36-50 Yrs. | ☐ 5'9"-6' | ☐ 131-160 Lbs. |
| | ☐ Yellow Skin | ☐ Grey Hair | ☐ 51-65 Yrs. | ☐ Over 6' | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Over 65 Yrs. | | ☐ Over 200 Lbs. |
| | ☐ Tan Skin | ☐ White Hair | | | |
| | | ☐ Bald | | | |

X Other Identifying Features: Recent mail observed in defendant's name; address verified by client investigations; posted at last known address. Photos taken of posting.
X Index Number/Date of Filing Endorsement _____
    Military Service: Deponent inquired and was informed that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

    I affirm this 22nd day of March, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                                                   Keith Hawthorne - Process Server
                                                                    COMPLIANT PROCESS SERVICES
                                                                    COHEN & GREEN, PLLC