

March 25, 2024

Hon. Sarah L. Cave, U.S.M.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007-1312

By Electronic Filing.

Re:     Phillips v. City of New York, 21-CV-8149 (ALC)(SLC)

Dear Judge Cave:

    My firm, with co-counsel, represents Plaintiffs and the putative class in the case above. I write to update the Court on service of process on Defendant Beauchard.

    Over the last week, our process server made several attempts to serve at the 53 W. Clarkstown Road address Mr. Beauchard where is the owner of record, having received a photograph of him from Defendants. As I understand it, a car was in the driveway (without plates), but no one answered the door. However, on March 22, the door was left open, and the process server saw mail in Mr. Beauchard's name, and he took a geotagged photograph:



(slightly cropped for space; individual name in the bottom left). That is, just within the door was evidence the house is (at a minimum, one of) Mr. Beauchard's place(s) of residence. The process

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com



server then completed service according to CPLR 308(4).  Thus, service is now complete, and Mr. Beauchard's answer is due in the near future.

      I am also writing because I believe the conference the Court scheduled for April 10, 2024 (ECF No. 165) may be unnecessary now.

      As always, we thank the Court for its continued time and attention — and especially appreciate the Court's help in resolving this complicated service issue.

      Respectfully submitted,

      /s/
      _____

J. Remy Green
    *Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiffs*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.

Page 2 of 2

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com