UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL PHILLIPS, et al.,

              Plaintiffs,

-v-                                  CIVIL ACTION NO. 21 Civ. 8149 (ALC) (SLC)

CITY OF NEW YORK, et al.,                      **ORDER**

              Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the parties' letters (ECF Nos. 167-68), the status conference scheduled for April 10, 2024 is CANCELLED.  By **April 4, 2024**, counsel for Defendant City of New York shall file a letter stating whether the Office of the Corporation Counsel will represent Defendant Renan Beauchard in this matter, and, if so, whether Mr. Beauchard will waive service of the Third Amended Complaint or agree not to contest the manner in which service was made.  (See ECF Nos. 166-67).

The Clerk of Court is respectfully directed to terminate the April 10, 2024 conference.

Dated:      New York, New York                SO ORDERED.
              March 27, 2024

                                                              _____
                                                              SARAH L. CAVE
                                                               United States Magistrate Judge