UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

PAUL PHILLIPS, et. al.,

                                       Plaintiffs,

    -against-

THE CITY OF NEW YORK, et. al.,

                                       Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

21 Civ. 8149 (ALC)(SLC)

        **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant Renan Beauchard and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:      New York, New York
                April 3, 2024

                                      HON. SYLVIA O. HINDS-RADIX
                                      Corporation Counsel of the
                                        City of New York
                                      *Attorney for Defendant Renan Beauchard*
                                      100 Church Street
                                      New York, New York 10007
                                      (212) 356-3519

                               By:    /s/  Mark D. Zuckerman
                                         MARK D. ZUCKERMAN