**Zuckerman, Mark (Law)**

| | |
|---|---|
| **From:** | remy green <remy@femmelaw.com> |
| **Sent:** | Thursday, January 18, 2024 4:24 PM |
| **Cc:** | Zuckerman, Mark (Law); Maryanne Kaishian; Protester Cases |
| **Subject:** | [EXTERNAL] Request to Waive Service of Complaint in Phillips v. City of New York, 21-cv-8149 (SDNY) |
| **Attachments:** | Phillips Form ao399.pdf; Phillips Form ao399.pdf; 128-1 (2).pdf; 130 - Summons for Newly Named Defendants (2).pdf; 128 - Corrected TAC (2).pdf |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).

Dear Renan Beauchard,

If you are represented by counsel, please additionally direct this message to them.

Please see the attached Complaint and related documents.

Pursuant to Federal Rule 4(d)(1), I am attaching two copies of a pdf of the waiver of service form and requesting that you waive formal service of the summons and complaint.

Please note that failure to waive service without good cause can result in a requirement that you pay the expenses of accomplishing service, including attorney's fees incurred in any motion to collect those expenses. I should also note that, as we have already attempted to serve you at 53 W. Clarkstown Road, New City, New York 10956, those costs could be quite high since they would likely involve hiring an investigator of some kind, as well as related attorney time.

Please feel free to return the completed form electronically. If, for some reason, returning the form electronically is not possible, I am happy to provide any other pre-paid means of returning the waiver. I will await your reply within 30 days of the date when this request is sent.

Finally, I have cc'd Mark Zuckerman, who is the City attorney defending the other Defendants in this case, and who has asked me to make clear you should feel free to contact him about this case and the issues above -- and he can guide you through any request for representation from the City.

Yours, &c.,

Remy Green

---

**J. Remy Green**

*Partner*
| Cohen&Green P.L.L.C. | FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns: Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

---

