

THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**MARK D. ZUCKERMAN**
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

April 3, 2024

**VIA ECF**
The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Paul Phillips, et. al. v. The City of New York, et. al.</u>, 21 Civ. 8149 (ALC)(SLC)

Your Honor:

I am a Senior Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing the appearing defendants in the above referenced matter. I write to provide the full citations of two cases discussed in my earlier letter of today at Docket 172. The full citations to the cases discussed are <u>Kumaran v. Vision Fin. Mkts., LLC</u>, 338 F.R.D. 17 (S.D.N.Y. 2021) and <u>Calenture, LLC v. Shiff</u>, 23 Civ. 11238 (AT)(RFT), 2024 U.S. Dist. LEXIS 50883 (S.D.N.Y. Mar. 18, 2024). I apologize for my error.

Thank you for your consideration herein.

Respectfully submitted,

/s/ Mark D. Zuckerman
Mark D. Zuckerman

cc:     All counsel (via ECF)