UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

PAUL PHILLIPS, et. al.,

                                                 Plaintiffs,

-against-

THE CITY OF NEW YORK, et. al.,

                                                 Defendants.

**NOTICE OF JOINDER OF RENAN BEAUCHARD IN MOTIONS TO DISMISS OF OTHER DEFENDANTS AT DOCKET 141**

**21 CV 8149 (ALC)(SLC)**

------------------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that that upon the Declaration of Mark D. Zuckerman, dated December 22, 2023, and the exhibits annexed thereto (Docket 142); defendants' Memorandum of Law, dated December 22, 2023 (Docket 143); and upon all prior pleadings and proceedings had herein, defendant Renan Bouchard, hereby joins in the motions to dismiss of the other defendants herein at Docket 141, and will move this Court, before the Hon. Andrew L. Carter, Jr., United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl St., New York, New York 10007, at a date and time to be determined, pursuant to Rule 12(b)(1), Fed. R. Civ. P. for the dismissal for lack of subject matter jurisdiction; pursuant to Rule 12(b)(6), Fed. R. Civ. P. for the dismissal for failure to state a claim, of all of plaintiffs' claims with prejudice; and pursuant to Rule 12(f), Fed. R. Civ. P. for the striking of plaintiffs' class allegations; and for such other and further relief as the Court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE**, that, plaintiffs are to serve their opposition papers on or before a date and time to be determined by the Court; and

2

**PLEASE TAKE FURTHER NOTICE** that the moving defendant is to serve his reply papers on or before a date and time to be determined by the Court.

Dated: New York, New York
April 11, 2024

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
  City of New York
Attorney for Defendant Renan Bouchard
100 Church Street, Room 3-133b
New York, New York 10007
(212) 356-3519

By: /s/ Mark D. Zuckerman
Mark D. Zuckerman
Senior Counsel