UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

PHILLIPS, ET AL.,

                       Plaintiff,        1:21-cv-08149 (ALC) (SLC)

-against-                      **ORDER**

THE CITY OF NEW YORK, ET AL.,

                    Defendants.

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On December 22, 2023, all defendants, except for Defendant Renan Beauchard, renewed their motion to dismiss for lack of subject matter jurisdiction and for failure to state a claim, as well as their motion to strike Plaintiffs' class allegations. ECF No. 141. On April 11, 2024, Defendant Renan Beauchard joined the motion to dismiss of the other defendants. ECF No. 177.

In light of the pending motion to dismiss that has not been fully briefed, the parties' pending motion to dismiss is DENIED without prejudice. The parties are hereby ordered to file a joint motion to dismiss and adhere in accordance with the following briefing schedule.

    Defendants' Motion to Dismiss:    October 21, 2024

    Plaintiffs' Opposition:    November 11, 2024

    Defendants' Reply:    November 18, 2024

The Clerk of Court is respectfully requested to terminate the motions at ECF No. 141 and ECF No. 177.

**SO ORDERED.**

**Dated: September 27, 2024**

    New York, New York                                    **ANDREW L. CARTER, JR.**
                                                                       **United States District Judge**