



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: October 1, 2024
```

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

**MARK D. ZUCKERMAN**
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

October 1, 2024

**VIA ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: <u>Paul Phillips, et. al. v. The City of New York, et. al.</u>, 21 Civ. 8149 (ALC)(SLC)

Your Honor:

      I am a Senior Counsel in the office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, representing defendants in the above referenced matter. I write with the consent of plaintiffs' counsel to respectfully request that defendants be permitted to exceed the 25 page limit in its Memorandum of Law in support of their renewed motion to dismiss, which is presently due on October 21, 2024. Defendants respectfully request permission to submit a 35 page Memorandum of Law, which is the same length of defendants' brief previously submitted, but which the Court denied without prejudice following decision on plaintiffs' motion to strike. The reason for the request is the multitude of claims and parties named in plaintiffs' Class Third Amended Complaint, all of which will have to be addressed in defendants' motion, as the Court has ordered joint briefing. Defendants consent to plaintiffs receiving permission to also submit a 35 page Memorandum of Law in opposition to defendants' motion to dismiss[1].

      Thank you for your consideration herein.

---

[1] Plaintiffs reserve the right to seek additional pages beyond the 35 pages upon service of defendants' motion.

2

Respectfully submitted,

/s/ Mark D. Zuckerman
Mark D. Zuckerman

cc: All counsel (via ECF)

SO ORDERED:

*[signature]*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

October 1, 2024
New York, NY

2