UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

PAUL PHILLIPS, et. al.,

                                              Plaintiffs,     **NOTICE OF MOTION**

                -against-

THE CITY OF NEW YORK, et. al.,                  **21 CV 8149 (ALC)(SLC)**

                                              Defendants.

------------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that that upon the Declaration of Mark D. Zuckerman, dated October 10, 2024, and the exhibits annexed thereto; defendants' Memorandum of Law, dated October 10, 2024; and upon all prior pleadings and proceedings had herein, defendants City of New York, Michael Prilook, Gabriel Montalvo, Edward Horton, Dr. Aung Oo, Dr. David Rosenberg, Dr. Jasdeep Mangat, Terra Hailand, Krystalbella Murnane-Victorelli, Roman Maslovskiy, Christopher Johnson, Mireille Zamy, Renan Beauchard and Terry Gravesande, will move this Court, before the Hon. Andrew L. Carter, Jr., United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl St., New York, New York 10007, at a date and time to be determined, for the dismissal of plaintiffs' Third Amended Complaint in its entirety with prejudice, pursuant to Rule 12(b)(1), Fed. R. Civ. P. for lack of subject matter jurisdiction; pursuant to Rule 12(b)(6), Fed. R. Civ. P. for failure to state a claim; and pursuant to Rule 12(f), Fed. R. Civ. P. for the striking of plaintiffs' class allegations; and for such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that, plaintiffs are to serve their opposition papers on the undersigned on or before November 11, 2024; and

**PLEASE TAKE FURTHER NOTICE** that the moving defendants are to serve their reply papers on or before November 18, 2024.

Dated:   New York, New York
         October 10, 2024

MURIEL GOODE-TRUFANT
Acting Corporation Counsel of the
  City of New York
Attorney for Defendants City of New York,
Michael Prilook, Edward Horton, Gabriel
Montalvo, Dr. Aung Oo, Dr. Jasdeep Mangat, Dr.
David Rosenberg, Krystalbella Murnane-Victorelli,
Christopher Johnson, Roman Maslovskiy, Terry
Gravesande, Mireille Zamy, Renana Beauchard and
Terra Hailand
100 Church Street, Room 3-133b
New York, New York 10007
(212) 356-3519

By:   /s/ Mark D. Zuckerman
      Mark D. Zuckerman
      Senior Counsel

2