Friday, July 3, 2020

| | | |
|---|---|---|
| 1510 | Cells/ Luescan | The pct. cells were inspected - no contraband and non unauthorized items were found. cells are serviceable, clean and alarm is operational. There are # ju,jf,jt prisoners lodged therein. The luescan machine is operational w/ no visible damage. |
| 1510 | Narco Safe | The pct. narco safe is secured w/ lead seal # 139551 |
| 1512 | BWC | BWC run. is secured w/ [scratched out] cameras charging. There are no known issues nor deficiencies. |
| 1515 | Rc | Sgt. Caprino/Myers conducted the r/c for the outgoing third (3rd) platoon consisting of squads 2 and 3. all mos present and uniformed accordingly w/ brs w/ minor changes noted. present are # lt.s, 3 Sgt.'s, and __ P.O.'s. pectur inspected for vests and bwc. pectur instructed on "sit. mil" awareness. There were no deficiencies noted. |
| 1553 | EOT | Sgt Dean |
| 1553 | arrest (R-O-W) Rwp 6709 @ 1710Lex 097-[illeg] | A/O Rank __ Name ALLEYNE  Tax # __ Shield # __ CMD __ S __ Defendant's Name Phelps, [illeg] __ Age 30 Sex M Race __ Defendant's Address [redacted] __ State __ Zip __ Location of Arrest (N43) __ 1553 __ Def's Funds 35.50 Funds Rtnd 35.00 Charge(s) - R=O=W __ a (If Yes- Type) N Physical/Mental Condition alr- __ Any Disabilities? N Any Dependents/Children __ N __ Supervisor Voucher __ __ __ CMD __ Pink copy of Pt 1 __ Left in Pct for __ |
| 1600 | eot | Sgt. Douglas |
| 1600 | eot | Det Wallace - Mossin |

B