

# New York City Police Department
## Omniform System - Arrests

RECORD CONTAINS SEALED INFORMATION.
THIS RECORD MAY NOT BE MADE AVAILABLE TO ANY PERSON
OR PUBLIC OR PRIVATE AGENCY OUTSIDE THE POLICE DEPARTMENT.

**RECORD STATUS: SEALED**  **Arrest ID: K20612035 - Y**

**Arrest Location:** NORTH EAST CORNER LINDEN BOULEVARD & ESSEX STREET  **Pct: 075**

**Arrest Date:** 03-18-2020  **Processing Type:** ON LINE
**Time:** 20:29:00  **DCJS Fax Number:** KO008991
**Sector:** D  **Special Event Code:** NO - NOT APPLICABLE
**Strip Search Conducted:** YES  **DAT Number:**
**Viper Initiated Arrest:** NO  **ICAD#** D20031826047
**Stop And Frisk:** NO  **Return Date:** 0000-00-00
**Serial #:** 0000-000-00000

**Current Location of Perpetrator:**
**Borough:** Brooklyn
**Type:** ALL PD LOCATIONS
**Location:** 075 PRECINCT

**DAT Declined Reason(s):**
Outstanding Warrant

**COMPLAINTS:**  **Arrest #: K20612035**

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2020-075-04163 | 2020-03-19 | Valid, Initial Arrests made | 2020-03-18 | 20:20 |

SEALED                                                                                             SEALED

**CHARGES:**  **Arrest #: K20612035**

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 220.16 01 | F | B | 1 | CPCS-3RD:NARC DRUG INT/SELL |
| #02 | No | PL 221.05 | V | 0 | 1 | UNLAWFUL POSS MARIHUANA 2ND |

| How Arrest came about: | | # Injuries: 00 | # Fatalities: 00 | Test Given: | | Reason Vehicle Not Forfeit: | |
|---|---|---|---|---|---|---|---|
| Blood Specimen Taken: | Blood Specimen Refused: | Urine Specimen Taken: | Urine Specimen Refused: | Oral Fluid Specimen Taken: | Oral Fluid Specimen Refused: | Breath Sample Refused: | Breath Sample Reading: | BrAC: 0.0 |
| Role: IDTU Technician | Department: NYPD | Tax: 0 | Command: | Shield: 0 | Rank: | Last Name: | First Name: | MI: | IDTU/Blood Case No: |
| Role: Point Person | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: |
| Role: Supv in Charge of Checkpoint | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: |

SEALED                                                                                             SEALED

**DETAILS:**  **Arrest #: K20612035**

Was the defendant recording police-related activity at time of arrest?

AT TPO DEFT WAS OBSERVED IN POSSESSION OF A QUANTITY OF CONTROLLED SUBSTANCE. UPON FURTHER INVESTIGATION DEFT ALSO HAS ACTIVE WARRANT #07146-2019 OCA F2020200055. DEFT WAS ALSO TRAVELING IN VEHICLE WITH MARIJUANA IN OPEN VIEW IN CENTER CONSOLE

SEALED                                                                                             SEALED

**DEFENDANT: WRIGHT, KHAORI**  **NYSID #:** ▉▉▉  **Arrest #: K20612035**



| | | |
|---|---|---|
| Nick/AKA/Maiden: | Height: **5FT 8IN** | Order Of Protection: **NO** |
| Sex: **MALE** | Weight: **150** | Issuing Court: |
| Race: ▇ | Eye Color: **BROWN** | Docket #: |
| Age: **26** | Hair Color: **BLACK** | Expiration Date: |
| Date Of Birth: ▇ | Hair Length: **NORMAL** | Relation to Victim: **STRANGER** |
| U.S. Citizen: **YES** | Hair Style: **CLOSE CUT** | Living together: **NO** |
| Place Of Birth: | Skin Tone: **DARK** | Can be Identified: **YES** |
| Is this person not Proficient in English?: **NO** | Complexion: **CLEAR** | |
| If Yes, Indicate Language: | | |
| Accent: **NO** | Soc.Security #: | |
| | Occupation: **UNKNOWN** | Gang/Crew Affiliation: **NO** |
| Identification ID: **NYS DMV Non-Driver Photo Identification** | | Name: |
| Identification #: ▇ | | Identifiers: |
| Physical Condition: **APPARENTLY NORMAL** | Lic/Permit Type: | |
| Drug Used: **NONE** | Lic/Permit No: | |

| LOCATION | ADDRESS | CITY | STATE/CNTRY ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|
| HOME-PERMANENT | ▇ | ▇ | ▇ | | 067 |

