```
27-DEC-22 16:31           Inmate Movement History Log (QHMOV)

BK&CS: ████████          Name: WRIGHT, KHAORIE                    NYSID: ████
       Admit - Location: CKS1       Date: 20-MAR-20   Time: 11:54
       Disch - Location: MTF3       Date: 04-APR-20   Time: 03:36:31

                                                    Reason      Housing    Housing
Branch     Date       Time      From   |  To        Code        Facility   Area
------   ---------  --------   ------  |  ------    --------    --------   --------
         20-MAR-20  11:59:43   CKS1    |  AMKC      XFER
         20-MAR-20  19:25:20   CKS1    |  AMKC      XFER        AMKC       RR
         21-MAR-20  05:57:53           |            HOUSING     AMKC       1 UPPER
         25-MAR-20  12:53:17   AMKC    |  MTF3      XFER        AMKC       RR
         25-MAR-20  18:51:30   AMKC    |  MTF3      XFER        MTF3       RR
         27-MAR-20  05:39:06           |            HOUSING     MTF3       2A/A/
         04-APR-20  03:36:35   MTF3    |            DISC
```

*F*