

# New York City Police Department
## Omniform System - Arrests

**RECORD STATUS: NYSID ENTERED**  
**Arrest ID: Q20627092 - P**

**Arrest Location:** INSIDE OF 34-16 ASTORIA BOULEVARD  
**Pct:** 114

**Arrest Date:** 11-11-2020  
**Processing Type:** ON LINE  
**Current Location of Perpetrator:**  
**Time:** 11:30:00  
**DCJS Fax Number:** QO020156  
**Borough:** Queens  
**Sector:** C  
**Special Event Code:** NO - NOT APPLICABLE  
**Type:** ALL PD LOCATIONS  
**Strip Search Conducted:** NO  
**DAT Number:**  
**Location:** 114 PRECINCT  
**Viper Initiated Arrest:** NO  
**ICAD#**  
**Stop And Frisk:** NO  
**Return Date:** 0000-00-00  
**Serial #:** 0000-000-00000  

**DAT Declined Reason(s):**  
Outstanding Warrant

**COMPLAINTS:**   Arrest #: Q20627092

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2020-114-02701 | 2020-04-09 | Valid, Initial Arrests made | 2020-04-09 | 14:56 |

**CHARGES:**   Arrest #: Q20627092

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 265.03 01C | F | C | 1 | CPW-2ND DEGREE: DISGUISED GUN |
| #02 | No | PL 215.40 02 | F | E | 1 | TAMP W/PHYS EV:CONCEAL/DESTROY |

**How Arrest came about:**  
**# Injuries:** 00  
**# Fatalities:** 00  
**Test Given:**  
**Reason Vehicle Not Forfeit:**

| Blood Specimen Taken: | Blood Specimen Refused: | Urine Specimen Taken: | Urine Specimen Refused: | Oral Fluid Specimen Taken: | Oral Fluid Specimen Refused: | Breath Sample Refused: | Breath Sample Reading: | BrAC: 0.0 |
|---|---|---|---|---|---|---|---|---|
| **Role:** IDTU Technician | **Department:** NYPD | **Tax:** 0 | **Command:** | **Shield:** 0 | **Rank:** | **Last Name:** | **First Name:** | **MI:** / IDTU/Blood Case No: |
| **Role:** Point Person | **Department:** | **Tax:** | **Command:** | **Shield:** | **Rank:** | **Last Name:** | **First Name:** | **MI:** |
| **Role:** Supv in Charge of Checkpoint | **Department:** | **Tax:** | **Command:** | **Shield:** | **Rank:** | **Last Name:** | **First Name:** | **MI:** |

**DETAILS:**   Arrest #: Q20627092

Was the defendant recording police-related activity at time of arrest?  
AT TPO, THE DEFENDANT WAS ARRESTED UNDER OPEN COMPLAINT, 2020-114-2701.

**DEFENDANT: ROSARIO, RANDY**   **NYSID #:** ███████   **Arrest #:** Q20627092

Nick/AKA/Maiden:  
**Sex:** MALE  
**Race:** ███████  
**Age:** 19  
**Date Of Birth:** ███████  
**U.S. Citizen:** YES  
**Place Of Birth:**  
**Is this person not Proficient in English?:** NO  
**If Yes, Indicate Language:**  
**Accent:** NO  
**Identification ID:**  
**Identification #:**  
**Physical Condition:** APPARENTLY NORMAL  
**Drug Used:** NONE  

**Height:** 5FT 7IN  
**Weight:** 150  
**Eye Color:** BROWN  
**Hair Color:** BLACK  
**Hair Length:** LONG  
**Hair Style:** AFRO  
**Skin Tone:** MEDIUM  
**Complexion:** CLEAR  
**Soc.Security #:**  
**Occupation:** UNKNOWN  
**Lic/Permit Type:**  
**Lic/Permit No:**  

**Order Of Protection:** NO  
**Issuing Court:**  
**Docket #:**  
**Expiration Date:**  
**Relation to Victim:** STRANGER  
**Living together:** NO  
**Can be Identified:** NO  

**Gang/Crew Affiliation:** NO  
**Name:**  
**Identifiers:**  



| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME-PERMANENT | | | | | | 115 |

Phone # and E-Mail Address:
HOME: NONE
CELL: ███████
BUSINESS: NONE
E-MAIL: NONE

N.Y.C.H.A. Resident: NO    N.Y.C. Housing Employee:    On Duty:
    Development:        N.Y.C. Transit Employee:

**Physical Force:** NONE

Gun: HANDGUN    Make:         Recovered: NO
Weapon Used/Possessed: POSSESSED    Color:    Serial Number Defaced:
Non-Firearm Weapon:    Caliber:    Serial Number:
Other Weapon Description:    Type:
    Discharged: NO

Used Transit System: NO
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| METHOD OF FLIGHT | FOOT |
| MODUS OPERANDI | DISPUTE |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | ACCESSORIES - JEANS - BLACK |
| CLOTHING | FOOTWEAR - SNEAKERS - BROWN |
| CLOTHING | OUTERWEAR - T-SHIRT OR TANK TOP - MULTI COLORED OR STR |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

**JUVENILE DATA:**    Arrest #: Q20627092

        Relative Notified: Personal Recog:
Number Of Priors: 0    Name:
School Attending:    Phone Called:
Mother's Maiden Name:    Time Notified:

**ASSOCIATED ARRESTS:**    Arrest #: Q20627092

ARREST ID    COMPLAINT #
Q20625188    2020-114-02701

No Vehicles for Arrest #

**DEFENDANTS CALLS:**    Arrest #: Q20627092

CALL # NUMBER DIALED NAME - PROVIDED BY DEFENDANT NAME AS LISTED IN CELL PHONE RELATIONSHIP CALL COMPLETED
1    - -    REFUSED,REFUSED    REFUSED    NO

**INVOICES:**    Arrest #: Q20627092

INVOICE# COMMAND PROPERTY TYPE VALUE

**ARREST RULES:**    Arrest #: Q20627092

ORIGINAL ARREST PROCESSING TYP : O
OFFENCE DATE : 04/09/2020
AGE AT TIME OF OCCURRENCE : 19
AGE BAND : C_RTA_2019
JUV. OFFENDER CHARGE : , IS JUV .OFFENDER : FALSE
JUV. DELINQUENT CHARGE : , IS JUV.DELINQUENT : FALSE
JUV. ADOLESCENT CHARGE : , IS ADOLESCENT : FALSE

**ARRESTING OFFICER:** POM SCOTT M SOHN    Arrest #: Q20627092

D048

| | |
|---|---|
| Tax Number: 955515<br>Other ID (non-NYPD): 0<br>Shield: 22227<br>Department: NYPD<br>Command: 344 | On Duty: YES<br>In Uniform: NO<br>Squad: C<br>Chart: 08<br>Primary Assignment: INVESTIGATIVE |

Force Used: NO - No Force Used by any MOS
Type:
Reason:
Officer Injured: NO
Officer Body Worn Camera: NO
TRI Number: 0000-000-00000 Suffix: 0

| | Tax #: | Command: | Agency: |
|---|---|---|---|
| Arresting Officer Name:<br>POM SOHN, SCOTT M | 955515 | 344 | NYPD |
| Supervisor Approving:<br>SGT BARBER MATTHEW | 946664 | 344 | NYPD |
| Report Entered by:<br>POM SOHN, SCOTT | 955515 | 344 | NYPD |

END OF ARREST REPORT
Q20627092

[ Print this Report ]