ROSARIO, RANDY    MALE/ WHITE HISPANIC/ 19    Q20627092

**NYSID :** 14745343L
**Fax Num :** QO020156
**Court Part :**
**Docket Num :**

**Arrest Precinct :** 114

**Arrest Officer :** SOHN, SCOTT
**AO Command :** 344
**AO Taxid :** 955515
**AO Rank :** POM
**AO Dept :**

**Status :** WARRANT NYC
**Current Lodging :** 114 PRECINCT
**Top Charge :** PL 265.03 01C
**Notes On File ?** YES

**Custody Time :** 5 hrs 11 mins
**Arraignment Time :** 5 hrs 11 mins

| | | | |
|---|---|---|---|
| ARREST 11/11/2020 1130 | RECORD CREATE 11/11/2020 1206 | NYSID 11/11/2020 1243 | DNA BANNER 11/11/2020 1243 |
| PAPERWORK READY - 11/11/2020 1426 | AO RELEASE Missing | COMPLAINT SWORN Missing | COMPLAINT RECEIVED Missing |
| BREAKDOWN Missing | PACKAGE TO COURT Missing | DOCKETED Missing | ARRAIGNMENT CLOSED 11/11/2020 1641 |
| FOLDER-READY FOR CJB 11/11/2020 1301 | FOLDER SENT TO DA 11/11/2020 1426 | SUPREME CT ARRAIGNMENT * 11/11/2020 1641 | WARRANT NYC * 11/11/2020 1308 |

H

**Arraignment Status**

| Activity Name | StartDate/Time | - EndDate/Time |
|---|---|---|
| ARREST | 11/11/2020 1130 | - ------- ---- |
| RECORD CREATE | 11/11/2020 1206 | - ------- ---- |
| NYSID | 11/11/2020 1243 | - ------- ---- |
| DNA BANNER | 11/11/2020 1243 | - 11/11/2020 1243 |
| PAPERWORK READY | 11/11/2020 1426 | - ------- ---- |
| AO RELEASE | ------- ---- | - ------- ---- |
| COMPLAINT SWORN | ------- ---- | - ------- ---- |
| COMPLAINT RECEIVED | ------- ---- | - ------- ---- |
| BREAKDOWN | ------- ---- | - ------- ---- |
| PACKAGE TO COURT | ------- ---- | - ------- ---- |
| DOCKETED | ------- ---- | - ------- ---- |
| ARRAIGNMENT CLOSED | 11/11/2020 1641 | - ------- ---- |
| FOLDER-READY FOR CJB | 11/11/2020 1301 | - ------- ---- |
| FOLDER SENT TO DA | 11/11/2020 1426 | - ------- ---- |
| SUPREME CT ARRAIGNMENT * | 11/11/2020 1641 | - ------- ---- |
| WARRANT NYC * | 11/11/2020 1308 | - ------- ---- |

**Lodging Status/History**

| Lodging Name | StartDate/Time | - EndDate/Time |
|---|---|---|
| 114 PRECINCT | 11/11/2020 1130 | - ------- ---- |

**Charges**

| Law Code | Category | Charge Class | Degree |
|---|---|---|---|
| PL 265.03 01C | F | C | 2 |
| PL 215.40 02 | F | E | 0 |

**Grouped Arrests**

| Arrest Id | Arrest Date | NYSID | Defendant | AO NAME |
|---|---|---|---|---|

**Grouped by NYSID**

| Arrest Id | Arrest Date | NYSID | Defendant | AO NAME |
|---|---|---|---|---|

**Notes**



D090

ROSARIO, RANDY MALE/ WHITE HISPANIC/ 19 Q20627092

| Date | Time | Officer Cmd. | Officer Rank | Officer Last Name | Officer First Name | Note |
|---|---|---|---|---|---|---|
| 11/11/2020 | 1308 | 585 | POF | PATTERSON | JAMIE | ACTIVE SUPREME COURT WARRANT # 01110-2020 |
| 11/11/2020 | 1842 | 585 | LT | VALAD | JAVAD | DEFT TO BE ARRAIGNED IN SUPREME COURT |