

# New York City Police Department
## Omniform System - Arrests

| RECORD STATUS: NYSID ENTERED | Arrest ID: M19651380 - L |
|---|---|
| **Arrest Location: INSIDE OF 306 WEST 54 STREET** | **Pct: 018** |

**Arrest Date: 11 21 2019**   Processing Type: ON LINE

**Time: 12:10:00**   DCJS Fax Number MO039136

Current Location of Perpetrator:

Borough Manhattan

Sector: C   Special Event Code: NO - NOT APPLICABLE   Type: ALL PD LOCATIONS

Strip Search Conducted: NO   DAT Number:   Location: 018 PRECINCT

Viper Initiated Arrest: NO   ICAD#

Stop And Frisk NO   Return Date 0000 00 00

Serial #: 0000-000-00000

---

**COMPLAINTS:**   Arrest #: M19651380

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2019-018-08424 | 2019-10-14 | Valid, Initial Arrests made | 2019-10-14 | 19:19 |

**CHARGES:**   Arrest #: M19651380

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 155.30 04 | F | E | 1 | GRAND LARCENY-4TH:CREDIT CARD |
| #02 | Yes | PL 155.30 04 | F | E | 1 | GRAND LARCENY-4TH:CREDIT CARD |
| #03 | Yes | PL 190 80 01 | F | D | 1 | IDENTITY THEFT 1 OBTAIN GOODS |

| How Arrest came about: | | # Injuries 00 | # Fatalities 00 | Test Given: | | Reason Vehicle Not Forfeit: | |
|---|---|---|---|---|---|---|---|
| **Blood Specimen Taken:** | **Blood Specimen Refused:** | **Urine Specimen Taken:** | **Urine Specimen Refused:** | **Oral Fluid Specimen Taken:** | **Oral Fluid Specimen Refused:** | **Breath Sample Refused:** | **Breath Sample Reading:** | **BrAC:** 0.0 |
| Role: IDTU Technician | Department: NYPD | Tax: 0 | Command: | Shield: 0 | Rank: | Last Name: | First Name: | MI: | IDTU/Blood Case No |
| Role: Point Person | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: |
| Role: Supv in Charge of Checkpoint | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: |

**DETAILS:**   Arrest #: M19651380

Was the defendant recording police related activity at time of arrest?

DEFENDANT DID ATTEMPT TO USE THE VICTIM'S CREDIT CARD WITHOUT PERMISSION OR AUTHORITY.

---

### DEFENDANT: THOMPSON, KYLASYIA   NYSID #   Arrest # M19651380

Nick/AKA/Maiden:   Height: 5FT 8IN   Order Of Protection: NO

Sex: FEMALE   Weight: 150   Issuing Court:

Race   Eye Color BROWN   Docket #

Age: 19   Hair Color: BLACK   Expiration Date:

Date Of Birth   Hair Length: NORMAL   Relation to Victim: STRANGER

U.S. Citizen: YES   Hair Style: UNKNOWN   Living together: NO

Place Of Birth USA   Skin Tone MEDIUM   Can be Identified NO

Is this person not Proficient in English?: NO   Complexion CLEAR

If Yes, Indicate Language:

Accent: NO   Soc Security #:

Occupation: UNKNOWN

Gang/Crew Affiliation: NO

Name

Identifiers:

Identification ID: None

Identification #

Physical Condition APPARENTLY NORMAL   Lic/Permit Type:

Drug Used: NONE   Lic/Permit No:

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME PERMANENT | | | | | | |



Phone # and E-Mail Address:
CELL:
E-MAIL:

| N Y C H A Resident: NO | N Y C Housing Employee: | On Duty |
| Development: | N.Y.C. Transit Employee: | |

**Physical Force: NONE**

| Used Transit System: NO |
| Station Entered: |
| Time Entered: |
| Metro Card Type: |
| Metro Card Used/Poses: |
| Card #: |

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | USED CC |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | OUTERWEAR - WAIST LENGTH JACKET - PINK |
| CLOTHING | FOOTWEAR SNEAKERS BLACK |
| CLOTHING | ACCESSORIES - UNK - UNKNOWN COLOR |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | UNKNOWN |
| IMPERSONATION | UNKNOWN |

**JUVENILE DATA:**                                    Arrest #: M19651380

| | Relative Notified | Personal Recog |
| Number Of Priors: 0 | Name: | |
| School Attending: | Phone Called: | |
| Mother's Maiden Name: | Time Notified: | |

**ASSOCIATED ARRESTS**                               Arrest # M19651380

| ARREST ID | COMPLAINT # |
|---|---|
| M19650515 | 2019-018-08424 |

**No Vehicles for Arrest #**

**DEFENDANTS CALLS:**                                Arrest #: M19651380

| CALL # | NUMBER DIALED | NAME PROVIDED BY DEFENDANT | NAME AS LISTED IN CELL PHONE | RELATIONSHIP | CALL COMPLETED |
|---|---|---|---|---|---|
| 1 | | THOMPSON,BRIAN | NONE | FATHER | YES |

**INVOICES:**                                        Arrest #: M19651380

| INVOICE# | COMMAND | PROPERTY TYPE | VALUE |
|---|---|---|---|

**ARREST RULES:**                                    Arrest #: M19651380

ARREST PROCESSING TYPE : O
OFFENCE DATE : 10/14/2019
AGE AT TIME OF OCCURRENCE  19
AGE BAND : C_RTA_2019
JUV. OFFENDER CHARGE : , IS JUV .OFFENDER : FALSE
JUV. DELINQUENT CHARGE : , IS JUV.DELINQUENT : FALSE
JUV ADOLESCENT CHARGE : , IS ADOLESCENT  FALSE

**ARRESTING OFFICER: DT3 MICHAEL S PALAM**        Arrest # M19651380

| Tax Number: 928918 | On Duty: YES | Force U ed  NO - No Force Used by any MOS |
| Other ID (non-NYPD): 0 | In Uniform: NO | Type |
| Shield 3256 | Squad B | Reason: |
| Department: NYPD | Chart: 08 | Officer Injured: NO |
| Command: 243 | Primary Assignment: INVESTIGATIVE | Officer Body Worn Camera: NO |
| | | TRI Number  0000 000 00000 Suffix 0 |

| Arresting Officer Name: DT3 PALAM, MICHAEL S | Tax #: 928918 | Command: 243 | Agency: NYPD |
|---|---|---|---|
| Supervisor Approving: SDS SOLARSH MITCHE | Tax #: 937568 | Command: 243 | Agency: NYPD |

| Report Entered by<br>DT3 PALAM, MICHAEL | Tax #<br>928918 | Command<br>243 | Agency<br>NYPD |
|---|---|---|---|

**END OF ARREST REPORT**
M19651380

Print this Report