# SUPERIOR COURT
# Bench Warrant
### SUPREME COURT OF THE CITY OF NEW YORK

| Part: | Return Part: | County: | SUPREME COURT NUMBER/YEAR |
|---|---|---|---|
| 73 | 73 | NEW YORK | 02878-2018 |

### IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK:

To any Police Officer of the City of New York.

An Accusatory instrument having been filed with this Court Charging

## THOMPSON, KYLASYIA

the defendant in the criminal action herein, with the commission of the offense of

**PL14020(00) F**

AND ☐ The defendant not having been arraigned upon the accusatory instrument by which this criminal action against the defendant was commenced and this Court requiring the defendant's appearance before it for the purpose of arraignment,

☒ The defendant having been arraigned upon the accusatory instrument by which this criminal action against the defendant was commenced and this criminal action being pending in the Court and this Court requiring the defendant's appearance before it,

☐ The defendant having been convicted of and having been sentence to and this Court requiring the defendant's appearance before it,

You are, therefore, commanded forthwith to arrest the defendant named above and bring him before this Court without unnecessary delay.

BY ORDER OF THE COURT:

GP ROBERTS
JUSTICE OF THE SUPREME COURT

Bail Condition Violated:                    Date of Warrant: 11/06/2019

| | | | | |
|---|---|---|---|---|
| NCIC No: | | DCJS No: | OCA No: | |
| Defendant Name: | THOMPSON, KYLASYIA | | Sex: | FEMALE |
| AKA: | | Hl: 5'6" | Wgt: | 110 |
| Race: | | DOB: | Age: | 19 |
| Eyes: | BLACK | Hair: BROWN | Skin Tone: | DARK |
| Driver Lic No: | | Yr Lic Exp: | Lic St: | |
| SSN: | | | NYSID: | |
| ADDRESS: | | | | |
| Arrest Date: | 08/01/2018 | Precinct: 017 | Arrest ID: | N18640497 |
| Charge: | PL | Penal Law: 14020 | Crime Class: | F |
| Dept/Agency: | NY0303000 | Command: 242 | Tax Reg #: | 915033 |
| Officer Name: | GLENN GODINO | | Shield #: | 02758 |

 N