```
27-DEC-22 16:28         Inmate Movement History Log (QHMOV)

BK&CS: [redacted]         Name: THOMPSON, KYLASYIA                    NYSID: [redacted]
       Admit - Location: CNC3        Date: 22-NOV-19  Time: 01:27:07
       Disch - Location: RMSC        Date: 25-NOV-19  Time: 20:54:05

                                               |             Reason    Housing    Housing
Branch    Date       Time      From    | To     Code       Facility    Area
------    ---------- --------- ------  | ------ --------   --------    --------
          22-NOV-19  05:07:12  CNC3    | RMSC   CRTXFER
          22-NOV-19  05:08:11  CNC3    | RMSC   XFER       RMSC        RR
          22-NOV-19  06:29:12  RMSC    | SNC1   CRT        RMSC        RR
          22-NOV-19  08:42:18  RMSC    | SNC9   CRT        RMSC        RR
          22-NOV-19  12:49:20  SNC9    | RMSC   CRTRET     RMSC        RR
          22-NOV-19  19:27:15  SNC9    | RMSC   CRTRET     RMSC        RR
          23-NOV-19  01:53:11          |        HOUSING    RMSC        SOUTH 5B
          25-NOV-19  20:54:24  RMSC    |        DISC
```

P 0