

New York City Comptroller
Scott M. Stringer

Centre St
New York, NY 100

Form Version: NYC-COMPT-BLA-PI1-

# Personal Injury Claim Form

Electronically filed claims must be filed within 90 days of the occurrence using the Office of the NYC Comptroller's website. If the claim is not resolved within one (1) year and 90 days of the occurrence, you must start a separate legal action in a court of law before the expiration of this time period to preserve your rights.

**filing:** ○ On behalf of myself.

○ On behalf of someone else. If on someone else's behalf, please provide the following information.

| | |
|---|---|
| Name: | |
| Name: | |
| tionship to claimant: | |

## mant Information

| | |
|---|---|
| t Name: | Phillips |
| t Name: | Paul |
| dress: | [redacted] |
| ress 2: | |
| /: | [redacted] |
| te: | [redacted] |
| Code: | [redacted] |
| intry: | USA |
| e of Birth: | [redacted] Format: MM/DD/YYYY |
| Sec. #: | [redacted] |
| N: (dicare #) | [redacted] |
| e of Death: | Format: MM/DD/YYYY |
| ne: | [redacted] |
| ail Address: | [redacted] |
| ype Email ress: | [redacted] |
| pation: | disabled |
| Employee? | ○ Yes  ● No  ○ NA |
| der | ● Male  ○ Female  ○ Other |

● Attorney is filing.

### Attorney Information (If claimant is represented by attorne

| | |
|---|---|
| Firm or Last Name: | Wasserman, Steven |
| Firm or First Name: | The Legal Aid Society |
| Address: | 199 Water Street |
| Address 2: | |
| City: | New York |
| State: | NEW YORK |
| Zip Code: | 10038 |
| Tax ID: | [redacted] |
| Phone #: | (212) 577-3387 |
| *Email Address: | swasserman@legal-aid.org |
| *Retype Email Address: | swasserman@legal-aid.org |

### The time and place where the claim arose

| | |
|---|---|
| *Date of Incident: | 07/04/2020  Format: MM/DD/YYYY |
| Time of Incident: | 12:00 AM  Format: HH:MM AM/PM |
| *Location of Incident: | Rikers Island C-95 AMKC |
| Address: | 18-18 Hazen St. |
| Address 2: | |
| City: | E. Elmhurst NYC |
| *State: | NEW YORK |
| Borough: | QUEENS |



New York City Comptroller
Scott M. Stringer

New York, NY 10␣

| Manner in which claim arose: | Claimant was detained by NYPD and NYCDOC for 3 or 4 days, based on a 32-year-old outstanding NY County warrant which proved to be non-existent. |
|---|---|
| | Claimant was released after the Bronx District Attorney determined that there was no basis for his detention. |



New York City Comptroller
Scott M. Stringer

1 Centre Str
New York, NY 100

**items of** **age or injuries** **ned are** **lude dollar** **unts):**

In addition to the loss of 3 or 4 days' liberty, Claimant, who suffers from bipolar disorder, was unjustifiably deprive proper medication, and suffered ongoing psychological damage.



**New York City Comptroller**
Scott M. Stringer

Centre Str
New York, NY 100

### lical Information

| | |
|---|---|
| reatment Date: | Format: MM/DD/YYYY |
| pital/Name: | |
| ress: | |
| ress 2: | |
| e: | |
| Code: | |
| Treated in rgency Room: | Format: MM/DD/YYYY |
| claimant taken to hospital by mbulance? | ○ Yes   ○ No   ○ NA |

### ployment Information (If claiming lost wages)

| | |
|---|---|
| loyer's Name: | |
| ress | |
| ress 2: | |
| e: | |
| Code: | |
| k Days Lost: | |
| ount Earned kly: | |

### ating Physician Information

| | |
|---|---|
| Name: | |
| Name: | |
| ress: | |
| ress 2: | |
| e: | |
| Code: | |

### Witness 1 Information

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | Phone: |

### Witness 2 Information

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | Phone: |

### Witness 3 Information

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | Phone: |

### Witness 4 Information

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | Phone: |



New York City Comptroller
Scott M. Stringer

1 Centre Str
New York, NY 100

**Complete if claim involves a NYC vehicle**

ner of vehicle claimant was traveling in

Name:
Name:
ress
ress 2:

e:
Code:

**Non-City vehicle driver**

Last Name:
First Name:
Address
Address 2:
City:
State:
Zip Code:

**Irance Information**

rance Company
ie:
ress
ress 2:

e:
Code:
:y #:
ie #:

**Non-City vehicle information**

Make, Model, Year of Vehicle:
Plate #:
VIN #:

**City vehicle information**

Plate #:

City Driver Last Name:
City Driver First Name:

cription of
mant:
○ Driver   ○ Passenger
○ Pedestrian   ○ Bicyclist
○ Motorcyclist   ○ Other

il Amount
med: $100,000.00

*Format: Do not include "$" or ","*.

**Total Amount Claimed** can only be entered once the following
iired fields are entered:

mant Last Name
mant First Name
mant Address, City, State, Zip Code, and Country
mant Email or Attorney Email
e of Incident
ition of Incident (including State)
iner in which claim arose

certify that all information contained in this notice is true and correct to the best of my knowledge and belief. I understand that the willfu