

November 6, 2024

Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007-1312

By Electronic Filing with Email Copy (Per the Court's Rules).

    Re:    <u>Phillips v. City of New York</u>, 21-CV-8149 (ALC)(SLC)

Dear Judge Carter:

    My firm, with co-counsel represents Plaintiffs and the putative class in the case above. I write, with Defendants' consent, to ask (1) for a 30 day extension to oppose the pending motion to dismiss and (2) for an expansion of the ordinary page limit to 35 pages.

    Per the Court's rules: (1) the original deadline for Plaintiffs' opposition is November 11, 2024, (2) there are no prior requests (so (3) is not applicable), and (4) Defendants consent. This request will not alter any other deadline, so no proposed Revised Scheduling Order is attached.

    As always, we thank the Court for its continued time and attention.

    Respectfully submitted,

    /s/
    _____
    J. Remy Green
    *Honorific/Pronouns: Mx., they/their/them*
    **COHEN&GREEN P.L.L.C.**
    *Attorneys for Plaintiffs*
    1639 Centre St., Suite 216
    Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.