# COHEN&GREEN

**MEMO ENDORSED**

January 7, 2025

Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __January 7, 2025__

By Electronic Filing with Email Copy (Per the Court's Rules).

Re:  **Phillips v. City of New York**, 21-CV-8149 (ALC)(SLC)

Dear Judge Carter:

My firm, with co-counsel represents Plaintiffs and the putative class in the case above. I write, with Defendants' consent, to ask for a two-week extension to oppose the pending motion to dismiss.[1] With the extension, the new deadline will be Friday, January 24, 2025.

Per the Court's rules: (1) the original deadline for Plaintiffs' opposition was November 11, 2024, (2) there were two prior requests, (3) those requests were granted, and (4) Defendants consent. This request will not alter any other deadline, so no proposed Revised Scheduling Order is attached.

As always, we thank the Court for its continued time and attention.

Respectfully submitted,

/s/
_____
J. Remy Green
 *Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiffs*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.

SO ORDERED:
/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

January 7, 2025
New York, NY

---

[1] With apologies, for personal medical reasons, the time I had allocated to handle drafting on the opposition over the holidays was ultimately not available. If the Court is inclined not to grant this request, I can submit more details under seal.