

February 18, 2025

Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007-1312

By Electronic Filing with Email Copy (Per the Court's Rules).

  Re: <u>Phillips v. City of New York</u>, 21-CV-8149 (ALC)(SLC)

Dear Judge Carter:

 My firm, with co-counsel represents Plaintiffs and the putative class in the case above. I write, with Defendants' consent, to ask for an expansion of the page limit on Plaintiffs opposition to Defendants' motion to dismiss to 45 pages.

 Defendants' brief is 35 pages and the Court already granted leave for 35 pages. However, addressing some of the arguments is going to take more space than the arguments themselves. As we noted to Defendants, we have no objection to any request they have on reply. Defendants have consented.

 As always, we thank the Court for its continued time and attention.

            Respectfully submitted,

             /s/
            _____
            J. Remy Green
             *Honorific/Pronouns: Mx., they/their/them*
            **COHEN&GREEN P.L.L.C.**
            *Attorneys for Plaintiffs*
            1639 Centre St., Suite 216
            Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.