

remy green <remy@femmelaw.com>

## Fw: Request for immediate action to vacate warrants

**From:** Wolf, Shiri <SWolf@justice.nyc.gov>
**Sent:** Thursday, January 28, 2021 1:11 PM
**To:** Ndiaye, Marie <MNdiaye@legal-aid.org>; Mathews-Novelli, Scott <SMathews-Novelli@cityhall.nyc.gov>
**Cc:** Cassel, Sarah <SCassel@cityhall.nyc.gov>; Joseph, Tresa <TJoseph@cityhall.nyc.gov>; Logan, Deanna <DLogan@justice.nyc.gov>
**Subject:** RE: Request for immediate action to vacate warrants

Adding Deanna.

Marie,

- DOC is aware when someone is brought in on a warrant because that fact is included on the New Admission Form. DOC also gets a copy of the warrant.
- DOC has designated an individual to be primarily responsible for addressing this issue. He has reviewed a list of everyone who was in with a warrant to identify those individuals who were lodged solely on the basis of an

outstanding criminal or supreme court warrant. He then contacted and provided those names to the chief clerks in each criminal part to ensure those individuals were brough before a judge expeditiously.

- Going forward, he will review this list on daily, and notify the appropriate clerk if he identifies someone who falls into the above category so that this individual is brought before a judge expeditiously.

We are not in a position to provide you with case-specific information. I am working on getting you the appropriate contact at DOC. Within OCA, that would be the chief clerk in each borough.

**From:** Ndiaye, Marie <MNdiaye@legal-aid.org>
**Sent:** Wednesday, January 27, 2021 11:52 AM
**To:** Wolf, Shiri <SWolf@justice.nyc.gov>; Mathews-Novelli, Scott <SMathews-Novelli@cityhall.nyc.gov>
**Cc:** Cassel, Sarah <SCassel@cityhall.nyc.gov>; Joseph, Tresa <TJoseph@cityhall.nyc.gov>
**Subject:** Re: Request for immediate action to vacate warrants

Hi Shiri,

Thank you very much for this update. I think you knew this was coming, but can you tell me the details of the process and the identities of the people at DOC and OCA who are tasked with tracking the issue? Is there going to be a notification from NYPD once they pick someone up on a warrant and who is being notified? When will the attorney or defenders office be told that someone was picked up? It would also be helpful for us to know who to contact at DOC/OCA if we suspect this is an issue. Sorry to be a pain but I don't really want to announce that this issue is resolved without having any details. Thanks.

Marie



**Marie Ndiaye**
*Supervising Attorney*
Decarceration Project
P: 212-577-3437
F: 646-219-5411
unlockjustice.org  |@DecarcerateNYC

**From:** Wolf, Shiri <SWolf@justice.nyc.gov>
**Sent:** Tuesday, January 26, 2021 12:06 PM
**To:** Ndiaye, Marie <MNdiaye@legal-aid.org>; Mathews-Novelli, Scott <SMathews-Novelli@cityhall.nyc.gov>
**Cc:** Cassel, Sarah <SCassel@cityhall.nyc.gov>; Joseph, Tresa <TJoseph@cityhall.nyc.gov>
**Subject:** RE: Request for immediate action to vacate warrants

Hi Marie,

Some updates: We have worked with DOC, PD, and OCA to make sure there are better processes in place. In addition, both the courts and DOC now have individuals assigned to address and track these cases when they occur. There should be a significant improvement on this issue. If you continue to hear about it, please let us know.

**From:** Ndiaye, Marie <MNdiaye@legal-aid.org>
**Sent:** Friday, January 22, 2021 1:00 PM
**To:** Wolf, Shiri <SWolf@justice.nyc.gov>; Mathews-Novelli, Scott <SMathews-Novelli@cityhall.nyc.gov>
**Cc:** Cassel, Sarah <SCassel@cityhall.nyc.gov>; Joseph, Tresa <TJoseph@cityhall.nyc.gov>
**Subject:** Re: Request for immediate action to vacate warrants

Thank you, appreciate it.

Have a great weekend.



