# Paul Phillips Timeline

