# Khaori Wright Timeline



- 3/18/2020 8:29 p.m., Wright is initially arrested ECF No. 188-3; 188-4)
- 3/19/2020 9:36 a.m., Wright is transported to Brooklyn Central Booking (ECF No. 188-4)
- 3/19/2020 11:03 p.m., Wright is released, DA declined to prosecute (ECF No. 188-4)
- 3/20/2020 1:22 a.m., Wright taken to hospital for jaw pain, NYPD notes intent to "return[]" him court in the morning for a "supreme court warrant" (which did not ultimately happen) (ECF No. 188-4)
- 3/20/2020 Early morning, Wright's jaw is wired shut, and he now requires liquid diet (TAC ¶ 234-247). Mr. Wright does not receive any food he can consume from this point forward (id.).
- 3/20/2020 11:54 a.m., Wright transferred to DOC custody at Brooklyn Criminal Court ("CKS1") (ECF No. 188-6)
- 3/20/2020 11:59 a.m., Wright transferred from CKS1 to Kross ("AMKC") (ECF No. 188-6)
- 3/21/2020 - 3/24/2020, No change or transfer to court to address the warrant (TAC ¶¶ 248-256, ECF No. 188-6)
- 3/25/2020 12:53 p.m., Wright transferred from AMKC to Vernon C. Bain ("MTF3") (ECF No. 188-6)
- 3/25/2020 6:51 p.m., Wright transferred from AMKC to MTF3, apparently again (ECF No. 188-6)
- 3/26/2020 - 4/03/2020, No change or transfer to court to address the warrant (TAC ¶¶ 254-278, ECF No. 188-6)
- 7/6/2020 After an attorney appears, a judge orders Wright's release; he is released (TAC ¶¶ 279-281; ECF No. 188-6).