# Randy Rosario Timeline

