# Kylasyia Thompson Timeline

