

April 8, 2025

Hon. Andrew L. Carter, Jr., U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007-1312

By Electronic Filing.

   Re: <u>Phillips v. City of New York</u>, 21-CV-8149 (ALC)(SLC)

Dear Judge Carter:

 My firm, with co-counsel represents Plaintiffs and the putative class in the case above.

 As provided for by the Court's Individual Practice § 2(F), Plaintiffs request oral argument on the pending motion to dismiss and strike the class action allegations.

 As always, we thank the Court for its continued time and attention.

           Respectfully submitted,

           /s/
           _____
           J. Remy Green
            *Honorific/Pronouns: Mx., they/their/them*
           **COHEN&GREEN P.L.L.C.**
           *Attorneys for Plaintiffs*
           1639 Centre St., Suite 216
           Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.