# COHEN & GREEN

**MEMO ENDORSED**

April 8, 2025

Hon. Andrew L. Carter, Jr., U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/28/2025

By Electronic Filing.

Re:   Phillips v. City of New York, 21-CV-8149 (ALC)(SLC)

Dear Judge Carter:

My firm, with co-counsel represents Plaintiffs and the putative class in the case above.

As provided for by the Court's Individual Practice § 2(F), Plaintiffs request oral argument on the pending motion to dismiss and strike the class action allegations.

As always, we thank the Court for its continued time and attention.

Respectfully submitted,

/s/
_____
J. Remy Green
  *Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiffs*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.

Defendants are hereby ORDERED to respond to Plaintiffs' request for oral argument by **July 31, 2025**. The Clerk of Court is respectfully directed to terminate the pending motion at Dkt. No. 206.

SO ORDERED:

/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

July 28, 2025