UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

PAUL PHILLIPS, et. al.

Plaintiffs,

-against-

THE CITY OF NEW YORK, et. al.,

Defendants.

-------------------------------------------------------------X

**ANSWER OF DEFENDANTS CITY OF NEW YORK, MICHAEL PRILOOK, GABRIEL MONTALVO, EDWARD HORTON, KRYSTALBELLA MURNANE-VICTORELLI, DR. DAVID ROSENBERG, DR. AUNG OO, DR. JASDEEP MANGAT, RENAN BEAUCHARD, TERRY GRAVESANDE, MIREILLE ZAMY, TERRY HAILAND, CHRISTOPHER JOHNSON AND ROMAN MASLOVSKIY TO CORRECTED THIRD AMENDED COMPLAINT**

JURY TRIAL DEMANDED

21 Civ. 8149 (ALC)(SLC)

Defendants City of New York, Michael Prilook, Gabriel Montalvo, Edward Horton, Krystalbella Murnane-Victorelli, Dr. David Rosenberg, Dr. Aung Oo, Dr. Jasdeep Mangat, Renan Beauchard, Terry Gravesande, Mireille Zamy, Terra Hailand, Christopher Johnson and Ronan Maslovskiy, by their attorney, Muriel Goode Trufant, Corporation Counsel of the City of New York, for their answer to the remaining claims in plaintiffs' Corrected Third Amended Complaint, respectfully allege, upon information and belief, as follows:

1. Deny the allegations set forth in paragraph "1" of the Complaint.

2. Deny the allegations set forth in paragraph "2" of the Complaint.

3. Deny the allegations set forth in paragraph "3" of the Complaint.

4. Deny the allegations set forth in paragraph "4" of the Complaint.

5. Deny the allegations set forth in paragraph "5" of the Complaint.

6. Deny the allegations set forth in paragraph "6" of the Complaint.

7.   Deny the allegations set forth in paragraph "7" of the Complaint.

8.   Deny the allegations set forth in paragraph "8" of the Complaint.

9.   Deny the allegations set forth in paragraph "9" of the Complaint.

10. Deny the allegations set forth in paragraph "10" of the Complaint.

11. Deny the allegations set forth in paragraph "11" of the Complaint.

12. Deny the allegations set forth in paragraph "12" of the Complaint.

13. Deny the allegations set forth in paragraph "13" of the Complaint.

14. Deny the allegations set forth in paragraph "14" of the Complaint.

15. Deny the allegations set forth in paragraph "15" of the Complaint.

16. Deny the allegations set forth in paragraph "16" of the Complaint.

17. Deny the allegations set forth in paragraph "17" of the Complaint.

18. Deny the allegations set forth in paragraph "18" of the Complaint.

19. Deny the allegations set forth in paragraph "19" of the Complaint.

20. Deny the allegations set forth in paragraph "20" of the Complaint, except admit only that plaintiffs purport to bring this action and assert claims, as stated therein.

21. Deny the allegations set forth in paragraph "21" of the Complaint, except admit only that plaintiffs purport to invoke the Court's jurisdiction, as stated therein.

22. Deny the allegations set forth in paragraph "22" of the Complaint, except admit only that plaintiffs purport to invoke the Court's jurisdiction, as stated therein.

23. Deny the allegations set forth in paragraph "23" of the Complaint, except admit only that plaintiffs purport to lay venue, as stated therein.

24. Deny the allegations set forth in paragraph "24" of the Complaint, except admit only that plaintiff Paul Phillips purports to bring this action and assert claims, as stated therein.

25. The allegations set forth in paragraph "25" of the Complaint are not averments of fact, but rather are legal conclusions to which no response is required.

26. Deny the allegations set forth in paragraph "26" of the Complaint, except admit only that the plaintiff Phillips's claim has not been paid or adjusted.

27. The allegations set forth in paragraph "27" of the Complaint are not averments of fact, but rather are legal conclusions to which no response is required.

28. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "28" of the Complaint.

29. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "29" of the Complaint.

30. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "30" of the Complaint.

31. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "31" of the Complaint.

32. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "32" of the Complaint.

33. Deny the allegations set forth in paragraph "33" of the Complaint, except admit only that the City of New York is a municipal corporation that maintains the NYPD and respectfully refers the court to the New York City Charter and the Administrative Code for a

recitation of the relationship between defendant City and the NYPD, and maintains a department of corrections and correctional facilities.

34. Deny the allegations set forth in paragraph "34" of the Complaint.

35. Deny the allegations set forth in paragraph "35" of the Complaint, except admit only that Michael Prilook was an NYPD detective, and that plaintiffs purport to bring this action and assert claims, as stated therein.

36. Deny the allegations set forth in paragraph "36" of the Complaint, except admit only that Gabriel Montalvo was a DOC correction officer, and that plaintiffs purport to bring this action and assert claims, as stated therein.

37. Deny the allegations set forth in paragraph "37" of the Complaint, except admit only that Edward Horton was a DOC captain, and that plaintiffs purport to bring this action and assert claims, as stated therein.

38. Deny the allegations set forth in paragraph "38" of the Complaint.

39. Deny the allegations set forth in paragraph "39" of the Complaint.

40. Deny the allegations set forth in paragraph "40" of the Complaint.

41. Deny the allegations set forth in paragraph "41" of the Complaint.

42. Deny the allegations set forth in paragraph "42" of the Complaint.

43. Deny the allegations set forth in paragraph "43" of the Complaint.

44. Deny the allegations set forth in paragraph "44" of the Complaint.

45. Deny the allegations set forth in paragraph "45" of the Complaint.

46. Deny the allegations set forth in paragraph "46" of the Complaint.

47. Deny the allegations set forth in paragraph "47" of the Complaint.

48. Deny the allegations set forth in paragraph "48" of the Complaint, except admit only that plaintiffs purport to bring this action and assert claims, as stated therein.

49. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "49" of the Complaint.

50. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "50" of the Complaint.

51. Deny the allegations set forth in paragraph "51" of the Complaint.

52. Deny the allegations set forth in paragraph "52" of the Complaint.

53. Deny the allegations set forth in paragraph "53" of the Complaint.

54. Deny the allegations set forth in paragraph "54" of the Complaint.

55. Deny the allegations set forth in paragraph "55" of the Complaint.

56. Deny the allegations set forth in paragraph "56" of the Complaint.

57. Deny the allegations set forth in paragraph "57" of the Complaint.

58. Deny the allegations set forth in paragraph "58" of the Complaint.

59. Deny the allegations set forth in paragraph "59" of the Complaint.

60. Deny the allegations set forth in paragraph "60" of the Complaint.

61. Deny the allegations set forth in paragraph "61" of the Complaint.

62. Deny the allegations set forth in paragraph "62" of the Complaint.

63. Deny the allegations set forth in paragraph "63" of the Complaint.

64. Deny the allegations set forth in paragraph "64" of the Complaint.

65. Deny the allegations set forth in paragraph "65" of the Complaint.

66. Deny the allegations set forth in paragraph "66" of the Complaint.

67. Deny the allegations set forth in paragraph "67" of the Complaint.

68. Deny the allegations set forth in paragraph "68" of the Complaint.

69. Deny the allegations set forth in paragraph "69" of the Complaint.

70. Deny the allegations set forth in paragraph "70" of the Complaint.

71. Deny the allegations set forth in paragraph "71" of the Complaint.

72. Deny the allegations set forth in paragraph "72" of the Complaint.

73. Deny the allegations set forth in paragraph "73" of the Complaint.

74. Deny the allegations set forth in paragraph "74" of the Complaint.

75. Deny the allegations set forth in paragraph "75" of the Complaint.

76. Deny the allegations set forth in paragraph "76" of the Complaint.

77. Deny the allegations set forth in paragraph "77" of the Complaint.

78. Deny the allegations set forth in paragraph "78" of the Complaint.

79. Deny the allegations set forth in paragraph "79" of the Complaint.

80. Deny the allegations set forth in paragraph "80" of the Complaint.

81. Deny the allegations set forth in paragraph "81" of the Complaint.

82. Deny the allegations set forth in paragraph "82" of the Complaint.

83. Deny the allegations set forth in paragraph "83" of the Complaint.

84. Deny the allegations set forth in paragraph "84" of the Complaint.

85. Deny the allegations set forth in paragraph "85" of the Complaint.

86. Deny the allegations set forth in paragraph "86" of the Complaint.

87. Deny the allegations set forth in paragraph "87" of the Complaint.

88. Deny the allegations set forth in paragraph "88" of the Complaint.

89. Deny the allegations set forth in paragraph "89" of the Complaint.

90. Deny the allegations set forth in paragraph "90" of the Complaint.

91. Deny the allegations set forth in paragraph "91" of the Complaint.

92. Deny the allegations set forth in paragraph "92" of the Complaint.

93. Deny the allegations set forth in paragraph "93" of the Complaint.

94. Deny the allegations set forth in paragraph "94" of the Complaint.

95. Deny the allegations set forth in paragraph "95" of the Complaint.

96. Deny the allegations set forth in paragraph "96" of the Complaint.

97. Deny the allegations set forth in paragraph "97" of the Complaint.

98. Deny the allegations set forth in paragraph "98" of the Complaint.

99. Deny the allegations set forth in paragraph "99" of the Complaint.

100. Deny the allegations set forth in paragraph "100" of the Complaint.

101. Deny the allegations set forth in paragraph "101" of the Complaint.

102. Deny the allegations set forth in paragraph "102" of the Complaint.

103. Deny the allegations set forth in paragraph "103" of the Complaint.

104. Deny the allegations set forth in paragraph "104" of the Complaint.

105. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "105" of the Complaint.

106. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "106" of the Complaint.

107. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "107" of the Complaint.

108. Deny the allegations set forth in paragraph "108" of the Complaint.

109. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "109" of the Complaint.

110.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "110" of the Complaint.

111.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "111" of the Complaint.

112.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "112" of the Complaint.

113.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "113" of the Complaint.

114.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "114" of the Complaint.

115.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "115" of the Complaint.

116.    Deny the allegations set forth in paragraph "116" of the Complaint.

117.    Deny the allegations set forth in paragraph "117" of the Complaint.

118.    Deny the allegations set forth in paragraph "118" of the Complaint.

119.    Deny the allegations set forth in paragraph "119" of the Complaint.

120.    Deny the allegations set forth in paragraph "120" of the Complaint.

121.    Deny the allegations set forth in paragraph "121" of the Complaint.

122.    Deny the allegations set forth in paragraph "122" of the Complaint.

123.    Deny the allegations set forth in paragraph "123" of the Complaint.

124.    Deny the allegations set forth in paragraph "124" of the Complaint, except admit only that the plaintiff Phillips was transported to Rikers Island.

125.    Deny the allegations set forth in paragraph "125" of the Complaint.

126.    Deny the allegations set forth in paragraph "126" of the Complaint.

127.    Deny the allegations set forth in paragraph "127" of the Complaint.

128.    Deny the allegations set forth in paragraph "128" of the Complaint.

129.    Deny the allegations set forth in paragraph "129" of the Complaint.

130.    Deny the allegations set forth in paragraph "130" of the Complaint.

131.    Deny the allegations set forth in paragraph "131" of the Complaint.

132.    Deny the allegations set forth in paragraph "132" of the Complaint.

133.    Deny the allegations set forth in paragraph "133" of the Complaint.

134.    Deny the allegations set forth in paragraph "134" of the Complaint, except admit only that the plaintiff Phillips was in custody at Rikers Island between July 3, 2020 and July 7, 2020.

