UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL PHILLIPS, et al.,

                Plaintiffs,

-v-

CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 8149 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Defendants' Answer to the Third Amended Complaint at Dkt. No. 212. The parties are ORDERED to meet and confer regarding the remaining discovery in this matter and submit a Proposed Case Management Plan by **Thursday, October 30, 2025**. A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave. To the extent the parties disagree about any portion of the Proposed Case Management Plan, they may set forth their respective proposals for the disputed provision, without argument.

An in-person conference to discuss the status of the remainder of discovery is scheduled for **Thursday, November 6, 2025 at 11:00 a.m. ET** in Courtroom 18A, 500 Pearl Street, New York, New York.

Dated:    New York, New York
           October 21, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**