

**THE CITY OF NEW YORK**

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**MARK D. ZUCKERMAN**
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

October 28, 2025

**VIA ECF**
The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007



Re: Paul Phillips, et. al. v. The City of New York, et. al., 21 Civ. 8149 (ALC)(SLC)

Your Honor:

I am a Senior Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, representing defendants City of New York, Michael Prilook, Gabriel Montalvo, Edward Horton, Krystalbella Murnane-Victorelli, Dr. David Rosenberg, Dr. Aung Oo, Dr. Jasdeep Mangat, Renan Beauchard, Terry Gravesande, Mireille Zamy, Terra Hailand, Christopher Johnson and Ronan Maslovskiy in the above referenced matter. We write with the consent of plaintiffs' counsel to respectfully request that the status conference scheduled for November 6, 2025 at 11:00 a.m. be adjourned for thirty days (as well as for the related submission of a proposed case management plan for the remainder of discovery).

The reason for defendants' request[1] is that it is our anticipation that outside counsel will be retained to defend the medical defendants Krystalbella Murnane-Victorelli, Dr. David Rosenberg, Dr. Aung Oo, Dr. Jasdeep Mangat, Renan Beauchard, Terry Gravesande, Mireille Zamy, Terra Hailand, Christopher Johnson and Ronan Maslovskiy herein, now that their motion to dismiss has been denied, and as we advised Judge Carter pre-decision at Docket 126 herein. The additional time is anticipated to be necessary for outside counsel to be retained and appear in the case.

---

[1] The November 6th date is also problematic for me due to a preexisting medical appointment in the morning and a case conflict in the afternoon.

Counsel for the parties did conduct a telephonic "meet and confer" as ordered by Your Honor this morning. Differences over how discovery should proceed (i.e., possible bifurcation, a stay of certain discovery and phased discovery) were discussed and there were disagreements. It was agreed that I would further discuss those differences internally and counsel would then again confer. Depending on the outcome of the foregoing, there may be a motion by defendants for bifurcation and to stay a portion of certain discovery (or for phased discovery) before the status conference.

This is the first request for an adjournment of this status conference.

Thank you for your consideration herein.

Respectfully submitted,

/s/ Mark D. Zuckerman
Mark D. Zuckerman

cc: All counsel (via ECF)

---

Defendants' request at DKt. No. 214 is GRANTED. The status conference currently scheduled for November 6, 2025 is RESCHEDULED to **Thursday, December 4, 2025 at 10:00 a.m. ET** in Courtroom 18A, 500 Pearl St, New York, NY. The parties' Proposed Case Management Plan shall be due on **Wednesday, November 26, 2025**.

The Clerk of the Court is respectfully directed to close Dkt. No. 214.

SO ORDERED   10/29/25

SARAH L. CAVE
United States Magistrate Judge