

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**MARK D. ZUCKERMAN**
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

November 25, 2025

**VIA ECF**
The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: <u>Paul Phillips, et. al. v. The City of New York, et. al.</u>, 21 Civ. 8149 (ALC)(SLC)

Your Honor:

   I am a Senior Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, representing defendants City of New York, Michael Prilook, Gabriel Montalvo, Edward Horton, Krystalbella Murnane-Victorelli, Dr. David Rosenberg, Dr. Aung Oo, Dr. Jasdeep Mangat, Renan Beauchard, Terry Gravesande, Mireille Zamy, Terra Hailand, Christopher Johnson and Ronan Maslovskiy in the above referenced matter. We write jointly with plaintiff's counsel in accordance with the Court's order for the parties to confer on a case management plan going forward.

   Plaintiffs have proposed proceeding with class certification discovery prior to merits discovery. Plaintiffs propose then filing their motion for class certification at the end of class discovery. Defendants consent to this proposal for how the case should proceed at this juncture. Because paper discovery will be potentially voluminous, and in the interests of efficiency, the City has proposed to first produce the "lists" regarding individuals held on warrants at Rikers Island as referenced in the Third Amended Complaint by December 15, 2025 (with the identities of detainees redacted) in the hope that class discovery thereafter can focus on what is necessary for the parties to proceed on plaintiffs' class certification motion. Thus, the parties would like to propose an end date for class certification discovery for Your Honor's approval by December 23, 2025.

   The parties also respectfully request that the December 4, 2025 in person conference be converted to a telephonic conference and/or adjourned to a date after December 23, 2025.

The City has decided not to retain outside counsel to defend the plaintiff Phillips's medical claims at this time.

Thank you for your consideration herein.

Respectfully submitted,

/s/ Mark D. Zuckerman
Mark D. Zuckerman

cc: All counsel (via ECF)