UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL PHILLIPS, et al.,

                Plaintiffs,

-v-

CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 8149 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Based on a change in the Court's calendar, the in-person conference to discuss the status of the remainder of discovery scheduled for Thursday, December 4, 2025 is RESCHEDULED to **Friday, December 5, 2025 at 10:00 a.m. ET** in Courtroom 18A, 500 Pearl Street, New York, New York.

Dated:    New York, New York
            November 25, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**