

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MARK D. ZUCKERMAN**
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

December 23, 2025

**VIA ECF**
The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:  <u>Paul Phillips, et. al. v. The City of New York, et. al.</u>, 21 Civ. 8149 (ALC)(SLC)

Your Honor:

    I am a Senior Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, representing defendants City of New York, Michael Prilook, Gabriel Montalvo, Edward Horton, Krystalbella Murnane-Victorelli, Dr. David Rosenberg, Dr. Aung Oo, Dr. Jasdeep Mangat, Renan Beauchard, Terry Gravesande, Mireille Zamy, Terra Hailand, Christopher Johnson and Ronan Maslovskiy in the above referenced matter. We write to respectfully bring to Your Honor's attention a numbering issue of the exhibits in the parties' joint letter submitted at Docket 219 herein. Although in defendants' section of the joint letter we referred to plaintiffs' RFAs as Exhibit 1 and plaintiffs' interrogatories and document requests as Exhibits 2 and 3, I noticed when plaintiffs filed the joint letter they referred to and numbered the same referenced exhibits as Exhibits 1 and 2 for the interrogatories and document requests, and Exhibit 3 for the RFAs.

    We apologize for the discrepancy and any confusion caused thereby.

    Thank you for your consideration herein.

    Respectfully submitted,

    /s/ Mark D. Zuckerman
    Mark D. Zuckerman

cc: All counsel (via ECF)