UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL PHILLIPS, et al.,

                Plaintiffs,

-v-                                       CIVIL ACTION NO.: 21 Civ. 8149 (ALC) (SLC)

CITY OF NEW YORK, et al.,

                                                **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' joint status letter at Dkt. No. 219 (the "Status Letter"). The Status Letter contains hyperbole and argument, and fails to clearly inform the Court of the status of discovery and the parties' discovery disputes. Accordingly, the Status Letter is STRICKEN. By **Monday, January 5, 2026**, Plaintiffs are ORDERD to file a letter, no longer than 500 words, clearly specifying the discovery that they seek from Defendants and the reason for their requests, without argument or hyperbole. By **Friday, January 9, 2026**, Defendants are ORDERED to file a letter in response, no longer than 500 words, detailing which discovery they propose to provide and by what date they propose to provide it, also without argument or hyperbole.

Dated:       New York, New York
                December 29, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**