UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL PHILLIPS, et al.,

                Plaintiffs,

  -v-

CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 8149 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion at the in-person discovery conference held today, January 14, 2026, the Court orders as follows:

1. By **Friday, February 13, 2026**, Defendants shall serve their responses to Plaintiffs' Requests for Production Nos. 1–14 and Interrogatories Nos. 1–3.

2. By **Friday, February 13, 2026**, Plaintiffs shall serve on Defendants their Requests for Production related to merits discovery (the "Merits Requests"). Defendants' deadline to respond to the Merits Requests is HELD IN ABEYANCE pending discussion at the next conference, scheduled infra.

3. Defendants' responses to Plaintiffs' Requests for Admission is HELD IN ABEYANCE.

4. By **Wednesday, January 28, 2026**, Plaintiffs shall file any Motion to Amend the Third Amended Complaint (the "MTA"). By **Wednesday, February 11, 2026,** Defendants shall file their opposition to the MTA. By **Wednesday, February 18, 2026**, Plaintiffs shall file their reply to the MTA, if any.

5. The deadline for all fact discovery is **Tuesday, July 14, 2026.**

6. A discovery status conference shall take place **in-person** on **Thursday, February 26, 2026 at 3:00 p.m. ET** in Courtroom 18A, 500 Pearl Street, New York, New York. Any participant requesting permission to bring an electronic device (*e.g.*, cellphone, laptop, tablet) into the Courthouse must email to Chambers (Cave_NYSDChambers@nysd.uscourts.gov) a completed Electronic Device Order form no later than four (4) business days before the conference. The Electronic Device Order form is available on the Court's website at https://nysd.uscourts.gov/forms/fillable-form-electronic-devices-general-purpose.

7. By **Tuesday, January 20, 2026**, the parties shall order a copy of the transcript of the Conference using the annexed form.

Dated:   New York, New York
         January 14, 2026

SO ORDERED.

*/s/ Sarah L. Cave*
**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Request for the production of a transcript from an electronic recording**

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

[RESET]  [PRINT]  [SAVE]  [EMAIL]