

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MARK D. ZUCKERMAN**
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

January 16, 2026

**VIA ECF**
The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:  <u>Paul Phillips, et. al. v. The City of New York, et. al.</u>, 21 Civ. 8149 (ALC)(SLC)

Your Honor:

    I am a Senior Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, representing defendants in the above referenced matter. In accordance with the discussion at the court conference of January 14, 2026, the City respectfully requests that the Court execute the annexed unsealing order to allow defendant to access certain sealed records relating to the warrants at issue in this case.

    Thank you for your consideration herein.

                        Respectfully submitted,

                        /s/ Mark D. Zuckerman
                        Mark D. Zuckerman

cc:    All counsel (via ECF)