UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

PAUL PHILLIPS, et. al.,

                           Plaintiffs,             **UNSEALING ORDER**

          -against-                  21 Civ. 8149 (ALC)(SLC)

THE CITY OF NEW YORK, et. al.,

                        Defendants.

------------------------------------------------------------------X

        **WHEREAS**, plaintiffs have requested from defendant City of New York (the "City") information related to the identification of individuals arrested on certain warrants for the period of October 24, 2019-present, for use in connection with this litigation; and

        **WHEREAS,** defendant City requires sealed information and records in order to respond to the aforesaid requests of plaintiffs; and

        **WHEREAS,** defendant City having raised concerns that disclosure and use of same implicates C.P.L. §160.50, as well as said arrestees' privacy rights;

        NOW THEREFORE,

        **IT IS HEREBY ORDERED** that the aforesaid sealed records may be unsealed, however, said records may only be used to respond to the aforesaid requests of plaintiffs; and

        **IT IS FURTHER ORDERED** that the City of New York, including, but not limited to, the Office of the Corporation Counsel, New York City Department of Correction and the New York City Police Department, shall not be bound by the statutory sealing requirements of C.P.L §§160.50 and 160.55, as it relates to the aforementioned sealed records; and

**IT IS FURTHER ORDERED** that the aforementioned sealed records shall be disclosed to Muriel Goode-Trufant, Corporation Counsel of the City of New York, or her authorized representative.

Dated:  New York, New York
       January 16, 2026

_____
Hon. Sarah L. Cave