UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL PHILLIPS, et al.,

                Plaintiffs,

-v-

CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 8149 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion at the in-person discovery conference held today, February 26, 2026, the Court orders as follows:

1. By **Friday, April 10, 2026,** the parties shall respond to the recently-served merits discovery requests.

2. A telephonic status conference regarding (1) the proposed topics for the Fed. R. Civ. P. 30(b)(6) deposition of Defendants' representative for class certification discovery purposes, and (2) the status of class certification discovery is scheduled **Monday, April 6, 2026 at 5:00 p.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:    New York, New York
           February 26, 2026

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**