

THE CITY OF NEW YORK

## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**MARK D. ZUCKERMAN**
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

March 27, 2026

**VIA ECF**
The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  Paul Phillips, et. al. v. The City of New York, et. al., 21 Civ. 8149
(ALC)(SLC)

Your Honor:

I am a Senior Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, representing defendants in the above referenced matter. We write with the consent of plaintiffs' counsel to respectfully request that the time to serve each side's discovery responses (see Docket 233, No. 1) be extended from April 10, 2026 to April 24, 2026. The reason for the request is that I was recently summonsed for jury duty beginning April 8, 2026 and I have three medical appointments (including a procedure) during this time period that I cannot change, as I recover from a serious illness that I was diagnosed with a little over a year ago.

The parties wish to proceed with the April 6, 2026 status conference as scheduled.

This is the first such request.

Respectfully submitted,

/s/ Mark D. Zuckerman
Mark D. Zuckerman

cc:      All counsel (via ECF)