UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL PHILLIPS, et al.,

                           Plaintiffs,

      -v-

CITY OF NEW YORK, et al.,

                           Defendants.

CIVIL ACTION NO.: 21 Civ. 8149 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On April 6, 2026, the Court held a conference (the "Conference") and directed the parties to order a transcript (the "Transcript") of the Conference by April 9, 2026.  (ECF No. 236).  To date, the parties have not ordered the Transcript.  Accordingly, the Court directs the parties to order the Transcript by **Tuesday, April 14, 2026**.

Dated:        New York, New York
              April 13, 2026

                                    SO ORDERED.

                                    _____
                                    SARAH L. CAVE
                                    **United States Magistrate Judge**