UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL PHILLIPS, et al.,

                          Plaintiffs,

    -v-                                          CIVIL ACTION NO.: 21 Civ. 8149 (ALC) (SLC)

CITY OF NEW YORK, et al.,                                    **ORDER**

                          Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic discovery conference held today, May 13, 2026, the Court orders as follows:

1. By **Friday, May 22, 2026**, Defendants shall provide Plaintiffs with updated responses to Plaintiffs' requests for production (the "RFPs"), identifying, for RFPs Nos. 1, 5, and 17, which documents Defendants are withholding, and for RFPs Nos. 5, 15, 16, 18, 19, 22, 26, 27, and 29, which types of documents Defendants are refusing to search.

2. With respect to Request for Production No. 16, Defendants shall speak to CCRB, IAB, and DOC regarding the process by which those agencies received and maintained complaints regarding individuals who are detained on warrants but not brought to Court.

3. The Court sets the following schedule for the briefing of Plaintiffs' motion for class certification (the "CC Motion"):

    a. By **Wednesday, June 24, 2026**, Plaintiffs shall file their CC Motion.

    b. By **Friday, July 24, 2026**, Defendants shall file their opposition to the CC Motion.

c.  By **Friday, August 7, 2026**, Plaintiff shall file their reply to the CC Motion.

4.  A telephonic discovery status conference is scheduled **May 28, 2026 at 11:00 a.m. ET** on the Court's conference line.  The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

5.  By **Friday, May 15, 2026**, the parties shall request a copy of the transcript of today's conference using the annexed form.

Dated:      New York, New York
            May 13, 2026

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u>  The transcript will be delivered to your office and you will be  invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for  the transcription services described herein. This form should not be submitted for the purpose of obtaining  a price estimate.

**NOTE:**  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| **DOCKET NUMBER** | **DATE OF THE HEARING** | **JUDGE'S NAME** |

## INDICATE  SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|