

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**MARK D. ZUCKERMAN**
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

May 21, 2026

**VIA ECF**
The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: Paul Phillips, et. al. v. The City of New York, et. al., 21 Civ. 8149
    (ALC)(SLC)

Your Honor:

   I am a Senior Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, representing the appearing defendants in the above referenced matter. We write with the consent of plaintiffs' counsel to respectfully request that the telephonic discovery conference scheduled for May 28, 2026 at 11:00 a.m. be adjourned to a time later the same day after 12 p.m.  The reason for the request is that, outside of my control, I have been scheduled for a doctor's appointment that morning at 9:00 a.m. and I may not be able to get to my office in time to participate in an 11:00 a.m. telephonic conference.

   This is the first such request.

   Thank you for your consideration herein.

> Defendants' request at Dkt. No. 242 is GRANTED and the telephonic conference scheduled for **May 28, 2026** is RESCHEDULED to **12:45 p.m.** on the same day.
>
> The Clerk of the Court is respectfully directed to close Dkt. No. 242.
>
> SO ORDERED   5/22/26
>
> _SARAH L. CAVE_
> SARAH L. CAVE
> United States Magistrate Judge

Respectfully submitted,

/s/ Mark D. Zuckerman
Mark D. Zuckerman

cc: All counsel