**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Phillips, et al. | |
| *Plaintiffs,* | **21-cv-8149 (ALC) (SLC)** |
| v. | |
| The City of New York, et al., | **DECLARATION IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW** |
| *Defendants* | |

I, Remy Green, being duly sworn, depose and say:

1. I am a partner at Cohen&Green P.L.L.C. My firm, along with Gideon Orion Oliver, and Kaishian & Mortazavi LLC, represent all plaintiffs in the above putative class action.

2. I make this declaration, pursuant to Local Rule 1.4, in support of my motion for leave for Cohen&Green to withdraw as counsel for Plaintiff Randy Rosario.

3. The basis for this request for leave to withdraw is due to a complete breakdown in communication between Cohen&Green and Plaintiff Rosario.

4. Cohen&Green P.L.L.C., along with all co-counsel, will remain the attorneys of record for all other named Plaintiffs.

5. With regards to the posture of the case, the parties have substantially exchanged both class and merits discovery and have begun conducting depositions. Specifically, Plaintiffs have taken Defendant's 30(b)(6) deposition, and Defendant has scheduled depositions of all plaintiffs (apart from Plaintiff Rosario), to be completed by June 1, 2026. The Court has set a class certification briefing schedule.

6. My firm will be asserting a retaining or charging lien.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: May 28, 2026

/s/

_____

J. Remy Green