UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL PHILLIPS, et al.,

                              Plaintiffs,

        -v-

CIVIL ACTION NO.: 21 Civ. 8149 (ALC) (SLC)

CITY OF NEW YORK, et al.,

**ORDER**

                              Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic discovery conference held today, May 28, 2026, the Court orders as follows:

1.  A telephonic discovery status conference is scheduled for **June 26, 2026 at 3:00 p.m. ET** on the Court's conference line.  The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

2.  Before the June 26 conference,

    a.  the parties shall meet and confer on search terms regarding complaints made to CCRB regarding individuals, similar to Plaintiffs, who were detained based on warrants but not brought to Court (see Dkt. No. 211);

    b.  Defendants shall investigate whether DOC's legal intake email inbox is searchable, and if so, the parties shall meet and confer regarding possible search terms to identify communications regarding individuals, similar to Plaintiffs, who were detained based on warrants but not brought to Court (see Dkt. No. 211); and

    c.   Defendants shall ask IAB whether it has the capability to search its records system for the term "bench warrant," and if not, "bench."

3.  By **Monday, June 1, 2026**, the parties shall request a copy of the transcript of today's conference using the annexed form.

Dated:       New York, New York
                May 28, 2026

                      SO ORDERED.

                      _____
                      SARAH L. CAVE
                      **United States Magistrate Judge**