

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

STEVEN BANKS
*Corporation Counsel*

**MARK D. ZUCKERMAN**
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

May 29, 2026

**VIA ECF**
The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  Paul Phillips, et. al. v. The City of New York, et. al., 21 Civ. 8149
(ALC)(SLC)

Your Honor:

I am a Senior Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, representing the appearing defendants in the above referenced matter. We write jointly with plaintiffs' counsel to respectfully raise what we believe to be an error in the Court's Order at Docket 246 regarding the date of the next conference. Although the June 26th date for the next court conference was discussed yesterday, both sides believe that it was decided that the next conference would take place on July 1, 2026 at 1:00 p.m., and not June 26th, due to a potential conflict of Mx. Green.

Thank you for your consideration herein.

Respectfully submitted,

/s/ Mark D. Zuckerman
Mark D. Zuckerman

---

The Court is in receipt of the parties' letter at Dkt. No. 248. The Court clarifies that the next telephonic conference in this case is scheduled for **Wednesday, July 1, 2026 at 1:00 p.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

The Clerk of the Court is respectfully directed to vacate the telephonic conference on June 26, 2026 at 3:00 p.m.

SO ORDERED   5/29/26

SARAH L. CAVE
United States Magistrate Judge