**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Phillips, et al.

       *Plaintiffs,*

    v.

The City of New York, et al.,

       *Defendants*

**21-cv-8149 (ALC) (SLC)**

**DECLARATION OF SERVICE**

I, Leena Mohmoud, being duly sworn, depose and say:

1.  I am Of-Counsel to Cohen&Green P.L.L.C., who, along with Gideon Orion Oliver and Kaishian & Mortazavi LLC, represent all plaintiffs in the above putative class action.

2.  I am over 18 years old and not a party to this action.

3.  On June 2, 2026, at approximately 5:18 p.m., per this Court's order at ECF No. 247, I served Plaintiff Randy Rosario with the Motion to Withdraw by e-mail, to his last known email address.

4.  On that same date, at approximately 5:26 p.m. I texted Mr. Rosario at his last known number, informing him that I sent the Motion to Withdraw by e-mail, and directing him to check his e-mail.

5.  On June 4, 2026, at approximately 3:50 p.m., my office mailed a copy of the Motion to Mr. Rosario's last known e-mail address, via USPS Certified Mail.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: June 5, 2026

           /s/

         _____
         LEENA MOHMOUD WIDDI