**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

Phillips, et al.,

*Plaintiffs,*

v.

City of New York, et al.,

*Defendants.*

---

Case No. 21-cv-8149 (ALC) (SLC)

**NOTICE OF MOTION FOR CLASS CERTIFICATION**

---

**PLEASE TAKE NOTICE** that, upon the Declaration of Remy Green, sworn to on June 24, 2026, and the accompanying Memorandum of Law, Plaintiff Paul Phillips and Khaori Wright, by and through their counsel, will move this Court located at 500 Pearl Street, New York, NY 10007, at a date and time to be determined by the Court, for an Order:

1. Certifying a class "the "Class"), pursuant to Rule 23, consisting of the following definition, or such appropriate variation or modification thereof as the Court deems appropriate:

   a. All persons;

   b. Who have been jailed by the City;

   c. Whose continued detention is premised solely on the existence of a warrant bearing their name;

   d. Where that warrant contains language requiring production to a court "without unnecessary delay";

   e. Who NYPD, DOC, or another City actor (1) did not bring to court for an appearance on the warrant before detention on the warrant, or (2) otherwise failed to produce that person to court for an appearance on the warrant "without unnecessary delay" after detention; and

   f. Who fit into one or both Subclasses described below.

   **i. State Law Subclass:** all members of the Class whose incarceration is ongoing, or ended within the year and 90 days — plus any tolling time provided by Executive Order No. 202.8 and its various extensions — prior to the filing of the motion for leave to file the First Amended Class Action Complaint.

   **ii. § 1983 Subclass:** all members of the Class whose incarceration is ongoing, or ended within the three years — plus any tolling time provided by Executive Order No. 202.8 and its various extensions — prior to the filing of the motion for leave to file the First Amended Class Action Complaint.

1

2. Appointing Paul Phillips and Khaori Wright as class representatives.

3. Appointing Cohen&Green P.L.L.C., Gideon Orion Oliver, and Kaishian & Mortazavi LLC as class counsel.

4. Granting any further or other relief the Court deems just and proper.

Dated: June 24, 2026
      Queens, New York

                    Respectfully submitted,

                    **COHEN&GREEN P.L.L.C.**

                           /s/
                    _____
                    **BY:**      J. Remy Green

                    1639 Centre St., Suite 216
                    Ridgewood, New York 11385
                    t : (929) 888-9480
                    f: (929) 888-9457
                    e: remy@femmelaw.com