# PLACEHOLDER

**[for exhibit proposed to be filed under seal because of designation as "confidential"]**