Defendant _Khari Wright_     Indictment No. _714619_

☒ ORIGINAL SENTENCE          ☐ VOP SENTENCE          ☐ RE-SENTENCE

Date _12-1-22_     Judge _Sciarrino_     Part _TAP2_

Counsel Present _D Moore_     Clerk _D Flores_     Court Reporter _C Ingravallo_

Sentence _1yr C.D. For 5yrs_
_DNA on File_

**Defendant adjudicated:**
☐ violent felony offender          ☐ second felony offender          ☐ second violent felony offender
☐ persistent felony offender       ☐ persistent violent felony offender   ☐ youthful offender

Court Imposes following fees  ☐ to be paid by _CIVIL JORD_ or _____     ☐ other agency to collect
Date   Days

☒ Mandatory surcharge of $ _175_
☒ Crime victim assistance fee of $ _25_
☒ DNA fee of $ _50_
☐ Supplemental sex offender victim fee of $ _____
☐ Sex offender Registration fee of $ _____
☐ VTL 1192 surcharge of $ _____

Counts dismissed for plea _____

**CALENDAR**

| DATE | PART | WOS DISPOSITION | | JUDGE |
|------|------|-----------------|------|-------|
| 1-30-20 | TAP2 | AWOD  2-11-20 For ARR | PC | Sciarrino |
| 2-11-20 | TAP2 | AWOD  (PRWO) | | Sciarrino |
| 11.22.21 | MM | DWA/VC  Invol Raw WV PNG/ARR | NMR-PTS | Tomlinson |
| 1 | 1 | 12/9/2021 11AM VC | | 1 |
| 2-1-22 | TAP2 | VCDWA  3-28-22 (10:15) | NMR-PTS | Sciarrino |
| 3-28-22 | TAP2 | DWA  4-22-22 (1030 IP) | NMR-PTS | Sciarrino |
| 4.22-22 | TAP2 | DWA  See plea  TDP 6-21-22 1030 ROR | | Sciarrino |
| 6-21-22 | TAP2 | DWA  9-13-22  11AM | PC | Sciarrino |
| 9-13-22 | TAP2 | DWA  12-1-22  11AM | PC | Sciarrino |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(June 2006)

PAGE ____ OF ____