SEP 22 '95  03:09PM FROM  NY CJ CRIM CT                                    P.2

SUPREME COURT OF THE STATE OF NEW YORK
CRIMINAL BRANCH FIRST JUDICIAL DISTRICT
CRIMINAL COURT OF THE CITY OF NEW YORK
100 Centre Street
New York, N.Y. 10013

THE ATTACHED COMMUNICATION IS SENT TO YOU FOR THE FOLLOWING ACTION

To:  Chief Clerks    Date  10/2/79
lst.Chief Clerk -
Re:  Summons Parts

From:  Arthur J. Reilly

RE:  Night and Weekend
Designation of Judges

PLEASE:
- [ ] Call Me
- [ ] See Me
- [ ] Reply
- [ ] Handle
- [ ] Give Me Your Recommendation
- [ ] Investigate and Report
- [X] For Your Information
- [ ] For Your Authorization
- [ ] As Requested
- [ ] Prepare for My Signature



Supreme Court
of the
State of New York

E. LEO MILONAS
JUSTICE
DEPUTY CHIEF ADMINISTRATIVE JUDGE
NEW YORK CITY COURTS

80 CENTRE STREET
NEW YORK, NEW YORK 10013
Rm. 374-8240

## DIRECTIVE 57

Pursuant to the authority vested in me, I hereby designate as Acting Justices of the Supreme Court any and all Judges of the Criminal Court and Civil Court sitting in night-time and week-end parts. For the temporary and limited purpose of assignment to night court and week-end parts, such judges shall exercise all the powers and authority prescribed by law for a Justice of the Supreme Court.

This directive is effective September 4, 1979.

Dated:  New York, New York
         September 4, 1979

E. Leo Milonas
Deputy Chief Administrative Judge
New York City Courts

TOTAL P.02

PHIL_001657