UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL PHILLIPS, et al.,

Plaintiffs,

-v-

CITY OF NEW YORK, et al.,

Defendants.

CIVIL ACTION NO.: 21 Civ. 8149 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic discovery conference (the "Conference") held today, July 1, 2026, the Court orders as follows:

1. A telephonic discovery status conference is scheduled for **July 27, 2026 at 1:00 p.m. ET** on the Court's conference line.  The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

2. Before the July 27 conference,

   a. the parties shall meet and confer regarding the search for Electronically Stored Information ("ESI") including the search terms relating to the search of the Civilian Complaint Review Board ("CCRB") and Department of Correction ("DOC") databases as discussed in the Court's Order dated May 28, 2026.  (Dkt. No. 246 ¶ 2(a)–(b)).

   b. Plaintiffs' counsel shall provide Defendants' counsel with any helpful information regarding how to conduct a reasonable search of the CCRB's records;

3. By **Monday, July 6, 2026**, the parties shall request a copy of the transcript of today's conference using the annexed form.

4. By **Friday, August 7, 2026**, Defendants shall file their opposition to the Plaintiffs' motion for class certification.  (Dkt. No. 254).  Plaintiffs shall file their reply, if any, by **Friday, August 21, 2026**.

The Clerk of Court is respectfully directed to close Dkt. No. 238.

Dated:        New York, New York
              July 1, 2026

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Request for the production of a transcript from an electronic recording**

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u>  The transcript will be delivered to your office and you will be  invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for  the transcription services described herein. This form should not be submitted for the purpose of obtaining  a price estimate.

**NOTE:**  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE  SERVICE:
(prices listed are per page)

| Daily $7.30 | ◯ | 3 Day $6.55 | ◯ | 7 Day $5.85 | ◯ | 14 Day $5.10 | ◯ | 30 Day $4.40 | ◯ |
|---|---|---|---|---|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|