UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL PHILLIPS, et al.,

Plaintiffs,

-v-

CITY OF NEW YORK, et al.,

Defendants.

CIVIL ACTION NO.: 21 Civ. 8149 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Paragraph 2.b of the Court's Order at Dkt. No. 261 is **AMENDED** as follows:

2.  Before the July 27 conference,

    b.  Plaintiffs' counsel shall provide Defendants' counsel with any helpful information regarding how to conduct a reasonable search of the Internal Affair Bureau's ("IAB") records;

Dated:      New York, New York
            July 2, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**