UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL PHILLIPS, et al.,

                              Plaintiffs,

       -v-                                              CIVIL ACTION NO.: 21 Civ. 8149 (ALC) (SLC)

CITY OF NEW YORK, et al.,                                              **ORDER**

                              Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic discovery conference (the "Conference") held today, July 27, 2026, the Court orders as follows:

1. Plaintiffs may serve a Rule 30(b)(6) deposition notice with respect to how to search the records of the New York Police Department's Internal Affairs Bureau for complaints, similar to the Plaintiffs' complaints in this action, that an individual with outstanding warrants was taken directly to Rikers Island or another city jail rather than taking them to court in the first instance. (See Dkt. No. 211).

2. By **July 30, 2026**, the parties shall request a copy of the transcript of the Conference using the annexed form.

3. By **August 10, 2026**, the parties are to file a joint status letter, not to exceed 750 words, attaching the Department of Corrections hit report discussed during the Conference.

4. A telephonic discovery status conference is scheduled for **August 13, 2026 at 12:00 p.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

5. Defendants' request for an extension of time to file their opposition to Plaintiffs' motion for class certification (Dkt. No. 254) is **GRANTED.**   By **August 14, 2026,** Defendants shall file their opposition).   Plaintiffs shall file their reply, if any, by **August 28, 2026**.

Dated:        New York, New York
              July 27, 2026

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u>  The transcript will be delivered to your office and you will be  invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for  the transcription services described herein. This form should not be submitted for the purpose of obtaining  a price estimate.
**NOTE:**  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE  SERVICE:
(prices listed are per page)

| Daily $7.30 | ◯ | 3 Day $6.55 | ◯ | 7 Day $5.85 | ◯ | 14 Day $5.10 | ◯ | 30 Day $4.40 | ◯ |
|---|---|---|---|---|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|