| Term | Documents with hits |
| --- | --- |
| "530.70" OR "53070" | 9 |
| (Arrest w/10 warrant) AND NOT(parole OR immigration) | 177 |
| (Bench w/10 warrant) AND NOT(parole OR immigration) | 226 |
| (Detain w/10 warrant) AND NOT(parole OR immigration) | 0 |
| (Detention w/10 warrant) AND NOT(parole OR immigration) | 11 |
| (Warrant w/10 (hold OR held)) AND NOT(parole OR immigration) | 411 |
| (Warrant w/10 court) AND NOT(parole OR immigration) | 427 |
| (Warrant w/10 judge) AND NOT(parole OR immigration) | 154 |
| Overstay | 0 |
| Total Documents: | 875 |
| Total Documents (with family): | 1,112 |