

**THE CITY OF NEW YORK**

**STEVEN BANKS**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MARK D. ZUCKERMAN**
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

August 10, 2026

**VIA ECF**
The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

       Re:  Paul Phillips, et. al. v. The City of New York, et. al., 21 Civ. 8149
       (ALC)(SLC)

Your Honor:

       I am a Senior Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, representing the appearing defendants in the above referenced matter. We write with the consent of plaintiffs' counsel to respectfully request 5 excess pages for a total of up to 30 pages in defendants' Memorandum of Law in opposition to plaintiffs' motion for class certification. The excess pages are necessary to fully address the numerous issues raised in plaintiffs' moving Memorandum of Law.

       This is the first such request.

       Thank you for your consideration herein.

       Respectfully submitted,

       /s/ Mark D. Zuckerman
       Mark D. Zuckerman

cc:    All counsel (via ECF)

The Defendants' request at Dkt. No. 265 is **GRANTED**.  Defendants may have an additional 1,750 words for their memorandum of law in opposition to Plaintiffs' motion for class certification.  (Dkt. No. 254 (the "Motion")).  Further, Plaintiffs may have an additional 875 words for their reply in further support of their Motion.

The Clerk of Court is respectfully directed to close Dkt. No. 265.

SO ORDERED.    August 10, 2026

SARAH L. CAVE
United States Magistrate Judge