**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Phillips, et al. | |
| *Plaintiffs,* | **21-cv-8149 (ALC) (SLC)** |
| v. | |
| | **DECLARATION IN SUPPORT OF** |
| The City of New York, et al., | **MOTION FOR CLASS** |
| | **CERTIFICATION** |
| *Defendants* | |

I, Khaori Wright, being duly sworn, depose and say:

1.     My name is Khaori Wright.

2.     I am a named plaintiff in the matter of Phillips et al., v. The City of New York et al. in the Southern District of New York.

3.     For seventeen days in March of 2020, the City of New York held me in its jails, claiming apparently that I needed to be held there under a warrant.

4.     That warrant required anyone arresting me to bring me to court to resolve the warrant "without unnecessary delay."

5.     Instead, however, I was held for 17 days without any attempt to bring me to the Court.  I could have easily been brought to a court on any of those days.

6.     I understand there are many others who had similar experiences, where they were held by the City in jail facilities, in violation of the law and the directions given in the same warrants that were used to justify those holds.

7.     I am seeking to represent a class of people who faced similar unlawful conduct by City actors to what I faced.  I hope to be a class representative in this case.

8.      I understand that being a class representative means that I am representing all of the people who have been in the same position as me and have been arrested and taken to Rikers Island on a warrant without seeing a judge to resolve that warrant first, and who were not brought to courts for days, weeks, or longer once they were incarcerated.

9.      I know that being a class representative means I have to think about what outcome would be best for everyone in the class, not just me.

10.     I am prepared to do that.

11.     What happened to me was very traumatic and it should not have happened.

12.     I want to be a class representative to make sure this never happens to me or anyone else.

13.     This case is important to me because I know it could happen again, even to me— and it did.

14.     I was arrested and detained on the same warrant even after I had already spent 17 days in jail on the warrant without seeing a judge. The second time, although I was not taken to Rikers Island, I was terrified that I would be.

15.     I believe that if a judge orders the City to take someone arrested on a warrant to a judge as soon as possible, this won't happen to anyone again.

16.     That is my priority.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: June 19 , 2026

Khaori W

Khaori Wright (Jun 19, 2026 15:27:51 EDT)

**KHAORI WRIGHT**