**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Phillips, et al. <br><br> *Plaintiffs,* <br><br> v. <br><br> The City of New York, et al., <br><br> *Defendants* | **21-cv-8149 (ALC) (SLC)** <br><br><br> **DECLARATION OF PAUL PHILLIPS IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |

I, Paul Phillips, being duly sworn, depose and say:

1. My name is Paul Phillips.

2. I am 62 years old, and I live in Schenectady, New York.

3. I am a named plaintiff in the matter of Phillips et al., v. The City of New York et al.

4. Between (and including) July 3, 2020 and July 7, 2020, I was held on Rikers Island on what I understand is sometimes called a "Zombie" warrant. That is, a warrant that was from the 1980's and had been vacated decades ago.

5. The warrant itself, even if it were valid, directed anyone arresting me to bring me to court to resolve the warrant "without unnecessary delay."

6. I was arrested in the morning, on July 3. I could have easily been brought to a court part to resolve the (invalid, zombie) warrant.

7. The same was true each of the following days. And I was never actually brought to see a judge. Instead, I was released late in the evening on July 6 without the ability to get home.

8. I was held on Rikers Island without seeing a judge for four days, in violation of a warrant that required my production to court "without unnecessary delay" while I suffered extreme medical consequences that I testified about at length at my deposition and my 50-h hearing.

1

9. I understand there are many others who had similar experiences: They were held in City jail facilities in violation of the law and the very warrants that were used to justify those holds.

10. I am seeking to represent a class of people who faced similar unlawful conduct by City actors to what I faced.

11. I understand that if the Court allows me to be a class representative in this matter, I will have a very important responsibility.

12. I know that I would be obligated to pursue the best outcomes for everyone in the class, and to prioritize the interests of the class over my own individual interests.

13. I am prepared to do that and would be honored to be a class representative.

14. What happened to me was one of the most traumatic experiences of my life and it has impacted me every single day since.

15. At the time of my arrest, I had been out of prison for over 15 years, and I had worked hard to turn my life around.

16. I was in long-term treatment for my mental health and substance abuse disorders and I was living happily with my loving partner and contributing to my community.

17. All of that progress was significantly set back as a result of my excessive detention at Rikers.

18. Being detained at Rikers Island for four days was incredibly terrifying, especially at the height of the COVID pandemic. I thought that I was going to die.

19. This all happened because there was some mistake in the police system that showed a warrant in my name and because the police never took me to a judge to get it sorted out.

20. Besides the physical impacts of the detention, I continue to have horrible nightmares and am terrified to leave my house out of fear that this could happen again.

21.    Even though continuing to talk and think about what happened to me is difficult, it is really important to me to get justice for myself, and to get justice for others who faced similar misconduct.

22.    I understand there is much that is uncertain in how a case like this may work out. But I intend to seek both appropriate financial compensation for the time the City unlawfully held me and others and a decision from a judge that makes it clear that what the City of New York did to me was illegal, so it never happens to me or anyone else.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: June 22 ___, 2026

_Paul R Phillips_

Paul R Phillips (Jun 23, 2026 18:52:44 EDT)

**PAUL PHILLIPS**

3