

August 10, 2026

Hon. Andrew L. Carter, Jr., U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007-1312

By Electronic Filing.

**Re:** **Phillips v. City of New York, 21-CV-8149 (ALC)(SLC)**

Dear Judge Carter:

My firm, with co-counsel represents Plaintiffs and the putative class in the case above.

I write to ask the Court to accept two declarations — just filed as ECF Nos. 268 and 269 — belatedly in support of the class certification motion at ECF No. 254. As the Court can see from the date the declarations were signed and the fact they were cited in the motion papers, they were omitted inadvertently from the filing. I learned they were omitted from defense counsel who emailed just now asking if he was missing them. (I sent him copies immediately; this letter and the declarations at ECF Nos. 268 and 269 follow, and I made clear Plaintiffs would consent to any extension sought)

I apologize for the omission. I am honestly not sure how I missed filing them. Nonetheless, I ask the Court to consider them with the motion as if they had been filed timely.

As always, I thank the Court for its continued time and attention.

Respectfully submitted,

/s/

_____

J. Remy Green
   *Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiffs*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.