

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**MARK D. ZUCKERMAN**
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

August 12, 2026

**VIA ECF**
The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

     Re:  <u>Paul Phillips, et. al. v. The City of New York, et. al.</u>, 21 Civ. 8149
(ALC)(SLC)

Your Honor:

     I am a Senior Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, representing the appearing defendants in the above referenced matter. We write in response to plaintiffs' motion at Docket 270 to belatedly file (and serve) the declarations of the plaintiffs Wright and Phillips at Dockets 269 and 270 in support of their motion for class certification. Defendants do not oppose the motion, so long as defendants' time to submit their class certification response is extended one business day from August 14, 2026 to August 17, 2026, to which plaintiffs have consented.

     Thank you for your consideration herein.

     Respectfully submitted,

     /s/ Mark D. Zuckerman
     Mark D. Zuckerman

cc:    All counsel (via ECF)

---

The parties' requests at Dkt. Nos. 270 and 271 are **GRANTED**.

Plaintiffs' belatedly filed declarations (Dkt. Nos. 268-269), are accepted as apart of Plaintiffs' motion for class certification.  (Dkt. No. 254 (the "Motion")).

By **August 17, 2026**, Defendants shall file their opposition to the Motion.

The Clerk of Court is respectfully directed to close Dkt. No. 270.

SO ORDERED.    August 12, 2026.

SARAH L. CAVE
United States Magistrate Judge