UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL PHILLIPS, et al.,

                           Plaintiffs,

      -v-

CITY OF NEW YORK, et al.,

                           Defendants.

CIVIL ACTION NO.: 21 Civ. 8149 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic discovery conference (the "Conference") held today, August 13, 2026, the Court **ORDERS** as follows:

1.  Defendants' counsel represented that:

    a.  They anticipate the review of the Department of Corrections documents to begin by August 17, 2026.

    b.  The review of the Civilian Complaint Review Board documents has been completed, and no responsive documents were located.

2.  The parties shall meet and confer regarding:

    a.  The search terms to locate and review Internal Affairs Bureau complaint logs involving complaints similar to Plaintiffs' allegations in this action.

    b.  The hit report relating to the emails from the Mayor's Office of Criminal Justice ("MOCJ") discussed at the conference.

3.  By **August 18, 2026**, the parties shall request a copy of the transcript of the Conference using the annexed form.

4. By **September 15, 2026 at 5:00 p.m. ET**, the parties are to file a joint status letter, not to exceed 750 words, attaching the MOCJ hit report.

5. A telephonic discovery status conference is scheduled for **September 17, 2026 at 2:15 p.m. ET** on the Court's conference line.  The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:       New York, New York
             August 13, 2026

SO ORDERED.

_____

SARAH L. CAVE
**United States Magistrate Judge**

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|