UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

PAUL PHILLIPS, et. al.,

Plaintiffs,

-against-

THE CITY OF NEW YORK, et. al.,

Defendants.

---------------------------------------------------------------------- x

**DECLARATION OF MARK D. ZUCKERMAN**

**21 CV 8149 (ALC)(SLC)**

**MARK D. ZUCKERMAN,** an attorney duly admitted to practice in the State of New York and the Southern District of New York, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following statements are true and correct:

1. I am a Senior Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, attorney for defendant City of New York. As such, I am familiar with the facts stated below and submit this declaration to place the relevant information and documents on the record in opposition to plaintiffs' motion for class certification.

2. Annexed hereto as Exhibit A is a true and exact copy of a bench warrant for plaintiff Paul Phillips.

3. Annexed hereto as Exhibit B are true and exact copies of excerpts of the deposition taken of plaintiff Paul Phillips herein, taken on May 19, 2026.

4. Annexed hereto as Exhibit C is a true and exact copy of the NYPD arrest report for plaintiff Khaori Wright for his arrest of March 18, 2000.

5. Annexed hereto as Exhibit D is a true and exact copy of the NYPD's OLPA report for plaintiff's Khaori Wright's arrest of March 18, 2000.

6. Annexed hereto as Exhibit E is a true and exact copy of an arrest warrant for Khaori Wright.

7. Annexed hereto as Exhibit F is a true and exact copy of a command log entry from NYPD's 75th Pct. of March 20, 2020.

8. Annexed hereto as Exhibit G is a true and exact copy of a DOC movement history for Khaori Wright.

9. Annexed hereto as Exhibit H are true and exact copies of excerpts of the deposition taken of plaintiff Khaori Wright herein, taken on May 29, 2026.

10. Annexed hereto as Exhibit I is a true and exact copy of a criminal court docket record in Docket No. 7146-19 for Khaori Wright.

11. Annexed hereto as Exhibit J is a true and exact copy of the version of NYPD Patrol Guide 208-42, that went into effect on March 18, 2019.

12. Annexed hereto as Exhibit K is a true and exact copy of excerpts of the deposition taken of DOC Capt. Jamal Rigault herein pursuant to Rule 30(b)(6), Fed. R. Civ. P. on May 12, 2026.

13. Annexed hereto as Exhibit L is a true and exact copy of the DOC's Operations Order 6/92.

14. Annexed hereto as Exhibit M is a true and exact copy of a bench warrant for plaintiff Kylasia Thompson.

15. Annexed hereto as Exhibit N is a true and exact copy of the NYPD's OLPA report for Kylasia Thompson's arrest of November 21, 2019.

16. Annexed hereto as Exhibit O is a true and exact copy of a criminal court transcript for plaintiff Kylasia Thompson from November 21, 2019.

17. Annexed hereto as Exhibit P is a true and exact copy of the NYPD arrest report for plaintiff Kylasia Thompson for her arrest of November 21, 2019.

Dated: New York, New York
August 17, 2026

/s/ Mark D. Zuckerman
Mark D. Zuckerman