# Bench Warrant

CRIMINAL COURT OF THE CITY OF NEW YORK

Date of issuance of the warrant:06/05/1989

Name of Defendant: Offense Charged:

**PHILLIPS, PAUL** **PL12005(02)F**

| **Part:** | **Return Part:** | **County:** | **Docket No:** | **OCA No:** |
|---|---|---|---|---|
| AP17 | AP17 | NEW YORK | 9N046776 | V2017100365 |

**IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK:**

TO ANY POLICE OFFICER WHOSE GEOGRAPHICAL AREA OF EMPLOYMENT EMBRACES EITHER THE PLACE WHERE THE OFFENSE CHARGED WAS ALLEGEDLY COMMITED OR THE LOCALITY OF THE COURT BY WHICH THIS WARRANT IS ISSUED.

A CRIMINAL ACTION HAVING BEEN PREVIOUSLY COMMENCED AGAINST THE ABOVE-NAMED DEFENDANT AND NOT HAVING BEEN TERMINATED BY A FINAL DISPOSITION, AND THE COURT REQUIRING THE PERSONAL APPEARANCE OF THE DEFENDANT IN THE PENDING CRIMINAL ACTION FOR A PURPOSE OTHER THAN INITIAL ARRAIGNMENT IN THE ACTION HAVING ORDERED THE ISSUANCE OF A BENCH WARRANT.

THE DEFENDANT HAVING BEEN CONVICTED OF

AND HAVING BEEN SENTENCED TO -

NOW THEREFORE, YOU ARE DIRECTED TO TAKE INTO CUSTODY THE ABOVE-NAMED DEFENDANT WHO IS PARTICULARLY DESCRIBED BELOW AND FOLLOWING HE ARREST YOU MUST WITHOUT UNNECESSARY DELAY BRING THE DEFENDANT BEFORE THIS COURT. THE DELEGATION OF THIS WARRANT IS AUTHORIZED AS PRESCRIBED IN CPL 530.70(3)(4)(5).

BY ORDER OF THE COURT

Justin A. Barry, CHIEF CLERK
CRIMINAL COURT, CITY OF NEW YORK

**DEFENDANT INFORMATION**

| | | | | | |
|---|---|---|---|---|---|
| DOB: | [redacted] | Age: | 56 | Race | [redacted] |
| Sex: | MALE | Ht: | 6'0" | Hair: | BLOND OR STRAWBERRY |
| Weight: | 190 | Eyes: | HAZEL | | |
| ADDRESS | [redacted] | | | | |
| Opr Lic #: | | SSN: | [redacted] | | |

**ARREST INFORMATION**

| | | | | | |
|---|---|---|---|---|---|
| A/O Name: | VARGA | Shield #: | 31743 | Precinct: | 009 |
| Arrest ID: | M89044166 | Date: | 05/10/1989 | Command: | |
| Dept/Agency: | NY0303000 | NYSID: | 04526665L | Tax Reg #: | 894413 |




A