UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

PAUL PHILLIPS; KHAORI WRIGHT; RANDY ROSARIO; and KYLAYSIA THOMPSON, on Behalf of Themselves and All Others Similarly Situated,

Plaintiffs,

v.

Case No. 21-cv-8149

THE CITY OF NEW YORK; NEW YORK CITY POLICE DEPARTMENT DET. MICHAEL PRILOOK; DEPARTMENT OF CORRECTIONS MEMBER GABRIEL MONTALVO; DEPARTMENT OF CORRECTIONS MEMBER EDWARD HORTON; DOC MEDICAL STAFF MEMBER KRYSTALBELLA MURNANE-VICTORELLI; DOC MEDICAL STAFF MEMBER DAVID ROSENBERG, M.D.; DOC MEDICAL STAFF MEMBER AUNG OO, M.D.; DOC MEDICAL STAFF MEMBER JASDEEP MANGAT, M.D.; DOC MEDICAL STAFF MEMBER RENAN BEACHARD; DOC MEDICAL STAFF MEMBER TERRY

my release.

Q Do you know who stole it?

A I'm not sure. One of the officers that was working down there, I assume, because they had custody of it.

Q Do you know which officer you contend stole $20 from you?

A No, I do not.

Q By the way. Do you know if there were any court parts open at the time that you were transported to Rikers Island?

MX. GREEN: Object to form.

You can answer.

THE WITNESS: Not by a fact, but I am -- being familiar with the New York City court system, from my knowledge, there was always courts open.

BY MR. ZUCKERMAN:

Q And did you understand that the warrant that you were being held on was a bench warrant?

A You keep saying, "warrant;" there was no warrant. There was a warrant that was taken care of.

Q Okay. The warrant that the officers contended was active, do you know if it was a bench warrant?