# New York City Police Department
## Omniform System - Arrests

RECORD CONTAINS SEALED INFORMATION.
THIS RECORD MAY NOT BE MADE AVAILABLE TO ANY PERSON
OR PUBLIC OR PRIVATE AGENCY OUTSIDE THE POLICE DEPARTMENT.

| | |
|---|---|
| ***RECORD STATUS: SEALED*** | **Arrest ID: K20612035 - Y** |
| **Arrest Location: NORTH EAST CORNER LINDEN BOULEVARD & ESSEX STREET** | **Pct: 075** |

**Arrest Date: 03-18-2020**
**Time: 20:29:00**
Sector: D
Strip Search Conducted: YES
Viper Initiated Arrest: NO
Stop And Frisk: NO
Serial #: 0000-000-00000

Processing Type: ON LINE
DCJS Fax Number: KO008991
Special Event Code: NO - NOT APPLICABLE
DAT Number:
ICAD# D20031826047
Return Date: 0000-00-00

Current Location of Perpetrator:
Borough: Brooklyn
Type: ALL PD LOCATIONS
Location: 075 PRECINCT

**DAT Declined Reason(s):**

Outstanding Warrant

**COMPLAINTS:** Arrest #: K20612035

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2020-075-04163 | 2020-03-19 | Valid, Initial Arrests made | 2020-03-18 | 20:20 |

SEALED SEALED

**CHARGES:** Arrest #: K20612035

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 220.16 01 | F | B | 1 | CPCS-3RD:NARC DRUG INT/SELL |
| #02 | No | PL 221.05 | V | 0 | 1 | UNLAWFUL POSS MARIHUANA 2ND |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| How Arrest came about: | | | # Injuries: 00 | # Fatalities: 00 | Test Given: | | Reason Vehicle Not Forfeit: | | |
| Blood Specimen Taken: | Blood Specimen Refused: | Urine Specimen Taken: | Urine Specimen Refused: | Oral Fluid Specimen Taken: | Oral Fluid Specimen Refused: | Breath Sample Refused: | Breath Sample Reading: | BrAC: 0.0 | |
| Role: IDTU Technician | Department: NYPD | Tax: 0 | Command: | Shield: 0 | Rank: | Last Name: | First Name: | MI: | IDTU/Blood Case No: |
| Role: Point Person | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: | |
| Role: Supv in Charge of Checkpoint | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: | |

SEALED SEALED

**DETAILS:** Arrest #: K20612035

Was the defendant recording police-related activity at time of arrest?

AT TPO DEFT WAS OBSERVED IN POSSESSION OF A QUANTITY OF CONTROLLED SUBSTANCE. UPON FURTHER INVESTIGATION DEFT ALSO HAS ACTIVE WARRANT #07146-2019 OCA F2020200055. DEFT WAS ALSO TRAVELING IN VEHICLE WITH MARIJUANA IN OPEN VIEW IN CENTER CONSOLE

SEALED SEALED

| | | |
|---|---|---|
| ***DEFENDANT:* WRIGHT, KHAORI** | NYSID #: [redacted] | Arrest #: **K20612035** |

DE

Nick/AKA/Maiden:
Sex: **MALE**
Race: [redacted]
Age: **26**
Date Of Birth: [redacted]
U.S. Citizen: **YES**
Place Of Birth:
Is this person not Proficient in English?: **NO**
If Yes, Indicate Language:
Accent: **NO**
Identification ID: **NYS DMV Non-Driver Photo Identification**
Identification #: [redacted]
Physical Condition: **APPARENTLY NORMAL**
Drug Used: **NONE**

Height: **5FT 8IN**
Weight: **150**
Eye Color: **BROWN**
Hair Color: **BLACK**
Hair Length: **NORMAL**
Hair Style: **CLOSE CUT**
Skin Tone: **DARK**
Complexion: **CLEAR**
Soc.Security #:
Occupation: **UNKNOWN**
Lic/Permit Type:
Lic/Permit No:

Order Of Protection: **NO**
Issuing Court:
Docket #:
Expiration Date:
Relation to Victim: **STRANGER**
Living together: **NO**
Can be Identified: **YES**

