WRIGHT, KHAORI | MALE/ BLACK/ 26 | K20612035

**NYSID :** 12758282Q
**Fax Num :** KO008991
**Court Part :**
**Docket Num :**

**Arrest Precinct :** 75

**Arrest Officer :** AMELLO, MICHAEL
**AO Command :** 075
**AO TaxId :** 949999
**AO Rank :** POM
**AO Dept :**

**Status : I CARD, WARRANT NYC, DP - WARRANT**
**Current Lodging :** KINGS MAIN MALE HOLDING (KCT)
**Top Charge :** PL 220.16 01
**Notes On File ?** YES

**Custody Time :** 26 hrs 34 mins
**Arraignment Time :** 26 hrs 34 mins

| | | | |
|---|---|---|---|
| ARREST 03/18/2020 2029 | RECORD CREATE 03/19/2020 0550 | NYSID 03/19/2020 0806 | DNA BANNER 03/19/2020 0806 |
| PAPERWORK READY * - 03/19/2020 0904 | AO RELEASE Missing | COMPLAINT SWORN Missing | COMPLAINT RECEIVED Missing |
| BREAKDOWN Missing | PACKAGE TO COURT Missing | DOCKETED Missing | ARRAIGNMENT CLOSED 03/19/2020 2303 |
| FOLDER-READY FOR CJB 03/19/2020 0658 | FOLDER SENT TO DA 03/19/2020 0908 | DP RELEASED * 03/19/2020 2303 | DP - WARRANT * 03/19/2020 1950 |
| I CARD * 03/19/2020 0851 | WARRANT NYC * 03/19/2020 0851 | | |

## Arraignment Status

| Activity Name | StartDate/Time | - EndDate/Time |
|---|---|---|
| ARREST | 03/18/2020 2029 | - ——— —— |
| RECORD CREATE | 03/19/2020 0550 | - ——— —— |
| NYSID | 03/19/2020 0806 | - ——— —— |
| DNA BANNER | 03/19/2020 0806 | - 03/19/2020 0806 |
| PAPERWORK READY * | 03/19/2020 0904 | - ——— —— |
| AO RELEASE | ——— —— | - ——— —— |
| COMPLAINT SWORN | ——— —— | - ——— —— |
| COMPLAINT RECEIVED | ——— —— | - ——— —— |
| BREAKDOWN | ——— —— | - ——— —— |
| PACKAGE TO COURT | ——— —— | - ——— —— |
| DOCKETED | ——— —— | - ——— —— |
| ARRAIGNMENT CLOSED | 03/19/2020 2303 | - ——— —— |
| FOLDER-READY FOR CJB | 03/19/2020 0658 | - ——— —— |
| FOLDER SENT TO DA | 03/19/2020 0908 | - ——— —— |
| DP RELEASED * | 03/19/2020 2303 | - ——— —— |
| DP - WARRANT * | 03/19/2020 1950 | - ——— —— |
| I CARD * | 03/19/2020 0851 | - ——— —— |
| WARRANT NYC * | 03/19/2020 0851 | - ——— —— |

## Lodging Status/History

| Lodging Name | StartDate/Time | - EndDate/Time |
|---|---|---|
| 075 PRECINCT | 03/18/2020 2029 | - 03/19/2020 0936 |
| KINGS MAIN MALE HOLDING (KCT) | 03/19/2020 0936 | - ——— —— |

## Charges

| Law Code | Category | Charge Class | Degree |
|---|---|---|---|
| PL 220.16 01 | F | B | 3 |
| PL 221.05 | V | 0 | 2 |

WRIGHT, KHAORI MALE/ BLACK/ 26 K20612035

**Grouped Arrests**

| Arrest Id | Arrest Date | NYSID | Defendant | AO NAME |
|---|---|---|---|---|

**Grouped by NYSID**

| Arrest Id | Arrest Date | NYSID | Defendant | AO NAME |
|---|---|---|---|---|

**Notes**

| Date | Time | Officer Cmd. | Officer Rank | Officer Last Name | Officer First Name | Note |
|---|---|---|---|---|---|---|
| 03/19/2020 | 0905 | 582 | PAA | WALDO | GEORGIA | F2020200055- 07146-2019- KINGS SUPREME CT. WARRANT |
| 03/19/2020 | 0905 | 582 | PAA | WALDO | GEORGIA | I2019051957- 2019-073- 11005 WITNESS- 073 PDU SUBMIT OFF: TRISCRITTI- 295 DET. RUGG- INTELL |
| 03/19/2020 | 0908 | 582 | PAA | LAU | SAMMY | A/O GIVEN READY TIME. CASE IS ON THE DECK. |
| 03/19/2020 | 0936 | 582 | POF | ABDDEEN | TANISHA | ****DEFT HAD NO ADDITIONAL ARREST AT LODGING*** |
| 03/19/2020 | 1118 | 582 | SGT | GAYLE | ANDRE | CASE IS IN PROGRESS |
| 03/19/2020 | 1950 | 582 | SGT | SHTOTLAND | EDUARD | DP # 3/20- 248 *** DO NOT RELEASE - WARRANT *** |
| 03/19/2020 | 2305 | 582 | POM | GANT | ROBERT | DEF HAS A SUPREME COURT WARRANT 07146-2019 |
| 03/20/2020 | 0122 | 582 | POM | TOBIERRE | KERVIN | DEFT REMOVED TO BROOKDALE HOSPITAL FOR JAW PAIN BY PO LEVY TAX 964612 AND PO BRANDES TAX 956451 IN RMP 3189 WITH BCS L/C #19. WILL BE RETURNED IN THE MORNING FOR A SUPREME COURT WARRANT. |