326

FRIDAY MARCH 29, 2020

| | | |
|---|---|---|
| | | DI Mastronardi R/T/C mile 18518 |
| 1035 | R/T/C | |
| 1045 | X-Bord | Po Pondant and PO Thomas to vpn 1976 to BCB w/ 3 males 1) Lawrence 2) Cross 3) Wright |
| 1046 | PFD | PO Hein |
| 1059 | Prop | PO Munsey to bb in 5353, w/ PTR 2024 6859 |
| 1100 | EOT | C+Z |
| 1200 | EOT | |
| 1200 | AM | |
| 1230 | Email | Cmd Email inspected |
| 1230 | 311 | (1) Job pending on 311, assigned to patrol |
| 1249 | Arrest / Release will DAT# 157 @ 2110 Hrs by MU | [redacted] Greta SHIELD CMD. 75 pct<br>ARREST LOC. 269 Hinsdale ARREST TIME 1244<br>SEX M RACE [redacted]<br>DEF [redacted]<br>ADDRESS [redacted]<br>FUNDS $ 25.00 RET/VOUCH. CHARGE Trespass (Wanded)<br>NOTIFIED<br>PHYSICAL/MENTAL COND. A/N FORCE USED<br>DEBRIEFED BY<br>REMARKS/PROPERTY |
| 1249 | Arrest / To BCB / P9 / 3??? | Greta<br>PO Ingram SHIELD CMD. 75 pct<br>ARREST LOC. 269 Hinsdale ARREST TIME 1244<br>SEX M RACE [redacted]<br>DEF [redacted]<br>ADDRESS [redacted]<br>FUNDS Ø RET/VOUCH. CHARGE Trespass (Wanded)<br>NOTIFIED<br>PHYSICAL/MENTAL COND. A/N FORCE USED<br>DEBRIEFED BY<br>REMARKS/PROPERTY |
| 1249 | Arrest / To BCB P9 / DP-320 1304 @ 2030 Hrs 3/40 | Greta<br>PO Ingram SHIELD CMD. 75<br>ARREST LOC. 269 Hinsdale ARREST TIME 1244<br>SEX M RACE [redacted]<br>DEF [redacted]<br>ADDRESS [redacted]<br>FUNDS $1.51 RET/VOUCH. CHARGE Trespass (Wanded)<br>NOTIFIED<br>PHYSICAL/MENTAL COND. A/N FORCE USED<br>DEBRIEFED BY<br>REMARKS/PROPERTY |

| | |
|---|---|
| 1249 | Arrest Release will Dat C 2110 by MU DP 320 on 3/2 |
| 1255 | PFD |
| 1321 | Cond T |
| 1345 | PEI |
| 1341 | Cel |
| 1350 | O |
| 1355 | P |
| 1405 | P |
| 1425 | F |
| 1440 | |
| 1450 | |
| 1450 | A |
| 1500 | |

D2257