27-DEC-22 16:31 Inmate Movement History Log (QHMOV)

BK&CS: [redacted] Name: WRIGHT, KHAORIE NYSID: [redacted]
**Admit** - Location: CKS1 Date: 20-MAR-20 Time: 11:54
Disch - Location: MTF3 Date: 04-APR-20 Time: 03:36:31

| Branch | Date | Time | From | To | Reason Code | Housing Facility | Housing Area |
|---|---|---|---|---|---|---|---|
| | 20-MAR-20 | 11:59:43 | CKS1 | AMKC | XFER | | |
| | 20-MAR-20 | 19:25:20 | CKS1 | AMKC | XFER | AMKC | RR |
| | 21-MAR-20 | 05:57:53 | | | HOUSING | AMKC | 1 UPPER |
| | 25-MAR-20 | 12:53:17 | AMKC | MTF3 | XFER | AMKC | RR |
| | 25-MAR-20 | 18:51:30 | AMKC | MTF3 | XFER | MTF3 | RR |
| | 27-MAR-20 | 05:39:06 | | | HOUSING | MTF3 | 2A/A/ |
| | 04-APR-20 | 03:36:35 | MTF3 | | DISC | | |

G