UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

PAUL PHILLIPS, et al.,
Plaintiffs,
v. Case No.
THE CITY OF NEW YORK, et al., 1:21-CV-08149-ALC-SLC
Defendants.

---

DEPOSITION OF KHAORI WRIGHT

DATE: Friday, May 29, 2026
TIME: 10:10 a.m.
LOCATION: Remote Proceeding
Far Rockaway, NY 11691
REPORTED BY: Nicholas Lee
JOB NO.: 8241144

the second time I was incarcerated on Rikers Island?
Q No, no, no. I'm talking about the second time you were at -- you were at Brooklyn Central Booking on March 18, 2020; correct?
A Right.
Q And you were also at Brooklyn Central Booking after being discharged from the hospital on March 20, 2020; correct?
A Right. But they never told me about no warrant.
Q Okay. So that's my question. When you were at Brooklyn Central Booking the second time, did you learn that there was an outstanding warrant for your arrest from the other robbery case?
A No, sir.
Q Okay. Did you understand when you were at Brooklyn Central Booking while you -- why you were still in custody?
A No.
Q Did you ask?
A No, because I was already -- I thought I was there for controlled substance -- uncontrolled substance.
Q When you were at Brooklyn Central Booking on March 20, 2020, after being discharged from the

hospital, do you know whether there were any open court parts in light of the COVID pandemic?

MS. WIDDI: Objection to form.

You can answer, if you know.

THE WITNESS: I can't -- I can't recall.

BY MR. ZUCKERMAN:

Q You don't know one way or the other?

A No. Sorry, sorry. Sorry. There was knocking at the door.

Q When did you learn you were going to be taken to Rikers Island?

A When they brought me upstairs to Department of Corrections from central bookings.

Q So you learned you were going to be taken to Rikers Island after you were brought from the hospital to Brooklyn Central Booking; correct?

A Yes.

Q And you learned that you were going to be taken to Rikers Island while you were at Brooklyn Central Booking; correct?

A Yes.

Q By the way, did you know what court part the outstanding arrest warrant was issued out of?

A No, 'cause I never stepped foot in a

A No.

Q And you said you were then taken to Rikers Island without seeing a judge?

A Yes. Correct.

Q And you were released from Rikers Island about three weeks later in April of 2020; right?

A Yes.

Q And at that point, from March 18, 2020 to when you were released, almost three weeks later in April, had you seen a judge at all?

A No. I was incarcerated again.

Q So when you say you were incarcerated again, you mean you were incarcerated later after you were released?

A Yes. Off the same warrant.

Q Okay. So we'll get to that. But before we talk about that, just in this first period of detention at Rikers from March to April, had you seen a judge at all?

A No.

Q And you said you were arrested a second time on the same warrant. Do you remember when that was?

A I can't remember what day.

Q Does November 22, 2021 refresh your recollection at all?

A Yes. That's around the time before Thanksgiving.

Q And you were arrested around that time on the same warrant?

A Yes.

Q And that time, did you see a judge on the warrant?

A No. I was released from Manhattan Detention Center.

Q All right. And I am going to show you -- one second. I'm going to --

MS. WIDDI: Can I share my screen?

Mark, I'm going to show the witness an exhibit.

BY MS. WIDDI:

Q Okay. Great. Khaori, can you see my screen?

A Yes.

Q Okay. So what does this -- can you read -- can you read what it says in the box on the left side that starts with "The People of the State of New York"?

A "The People of the State of New York, Indictment Number 0146 [sic]-2019."

Q And the -- sorry. Go ahead.

A Yes.

MS. WIDDI: Objection. Mr. Zuckerman, I think he's saying an answer and then you're at -- you're saying yes forcefully, and then he's saying yes. I would just ask you --

MR. ZUCKERMAN: Well, let's just read back since I -- redirect.

MS. WIDDI: Yeah.

MR. ZUCKERMAN: Just to make sure we have it, without your interruptions.

THE REPORTER: All right.

(The reporter repeated the record as requested.)

BY MR. ZUCKERMAN:

Q Let's just clarify. You made a court appearance on November 22, 2021; correct?

A Yes.

THE REPORTER: Please hold on just a second. My computer is -- the software is frozen on the readback. All right. We're -- we're good.

MR. ZUCKERMAN: Thank you. Thanks, Nick.

BY MR. ZUCKERMAN:

Q Mr. Wright, you appeared in court on November 22, 2021; correct?

A Yes.
Q And you appeared before the Honorable Rhonda Z. Tomlinson; correct?
A Yes.
Q And that court appearance was in case 7146 of 2019; correct?
A 2019? Yes.
Q And there was a court reporter present; correct?
A Yes.
Q And you actually were arraigned on that day; correct?
A Yes.
Q And you pled -- you pled not guilty; correct?
A Yes.
Q And the warrant was executed as of that day; correct?
A No.
Q Not correct? So if the court record says otherwise, the court record's wrong?
MS. WIDDI: Objection to form.
You can answer.
THE WITNESS: I was arrested again off the same warrant, so obviously they never vacated the