Defendant Khaori Wright Indictment No. 714619

☒ ORIGINAL SENTENCE ☐ VOP SENTENCE ☐ RE-SENTENCE

Date 12-1-22 Judge Sciarrino Part TAP2

Counsel Present D Moore Clerk D Flores Court Reporter C [illegible]

Sentence Lyn C.D. FOR 5YRS
DNA on File

Defendant adjudicated:
☐ violent felony offender ☐ second felony offender ☐ second violent felony offender
☐ persistent felony offender ☐ persistent violent felony offender ☐ youthful offender

Court imposes following fees ☐ to be paid by CIVIL J&RD (Date / Days) ☐ other agency to collect

☒ Mandatory surcharge of $ 175
☒ Crime victim assistance fee of $ 25
☒ DNA fee of $ 50

☐ Supplemental sex offender victim fee of $____
☐ Sex offender Registration fee of $____
☐ VTL 1192 surcharge of $____

Counts dismissed for plea____

CALENDAR

| DATE | PART | WOS DISPOSITION | | JUDGE |
|---|---|---|---|---|
| 1-30-20 | TAP2 | AWOD 2-11-20 For ARR | PC | Sciarrino |
| 2-11-20 | TAP2 | AWOD (PRWO) | | Sciarrino |
| 11-22-21 | MM | DWA/VC Invol Raw w/ PNG/ARR | NMR-PTS | Tomlinson |
| ⊥ | ⊥ | 12/9/2021 11AM VC | | ⊥ |
| 2-1-22 | TAP2 | VC DWA 3-28-22 (10:15) | NMR-PTS | Sciarrino |
| 3-28-22 | TAP2 | DWA 4-22-22 (1030 IP) | NMR PTS | Sciarrino |
| 4-22-22 | TAP2 | DWA See plea TDP 6.21.22 10:30 | RCR | Sciarrino |
| 6-21-22 | TAP2 | DWA 9-13-22 11AM | PC | Sciarrino |
| 9-13-22 | TAP2 | DWA 12-1-22 11AM | PC | Sciarrino |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(June 2006) PAGE ___ OF ___