# New York City Police Department
## Omniform System - Arrests

**RECORD STATUS: NYSID ENTERED** | **Arrest ID: M19651380 - L**

**Arrest Location: INSIDE OF 306 WEST 54 STREET** | **Pct: 018**

**Arrest Date: 11 21 2019**
**Time: 12:10:00**
Sector: C
Strip Search Conducted: NO
Viper Initiated Arrest: NO
Stop And Frisk: NO
Serial #: 0000-000-00000

Processing Type: ON LINE
DCJS Fax Number: MO039136
Special Event Code: NO - NOT APPLICABLE
DAT Number:
ICAD#
Return Date: 0000 00 00

Current Location of Perpetrator:
Borough: Manhattan
Type: ALL PD LOCATIONS
Location: 018 PRECINCT

**COMPLAINTS:** Arrest #: M19651380

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2019-018-08424 | 2019-10-14 | Valid, Initial Arrests made | 2019-10-14 | 19:19 |

**CHARGES:** Arrest #: M19651380

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 155.30 04 | F | E | 1 | GRAND LARCENY-4TH:CREDIT CARD |
| #02 | Yes | PL 155.30 04 | F | E | 1 | GRAND LARCENY-4TH:CREDIT CARD |
| #03 | Yes | PL 190 80 01 | F | D | 1 | IDENTITY THEFT 1 OBTAIN GOODS |

| How Arrest came about: | | # Injuries 00 | # Fatalities 00 | Test Given: | | Reason Vehicle Not Forfeit: | | |
|---|---|---|---|---|---|---|---|---|
| Blood Specimen Taken: | Blood Specimen Refused: | Urine Specimen Taken: | Urine Specimen Refused: | Oral Fluid Specimen Taken: | Oral Fluid Specimen Refused: | Breath Sample Refused: | Breath Sample Reading: | BrAC: 0.0 |
| Role: IDTU Technician | Department: NYPD | Tax: 0 | Command: | Shield: 0 | Rank: | Last Name: | First Name: | MI: / IDTU/Blood Case No |
| Role: Point Person | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: |
| Role: Supv in Charge of Checkpoint | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: |

**DETAILS:** Arrest #: M19651380

Was the defendant recording police related activity at time of arrest?

DEFENDANT DID ATTEMPT TO USE THE VICTIM'S CREDIT CARD WITHOUT PERMISSION OR AUTHORITY.

***DEFENDANT:* THOMPSON, KYLASYIA** | NYSID # [redacted] | Arrest # M19651380

Nick/AKA/Maiden:
Sex: FEMALE
Race: [redacted]
Age: 19
Date Of Birth: [redacted]
U.S. Citizen: YES
Place Of Birth: USA
Is this person not Proficient in English?: NO
If Yes, Indicate Language:
Accent: NO
Identification ID: None
Identification #
Physical Condition: APPARENTLY NORMAL
Drug Used: NONE

Height: 5FT 8IN
Weight: 150
Eye Color: BROWN
Hair Color: BLACK
Hair Length: NORMAL
Hair Style: UNKNOWN
Skin Tone: MEDIUM
Complexion: CLEAR
Soc Security #:
Occupation: UNKNOWN
Lic/Permit Type:
Lic/Permit No:

Order Of Protection: NO
Issuing Court:
Docket #
Expiration Date:
Relation to Victim: STRANGER
Living together: NO
Can be Identified: NO

Gang/Crew Affiliation: NO
Name
Identifiers:

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME PERMANENT | [redacted] | | | | | |

Ak P

Phone[redacted]
CEL[redacted]
E-MA[redacted]

N Y C H A Resident NO N Y C Housing Employee On Duty
Development N.Y.C. Transit Employee:

Physical Force: NONE

Used Transit System: NO
Station Entered
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | USED CC |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | OUTERWEAR - WAIST LENGTH JACKET - PINK |
| CLOTHING | FOOTWEAR SNEAKERS BLACK |
| CLOTHING | ACCESSORIES - UNK - UNKNOWN COLOR |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | UNKNOWN |
| IMPERSONATION | UNKNOWN |

## JUVENILE DATA:

Arrest #: M19651380

Number Of Priors: 0
School Attending:
Mother's Maiden Name:

Relative Notified Personal Recog
Name:
Phone Called:
Time Notified:

## ASSOCIATED ARRESTS

Arrest # M19651380

| ARREST ID | COMPLAINT # |
|---|---|
| M19650515 | 2019-018-08424 |

## No Vehicles for Arrest #

## DEFENDANTS CALLS:

Arrest #: M19651380

| CALL # | NUMBER DIALED | NAME PROVIDED BY DEFENDANT | NAME AS LISTED IN CELL PHONE | RELATIONSHIP | CALL COMPLETED |
|---|---|---|---|---|---|
| 1 | [redacted] | THOMPSON,BRIAN | NONE | FATHER | YES |

## INVOICES:

Arrest #: M19651380

| INVOICE# | COMMAND | PROPERTY TYPE | VALUE |
|---|---|---|---|

## ARREST RULES:

Arrest #: M19651380

ARREST PROCESSING TYPE : O
OFFENCE DATE : 10/14/2019
AGE AT TIME OF OCCURRENCE 19
AGE BAND : C_RTA_2019
JUV. OFFENDER CHARGE : , IS JUV .OFFENDER : FALSE
JUV. DELINQUENT CHARGE : , IS JUV.DELINQUENT : FALSE
JUV ADOLESCENT CHARGE , IS ADOLESCENT FALSE

## ARRESTING OFFICER: DT3 MICHAEL S PALAM

Arrest # M19651380

Tax Number: 928918
Other ID (non-NYPD): 0
Shield 3256
Department: NYPD
Command: 243

On Duty: YES
In Uniform: NO
Squad B
Chart 08
Primary Assignment INVESTIGATIVE

Force U ed NO - No Force Used by any MOS
Type
Reason:
Officer Injured: NO
Officer Body Worn Camera: NO
TRI Number 0000 000 00000 Suffix 0

| | | | |
|---|---|---|---|
| Arresting Officer Name: DT3 PALAM, MICHAEL S | Tax #: 928918 | Command: 243 | Agency: NYPD |
| Supervisor Approving: SDS SOLARSH MITCHE | Tax #: 937568 | Command: 243 | Agency: NYPD |

| Report Entered by | Tax # | Command | Agency |
|---|---|---|---|
| DT3 PALAM, MICHAEL | 928918 | 243 | NYPD |

END OF ARREST REPORT
M19651380

Print this Report