UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

PAUL PHILLIPS, et. al.

Plaintiffs,

-against-

THE CITY OF NEW YORK, et. al.,

Defendants.

---------------------------------------------------------------------- x

**DECLARATION OF CAPT. JAMAL RIGAULT**

**21 CV 8149 (ALC)(SLC)**

**CAPT. JAMAL RIGAULT,** declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following statements are true and correct:

1. I am a Captain in DOC's Custody Management Section and have been with Custody Management since January, 2020. By virtue of my work in Custody Management, I am familiar with DOC paperwork generated upon an individual being placed in DOC custody on a warrant.

2. DOC is generally not made aware of whether individuals admitted to the facilities identified on the DOC spreadsheet submitted as Exhibit 4 to the Declaration of J. Remy Green in support of class certification were brought to a court prior to being transported to the DOC facility listed on the chart because any such events would precede DOC involvement with that individual.

3. The "lists" prepared by me in 2021-2022 and submitted as Exhibit 1 to the Declaration of J. Remy Green in support of class certification did not set forth whether the warrants identified therein were arrest warrants or bench warrants.

4. The "lists" prepared by me in 2021-2022 and submitted as Exhibit 1 to the Declaration of J. Remy Green in support of class certification did not set forth whether that

individual had already been brought to court on the warrant listed nor was I preparing these lists with the purpose of so identifying such individuals.

5. In my experience, court parts available for the return of warrants are closed on weekends and holidays.

Dated: New York, New York
August 4, 2026

Jamal J. Rigault #1840. 8/4/2026
Capt. Jamal Rigault