UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

PAUL PHILLIPS, et. al.

Plaintiffs,

-against-

THE CITY OF NEW YORK, et. al.,

Defendants.

---------------------------------------------------------------------- x

**DECLARATION OF DET. ROBERT KOEHLER**

**21 CV 8149 (ALC)(SLC)**

**DET. ROBERT KOEHLER,** declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following statements are true and correct:

1. I am a detective assigned to the NYPD's Warrants Section. In that capacity, I am familiar with NYPD generated paperwork.

2. In the event that an arrestee on a warrant is brought directly to Rikers Island, NYPD paperwork does not readily capture whether that individual was brought by an NYPD officer/detective to court prior to being transported to Rikers Island, as there is no such automated field in NYPD generated documents. Rather, to make such an individualized determination, one would have to review documents such as command log entries, officer memobook entries and/or officer BWC videos, in addition to interviewing the officers involved, to potentially make such a determination, if it is possible to do so at all.

Dated: New York, New York
August 5, 2026

Det. Robert Koehler