UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

PAUL PHILLIPS, et. al.

Plaintiffs,

-against-

THE CITY OF NEW YORK, et. al.,

Defendants.

---------------------------------------------------------------------- x

**DECLARATION OF DET. MICHAEL PRILOOK (RET.)**

**21 CV 8149 (ALC)(SLC)**

**DET. MICHAEL PRILOOK (RET.)**, declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following statements are true and correct:

1. On July 3, 2020, I was a detective assigned to the NYPD's Bronx Warrants Section.

2. On July 3, 2020, New York State troopers transported Paul Phillips to the Bronx Warrants Section.

3. July 3, 2020, a Friday, was the nationally celebrated Independence Day holiday and was during the COVID-19 pandemic crisis.

4. Upon Phillips's arrival, I unsuccessfully attempted to call the Manhattan DA's office to determine that Office's intent with respect to the bench warrant that Mr. Phillips had been arrested on upstate.

5. I also called every court part that I could in order to determine if there was a court part that I could take Phillips to. None were open.

6. As such, Sgt. Brian Garay, Det. Ruben Guerrero and I transported Phillips to Rikers for lodging on the bench warrant, which I was informed was active upon my inquiry.

Dated: New York, New York
August 4, 2026

Det. Michael Prilook (Ret.)