UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL PHILLIPS, et al.,

Plaintiffs,

-v-

CITY OF NEW YORK, et al.,

Defendants.

CIVIL ACTION NO.: 21 Civ. 8149 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On June 22, 2026, the Court granted the request of counsel for Plaintiff Randy Rosario ("Rosario") counsel, Cohen&Green P.L.L.C, Gideon Orion Oliver, and Kaichian & Mortazavi LLC (the "Firms"), motion to withdraw as counsel. (Dkt. No. 253 (the "June 22 Order")). Also pursuant to the Court's June 22 Order, by July 6, 2026, Mr. Rosario was required either to have "new counsel. . . file a notice of appearance or. . . [give] noti[ce]. . . that he intends to proceed pro se." (Dkt. No. 253 at 4). To date, new counsel for Mr. Rosario has not appeared nor has Mr. Rosario informed the court that he intends to proceed pro se. As a one-time courtesy, the Court sua sponte **EXTENDS** Mr. Rosario's deadline to have new counsel file a notice of appearance on his behalf or notify the Court that he intends to proceed pro se to **August 25, 2026**.

Mr. Rosario is warned that the failure to either have new counsel appear on his behalf or inform the Court that he intends to proceed pro se by **August 25, 2026**, may result in the undersigned recommending that the Court dismiss Mr. Rosario's claims against Defendants for failure to prosecute.

In light of the Firms' representation that Mr. Rosario has not lived at his last known address "for approximately a year[,]" Mr. Rosario must also inform the Court of his current

address by **August 25, 2026**. (Dkt. No. 245). Mr. Rosario is warned that the failure to notify the Court of his current address provides an independent basis to recommend dismissal of his claims. See Cabrera v. Brann, No. 21 Civ. 780 (JMF), 2021 WL 1549818, at *1 (S.D.N.Y. Apr. 20, 2021) ("District courts in this Circuit have recognized that 'the failure to maintain [a current address] with the Court is a ground for failure to prosecute' because '[t]he case cannot proceed' without such information.") (quoting Pratt v. Behari, No. 11 Civ. 6167 (JGK), 2012 WL 1021660, at *1 (S.D.N.Y. Mar. 26, 2012)).

The Firms are directed to serve a copy of this Order on Mr. Rosario via both e-mail and mail, and file proof of service on the docket by **August 20, 2026**.

Dated: New York, New York
August 18, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**