EXH-1
May 12 2026

The matters of examination will be the following:

1. Background and the meaning of various data concerning and contained in the spreadsheet produced as "1647503 l_l.XLSX," including specifically the meaning of the data in each column, and what blank cells in the data mean;

2. Background and the meaning of various data concerning and contained in the documents produced as D331-388 (the "Lists").

3. Defendants' methods, documents, policies, and any other information concerning tracking the location and processing of people held in Defendants' custody pursuant to warrants requiring production to a court for any reason (hereinafter "Court Warrants"), including:

   a. How people are tracked in Defendants' custody when held on Court Warrants;

   b. What efforts and methods Defendants use to ensure people in their custody are produced pursuant to Court Warrants or any other conditions on the Court Warrants are complied with;

   c. What documents are generated at each stage of a person being held in custody pursuant to a Court Warrant;

   d. The specific methods that were used to track each of the named Plaintiffs as they were held.