**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Phillips, et al.

*Plaintiffs,*

v.

The City of New York, et al.,

*Defendants*

**21-cv-8149 (ALC) (SLC)**

**DECLARATION OF SERVICE**

I, Leena Mohmoud, being duly sworn, depose and say:

1. I am Of-Counsel to Cohen&Green P.L.L.C., who, along with Gideon Orion Oliver and Kaishian & Mortazavi LLC, represent all plaintiffs in the above putative class action.

2. I am over 18 years old and not a party to this action.

3. On August 19, 2026, at approximately 10:30 a.m., per this Court's order at ECF No. 279, I served Plaintiff Randy Rosario with this Court's Order at ECF No. 279, to his last known email address.

4. On August 19, 2026, at approximately 3:25 p.m., my office mailed a copy of the same to Mr. Rosario's last known mailing address, via USPS Standard Mail.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: August 20, 2026

/s/

LEENA MOHMOUD WIDDI