COHEN&GREEN

August 24, 2026

Hon. Sarah L. Cave, U.S.M.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007-1312

By Electronic Filing.

**Re: Phillips v. City of New York, 21-cv-8149 (ALC)(SLC)**

Dear Judge Cave:[1]

My firm, with co-counsel, represents Plaintiffs and the putative class in the case above. I write, with Defendants' consent, to ask for a *sine die* extension of the deadline to file a reply on the pending motion for Class Certification.

As the Court is likely aware, Plaintiffs have made — and Defendants have opposed — a motion related to City testimony relevant to the pending motion. Our assumption is that the Court intends to discuss the issue at the upcoming conference already scheduled for September 17, 2026 (which, of course, we believe makes sense). The current deadline for a reply is August 28, 2026. Accordingly — in part because the appropriate deadline and amount of time needed will depend in part on how the Court resolves the motion — it appears to make the most sense to discuss an updated deadline for the reply at that conference. Additionally, given personal scheduling issues, the August 28, 2026 would not be feasible in any event.

Per the Court's Rules: (1) the deadline is August 28, 2026; (2) this is the first request by Plaintiffs, but the reply deadline has been extended once when Defendants sought an extension of time to oppose it (ECF No. 264); (3) that request was granted; (4) the reason for the request is above; and (5) Defendants consent to this request.

As ever, I thank the Court for its time and attention.

Respectfully submitted,
/s/

J. Remy Green
*Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiffs*

[1] While I believe the motion itself is before Judge Carter, unless I have missed an order of reference on the motion, because Your Honor has been addressing other procedural matters on this motion, I have directed this motion that way as well.

1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.