**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Phillips, et al.

*Plaintiffs,*

v.

The City of New York, et al.,

*Defendants*

**21-cv-8149 (ALC) (SLC)**

**DECLARATION OF SERVICE**

I, Regina Yu, hereby declare under penalty of perjury that the following statements are true and correct:

1. I am an Attorney at Cohen&Green P.L.L.C., who, along with Gideon Orion Oliver and Kaishian & Mortazavi LLC, represents all plaintiffs in the above putative class action.

2. I am over 18 years old and not a party to this action.

3. On August 27, 2026, at approximately 9:54 a.m., per this Court's order at ECF No. 287, I served Plaintiff Randy Rosario with this Court's Order at ECF No. 287, to his last known email address.

4. On August 27, 2026, at approximately 7:00 p.m., I mailed a copy of the same to Mr. Rosario by placing a true copy thereof in a sealed envelope, properly addressed to his last known mailing address, with postage paid thereon, in an official depository under the exclusive care and custody of the US Postal Service within the State of New York.

Executed on: August 28, 2026

**COHEN&GREEN P.L.L.C.**

Regina Yu

Regina Yu
1639 Centre Street, Suite 216
Ridgewood, NY 11385
(929) 888-9480
regina@femmelaw.com