UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL PHILLIPS, et al.,

Plaintiffs,

-v-

CITY OF NEW YORK, et al.,

Defendants.

CIVIL ACTION NO.: 21 Civ. 8149 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the motion of Cohen&Green P.L.L.C, Gideon Orion Oliver, and Kaichian & Mortazavi LLC (together, the "Firms"), to withdraw as counsel of record for Plaintiff Kylasyia Thompson ("Ms. Thompson"). (Dkt. No. 289 (the "MTW")). By **September 4, 2026**, the Firms shall file one affirmation (the "Affirmation"), under seal, detailing the reasons for their MTW. (See Dkt. Nos. 289-1 ¶ 4; 289-2 ¶ 4; 289-3 ¶ 4). The Firms shall serve a copy of the MTW and the Affirmation on Ms. Thompson via both e-mail and mail, and file proof of service on the docket by **September 8, 2026**.

Dated: New York, New York
September 1, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**