**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Phillips, et al.

*Plaintiffs,*

v.

The City of New York, et al.,

*Defendants*

**21-cv-8149 (ALC) (SLC)**

**DECLARATION OF SERVICE**

I, Remy Green, being duly sworn, depose and say:

1. I am a partner at Cohen&Green P.L.L.C.

2. The Court directed that counsel serve Plaintiff Kylasyia Thompson with the sealed declaration filed with the Court by mail and by email.

3. Accordingly, the accompanying declaration of Jenna Lomeli provides attestation of the mailing of that and the underlying motion.

4. On September 4, 2026, I emailed Ms. Thompson a copy of the underlying motion, the sealed declaration, and the Court's Order directing the sealed declaration.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: September 8, 2026

/s/

J. Remy Green

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

PHILLIPS, ET AL.

*Plaintiffs,*

v.

CITY OF NEW YORK ET AL.

*Defendants.*

---------------------------------------------------------------------X

Case No. 21-cv-8149 (ALC) (SLC)

DECLARATION OF SERVICE

I, Jenna Lomeli, hereby declare under penalty of perjury that the following statements are true and correct:

1. I am over 18 years of age and not a party to this action.

2. I am an assistant for Cohen&Green P.L.L.C., attorneys for Claimant in the above-captioned matter.

3. On September 8, 2026, I served the Sealed Declaration in Support of Motion for Leave to Withdraw, the Notice of Motion For Leave to Withdraw as Counsel for Plaintiff Kylasyia Thompson, Declarations in Support of Motion for Leave to Withdraw for Gideon Oliver, Remy Green, and Maryanne K. Kaishian, along with a copy of the relevant order and a cover letter in the above-captioned case upon Ms. Kylasyia Thompson by placing a true copy thereof in a sealed envelope, properly addressed to Ms. Thompson's mailing address, with postage paid thereon, in a post office or official depository under the exclusive care and custody of the US Postal Service within the State of New York.

Executed on:
September 8, 2026

Jenna Lomeli

Jenna Lomeli