UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL PHILLIPS, et al.,

Plaintiffs,

-v-

CITY OF NEW YORK, et al.,

Defendants.

CIVIL ACTION NO.: 21 Civ. 8149 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the motion of counsel for Plaintiff Kylasyia Thompson ("Thompson"), Cohen&Green P.L.L.C, Gideon Orion Oliver, and Kaichian & Mortazavi LLC (the "Firms"), to withdraw as counsel of record for Mr. Thompson pursuant to Local Civil Rule 1.4 of the Southern District of New York. (Dkt. No. 289 (the "MTW")). On September 4, 2026, the Firms filed a declaration, under seal, detailing the reasons for the MTW. (Dkt. No. 291 (the "Declaration")). On September 8, 2026, the Firms served a copy of both the MTW and the Declaration on Ms. Thomson. (Dkt. No. 292 at 2). By **September 25, 2026**, Ms. Thompson shall respond to the MTW.

Ms. Thompson is warned that the failure to respond to the MTW by **September 25, 2026,** may result in the undersigned granting the MTW. Ms. Thompson is further warned that the failure to comply with this Court's orders may result in the undersigned recommending that the Court dismiss Ms. Thompson's claims against Defendants for failure to prosecute.

The Firms are directed to serve a copy of this Order on Ms. Thomspon and file proof of service on the docket by **September 11, 2026**.

Dated: New York, New York
September 9, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**