**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Phillips, et al.<br>*Plaintiffs,*<br>v.<br>The City of New York, et al.,<br>*Defendants* | **21-cv-8149 (ALC) (SLC)**<br>**DECLARATION OF SERVICE** |

I, Remy Green, being duly sworn, depose and say:

1. I am a partner at Cohen&Green P.L.L.C.

2. The Court directed that counsel serve Plaintiff Kylasyia Thompson with its Order at ECF No. 293 ("Order") by mail and by email.

3. Accordingly, the accompanying declaration of Jenna Lomeli provides attestation of the mailing of that.

4. On September 9, 2026, I emailed Ms. Thompson a copy of the Order, and she responded confirming receipt.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: September 11, 2026

/s/
J. Remy Green

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

PHILLIPS, ET AL.

*Plaintiffs,*

v.

CITY OF NEW YORK ET AL.

*Defendants.*

-----------------------------------------------------------------------X

Case No. 21-cv-8149 (ALC) (SLC)

DECLARATION OF SERVICE

I, Jenna Lomeli, hereby declare under penalty of perjury that the following statements are true and correct:

1. I am over 18 years of age and not a party to this action.

2. I am an assistant for Cohen&Green P.L.L.C., attorneys for Claimant in the above-captioned matter.

3. On September 10, 2026, I served a copy of Magistrate Judge Cave's September 9th Order in the above-captioned case upon Ms. Kylasyia Thompson by placing a true copy thereof in a sealed envelope, properly addressed to Ms. Thompson's mailing address, with postage paid thereon, in a post office or official depository under the exclusive care and custody of the US Postal Service within the State of New York.

Executed on:
September 11, 2026

Jenna Lomeli
Jenna Lomeli