THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**MARK D. ZUCKERMAN**
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

September 14, 2026

**VIA ECF**
The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Paul Phillips, et. al. v. The City of New York, et. al., 21 Civ. 8149 (ALC)(SLC)

Your Honor:

I am a Senior Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, representing the appearing defendants in the above referenced matter. We write with the consent of plaintiffs' counsel to respectfully request that the time of the conference scheduled for September 17, 2026 be changed from 2:15 p.m. The reason for the request is that while I was on vacation, an in person settlement conference in the EDNY in Brooklyn in another matter was forwarded from September 18, 2026 at 11:00 a.m. to September 17, 2026 at 11:30 a.m. We thus request that the conference scheduled for the same date in this matter be changed to either 9:30 the same morning or after 3:30 p.m. The parties also propose after 3:00 p.m. on September 16, 2026 if that is better for the Court. Friday and next week are unavailable for Mx. Green due to vacation plans.

Thank you for your consideration herein.

Respectfully submitted,

/s/ Mark D. Zuckerman
Mark D. Zuckerman

cc: All counsel (via ECF)

Defendants' request at Dkt. No. 295 is **GRANTED**.

The telephone conference scheduled for September 17, 2026 at 2:15 p.m. ET is **RESCHEDULED** to September 16, 2026 at 4:00 p.m. ET on the Court's conference line. (Dkt. No. 273). The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time

The Clerk of Court is respectfully directed to close Dkt. No. 295.

SO ORDERED. September 14, 2026

Sarah L Cave
SARAH L. CAVE
United States Magistrate Judge