| Terms | **Documents With Hits** | **Documents With Hits, Including Group** |
|---|---|---|
| “208-42” or “208.42” or “20842” | 0 | 0 |
| “530.70” or “53070” | 0 | 0 |
| “6/92” | 16 | 30 |
| | | |
| Court w/20 (covid* OR corona* OR pandem*) | 6991 | 8,795 |
| DOC w/20 OCA | 3657 | 5,228 |
| Holiday w/20 court | 699 | 1134 |
| Hot w/5 sheet | 2213 | 3,916 |
| | | |
| Judge w/20 (covid* OR corona* OR pandem*) | 2882 | 3,517 |
| OCA w/20 MOCJ | 4484 | 8,021 |
| Overstay | 29 | 29 |
| Production w/5 list | 7975 | 16,712 |
| Secur* w/5 order | 11885 | 25,379 |
| Vacate w/20 warrant | 660 | 920 |
| Warrant w/10 bench | 4284 | 6330 |
| warrant w/10 court | 8415 | 12,066 |
| | | |
| Warrant w/20 (covid* OR corona* OR pandem*) | 699 | 1,096 |
| Warrant w/20 hold | 5092 | 6876 |
| Warrant w/20 judge | 3876 | 5,870 |
| Warrant w/20 justice | 3851 | 5,168 |
| Warrant w/20 track | 192 | 241 |
| Warrant w/40 produce | 2164 | 3,618 |
| Warrant w/5 issue | 647 | 918 |
| Weekend w/20 court | 1757 | 2,467 |
| Total: | 55,109 | 92,761 |