UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL PHILLIPS, et al.,

Plaintiffs,

-v-

CITY OF NEW YORK, et al.,

Defendants.

CIVIL ACTION NO.: 21 Civ. 8149 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic discovery conference (the "Conference") held September 16, 2026, the Court **ORDERS** as follows:

1. Plaintiffs are permitted to take a deposition (the "Deposition") pursuant to Federal Rule of Civil Procedure 30(b)(6) of Detective Robert Koehler ("Det. Koehler"), or another representative, on behalf of the New York City Police Department ("NYPD") limited to three (3) hours of on-the-record time limited to the following topics:
    (1) Det. Koehler's declaration (Dkt. No. 277);
    (2) How people are tracked in the NYPD's custody when held on Court Warrants; and
    (3) What documents the NYPD generates at each stage of a person being held in custody pursuant to a Court Warrant.
2. Defendants shall apply the revised search terms listed in Exhibit A to this Order and generate a new hit report (the "Hit Report").
3. By **September 21, 2026**, the parties shall request a copy of the transcript of the Conference using the annexed form.

4. By **September 22, 2026 at 5:00 p.m. ET**, the parties shall file a joint letter that:

   (1) Provides the date of the Deposition;

   (2) Attaches the Hit Report or states the date by which Defendants will provide the Court with the Hit Report; and

   (3) States the date by which Plaintiffs will submit their reply in further support of their motion of class certification. (Dkt. No. 254).

The Clerk of Court is respectfully directed to close Dkt. No. 280.

Dated: New York, New York
September 16, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

Exhibit A

Revised Search Term List for Defendants’ ESI Production

“208-42” or “208.42” or “20842”

“530.70” or “53070”

“6/92”

Court w/~~20~~ 5 (covid* OR corona* OR pandem*)

DOC w/~~20~~ 5 OCA

Holiday w/~~20~~ 5 court

~~Hot w/5 sheet~~ “Hot sheet”

Judge w/~~20~~ 5 (covid* OR corona* OR pandem*)

OCA w/~~20~~ 5 MOCJ

Overstay

~~Production w/5 list~~”Production list”

~~Secur* w/5 order~~”Securing order”

Vacate w/~~20~~ 5 warrant

Warrant w/~~10~~ 3 bench

warrant w/~~10~~ 5 court

Warrant w/~~20~~ 5 (covid* OR corona* OR pandem*)

Warrant w/~~20~~ 5 hold

Warrant w/~~20~~ 5 judge

Warrant w/~~20~~ 5 justice

Warrant w/~~20~~ 5 track

Warrant w/~~40~~ 10 produce

Warrant w/5 issue

Weekend w/~~20~~ 5 court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| Case Caption | | |
|---|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
| | | |

**INDICATE SERVICE:**
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

| | | |
|---|---|---|
| Your Name | | |
| Firm Name | | |
| Address | | |
| City, State | | Zip Code |
| Telephone Number | | |
| E-mail Address | | |

RESET PRINT SAVE EMAIL