| Term | Documents with hits | Documents with hits, including group |
|---|---|---|
| "Hot Sheet" | 2,213 | 3,916 |
| "Production List" | 5,842 | 12,732 |
| "Securing Order" | 10,690 | 23,221 |
| “208-42” or “208.42” or “20842” [run over email and attachments] | 32 | 126 |
| “530.70” or “53070” [run over email and attachments] | 538 | 1,289 |
| “6/92” | 16 | 16 |
| Court w/5 (covid* OR corona* OR pandem*) | 2,381 | 3,181 |
| DOC w/5 OCA | 2,256 | 3,127 |
| Holiday w/5 court | 111 | 167 |
| Judge w/5 (covid* OR corona* OR pandem*) | 765 | 940 |
| OCA w/5 MOCJ | 2,000 | 3,045 |
| Overstay | 29 | 29 |
| Vacate w/5 warrant | 580 | 827 |
| Warrant w/10 produce | 681 | 1,017 |
| Warrant w/3 bench | 3,958 | 5,753 |
| Warrant w/5 (covid* OR corona* OR pandem*) | 126 | 191 |
| warrant w/5 court | 4,326 | 6,129 |
| Warrant w/5 hold | 2,297 | 3,194 |
| Warrant w/5 issue | 647 | 918 |
| Warrant w/5 judge | 1,247 | 1,903 |
| Warrant w/5 justice | 1,319 | 1,654 |
| Warrant w/5 track | 33 | 48 |
| Weekend w/5 court | 342 | 526 |
| Total: | 35,871 | 63,801 |