UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL PHILLIPS, et al.,

Plaintiffs,

-v-

CITY OF NEW YORK, et al.,

Defendants.

CIVIL ACTION NO.: 21 Civ. 8149 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On September 16, 2026, the Court held a telephonic discovery conference with the parties concerning several fact discovery issues. (See Dkt. Nos. 273; 296; 298; minute entry dated Sept. 16, 2026 (the "Conference")). Pursuant to the discussion during the Conference, the Court that: (i) permitted Plaintiffs to take a limited deposition of Det. Koehler (the "Deposition") under Federal Rule of Civil Procedure 30(b)(6); (ii) required Defendants to apply revised ESI search terms and generate a new hit report (the "Hit Report"); and (iii) ordered the parties to file a joint letter (the "Letter") that stating the date of the Deposition, providing the date for Plaintiffs' reply in further support of their motion for class certification (the "Reply"), and attaching the Hit Report. (Dkt. No. 298 (the "Sept. 16 Order"); see Dkt. No. 254).

On September 22, 2026, the parties filed the Letter. (Dkt. No. 299). The Letter states that the Deposition will take place on October 15, 2026 and attaches the Hit Report. (Dkt. Nos. 299–299-1). Plaintiffs further request that their Reply be due 45-days after the Deposition (the "Request"). (Dkt. No. 299 at 1).

Plaintiffs' Request is **GRANTED**. By **November 30, 2026**, Plaintiffs' shall file their Reply.

The Court has also reviewed the Hit Report (Dkt. No. 299-1), using the revised search terms required by the Sept. 16 Order. (Dkt. No. 298 at 3). In conducting their ESI review, Defendants shall prioritize their review of the documents resulting from search terms 1–9 in Exhibit A to this Order. In addition, the Court suggests that Defendants add to search terms 10–12 the term "& warrant" to further narrow the hits for those terms ("Revised Search Terms 10–12").

After Defendants complete their review and production with respect to terms 1–9 in Exhibit A, they shall file a letter with the Court stating: (i) the total number of documents produced with respect to search terms 1–9; (ii) the hit counts for Revised Search Terms 10–12; (iii) the estimated time to complete review and production of documents for Revised Search Terms 10–12; and (iv) the estimated time to complete review and production of documents for search terms 13-23 in Exhibit A ("Defendants' Letter"). Within seven (7) days of Defendants' Letter, Plaintiffs may file a letter, not to exceed 700 words, in response ("Plaintiffs' Letter"). After receiving Defendants' Letter and Plaintiffs' Letter, the Court will inform the parties to what extent it will require Defendants to review documents with respect to Revised Search Terms 10–12 as well as search terms 13–23.

Dated: New York, New York
September 23, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

Exhibit A

Priorities for Defendants' ESI Review and Production

| No. | Search Term | Documents with Hits | Documents with Hits, incl. Group |
|---|---|---|---|
| 1 | "Securing order" | 10,690 | 23,221 |
| 2 | "Production list" | 5,842 | 12,732 |
| 3 | "Hot sheet" | 2,213 | 3,916 |
| 4 | Warrant w/3 bench | 3,958 | 5,753 |
| 5 | "208-42" or "208.42" or "20842" | 32 | 126 |
| 6 | "530.70" or "53070" | 538 | 1,289 |
| 7 | "6/92" | 16 | 16 |
| 8 | Warrant w/10 produce | 681 | 1,017 |
| 9 | warrant w/5 court | 4,326 | 6,129 |
| 10 | DOC w/5 OCA | 2,256 | 3,127 |
| 11 | OCA w/5 MOCJ | 2,000 | 3,045 |
| 12 | Holiday w/5 court | 111 | 167 |
| 13 | Judge w/5 (covid* OR corona* OR pandem*) | 765 | 940 |
| 14 | Overstay | 29 | 29 |
| 15 | Vacate w/5 warrant | 580 | 827 |
| 16 | Court w/5 (covid* OR corona* OR pandem*) | 2,381 | 3,181 |
| 17 | Warrant w/5 (covid* OR corona* OR pandem*) | 126 | 191 |
| 18 | Warrant w/5 hold | 2,297 | 3,194 |
| 19 | Warrant w/5 judge | 1,247 | 1,903 |
| 20 | Warrant w/5 justice | 1,319 | 1,654 |
| 21 | Warrant w/5 track | 33 | 48 |
| 22 | Warrant w/5 issue | 647 | 918 |

Exhibit A

| | | | |
|---|---|---|---|
| 23 | Weekend w/5 court | 342 | 526 |