UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL PHILLIPS, et al.,

Plaintiffs,

-v-

CITY OF NEW YORK, et al.,

Defendants.

CIVIL ACTION NO.: 21 Civ. 8149 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Before the Court is the motion of counsel for Plaintiff Kylasyia Thompson ("Ms. Thompson"), Cohen&Green P.L.L.C., Gideon Orion Oliver, and Kaishian & Mortazavi LLC (together, the "Firms"), to withdraw as counsel of record for Ms. Thompson pursuant to Local Civil Rule 1.4 of the Southern District of New York. (Dkt. No. 289 (the "MTW")). For the reasons set forth below, the MTW is **DENIED WITHOUT PREDJUDICE**.

We incorporate by reference the procedural background set forth in Phillips v. City of New York, No. 21 Civ. 8149 (ALC), 2024 WL 4307923 (S.D.N.Y. Sept. 26, 2024). We set forth only additional procedural background necessary to analyze the MTW.

On August 31, 2026, the Firms filed the MTW accompanied by three declarations (the "First Declarations") detailing the grounds for the Firms' request to withdraw. (Dkt. Nos. 289–289-3). The First Declarations assert that there has been "a complete breakdown in communication" between the Firms and Ms. Thompson. (Dkt. Nos. 289-1 at ¶ 3; 289-2 at ¶ 3; 289-3 at ¶ 3). On September 4, 2026, the Firms filed, under seal, another declaration in support of the MTW. (Dkt. No. 291 (the "Sealed Declaration"); see Dkt. Nos. 289-1 ¶ 4; 289-2 at ¶ 4; 289-

3 ¶ 4; 290). The Sealed Declaration, inter alia, provides additional information about the communication issues the Firms have experienced with Ms. Thompson.[1] (Dkt. No. 291 ¶ 13).

On September 24, 2026, Ms. Thompson filed her opposition to the MTW, which asks that the Court "allow [her] current attorneys to remain as [her] counsel." (Dkt. No. 303 at 1 (the "Opposition")). Ms. Thompson "disagree[s] with t[he] characterization" that a "complete breakdown in communication" has occurred and maintains that she "ha[s] made repeated efforts over the years to communicate with the [F]irm[s] and obtain information about [her] case." (Id.) Ms. Thompson further states that she is "willing to communicate, cooperate, respond to requests, and work with [the Firms] to resolve any communication problems going forward." (Id. at 2).

Accordingly, considering the Opposition (Dkt. No. 303), the MTW is **DENIED WITHOUT PREDJUDICE**. The Firms shall promptly contact Ms. Thompson and file a status letter regarding their representation of her by **October 13, 2026**.

The Clerk of the Court is respectfully directed to close Dkt. No. 289.

Dated: New York, New York
September 29, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

[1] The Sealed Declaration raises additional grounds for the Firms' MTW that the Firms assert are privileged and should not be disclosed to Defendants. (Dkt. No. 291 ¶ 4; see id. ¶¶ 5–12).