UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

PAUL PHILLIPS, et. al.,

Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.,

Defendants.

---------------------------------------------------------------------- x

**STIPULATION AND ORDER REGARDING CLAWBACK AGREEMENT**

21 Civ. 8149 (ALC)(SLC)

**WHEREAS**, the Parties having agreed to the following terms for the clawback of documents, information, and material;

It is hereby **ORDERED** that the following procedures shall apply to the information and documents exchanged by the parties in connection with this action:

1. Pursuant to Federal Rule of Evidence 502, the production of electronically stored information ("ESI"), or other materials protected by the attorney-client privilege, the work product protection, or any other applicable privilege or protection, whether inadvertent or otherwise, shall not constitute a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d). Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

Dated: New York, New York
October 1, 2026

**STEVEN BANKS**
Corporation Counsel of the City of New York
*Attorney for Defendants*
100 Church Street
New York, New York 10007

By: ______________________
Mark D. Zuckerman
*Senior Counsel*

**COHEN & GREEN, PLLC**
*Attorney for Plaintiffs*
1639 Centre Street, Ste. 216
Ridgewood, New York 11385

By: ______________________
J. Remy Green

SO ORDERED: October 1, 2026

______________________
SARAH L. CAVE
UNITED STATES MAGISTRATE JUDGE