UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL PHILLIPS, et al.,

Plaintiffs,

-v-

CITY OF NEW YORK, et al.,

Defendants.

CIVIL ACTION NO.: 21 Civ. 8149 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On August 31, 2026, counsel for Plaintiff Kylasyia Thompson ("Ms. Thompson"), Cohen&Green P.L.L.C., Gideon Orion Oliver, and Kaishian & Mortazavi LLC (together, the "Firms"), moved to withdraw as counsel of record for Ms. Thompson. (Dkt. No. 289 (the "MTW")). The MTW was based, inter alia, on the "complete breakdown in communication" between the Firms and Ms. Thompson. (Dkt. Nos. 289-1 at ¶ 3; 289-2 at ¶ 3; 289-3 at ¶ 3; see Dkt. No. 291).

On September 24, 2026, Ms. Thompson filed her opposition to the MTW, arguing that the Firms should "remain as [her] counsel." (Dkt. No. 303 at 1 (the "Opposition")). The Opposition disputed that there was a breakdown in communication and asserted that Ms. Thompson had made "repeated efforts" to communicate with the Firms. (Id.) The Opposition further promised that Ms. Thompson would "resolve any communication problems going forward." (Id. at 2). In light of the Opposition, the Court denied the MTW without prejudice and ordered the Firms to file a status letter (the "Letter") regarding their representation of Ms. Thompson. (Dkt. No. 304). On October 13, 2026, the Court received, via email, the Letter, which the Court construes as seeking leave to renew the MTW (the "Request").

The Firms' Request is **GRANTED**. By **October 21, 2026**, the Firms shall file their renewed MTW, serve the renewed MTW on Ms. Thompson, and file proof of service on the docket. By **November 4, 2026**, Ms. Thompson shall file a letter either consenting to the Firm's withdrawal or opposing the MTW.

Ms. Thompson is warned that the failure to respond to the MTW by **November 4, 2026**, will result in the undersigned granting the MTW. Ms. Thompson is further warned that the failure to comply with this Court's orders may result in the undersigned recommending that the Court dismiss Ms. Thompson's claims against Defendants for failure to prosecute.

The Firms shall serve of this Order on Ms. Thompson via both e-mail and mail, and file proof of service on the docket by **October 19, 2026**.

Dated: New York, New York
October 14, 2026

SO ORDERED.

Sarah L. Cave

**SARAH L. CAVE**
**United States Magistrate Judge**