**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Phillips, et al.<br><br>*Plaintiffs,*<br><br>v.<br><br>The City of New York, et al.,<br><br>*Defendants* | **21-cv-8149 (ALC) (SLC)**<br><br>**NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF KYLASYIA THOMPSON** |

**PLEASE TAKE NOTICE** that, pursuant to Local Civil Rule 1.4(b), Cohen&Green P.L.L.C., Gideon Orion Oliver, and Kaishian & Mortazavi LLC will move this Court, at a date and time to be determined by the Court, for leave to withdraw as attorneys for Plaintiff Kylasyia Thompson, pursuant to the accompanying declarations of Remy Green, dated October 18, 2026, Mary Maryanne K. Kaishian, dated August 26, 2026, and Gideon Oliver, dated July 31, 2026.

Dated: October 18, 2026
Queens, New York

Respectfully submitted,

**COHEN&GREEN P.L.L.C.**

/s/

**BY:** J. Remy Green

Jessica Massimi
Leena Widdi
Elena Cohen
1639 Centre St., Suite 216
Ridgewood, New York 11385

t : (929) 888-9480
f: (929) 888-9457
e: remy@femmelaw.com

**GIDEON ORION OLIVER**
277 Broadway, Suite 1501
New York, NY 10007
t: 718-783-3682

**KAISHIAN & MORTAZAVI LLC**
Maryanne K. Kaishian
55 Washington St., Suite 728
Brooklyn, NY 11201