**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Phillips, et al.

*Plaintiffs,*

v.

The City of New York, et al.,

*Defendants*

**21-cv-8149 (ALC) (SLC)**

**DECLARATION IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW**

I, Remy Green, being duly sworn, depose and say:

1. I am a partner at Cohen&Green P.L.L.C. My firm, along with Gideon Orion Oliver, and Kaishian & Mortazavi LLC, represent all plaintiffs in the above putative class action.

2. I make this declaration, pursuant to Local Rule 1.4, in support of my motion for leave for Cohen&Green to withdraw as counsel for Plaintiff Kylasyia Thompson.

3. The basis for this request for leave to withdraw is due to a complete breakdown in communication between Cohen&Green and Plaintiff Thompson.

4. The Court has received additional detail under seal, and has asked us to re-file this motion. Accordingly, this motion is filed with the same public declarations, since any further detail is the subject of attorney/client privilege. If the Court would like a more detailed explanation of the reasons for our withdrawal, I ask leave to submit those reasons under seal (with a copy to the client), so that they are not shared with an adverse party.

5. Cohen&Green P.L.L.C., along with all co-counsel, will remain the attorneys of record for Plaintiffs Paul Phillips, Khaori Wright, and the putative class.

6. With regards to the posture of the case, the parties have substantially exchanged both class and merits discovery and have begun conducting depositions. Specifically, Plaintiffs have taken one 30(b)(6) deposition, and have noticed another, which has yet to be scheduled. Defendant has taken Plaintiffs Paul Phillips and Khaori Wright's depositions. Defendant has also taken several hours of Plaintiff Kylasyia Thompson's deposition. Plaintiffs have filed a Class Certification Motion.

7. My firm will not be asserting a retaining or charging lien.

8. Per Local Rule 1.4, this motion is being served on Plaintiff Thompson directly by certified mail, along with a copy by email.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: October 18, 2026

/s/

J. Remy Green