**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Phillips, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>The City of New York, *et al.*,<br><br>*Defendants* | **21-cv-8149 (ALC) (SLC)**<br><br>**DECLARATION IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW** |

I, Gideon Orion Oliver, being duly sworn, depose and say:

1. I, along with Cohen&Green P.L.L.C., and Kaishian & Mortazavi LLC, represent all plaintiffs in the above putative class action.

2. I make this declaration, pursuant to Local Rule 1.4, in support of my motion for leave to withdraw as counsel for Plaintiff Kylasyia Thompson.

3. The basis for this request for leave to withdraw is due to a complete breakdown in communication between myself and Plaintiff Thompson.

4. If the Court would like a more detailed explanation of the reasons for this application, I ask leave to submit those reasons under seal (with a copy to the client), so that they are not shared with an adverse party.

5. I, along with all co-counsel, will remain the attorneys of record for Plaintiffs Paul Phillips and Khaori Wright and the putative class.

6. With regards to the posture of the case, the parties have substantially exchanged both class and merits discovery and have begun conducting depositions. Specifically, Plaintiffs have taken one 30(b)(6) deposition, and have noticed another, which has yet to be scheduled. Defendant has taken Plaintiffs Paul Phillips and Khaori Wright's depositions. Defendant has

also taken several hours of Plaintiff Kylasyia Thompson's deposition. Plaintiffs have filed a Class Certification Motion and Defendants' Opposition is due by August 14, 2026.

7. I will not be asserting a retaining or charging lien.

8. Per Local Rule 1.4, this motion is being served on Plaintiff Thompson directly by certified mail, along with a copy by email.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: July 31, 2026

Gideon Orion Oliver

______________________________

**GIDEON ORION OLIVER**
277 Broadway, Suite 1501
New York, NY 10007
t: 718-783-3682