**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Phillips, et al.<br>*Plaintiffs,*<br>v.<br>The City of New York, et al.,<br>*Defendants* | **21-cv-8149 (ALC) (SLC)**<br><br>**DECLARATION IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW** |

I, Maryanne K Kaishian, being duly sworn, depose and say:

1. I am a partner at Kaishian & Mortazavi LLC. My firm, along with Cohen&Green P.L.L.C. and Gideon Orion Oliver, represent all plaintiffs in the above putative class action.

2. I make this declaration, pursuant to Local Rule 1.4, in support of the motion for leave to withdraw as counsel for Plaintiff Kylasia Thompson.

3. The basis for this request for leave to withdraw is due to a complete breakdown in communication between my firm and Plaintiff Thompson.

4. If the Court would like a more detailed explanation of the reasons for our withdrawal, I ask leave to submit those reasons under seal (with a copy to the client), so that they are not shared with an adverse party.

5. Kaishian & Mortazavi LLC, along with all co-counsel, will remain the attorneys of record for Plaintiffs Paul Phillips and Khaori Wright.

6. With regards to the posture of the case, the parties have substantially exchanged both class and merits discovery and have begun conducting depositions. Specifically, Plaintiffs have taken one 30(b)(6) deposition, and have noticed another, which has yet to be scheduled. Defendant has taken Plaintiffs Paul Phillips and Khaori Wright's depositions. Defendant has

also taken several hours of Plaintiff Kylasyia Thompson's deposition. Plaintiffs have filed a Class Certification Motion and Defendants Opposition is due by August 14, 2026.

7. My firm will not be asserting a retaining or charging lien.

8. Per Local Rule 1.4, this motion is being served on Plaintiff Thompson directly by certified mail, along with a copy by email.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: July 29, 2026

Maryanne K. Kaishian