**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Phillips, et al.

*Plaintiffs,*

v.

The City of New York, et al.,

*Defendants*

**21-cv-8149 (ALC) (SLC)**

**DECLARATION OF SERVICE**

I, Remy Green, being duly sworn, depose and say:

1. I am a partner at Cohen&Green P.L.L.C.

2. The Court directed that counsel serve Plaintiff Kylasyia Thompson with a copy of the renewed Motion to Withdraw by mail and by email.

3. Accordingly, the accompanying declaration of Jenna Lomeli provides attestation of the mailing of that and the underlying motion.

4. On October 19, 2026, I emailed Ms. Thompson a copy of the Order, and she responded confirming receipt.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: October 19, 2026

/s/

J. Remy Green