**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

PHILLIPS, ET AL.

*Plaintiffs,*

v.

CITY OF NEW YORK ET AL.

*Defendants.*

---------------------------------------------------------------------X

Case No. 21-cv-8149 (ALC) (SLC)

DECLARATION OF JENNA LOMELI

Jenna Lomeli declares under penalty of perjury and pursuant to CPLR 2106 as follows:

1. I am over 18 years of age and not a party to this action.

2. I am an assistant for Cohen&Green P.L.L.C., attorneys for Claimant in the above-captioned matter.

3. On October 19th, 2026, I served the Notice of Motion For Leave to Withdraw as Counsel for Plaintiff Kylasyia Thompson, and Declarations in Support of Motion for Leave to Withdraw for Gideon Oliver, Remy Green, and Maryanne K. Kaishian in the above-captioned case upon Ms. Kylasyia Thompson by placing a true copy thereof in a sealed envelope, properly addressed as follows, with postage paid thereon, in a post office or official depository under the exclusive care and custody of the US Postal Service within the State of New York:

   Kylasyia Thompson
   1115 Ashford St., #3B
   Brooklyn, NY 11239

I affirm this 19th day of October 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Dated: Queens, NY
October 19th, 2026

Jenna Lomeli
Jenna Lomeli