**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Phillips, et al.<br><br>*Plaintiffs,*<br><br>v.<br><br>The City of New York, et al.,<br><br>*Defendants* | **21-cv-8149 (ALC) (SLC)**<br><br>**DECLARATION OF SERVICE** |

I, Remy Green, being duly sworn, depose and say:

1. I am a partner at Cohen&Green P.L.L.C.
2. The Court directed that counsel serve Plaintiff Kylasyia Thompson with its Order at ECF No. 307 ("Order").
3. The Court also directed that counsel serve Plaintiff Kylasyia Thompson with their renewed Motion to Withdraw by mail and by email.
4. On October 18, 2026, I emailed Ms. Thompson a copy of both the Order and the Renewed Motion to Withdraw.
5. The accompanying declaration of Jenna Lomeli provides attestation of the mailing of that Order and the Renewed Motion to Withdraw.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: October 20, 2026

/s/

J. Remy Green