COHEN & GREEN

October 20, 2026

Honorable Sarah L. Cave, U.S.M.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007-1312
By Electronic Filing.

**Re: Phillips v. City of New York, 21-CV-8149 (ALC)(SLC)**

Dear Judge Cave:

My firm, with co-counsel represents Plaintiffs and the putative class in the case above. I write to request leave from the Court to substitute the Declarations of Service filed at ECF 311 with those just filed at ECF No. 312, and to deem service of the Order at ECF No. 307 ("the Order") timely.

This Court ordered that Plaintiffs' counsel serve the Order on Plaintiff Kylasyia Thompson by October 19, 2026 by both e-mail and mail, and that Plaintiff's counsel serve Ms. Thompson with our renewed Motion to Withdraw ("the Motion") by October 21, 2026.

On October 18, 2026, my co-counsel Mx. Green e-mailed a copy of both the Order and the Motion to Ms. Thompson. On October 19, 2026, our firm's staff mailed a copy of the Motion to Ms. Thompson, but because of an internal miscommunication, omitted the Order from the mailing.

Upon realizing our error, on October 20, 2026, we immediately mailed the Order to Ms. Thompson, one day after the Court's deadline to do so. Accordingly, we apologize to the Court and respectfully ask for leave to substitute the previously filed Declarations at ECF No. 311 for those filed at ECF No. 312, and request that this Court deem service of the Order timely. And, of course, we have no objections to any additional time allotted to Ms. Thomspon to respond to the Motion.

As always, we thank the Court for its continued time and attention.

Respectfully submitted,
/s/

Leena Mohmoud Widdi
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiffs*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.