**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**PAUL PHILLIPS,**

**Plaintiff,**

**-against-**

**CITY OF NEW YORK, et al.,**

**Defendants.**

**1:21-cv-8149 (ALC)**

**AMENDED ORDER OF REFERENCE**

**ANDREW L. CARTER, JR., United States District Judge:**

The above-captioned action is referred to Magistrate Judge Sarah Cave for the following purpose:

| | | | |
|---|---|---|---|
| _x_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| _x_ | Specific Non-Dispositive Motion/Dispute<br>_Motion to Certify Class________________ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose:<br>________________________ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:<br>________________________ | ___ | Habeas Corpus |
| ____ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br>Particular Motion: ______________ |

**SO ORDERED.**

**Dated:** **October 21, 2026**
**New York, New York**

Andrew L Carter Jr

**ANDREW L. CARTER, JR.**
**United States District Judge**