UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL PHILLIPS, et al.,

Plaintiffs,

-v-

CITY OF NEW YORK, et al.,

Defendants.

CIVIL ACTION NO.: 21 Civ. 8149 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On August 31, 2026, counsel for Plaintiff Kylasyia Thompson ("Ms. Thompson"), Cohen&Green P.L.L.C., Gideon Orion Oliver, and Kaishian & Mortazavi LLC (together, the "Firms"), moved to withdraw as counsel of record for Ms. Thompson. (Dkt. No. 289 (the "MTW")). On September 29, 2026, the Court denied the MTW without prejudice and ordered the Firms to file a status letter (the "Letter") regarding their representation of Ms. Thompson. (Dkt. No. 304). On October 13, 2026, the Court received, via email, the Letter along with exhibits. The Firms indicated that, due to technical difficulties, they were unable to file the Letter under seal.

By **November 12, 2026 at 5:00 p.m. ET**, the Firms shall file the Letter and annexed exhibits, under seal, on the docket.

Dated: New York, New York
November 10, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**