**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Phillips, et al.

*Plaintiffs,*

v.

The City of New York, et al.,

*Defendants*

**21-cv-8149 (ALC) (SLC)**

**DECLARATION OF SERVICE**

I, Leena Mohmoud Widdi, being duly sworn, depose and say:

1. I am Of-Counsel to Cohen&Green P.L.L.C., who, along with Gideon Orion Oliver and Kaishian & Mortazavi LLC, represent all plaintiffs in the above putative class action.

2. I am over 18 years old and not a party to this action.

3. The Court directed that counsel serve Plaintiff Kylasyia Thompson with its Order at ECF No. 320 ("the Order") by mail and by email.

4. On November 16, 2026, at approximately 12:45 p.m., I served a copy of the Order upon Plaintiff Kylasyia Thompson by sending a copy to Ms. Thompson's e-mail address.

5. The accompanying declaration of Regina Yu provides attestation of the mailing of the Order.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: November 16, 2026

*Leena Mohmoud Widdi*

LEENA MOHMOUD WIDDI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Phillips, et al.<br>*Plaintiffs,*<br>v.<br>The City of New York, et al.,<br>*Defendants* | **21-cv-8149 (ALC) (SLC)**<br><br>**DECLARATION OF SERVICE** |

I, Regina Yu, hereby declare under penalty of perjury that the following statements are true and correct:

1. I am an Attorney at Cohen&Green P.L.L.C., who, along with Gideon Orion Oliver and Kaishian & Mortazavi LLC, represents all plaintiffs in the above putative class action.

2. I am over 18 years old and not a party to this action.

3. On November 16, 2026, at approximately 11:30 a.m., per this Court's Order at ECF No. 320 ("the Order"), I served upon Plaintiff Kylasyia Thompson a copy of the Order, by placing a true copy thereof in a sealed envelope, properly addressed to her last known mailing address, with postage paid thereon, in an official depository under the exclusive care and custody of the US Postal Service within the State of New York.

Executed on: November 16, 2026

**COHEN&GREEN P.L.L.C.**

Regina Yu

Regina Yu
1639 Centre Street, Suite 216
Ridgewood, NY 11385
(929) 888-9480
regina@femmelaw.com