COHEN & GREEN

November 24, 2026

Honorable Sarah L. Cave, U.S.M.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007-1312

By Electronic Filing.

**Re: Phillips v. City of New York, 21-CV-8149 (ALC)(SLC)**

Dear Judge Cave:

I am Of-Counsel to Cohen & Green P.L.L.C, which, along with co-counsel, represents Plaintiffs and the putative class in the case above. I write to respectfully request leave to file an additional 375 words, for a total of 4,750 words in Plaintiffs' Reply Memorandum of Law in further support of their Motion for Class Certification. This is the first such request. Defendants consent to this request.

As always, we thank the Court for its consideration and time.

The Plaintiffs' request at Dkt. No. 322 is **GRANTED**.

By November 30, 2026, Plaintiffs shall file their reply, **not to exceed 4,750 words**, in further support of their motion for class certification, if any. (See Dkt. Nos. 254; 300 at 1).

The Clerk of Court is respectfully directed to close Dkt. No. 322.

SO ORDERED. November 24, 2026.

SARAH L. CAVE
United States Magistrate Judge

Respectfully submitted,
/s/

Leena Mohmoud Widdi
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.