Phone # and E-Mail Address:
HOME: NONE
CELL: REFUSED
BUSINESS: NONE
E-MAIL: NONE

N.Y.C.H.A. Resident: **NO**   N.Y.C. Housing Employee:   On Duty:
Development:   N.Y.C. Transit Employee:

**Physical Force: NONE**

Weapon Used/Possessed: **NONE**   Gun:   Make:   Recovered:
Non-Firearm Weapon:   Color:   Serial Number Defaced:
Other Weapon Description:   Caliber:   Serial Number:
Type:
Discharged: **NO**

Used Transit System: **NO**
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | ACCESSORIES - JEANS - BLUE |
| CLOTHING | HEADGEAR - SKI CAP OR WATCH CAP - YELLOW |
| CLOTHING | OUTERWEAR - WAIST LENGTH JACKET - BLACK |
| CLOTHING | FOOTWEAR - SNEAKERS - BLACK |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

| SEALED | SEALED |
|---|---|

**JUVENILE DATA:**   Arrest #: **K20612035**

Relative Notified:   Personal Recog:
Number Of Priors: **0**   Name:
School Attending:   Phone Called:

| Mother's Maiden Name: | Time Notified: | |
|---|---|---|
| SEALED | | SEALED |

## ASSOCIATED ARRESTS: Arrest #: K20612035

ARREST ID  COMPLAINT #

| SEALED | | SEALED |
|---|---|---|

No Vehicles for Arrest #

| SEALED | | SEALED |
|---|---|---|

## DEFENDANTS CALLS: Arrest #: K20612035

CALL #  NUMBER DIALED  NAME - PROVIDED BY DEFENDANT  NAME AS LISTED IN CELL PHONE  RELATIONSHIP  CALL COMPLETED
1   - -   REFUSED,REFUSED   REFUSED   NO

| SEALED | | SEALED |
|---|---|---|

## INVOICES: Arrest #: K20612035

| INVOICE# | COMMAND | PROPERTY TYPE | VALUE |
|---|---|---|---|
| 3001221554 | 075 | MARIJUANA/HASHISH | |
| 3001221588 | 075 | DRUGS/NARCOTICS | |

| SEALED | | SEALED |
|---|---|---|

## ARREST RULES: Arrest #: K20612035

ORIGINAL ARREST PROCESSING TYP : O
OFFENCE DATE : 03/18/2020
AGE AT TIME OF OCCURRENCE : 26
AGE BAND : C_RTA_2019
JUV. OFFENDER CHARGE : , IS JUV .OFFENDER : FALSE
JUV. DELINQUENT CHARGE : , IS JUV.DELINQUENT : FALSE
JUV. ADOLESCENT CHARGE : , IS ADOLESCENT : FALSE

| SEALED | | SEALED |
|---|---|---|

## ARRESTING OFFICER: POM MICHAEL V AMELLO   Arrest #: K20612035

Tax Number: 949999  On Duty: YES
Other ID (non-NYPD): 0  In Uniform: YES
Shield: 17857  Squad: C3
Department: NYPD  Chart: 05
Command: 075  Primary Assignment: BEAT OFFICER

Force Used: NO - No Force Used by any MOS
Type:
Reason:
Officer Injured: NO
Officer Body Worn Camera: YES
TRI Number: 0000-000-00000 Suffix: 0

| SEALED | | SEALED |
|---|---|---|

| | Tax #: | Command: | Agency: |
|---|---|---|---|
| Arresting Officer Name:<br>POM AMELLO, MICHAEL V | 949999 | 075 | NYPD |
| Supervisor Approving:<br>SGT BARHOLD CHARLE | 947981 | 075 | NYPD |
| Report Entered by:<br>POM AMELLO, MICHAEL | 949999 | 075 | NYPD |

END OF ARREST REPORT
K20612035