**Marie Ndiaye**
*Supervising Attorney*
Decarceration Project
P: 212-577-3437
F: 646-219-5411

[unlockjustice.org](unlockjustice.org) | @DecarcerateNYC

---

**From:** Wolf, Shiri <SWolf@justice.nyc.gov>
**Sent:** Thursday, January 21, 2021 1:57 PM
**To:** Ndiaye, Marie <MNdiaye@legal-aid.org>; Mathews-Novelli, Scott <SMathews-Novelli@cityhall.nyc.gov>
**Cc:** Cassel, Sarah <SCassel@cityhall.nyc.gov>; Joseph, Tresa <TJoseph@cityhall.nyc.gov>
**Subject:** RE: Request for immediate action to vacate warrants

Good afternoon, Marie,

Thank you for following up. We are in active communication with DOC, PD, and OCA on this issue. As soon as I have any concrete update on these efforts, I will share it with you, but know that I am working on it.

---

**From:** Ndiaye, Marie <MNdiaye@legal-aid.org>
**Sent:** Thursday, January 21, 2021 1:25 PM
**To:** Mathews-Novelli, Scott <SMathews-Novelli@cityhall.nyc.gov>
**Cc:** Cassel, Sarah <SCassel@cityhall.nyc.gov>; Joseph, Tresa <TJoseph@cityhall.nyc.gov>; Wolf, Shiri <SWolf@justice.nyc.gov>
**Subject:** Re: Request for immediate action to vacate warrants

Hi Scott,

I hope all is well. I just want to follow up on our conversation regarding the warrant issue. Is there any update on this that you can provide? Thank you.

Best,



**Marie Ndiaye**
*Supervising Attorney*
Decarceration Project
P: 212-577-3437
F: 646-219-5411

[unlockjustice.org](unlockjustice.org) | @DecarcerateNYC

---

**From:** Mathews-Novelli, Scott <SMathews-Novelli@cityhall.nyc.gov>
**Sent:** Monday, January 4, 2021 3:52 PM
**To:** Ndiaye, Marie <MNdiaye@legal-aid.org>
**Cc:** Cassel, Sarah <SCassel@cityhall.nyc.gov>; Joseph, Tresa <TJoseph@cityhall.nyc.gov>; Wolf, Shiri

<SWolf@justice.nyc.gov>; Luongo, Tina <JMLuongo@legal-aid.org>
**Subject:** RE: Request for immediate action to vacate warrants

Sounds good

---
Scott Mathews-Novelli
MOCJ
646-995-8530 (Mobile)

**From:** Ndiaye, Marie <MNdiaye@legal-aid.org>
**Sent:** Monday, January 04, 2021 3:51 PM
**To:** Mathews-Novelli, Scott <SMathews-Novelli@cityhall.nyc.gov>
**Cc:** Cassel, Sarah <SCassel@cityhall.nyc.gov>; Joseph, Tresa <TJoseph@cityhall.nyc.gov>; Wolf, Shiri <SWolf@justice.nyc.gov>; Luongo, Tina <JMLuongo@legal-aid.org>
**Subject:** Re: Request for immediate action to vacate warrants

I'll forward the invitation to whoever else I get to join.



**Marie Ndiaye**
*Supervising Attorney*
Decarceration Project
P: 212-577-3437
F: 646-219-5411

unlockjustice.org |@DecarcerateNYC

---

**From:** Mathews-Novelli, Scott <SMathews-Novelli@cityhall.nyc.gov>
**Sent:** Monday, January 4, 2021 3:50 PM
**To:** Ndiaye, Marie <MNdiaye@legal-aid.org>
**Cc:** Cassel, Sarah <SCassel@cityhall.nyc.gov>; Joseph, Tresa <TJoseph@cityhall.nyc.gov>; Wolf, Shiri <SWolf@justice.nyc.gov>; Luongo, Tina <JMLuongo@legal-aid.org>
**Subject:** RE: Request for immediate action to vacate warrants

Thanks, Marie. Will send an invite shortly. Should I include anyone else from LAS?

---
Scott Mathews-Novelli
MOCJ
646-995-8530 (Mobile)

**From:** Ndiaye, Marie <MNdiaye@legal-aid.org>
**Sent:** Monday, January 04, 2021 3:39 PM
**To:** Mathews-Novelli, Scott <SMathews-Novelli@cityhall.nyc.gov>
**Cc:** Cassel, Sarah <SCassel@cityhall.nyc.gov>; Joseph, Tresa <TJoseph@cityhall.nyc.gov>; Wolf, Shiri <SWolf@justice.nyc.gov>; Luongo, Tina <JMLuongo@legal-aid.org>
**Subject:** Re: Request for immediate action to vacate warrants

Hi Scott,

Thank you for reaching out. I am available Wednesday at 3, Thursday at 10:30 or Friday either of those times.