135.    Deny the allegations set forth in paragraph "135" of the Complaint.

136.    Deny the allegations set forth in paragraph "136" of the Complaint.

137.    Deny the allegations set forth in paragraph "137" of the Complaint.

138.    Deny the allegations set forth in paragraph "138" of the Complaint.

139.    Deny the allegations set forth in paragraph "139" of the Complaint.

140.    Deny the allegations set forth in paragraph "140" of the Complaint.

141.    Deny the allegations set forth in paragraph "141" of the Complaint.

142.    Deny the allegations set forth in paragraph "142" of the Complaint.

143.    Deny the allegations set forth in paragraph "143" of the Complaint.

144.    Deny the allegations set forth in paragraph "144" of the Complaint.

145.    Deny the allegations set forth in paragraph "145" of the Complaint.

146.    Deny the allegations set forth in paragraph "146" of the Complaint.

147.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "147" of the Complaint.

148.    Deny the allegations set forth in paragraph "148" of the Complaint.

149.    Deny the allegations set forth in paragraph "149" of the Complaint.

150.    Deny the allegations set forth in paragraph "150" of the Complaint.

151.    Deny the allegations set forth in paragraph "151" of the Complaint.

152.    Deny the allegations set forth in paragraph "152" of the Complaint.

153.    Deny the allegations set forth in paragraph "153" of the Complaint.

154.    Deny the allegations set forth in paragraph "154" of the Complaint.

155.    Deny the allegations set forth in paragraph "155" of the Complaint.

156.    Deny the allegations set forth in paragraph "156" of the Complaint.

157.    Deny the allegations set forth in paragraph "157" of the Complaint.

158.    Deny the allegations set forth in paragraph "158" of the Complaint.

159.    Deny the allegations set forth in paragraph "159" of the Complaint.

160.    Deny the allegations set forth in paragraph "160" of the Complaint.

161.    Deny the allegations set forth in paragraph "161" of the Complaint.

162.    Deny the allegations set forth in paragraph "162" of the Complaint.

163.    Deny the allegations set forth in paragraph "163" of the Complaint.

164.    Deny the allegations set forth in paragraph "164" of the Complaint.

165.    Deny the allegations set forth in paragraph "165" of the Complaint.

166.    Deny the allegations set forth in paragraph "166" of the Complaint.

167.    Deny the allegations set forth in paragraph "167" of the Complaint.

168.    Deny the allegations set forth in paragraph "168" of the Complaint.

169.    Deny the allegations set forth in paragraph "169" of the Complaint.

170.    Deny the allegations set forth in paragraph "170" of the Complaint.

171.    Deny the allegations set forth in paragraph "171" of the Complaint.

172.    Deny the allegations set forth in paragraph "172" of the Complaint.

173.    Deny the allegations set forth in paragraph "173" of the Complaint.

174.    Deny the allegations set forth in paragraph "174" of the Complaint.

175.    Deny the allegations set forth in paragraph "175" of the Complaint.

176.    Deny the allegations set forth in paragraph "176" of the Complaint.

177.    Deny the allegations set forth in paragraph "177" of the Complaint.

178.    Deny the allegations set forth in paragraph "178" of the Complaint.

179.    Deny the allegations set forth in paragraph "179" of the Complaint.

180.    Deny the allegations set forth in paragraph "180" of the Complaint.

181.    Deny the allegations set forth in paragraph "181" of the Complaint.

182.    Deny the allegations set forth in paragraph "182" of the Complaint.

183.    Deny the allegations set forth in paragraph "183" of the Complaint.

184.    Deny the allegations set forth in paragraph "184" of the Complaint.

185.    Deny the allegations set forth in paragraph "185" of the Complaint.

186.    Deny the allegations set forth in paragraph "186" of the Complaint.

187.    Deny the allegations set forth in paragraph "187" of the Complaint.

188.    Deny the allegations set forth in paragraph "188" of the Complaint.

189.    Deny the allegations set forth in paragraph "189" of the Complaint.

190.    Deny the allegations set forth in paragraph "190" of the Complaint.

191.    Deny the allegations set forth in paragraph "191" of the Complaint.

192.     Deny the allegations set forth in paragraph "192" of the Complaint.

193.     Deny the allegations set forth in paragraph "193" of the Complaint.

194.     Deny the allegations set forth in paragraph "194" of the Complaint.

195.     Deny the allegations set forth in paragraph "195" of the Complaint.

196.     Deny the allegations set forth in paragraph "196" of the Complaint.

197.     Deny the allegations set forth in paragraph "197" of the Complaint.

198.     Deny the allegations set forth in paragraph "198" of the Complaint.

199.     Deny the allegations set forth in paragraph "199" of the Complaint.

200.     Deny the allegations set forth in paragraph "200" of the Complaint.

201.     Deny the allegations set forth in paragraph "201" of the Complaint.

202.     Deny the allegations set forth in paragraph "202" of the Complaint.

203.     Deny the allegations set forth in paragraph "203" of the Complaint.

204.     Deny the allegations set forth in paragraph "204" of the Complaint.

205.     Deny the allegations set forth in paragraph "205" of the Complaint.

206.     Deny the allegations set forth in paragraph "206" of the Complaint.

207.     Deny the allegations set forth in paragraph "207" of the Complaint.

208.     Deny the allegations set forth in paragraph "208" of the Complaint.

209.     Deny the allegations set forth in paragraph "209" of the Complaint.

210.     Deny the allegations set forth in paragraph "210" of the Complaint.

211.     Deny the allegations set forth in paragraph "211" of the Complaint.

212.     Deny the allegations set forth in paragraph "212" of the Complaint.

213.     Deny the allegations set forth in paragraph "213" of the Complaint.

214.     Deny the allegations set forth in paragraph "214" of the Complaint.

215.    Deny the allegations set forth in paragraph "215" of the Complaint.

216.    Deny the allegations set forth in paragraph "216" of the Complaint.

217.    Deny the allegations set forth in paragraph "217" of the Complaint.

218.    Deny the allegations set forth in paragraph "218" of the Complaint.

219.    Deny the allegations set forth in paragraph "219" of the Complaint.

220.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "220" of the Complaint.