Gang/Crew Affiliation: **NO**
Name:
Identifiers:

| LOCATION | ADDRESS | CITY | STATE/CNTRY ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|
| HOME-PERMANENT [redacted] | | | | | 067 |

Phone # and E-Mail Address:
**HOME: NONE**
**CELL: REFUSED**
**BUSINESS:NONE**
**E-MAIL: NONE**

N.Y.C.H.A. Resident: **NO** N.Y.C. Housing Employee: On Duty:
Development: N.Y.C. Transit Employee:

**Physical Force: NONE**

Gun:
Weapon Used/Possessed: NONE
**Non-Firearm Weapon:**
**Other Weapon Description:**

Make:
Color:
Caliber:
Type:
Discharged: NO

Recovered:
Serial Number Defaced:
Serial Number:

**Used Transit System: NO**
**Station Entered:**
**Time Entered:**
**Metro Card Type:**
**Metro Card Used/Poses:**
**Card #:**

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | ACCESSORIES - JEANS - BLUE |
| CLOTHING | HEADGEAR - SKI CAP OR WATCH CAP - YELLOW |
| CLOTHING | OUTERWEAR - WAIST LENGTH JACKET - BLACK |
| CLOTHING | FOOTWEAR - SNEAKERS - BLACK |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

SEALED

SEALED

**JUVENILE DATA:**

**Arrest #: K20612035**

Number Of Priors: **0**
School Attending:
Relative Notified: Personal Recog:
Name:
Phone Called:

Mother's Maiden Name: Time Notified:

SEALED | SEALED

**ASSOCIATED ARRESTS:** Arrest #: K20612035

ARREST ID COMPLAINT #

SEALED | SEALED

No Vehicles for Arrest #

SEALED | SEALED

**DEFENDANTS CALLS:** Arrest #: K20612035

| CALL # | NUMBER DIALED | NAME - PROVIDED BY DEFENDANT | NAME AS LISTED IN CELL PHONE | RELATIONSHIP | CALL COMPLETED |
|---|---|---|---|---|---|
| 1 | -- | REFUSED,REFUSED | REFUSED | | NO |

SEALED | SEALED

**INVOICES:** Arrest #: K20612035

| INVOICE# | COMMAND | PROPERTY TYPE | VALUE |
|---|---|---|---|
| 3001221554 | 075 | MARIJUANA/HASHISH | |
| 3001221588 | 075 | DRUGS/NARCOTICS | |

SEALED | SEALED

**ARREST RULES:** Arrest #: K20612035

ORIGINAL ARREST PROCESSING TYP : O
OFFENCE DATE : 03/18/2020
AGE AT TIME OF OCCURRENCE : 26
AGE BAND : C_RTA_2019
JUV. OFFENDER CHARGE : , IS JUV .OFFENDER : FALSE
JUV. DELINQUENT CHARGE : , IS JUV.DELINQUENT : FALSE
JUV. ADOLESCENT CHARGE : , IS ADOLESCENT : FALSE

SEALED | SEALED

## ARRESTING OFFICER: POM MICHAEL V AMELLO

Arrest #: K20612035

Tax Number: 949999
Other ID (non-NYPD): 0
Shield: 17857
Department: NYPD
Command: 075

On Duty: YES
In Uniform: YES
Squad: C3
Chart: 05
Primary Assignment: BEAT OFFICER

**Force Used:** NO - No Force Used by any MOS
Type:
Reason:
Officer Injured: NO
Officer Body Worn Camera: YES
TRI Number: 0000-000-00000 Suffix: 0

SEALED | SEALED

| | | | |
|---|---|---|---|
| Arresting Officer Name: POM AMELLO, MICHAEL V | Tax #: 949999 | Command: 075 | Agency: NYPD |
| Supervisor Approving: SGT BARHOLD CHARLE | Tax #: 947981 | Command: 075 | Agency: NYPD |
| Report Entered by: POM AMELLO, MICHAEL | Tax #: 949999 | Command: 075 | Agency: NYPD |

END OF ARREST REPORT
K20612035