Best,



**Marie Ndiaye**
*Supervising Attorney*
Decarceration Project
P: 212-577-3437
F: 646-219-5411
unlockjustice.org |@DecarcerateNYC

---

**From:** Mathews-Novelli, Scott <SMathews-Novelli@cityhall.nyc.gov>
**Sent:** Monday, January 4, 2021 3:33 PM
**To:** Ndiaye, Marie <MNdiaye@legal-aid.org>
**Cc:** Cassel, Sarah <SCassel@cityhall.nyc.gov>; Joseph, Tresa <TJoseph@cityhall.nyc.gov>; Wolf, Shiri <SWolf@justice.nyc.gov>; Luongo, Tina <JMLuongo@legal-aid.org>
**Subject:** RE: Request for immediate action to vacate warrants

Hi Marie,

I hope that this email finds you well.

We were wondering if you and any LAS colleagues had time later this week to discuss this issue with MOCJ staff. Are you available Wednesday at 3; Thursday at 10:30, 11:30, or 4:30; or Friday between 11-12 or 2-3?

Best,
Scott

---
Scott Mathews-Novelli
MOCJ
646-995-8530 (Mobile)

---

**From:** Ndiaye, Marie <MNdiaye@legal-aid.org>
**Sent:** Wednesday, December 23, 2020 11:09 AM
**To:** Cassel, Sarah <SCassel@cityhall.nyc.gov>
**Subject:** Fw: Request for immediate action to vacate warrants


**Marie Ndiaye**
*Supervising Attorney*
Decarceration Project
P: 212-577-3437
F: 646-219-5411
unlockjustice.org |@DecarcerateNYC

---

**From:** Ndiaye, Marie
**Sent:** Friday, December 11, 2020 10:58 AM
**To:** ebiben@nycourts.gov <ebiben@nycourts.gov>; jrod3@nycourts.gov <jrod3@nycourts.gov>; dgreen@nycourts.gov <dgreen@nycourts.gov>; tamaker@nycourts.gov <tamaker@nycourts.gov>;

JZayas@nycourts.gov <JZayas@nycourts.gov>; mdemic@nycourts.gov <mdemic@nycourts.gov>; Heidi.Grossman@doc.nyc.gov <Heidi.Grossman@doc.nyc.gov>
**Cc:** ncjohnso@nycourts.gov <ncjohnso@nycourts.gov>; DLogan@justice.nyc.gov <DLogan@justice.nyc.gov>; jbarry@nycourts.gov <jbarry@nycourts.gov>; wesley.bauman@doc.nyc.gov <wesley.bauman@doc.nyc.gov>; dbergema@nycourts.gov <dbergema@nycourts.gov>; Luongo, Tina <JMLuongo@legal-aid.org>; Stoughton, Corey <CStoughton@legal-aid.org>; lmarks@nycourts.gov <lmarks@nycourts.gov>; McGrath, Michelle <MMcGrath@legal-aid.org>
**Subject:** Request for immediate action to vacate warrants

Good morning-

I hope this email finds you well. Please see the attached letter concerning Legal Aid clients that are arrested on outstanding bench warrants and are not brought before the court in a timely manner. We appreciate your attention to this matter and hope to hear from you soon about resolving this issue.

Best,



**Marie Ndiaye**
*Supervising Attorney*
Decarceration Project
P: 212-577-3437
F: 646-219-5411
unlockjustice.org | @DecarcerateNYC

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) and may contain legally privileged and/or confidential information. If you are not the intended recipient, please do not disclose, distribute or copy this communication. Please notify the sender that you have received this e-mail in error and delete the original and any copy of the e-mail.

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) and may contain legally privileged and/or confidential information. If you are not the intended recipient, please do not disclose, distribute or copy this communication. Please notify the sender that you have received this e-mail in error and delete the original and any copy of the e-mail.

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) and may contain legally privileged and/or confidential information. If you are not the intended recipient, please do not disclose, distribute or copy this communication. Please notify the sender that you have received this e-mail in error and delete the original and any copy of the e-mail.

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) and may contain legally privileged and/or confidential information. If you are not the intended recipient, please do not disclose, distribute or copy this communication. Please notify the sender that you have received this e-mail in error and delete the original and any copy of the e-mail.

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) and may contain legally privileged and/or confidential information. If you are not the intended recipient, please do not disclose, distribute or copy this communication. Please notify the sender that you have received this e-mail in error and delete the original and any copy of the e-mail.

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) and may contain legally privileged and/or confidential information. If you are not the intended recipient, please do not disclose, distribute or copy this communication. Please notify the sender that you have received this e-mail in error and delete the original and any copy of the e-mail.