221.    Deny the allegations set forth in paragraph "221" of the Complaint.

222.    Deny the allegations set forth in paragraph "222" of the Complaint.

223.    Deny the allegations set forth in paragraph "223" of the Complaint.

224.    Deny the allegations set forth in paragraph "224" of the Complaint.

225.    Deny the allegations set forth in paragraph "225" of the Complaint, except admit only that the plaintiff Wright was transported to Brooklyn Central Booking.

226.    Deny the allegations set forth in paragraph "226" of the Complaint.

227.    Deny the allegations set forth in paragraph "227" of the Complaint.

228.    Deny the allegations set forth in paragraph "228" of the Complaint.

229.    Deny the allegations set forth in paragraph "229" of the Complaint.

230.    Deny the allegations set forth in paragraph "230" of the Complaint.

231.    Deny the allegations set forth in paragraph "231" of the Complaint.

232.    Deny the allegations set forth in paragraph "232" of the Complaint.

233.    Deny the allegations set forth in paragraph "233" of the Complaint.

234.    Deny the allegations set forth in paragraph "234" of the Complaint.

235.    Deny the allegations set forth in paragraph "235" of the Complaint.

236. Deny the allegations set forth in paragraph "236" of the Complaint.

237. Deny the allegations set forth in paragraph "237" of the Complaint.

238. Deny the allegations set forth in paragraph "238" of the Complaint.

239. Deny the allegations set forth in paragraph "239" of the Complaint.

240. Deny the allegations set forth in paragraph "240" of the Complaint.

241. Deny the allegations set forth in paragraph "241" of the Complaint.

242. Deny the allegations set forth in paragraph "242" of the Complaint.

243. Deny the allegations set forth in paragraph "243" of the Complaint.

244. Deny the allegations set forth in paragraph "244" of the Complaint.

245. Deny the allegations set forth in paragraph "245" of the Complaint.

246. Deny the allegations set forth in paragraph "246" of the Complaint.

247. Deny the allegations set forth in paragraph "247" of the Complaint.

248. Deny the allegations set forth in paragraph "248" of the Complaint.

249. Deny the allegations set forth in paragraph "249" of the Complaint.

250. Deny the allegations set forth in paragraph "250" of the Complaint.

251. Deny the allegations set forth in paragraph "251" of the Complaint.

252. Deny the allegations set forth in paragraph "252" of the Complaint.

253. Deny the allegations set forth in paragraph "253" of the Complaint.

254. Deny the allegations set forth in paragraph "254" of the Complaint.

255. Deny the allegations set forth in paragraph "255" of the Complaint.

256. Deny the allegations set forth in paragraph "256" of the Complaint.

257. Deny the allegations set forth in paragraph "257" of the Complaint.

258. Deny the allegations set forth in paragraph "258" of the Complaint.

259.    Deny the allegations set forth in paragraph "259" of the Complaint.

260.    Deny the allegations set forth in paragraph "260" of the Complaint.

261.    Deny the allegations set forth in paragraph "261" of the Complaint.

262.    Deny the allegations set forth in paragraph "262" of the Complaint.

263.    Deny the allegations set forth in paragraph "263" of the Complaint.

264.    Deny the allegations set forth in paragraph "264" of the Complaint.

265.    Deny the allegations set forth in paragraph "265" of the Complaint.

266.    Deny the allegations set forth in paragraph "266" of the Complaint.

267.    Deny the allegations set forth in paragraph "267" of the Complaint.

268.    Deny the allegations set forth in paragraph "268" of the Complaint.

269.    Deny the allegations set forth in paragraph "269" of the Complaint.

270.    Deny the allegations set forth in paragraph "270" of the Complaint.

271.    Deny the allegations set forth in paragraph "271" of the Complaint.

272.    Deny the allegations set forth in paragraph "272" of the Complaint.

273.    Deny the allegations set forth in paragraph "273" of the Complaint.

274.    Deny the allegations set forth in paragraph "274" of the Complaint.

275.    Deny the allegations set forth in paragraph "275" of the Complaint.

276.    Deny the allegations set forth in paragraph "276" of the Complaint.

277.    Deny the allegations set forth in paragraph "277" of the Complaint.

278.    Deny the allegations set forth in paragraph "278" of the Complaint.

279.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "279" of the Complaint.

280.    Deny the allegations set forth in paragraph "280" of the Complaint.

281.    Deny the allegations set forth in paragraph "281" of the Complaint.

282.    Deny the allegations set forth in paragraph "282" of the Complaint.

283.    Deny the allegations set forth in paragraph "283" of the Complaint.

284.    Deny the allegations set forth in paragraph "284" of the Complaint.

285.    Deny the allegations set forth in paragraph "285" of the Complaint.

286.    Deny the allegations set forth in paragraph "286" of the Complaint.

287.    Deny the allegations set forth in paragraph "287" of the Complaint.

288.    Deny the allegations set forth in paragraph "288" of the Complaint.

289.    Deny the allegations set forth in paragraph "289" of the Complaint.

290.    Deny the allegations set forth in paragraph "290" of the Complaint.

291.    Deny the allegations set forth in paragraph "291" of the Complaint.

292.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "292" of the Complaint.

293.    Deny the allegations set forth in paragraph "293" of the Complaint.

294.    Deny the allegations set forth in paragraph "294" of the Complaint.

295.    Deny the allegations set forth in paragraph "295" of the Complaint.

296.    Deny the allegations set forth in paragraph "296" of the Complaint.

297.    Deny the allegations set forth in paragraph "297" of the Complaint.

298.    Deny the allegations set forth in paragraph "298" of the Complaint.

299.    Deny the allegations set forth in paragraph "299" of the Complaint.

300.    Deny the allegations set forth in paragraph "300" of the Complaint.

301.    Deny the allegations set forth in paragraph "301" of the Complaint.

302.    Deny the allegations set forth in paragraph "302" of the Complaint.

303.    Deny the allegations set forth in paragraph "303" of the Complaint.

304.    Deny the allegations set forth in paragraph "304" of the Complaint.

305.    Deny the allegations set forth in paragraph "305" of the Complaint.

306.    Deny the allegations set forth in paragraph "306" of the Complaint.

307.    Deny the allegations set forth in paragraph "307" of the Complaint.

308.    Deny the allegations set forth in paragraph "308" of the Complaint.

309.    Deny the allegations set forth in paragraph "309" of the Complaint.

310.    Deny the allegations set forth in paragraph "310" of the Complaint.

311.    Deny the allegations set forth in paragraph "311" of the Complaint.

312.    Deny the allegations set forth in paragraph "312" of the Complaint.

313.    Deny the allegations set forth in paragraph "313" of the Complaint.

314.    Deny the allegations set forth in paragraph "314" of the Complaint.

315.    Deny the allegations set forth in paragraph "315" of the Complaint.

316.    Deny the allegations set forth in paragraph "316" of the Complaint.

317.    Deny the allegations set forth in paragraph "317" of the Complaint.

318.    Deny the allegations set forth in paragraph "318" of the Complaint.

319.    Deny the allegations set forth in paragraph "319" of the Complaint.

320.    Deny the allegations set forth in paragraph "320" of the Complaint.

321.    Deny the allegations set forth in paragraph "321" of the Complaint.

322.    Deny the allegations set forth in paragraph "322" of the Complaint.

323.    Deny the allegations set forth in paragraph "323" of the Complaint.

324.    Deny the allegations set forth in paragraph "324" of the Complaint.

325.    Deny the allegations set forth in paragraph "325" of the Complaint.

326.    Deny the allegations set forth in paragraph "326" of the Complaint.

327.    Deny the allegations set forth in paragraph "327" of the Complaint.

328.    Deny the allegations set forth in paragraph "328" of the Complaint.

329.    Deny the allegations set forth in paragraph "329" of the Complaint.

330.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "330" of the Complaint.

331.    Deny the allegations set forth in paragraph "331" of the Complaint.

332.    Deny the allegations set forth in paragraph "332" of the Complaint.

333.    Deny the allegations set forth in paragraph "333" of the Complaint.

334.    Deny the allegations set forth in paragraph "334" of the Complaint.

335.    Deny the allegations set forth in paragraph "335" of the Complaint.

336.    Deny the allegations set forth in paragraph "336" of the Complaint.

337.    Deny the allegations set forth in paragraph "337" of the Complaint.

338.    Deny the allegations set forth in paragraph "338" of the Complaint.

339.    Deny the allegations set forth in paragraph "339" of the Complaint.

340.    Deny the allegations set forth in paragraph "340" of the Complaint.

341.    Deny the allegations set forth in paragraph "341" of the Complaint.

342.    Deny the allegations set forth in paragraph "342" of the Complaint.

343.    Deny the allegations set forth in paragraph "343" of the Complaint.

344.    Deny the allegations set forth in paragraph "344" of the Complaint.

345.    Deny the allegations set forth in paragraph "345" of the Complaint.

346.    Deny the allegations set forth in paragraph "346" of the Complaint.

347.    Deny the allegations set forth in paragraph "347" of the Complaint.

348.   Deny the allegations set forth in paragraph "348" of the Complaint.

349.   Deny the allegations set forth in paragraph "349" of the Complaint.

350.   Deny the allegations set forth in paragraph "350" of the Complaint.

351.   Deny the allegations set forth in paragraph "351" of the Complaint.

352.   Deny the allegations set forth in paragraph "352" of the Complaint.

353.   Deny the allegations set forth in paragraph "353" of the Complaint.

354.   Deny the allegations set forth in paragraph "354" of the Complaint.

355.   Deny the allegations set forth in paragraph "355" of the Complaint, except admit only that plaintiffs purport to incorporate the "LAS Letter" by reference.

356.   Deny the allegations set forth in paragraph "356" of the Complaint.

357.   Deny the allegations set forth in paragraph "357" of the Complaint.

358.   Deny the allegations set forth in paragraph "358" of the Complaint.

359.   Deny the allegations set forth in paragraph "359" of the Complaint.

360.   Deny the allegations set forth in paragraph "360" of the Complaint.

361.   Deny the allegations set forth in paragraph "361" of the Complaint.

362.   Deny the allegations set forth in paragraph "362" of the Complaint.

363.   Deny the allegations set forth in paragraph "363" of the Complaint.

364.   Deny the allegations set forth in paragraph "364" of the Complaint.

365.   Deny the allegations set forth in paragraph "365" of the Complaint.

366.   Deny the allegations set forth in paragraph "366" of the Complaint.

367.   Deny the allegations set forth in paragraph "367" of the Complaint.

368.   Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "368" of the Complaint.

369.    Deny the allegations set forth in paragraph "369" of the Complaint.

370.    Deny the allegations set forth in paragraph "370" of the Complaint.

371.    Deny the allegations set forth in paragraph "371" of the Complaint.

372.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "372" of the Complaint.

373.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "373" of the Complaint.

374.    Deny the allegations set forth in paragraph "374" of the Complaint.

375.    Deny the allegations set forth in paragraph "375" of the Complaint.

376.    Deny the allegations set forth in paragraph "376" of the Complaint.

377.    Deny the allegations set forth in paragraph "377" of the Complaint.

378.    Deny the allegations set forth in paragraph "378" of the Complaint.

379.    Deny the allegations set forth in paragraph "379" of the Complaint.

380.    Deny the allegations set forth in paragraph "380" of the Complaint.

381.    Deny the allegations set forth in paragraph "381" of the Complaint.

382.    Deny the allegations set forth in paragraph "382" of the Complaint.

383.    Deny the allegations set forth in paragraph "383" of the Complaint.

384.    Deny the allegations set forth in paragraph "384" of the Complaint.

385.    Deny the allegations set forth in paragraph "385" of the Complaint.

386.    Deny the allegations set forth in paragraph "386" of the Complaint.

387.    Deny the allegations set forth in paragraph "387" of the Complaint.

388.    Deny the allegations set forth in paragraph "388" of the Complaint.

389.    Deny the allegations set forth in paragraph "389" of the Complaint.

390.    Deny the allegations set forth in paragraph "390" of the Complaint.

391.    Deny the allegations set forth in paragraph "391" of the Complaint.

392.    Deny the allegations set forth in paragraph "392" of the Complaint.

393.    Deny the allegations set forth in paragraph "393" of the Complaint.

394.    Deny the allegations set forth in paragraph "394" of the Complaint.

395.    Deny the allegations set forth in paragraph "395" of the Complaint.

396.    Deny the allegations set forth in paragraph "396" of the Complaint.

397.    Deny the allegations set forth in paragraph "397" of the Complaint.

398.    Deny the allegations set forth in paragraph "398" of the Complaint.

399.    Deny the allegations set forth in paragraph "399" of the Complaint.

400.    Deny the allegations set forth in paragraph "400" of the Complaint.

401.    Deny the allegations set forth in paragraph "401" of the Complaint.

402.    Deny the allegations set forth in paragraph "402" of the Complaint.

403.    Deny the allegations set forth in paragraph "403" of the Complaint.

404.    Deny the allegations set forth in paragraph "404" of the Complaint.

405.    Deny the allegations set forth in paragraph "405" of the Complaint.

406.    Deny the allegations set forth in paragraph "406" of the Complaint.

407.    Deny the allegations set forth in paragraph "407" of the Complaint.

408.    Deny the allegations set forth in paragraph "408" of the Complaint.

409.    Deny the allegations set forth in paragraph "409" of the Complaint.

410.    Deny the allegations set forth in paragraph "410" of the Complaint.

411.    Deny the allegations set forth in paragraph "411" of the Complaint.

412.    Deny the allegations set forth in paragraph "412" of the Complaint.

413.    Deny the allegations set forth in paragraph "413" of the Complaint.

414.    Deny the allegations set forth in paragraph "414" of the Complaint.

415.    Deny the allegations set forth in paragraph "415" of the Complaint.

416.    Deny the allegations set forth in paragraph "416" of the Complaint.

417.    Deny the allegations set forth in paragraph "417" of the Complaint.

418.    Deny the allegations set forth in paragraph "418" of the Complaint.

419.    Deny the allegations set forth in paragraph "419" of the Complaint.

420.    Deny the allegations set forth in paragraph "420" of the Complaint.

421.    Deny the allegations set forth in paragraph "421" of the Complaint.

422.    Deny the allegations set forth in paragraph "422" of the Complaint.

423.    Deny the allegations set forth in paragraph "423" of the Complaint.

424.    Deny the allegations set forth in paragraph "424" of the Complaint, except admit only that plaintiffs purport to bring this action and assert claims, as stated therein.

425.    Deny the allegations set forth in paragraph "425" of the Complaint.

426.    Deny the allegations set forth in paragraph "426" of the Complaint.

427.    Deny the allegations set forth in paragraph "427" of the Complaint.

428.    Deny the allegations set forth in paragraph "428" of the Complaint.

429.    Deny the allegations set forth in paragraph "429" of the Complaint.

430.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "430" of the Complaint.

431.    Deny the allegations set forth in paragraph "431" of the Complaint.

432.    Deny the allegations set forth in paragraph "432" of the Complaint.

433.    Deny the allegations set forth in paragraph "433" of the Complaint.

434.    Deny the allegations set forth in paragraph "434" of the Complaint.

435.    Deny the allegations set forth in paragraph "435" of the Complaint.

436.    Deny the allegations set forth in paragraph "436" of the Complaint.

437.    Deny the allegations set forth in paragraph "437" of the Complaint.

438.    Deny the allegations set forth in paragraph "438" of the Complaint.

439.    Deny the allegations set forth in paragraph "439" of the Complaint.

440.    Deny the allegations set forth in paragraph "440" of the Complaint.

441.    Deny the allegations set forth in paragraph "441" of the Complaint.

442.    Deny the allegations set forth in paragraph "442" of the Complaint.

443.    Deny the allegations set forth in paragraph "443" of the Complaint.

444.    Deny the allegations set forth in paragraph "444" of the Complaint.

445.    Deny the allegations set forth in paragraph "445" of the Complaint.

446.    Deny the allegations set forth in paragraph "446" of the Complaint.

447.    Deny the allegations set forth in paragraph "447" of the Complaint.

448.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "448" of the Complaint.

449.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "449" of the Complaint.

450.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "450" of the Complaint.

451.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "451" of the Complaint.

452.    Deny the allegations set forth in paragraph "452" of the Complaint.

453.    Deny the allegations set forth in paragraph "453" of the Complaint.

454.    Deny the allegations set forth in paragraph "454" of the Complaint.

455.    Deny the allegations set forth in paragraph "455" of the Complaint.

456.    Deny the allegations set forth in paragraph "456" of the Complaint, except admit only that plaintiffs purport to bring this action and assert claims, as stated therein.

457.    Deny the allegations set forth in paragraph "457" of the Complaint.

458.    Deny the allegations set forth in paragraph "458" of the Complaint.

459.    Deny the allegations set forth in paragraph "459" of the Complaint.

460.    Deny the allegations set forth in paragraph "460" of the Complaint.

461.    Deny the allegations set forth in paragraph "461" of the Complaint.

462.    Deny the allegations set forth in paragraph "462" of the Complaint.

463.    In response to the allegations set forth in paragraph "463" of the Complaint, defendants repeat and reallege each response set forth in the preceding paragraphs of their answer, as if fully set forth herein.

464.    Deny the allegations set forth in paragraph "464" of the Complaint.

465.    Deny the allegations set forth in paragraph "465" of the Complaint.

466.    Deny the allegations set forth in paragraph "466" of the Complaint.

467.    Deny the allegations set forth in paragraph "467" of the Complaint.

468.    Deny the allegations set forth in paragraph "468" of the Complaint.

469.    Deny the allegations set forth in paragraph "469" of the Complaint.

470.    In response to the allegations set forth in paragraph "470" of the Complaint, defendants repeat and reallege each response set forth in the preceding paragraphs of their answer, as if fully set forth herein.

471.    Deny the allegations set forth in paragraph "471" of the Complaint.

472.    Deny the allegations set forth in paragraph "472" of the Complaint.

473.    Deny the allegations set forth in paragraph "473" of the Complaint.

474.    Deny the allegations set forth in paragraph "474" of the Complaint.

475.    Deny the allegations set forth in paragraph "475" of the Complaint.

476.    Deny the allegations set forth in paragraph "476" of the Complaint.

477.    In response to the allegations set forth in paragraph "477" of the Complaint, defendants repeat and reallege each response set forth in the preceding paragraphs of their answer, as if fully set forth herein.

478.    Deny the allegations set forth in paragraph "478" of the Complaint.

479.    Deny the allegations set forth in paragraph "479" of the Complaint.

480.    Deny the allegations set forth in paragraph "480" of the Complaint.

481.    Deny the allegations set forth in paragraph "481" of the Complaint.

482.    Deny the allegations set forth in paragraph "482" of the Complaint.

483.    Deny the allegations set forth in paragraph "483" of the Complaint.

484.    In response to the allegations set forth in paragraph "484" of the Complaint, defendants repeat and reallege each response set forth in the preceding paragraphs of their answer, as if fully set forth herein.

485.    Deny the allegations set forth in paragraph "485" of the Complaint.

486.    Deny the allegations set forth in paragraph "486" of the Complaint.

487.    Deny the allegations set forth in paragraph "487" of the Complaint.

488.    Deny the allegations set forth in paragraph "488" of the Complaint.

489.    Deny the allegations set forth in paragraph "489" of the Complaint.

490.    Deny the allegations set forth in paragraph "490" of the Complaint.

491.    Deny the allegations set forth in paragraph "491" of the Complaint.

492.    Deny the allegations set forth in paragraph "492" of the Complaint.

493.    Deny the allegations set forth in paragraph "493" of the Complaint.

494.    Deny the allegations set forth in paragraph "494" of the Complaint.

495.    Deny the allegations set forth in paragraph "495" of the Complaint.

496.    Deny the allegations set forth in paragraph "496" of the Complaint.

497.    Deny the allegations set forth in paragraph "497" of the Complaint.

498.    In response to the allegations set forth in paragraph "498" of the Complaint, defendants repeat and reallege each response set forth in the preceding paragraphs of their answer, as if fully set forth herein.

499.    Deny the allegations set forth in paragraph "499" of the Complaint.

500.    Deny the allegations set forth in paragraph "500" of the Complaint.

501.    Deny the allegations set forth in paragraph "501" of the Complaint.

502.    Deny the allegations set forth in paragraph "502" of the Complaint.

503.    Deny the allegations set forth in paragraph "503" of the Complaint.

504.    Deny the allegations set forth in paragraph "504" of the Complaint.

505.    Deny the allegations set forth in paragraph "505" of the Complaint.

506.    Deny the allegations set forth in paragraph "506" of the Complaint.

507.    Deny the allegations set forth in paragraph "507" of the Complaint.

508.    Deny the allegations set forth in paragraph "508" of the Complaint.

509.    Deny the allegations set forth in paragraph "509" of the Complaint.

510.    Deny the allegations set forth in paragraph "510" of the Complaint.

511.    Deny the allegations set forth in paragraph "511" of the Complaint.

512.    Deny the allegations set forth in paragraph "512" of the Complaint.

513.    Deny the allegations set forth in paragraph "513" of the Complaint.

514.    Deny the allegations set forth in paragraph "514" of the Complaint.

515.    Deny the allegations set forth in paragraph "515" of the Complaint.

516.    Deny the allegations set forth in paragraph "516" of the Complaint.

517.    Deny the allegations set forth in paragraph "517" of the Complaint.

518.    Deny the allegations set forth in paragraph "518" of the Complaint.

519.    Deny the allegations set forth in paragraph "519" of the Complaint.

520.    Deny the allegations set forth in paragraph "520" of the Complaint.

521.    Deny the allegations set forth in paragraph "521" of the Complaint.

522.    Deny the allegations set forth in paragraph "522" of the Complaint.

523.    Deny the allegations set forth in paragraph "523" of the Complaint.

524.    Deny the allegations set forth in paragraph "524" of the Complaint.

525.    Deny the allegations set forth in paragraph "525" of the Complaint.

526.    Deny the allegations set forth in paragraph "526" of the Complaint.

## FIRST AFFIRMATIVE DEFENSE:

527.    The Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE:

528.    Defendants City of New York, Michael Prilook, Gabriel Montalvo, Edward Horton, Krystalbella Murnane-Victorelli, Dr. David Rosenberg, Dr. Aung Oo, Dr. Jasdeep Mangat, Renan Beauchard, Terry Gravesande, Mireille Zamy, Terra Hailand, Christopher Johnson and Ronan Maslovskiy have not violated any rights, privileges or

immunities under the Constitution or laws of the United States or the State of New York or any political subdivision thereof, or any Act of Congress providing for the protection of civil rights.

## THIRD AFFIRMATIVE DEFENSE:

529.    Any injuries alleged to have been sustained resulted from plaintiffs' own culpable or negligent conduct or the culpable or negligent conduct of others or non-parties and were not the proximate result of any act of the defendants City of New York, Michael Prilook, Gabriel Montalvo, Edward Horton, Krystalbella Murnane-Victorelli, Dr. David Rosenberg, Dr. Aung Oo, Dr. Jasdeep Mangat, Renan Beauchard, Terry Gravesande, Mireille Zamy, Terra Hailand, Christopher Johnson and Ronan Maslovskiy. Damages, if any, are therefore to be diminished proportionally as applicable.

## FOURTH AFFIRMATIVE DEFENSE:

530.    There was probable cause for each plaintiff's arrests, as well as their detentions and any prosecutions.

## FIFTH AFFIRMATIVE DEFENSE:

531.    Defendants Michael Prilook, Gabriel Montalvo, Edward Horton, Krystalbella Murnane-Victorelli, Dr. David Rosenberg, Dr. Aung Oo, Dr. Jasdeep Mangat, Renan Beauchard, Terry Gravesande, Mireille Zamy, Terra Hailand, Christopher Johnson and Ronan Maslovskiy have not violated any clearly established constitutional or statutory right of which a reasonable person would have known and, therefore, are protected by qualified immunity.

## SIXTH AFFIRMATIVE DEFENSE:

532.    Punitive damages are not recoverable against The City of New York. Punitive damages cannot be recovered against the other defendants and, if available, the amount

of such damages shall be limited by applicable state and federal law, including due process and other provisions of law.

### SEVENTH AFFIRMATIVE DEFENSE:

533.    At all times relevant to the acts alleged in the complaint, the duties and functions of defendant City's officials entailed the reasonable exercise of proper and lawful discretion and defendant City of New York is, therefore, entitled to governmental immunity from liability.

### EIGHTH AFFIRMATIVE DEFENSE:

534.    The defendants Michael Prilook, Gabriel Montalvo, Edward Horton, Krystalbella Murnane-Victorelli, Dr. David Rosenberg, Dr. Aung Oo, Dr. Jasdeep Mangat, Renan Beauchard, Terry Gravesande, Mireille Zamy, Terra Hailand, Christopher Johnson and Ronan Maslovskiy are protected by immunities as to plaintiff's state law claims, including qualified immunity, as they did not act without a reasonable basis or in bad faith.

### NINTH AFFIRMATIVE DEFENSE:

535.    At all relevant times, the defendants Michael Prilook, Gabriel Montalvo, Edward Horton, Krystalbella Murnane-Victorelli, Dr. David Rosenberg, Dr. Aung Oo, Dr. Jasdeep Mangat, Renan Beauchard, Terry Gravesande, Mireille Zamy, Terra Hailand, Christopher Johnson and Ronan Maslovskiy acted reasonably and in the lawful and proper exercise of their discretion.

### TENTH AFFIRMATIVE DEFENSE:

536.    Plaintiffs' claims are barred, in whole or in part, by the applicable statute of limitations.

### ELEVENTH AFFIRMATIVE DEFENSE:

537.    The equitable share of liabilities, if any, of defendants Krystalbella Murnane-Victorelli, Dr. David Rosenberg, Dr. Aung Oo, Dr. Jasdeep Mangat, Renan Beauchard, Terry Gravesande, Mireille Zamy, Terra Hailand, Christopher Johnson and Ronan Maslovskiy, shall be determined pursuant to the provisions of Article 16 of the CPLR.

## TWELFTH AFFIRMATIVE DEFENSE:

538.    Plaintiffs have failed to comply with conditions precedent to suit, including, but not limited to, General Municipal Law § 50-e, § 50-h and § 50-i.

## THIRTEENTH AFFIRMATIVE DEFENSE:

539.    Plaintiffs have failed to mitigate damages.

## FOURTEENTH AFFIRMATIVE DEFENSE:

540.    The plaintiff Phillips assumed the risk and was fully cognizant of any and all circumstances surrounding the medical events that gave rise to this action.

## FIFTEENTH AFFIRMATIVE DEFENSE:

541.    The defendants Krystalbella Murnane-Victorelli, Dr. David Rosenberg, Dr. Aung Oo, Dr. Jasdeep Mangat, Renan Beauchard, Terry Gravesande, Mireille Zamy, Terra Hailand, Christopher Johnson and Ronan Maslovskiy did not breach any applicable accepted standards of care to the plaintiff Phillips nor caused any injuries as alleged by Phillips, which were also pre-existing.

**WHEREFORE,** defendants City of New York, Michael Prilook, Gabriel Montalvo, Edward Horton, Krystalbella Murnane-Victorelli, Dr. David Rosenberg, Dr. Aung Oo, Dr. Jasdeep Mangat, Renan Beauchard, Terry Gravesande, Mireille Zamy, Terra Hailand, Christopher Johnson and Ronan Maslovskiy respectfully request judgment dismissing the

Complaint in its entirety, together with the costs and disbursements of this action, and such other and further relief as the Court may deem just and proper.

Dated:      New York, New York
            October 20, 2025

                                  MURIEL GOODE-TRUFANT
                                    Corporation Counsel of
                                    the City of New York
                                  *Attorney for Defendants* City of New York,
                                    Michael Prilook, Gabriel Montalvo,
                                    Edward Horton, Krystalbella Murnane-
                                    Victorelli, Dr. David Rosenberg, Dr. Aung
                                    Oo, Dr. Jasdeep Mangat, Renan
                                    Beauchard, Terry Gravesande, Mireille
                                    Zamy, Terra Hailand, Christopher Johnson
                                    and Ronan Maslovskiy
                                  100 Church Street
                                  New York, New York 10007
                                  (212) 356-3519


                          By:     /s/  Mark D. Zuckerman
                                  Mark D. Zuckerman
                                  Senior Counsel